# EXHIBIT A



**AmeriCorps National Civilian Community Corps**

Date:

To:

From: Ken Goodson, NCCC National Director

Subject: Notification of Release- Compelling Circumstances

---

I am hereby approving your early release from the NCCC program for compelling personal circumstances. This letter is official notification that you are being released from the AmeriCorps NCCC program effective April 30th, 2025.

Effective April 30th, 2025, your status as an AmeriCorps NCCC Corps Member will terminate and your NCCC provided benefits will be discontinued.

Your early departure is considered compelling as it results from program circumstances beyond your control. As such you may be eligible to receive a pro-rated education award if you have completed 15% or more of your 1700-hour service term.

Please contact your Unit Leader and/or ANCCC@AmeriCorps.gov for more details. You are considered to have successfully completed service in the AmeriCorps – NCCC program.

Thank you for your service and I wish you all the best in your future endeavors.


Ken Goodson
NCCC National Director
AmeriCorps NCCC