# EXHIBIT B

---------- Forwarded message ---------
From: _**ANCCC** <ANCCC@americorps.gov>
Date: Tue, Apr 15, 2025 at 3:54 PM
Subject: Letter to All Members on Demobilization
To:
CC: _ANCCC <ANCCC@americorps.gov>

Dear NCCC Members,

We are writing to provide you with an important and urgent update on your NCCC service.

In alignment with the Trump-Vance Administration priorities and Executive Order 14222, "Implementing the President's 'Department of Government Efficiency' Cost Efficiency Initiative," AmeriCorps NCCC is working within new operational parameters that impact the program's ability to sustain program operations. As a result, **AmeriCorps is sending all NCCC members to their homes of record as soon as possible.**

**At this time, all teams are directed to return to their Region campus immediately—as soon as is safely practicable.** NCCC Members will be moved into administrative hold with pay status through April 30th, 2025, after which they will be exited from the NCCC program. The program will exit all Members early with Compelling Personal Circumstances (CPC) status.

CPC designation means that your service is concluding due to programmatic circumstances beyond your control. You will be considered to have successfully completed AmeriCorps service, and those of you who have completed 15% or more of your 1700-hour service term will be eligible for a prorated Education Award. Unfortunately, this prorated award cannot be extended to those of you who have not yet completed 15% of your hours.

Your Unit Leader or other Region staff will be in touch with you shortly to confirm details of your Team's return to campus, as well as to describe other logistical details of return to your Home of Record. Staff will also be in contact with your project sponsors and will inform them of the need to exit members.

**Medical Hold**

If you are on medical hold, you'll remain at your current location in medical hold status. On April 30th, 2025, your status will change to "exited with Compelling Personal Circumstances," and staff will coordinate the return of any belongings remaining on campus to your Home of Record.

**Benefits**

Members will continue to receive living allowance and IMG health benefits while on administrative hold status (through April 30th, 2025) and will be eligible for continued loan forbearance. Members will not, however, receive the daily food allowance provided during project rounds. Please contact your Member Support Specialist if you notice any disruption to your living allowance or IMG health care benefits or have questions about accessing your benefits. Inquiries can also be directed to [NCCCmemberbenefits@americorps.gov](mailto:NCCCmemberbenefits@americorps.gov).

**Home of Record**

If your Home of Record has changed or needs to change, please notify Region staff **immediately**.

We recognize the early conclusion of your service term causes significant disruption to your personal and professional planning. We deeply regret this impact. Your desire to strengthen American communities is commendable, and we thank you for your service in AmeriCorps NCCC.