EXHIBIT D



MEMORANDUM

DATE:        April 16, 2025

FROM:        Jennifer Bastress Tahmasebi
             Interim Agency Head

SUBJECT:     PLACEMENT ON ADMINISTRATIVE LEAVE


The purpose of this memorandum is to inform you that you are being placed on excused
absence (also known as administrative leave) with pay effective immediately, pursuant to,
among other authorities, 5 C.F.R. § 630.1403. You will remain on administrative leave with pay
until otherwise notified.

While you are on administrative leave with pay, you must be available by telephone and e-mail
during normal business hours, as it may be necessary for Agency officials to contact you.

You also must remain available to report to work if directed to do so. If you wish to request
other leave (annual, sick or leave without pay) during this period, you should contact
ceo@americorps.gov to make your request.

During the period that you are on administrative leave you are not to enter AmeriCorps
premises, access AmeriCorps systems, or attempt to use your position or authority with
AmeriCorps in any way without my prior permission or prior permission of a supervisor in your
chain of command.

Any questions regarding the above information should be directed to ceo@americorps.gov.