# EXHIBIT E

| | |
|---|---|
| MEMORANDUM FOR: | ◼◼◼◼◼◼◼◼◼◼◼◼◼◼ |
| | DEPARTMENT OF THE CHIEF EXECUTIVE OFFICER |
| FROM: | Jennifer Bastress Tahmasebi<br>Interim Agency Head |
| DATE: | 4/24/25 |
| SUBJECT: | Specific Notice of Reduction in Force |

I regret to inform you that you are affected by a reduction in force (RIF) action. This RIF is necessary for workforce reshaping (i.e. reorganization) of AmeriCorps.

This is your specific notice of RIF. In accordance with RIF procedures specified in Title 5, Code of Federal Regulations, Part 351, you are being released from your competitive level based on your retention standing. Consequently, you will be separated from the Federal service effective Tuesday, June 24, 2025. In the event you are qualified and have assignment rights to a position that becomes available during the notice period, you will be informed via a specific, subsequent RIF notice. Should the circumstances of the RIF otherwise change, this notice may be withdrawn.

Please contact RIFquestions@americorps.gov immediately if you believe any of the below information is incorrect.

**Retention Standing**

To conduct the RIF, retention registers were prepared which list employees in retention standing order by civil service tenure group and subgroup, veterans' preference, performance ratings, and length of Federal service. The following information was used to determine your retention standing as of the RIF effective date:

Competitive Area: nan
Type of Service: 8.0 Excepted-Indefinite/Limited (more than 1 year)
Work Schedule: Full Time
Position: ◼◼◼◼◼◼◼◼◼◼◼◼◼◼◼◼◼◼
Pay Plan-Series-Grade: NY - 04/00 - 301.0
Competitive Level: 0001
Tenure Group and Subgroup: Group 3
Veterans' Preference: 1-NONE
Last Three Performance Ratings:
    2024: ◼
    2023: ◼
    2022: ◼

Adjusted RIF Service Computation Date (SCD): 1◼◼◼

**RIF Package**

As an employee impacted by RIF, you will be provided with documents outlining applicable benefits for which you may be eligible or entitled, as appropriate.

If you feel you may be eligible to retire under Immediate, Early, Deferred Retirement or a Discontinued Service Retirement, we strongly encourage you to contact Jennifer Page to determine what you may be eligible for or entitled to, as appropriate. If you are eligible to elect retirement as a means of separating from Federal Service, please reach out to obtain retirement/benefits counseling and answer all your questions.

Eligibility to Retire After RIF Date Annual Leave Option

If your first eligibility date to retire will occur between the RIF effective date and the expiration of your accumulated annual leave balance, you will be eligible for one of the two separation benefits:
- Severance Pay, or
- Discontinued Service Retirement

Please contact Jennifer Page for more information.

| Retirement Specialist | Phone Number | Email Address |
|---|---|---|
| Jennifer Page | 202-606-6912 | OHCBenefitsandRetirement@americorps.gov |

In addition to the advice you receive from your Retirement Specialist, the OPM website https://www.opm.gov/retirement-center/ will provide you with additional information concerning your benefits and retirement information to assist you in making your decision.
For training benefits under the Workforce Improvement Act of 1998, please see www.careeronestop.org.

For unemployment compensation benefits, please refer to the Department of Labor website at www.dol.gov.

For general information on transition assistance, please refer to the Office of Personnel Management website at www.opm.gov.

**Deferred Resignation for Individuals Age 40 or Older**
The agency announced a Deferred Resignation Program to the workforce on April 7. Under the Older Workers Benefit Protection Act individuals age 40 or older have until May 22 (45 days from April 7) to consider entering into a deferred resignation agreement. If you are age 40 or older and would like to enter into the Deferred Resignation Program, please send a signed deferred resignation agreement to deferredresignation@americorps.gov. The agency will review your agreement and if submitted timely will then return a fully executed copy to you. Your participation in the Deferred Resignation Program would result in you not being separated by the RIF.

**Appeal and Grievance Rights**

U.S. Merit Systems Protection Board (MSPB)

If you believe your retention rights have not been applied correctly or have been violated, you may appeal this action to the MSPB. Your appeal must be in writing and may be filed any time after the effective date of the action being appealed until no later than 30 calendar days after the effective date. Failure to file an appeal within the time limit may result in dismissal of the appeal as untimely filed. More information on filing appeals is included in your RIF package. You may also access the MSPB website at www.mspb.gov for additional and further detailed information on the appeal process.

Bargaining Unit Employees may grieve their separation by filing a grievance in accordance with Article 18 of the AmeriCorps/ AFSCME Local 2027 collective bargaining agreement.  If you are a member of the bargaining unit as notated on your SF 50 in box 37 with the code 2027 or in the remarks section (box 45) you may be represented by the union.  You must file your grievance within 14 calendar days of the effective date of this action.  You must follow the process as outlined in Article 18. In lieu of contacting the Agency's Labor Relations Officer as described in Article 18, grievances should be sent to **RIFquestions@americorps.gov.**  For further information on filing a grievance, you should contact a union steward. The union can be reached at Cncsemployeesunion@gmail.com.  If you are alleging that your separation involves a prohibited personnel action, you may file with MSPB in accordance with the information above.

Equal Employment Opportunity (EEO)
If you believe this personnel action is based in whole or in part on discrimination based on your race, color, religion, sex, national origin, age (40 and over) or disability, you may file a complaint with the Agency's Civil Rights and Employment Branch at eo@americorps.gov. You must email the Civil Rights and Employment Branch no later than 45 calendar days of the effective date of the action, specifically, your separation from Federal service. You may also file with MSPB as noted above and raise discrimination as an affirmative defense. However, you may not proceed through both forums; you must elect one or the other. You may also access the U.S. Equal Employment Opportunity Commission (EEOC) website at www.eeoc.gov for additional and further detailed information on the Federal sector EEO process.

Office of Special Counsel
You may also seek corrective action before the U.S. Office of Special Counsel (OSC). Visit the OSC e-filing system web site at www.osc.gov, to access the online application. However, if you do so, you will be limited to whether the agency took one or more covered personnel actions against you in retaliation for making protected whistleblowing disclosures. If you choose to file an action with OSC, you will be foregoing your right to otherwise challenge the basis for this personnel action.

**Ethics Restrictions**

While you are on administrative leave, you are still a federal employee and subject to the Standards of Ethical Conduct for Employees of the Executive Branch ("Standards") at 5 CFR part 2635, the Hatch Act, and other applicable federal laws. You may accept outside employment so long as it is not in violation of these Standards. Please contact ethics@americorps.gov if you have specific ethics questions. Once you separate from the agency, either by RIF or deferred resignation, you should take note of the information in the attached Summary of Post Government Employment Restrictions.

**Conclusion**

This action is being taken in accordance with the applicable civil service RIF regulations. Included in your RIF package is a copy of the Office of Personnel Management (OPM) retention regulations, 5 C.F.R. Part 351. Further and detailed information about the RIF regulations may also be accessed on OPM's [Reductions in Force](#) website. You may review the RIF regulations at [5 C.F.R. Part 351](#). You may make an appointment to review and obtain a copy of records pertaining to you by contacting RIFquestions@americorps.gov.

The Employee Assistance Program (EAP) is available free to you and in most cases your immediate family. EAP counselors are available 24 hours a day, 365 days per year at 1-800-222-0364 or [www.foh4you.com](#).

Because you are being separated through a RIF action, you are eligible for placement assistance. Specifically, you are eligible for the Agency's Reemployment Priority List (RPL). Your RIF package includes a RPL form should you choose to be considered for reemployment. Please fill it out and send it to RIFquestions@americorps.gov.

Please be advised that an early resignation may affect your eligibility for placement assistance and your appeal rights. It may also impact your ability to qualify for unemployment compensation and training benefits provided under the Workforce Investment Act (WIA). You are encouraged to contact your State's Department of Labor and Employment for any questions regarding unemployment compensation. You are also encouraged to contact your retirement specialist to determine how an early resignation may affect your benefits.

This RIF action does not reflect directly on your service, performance, or conduct. It is being taken solely for the reason stated above. Leadership at AmeriCorps is appreciative of your service.

Attached is an Authorization for Release of Employment Information form. This authorizes AmeriCorps to release your resume and other employment information to your local employment services agency and/or other potential public or private sector employers. Please sign the attached Authorization for Release of Employment Information and return it to RIFquestions@americorps.gov.

Attachments (9)
1. Acknowledgement of Receipt
2. MSPB Appeal Information
3. OPM Retention Regulations
4. Unemployment Insurance
5. State Workforce Programs
6. Authorization for Release of Employment Information
7. Reemployment Priority List (RPL) Program Information
8. Deferred Resignation Agreement
9. Summary of Post Government Restrictions

**Reemployment Priority List (RPL) Registration Form**

Eligible employees must submit a completed RPL registration form to the Office of Human Capital on or before the Reduction-in-Force separation date. Please send this form to jepage@americorps.gov.

Office:                          Duty Station City:                          State:

Name:

Address:

City:                          State:          ZIP Code:

Telephone #:    Home:                Work:                    Cell:

Date of RIF Separation:                  Tour of Duty:   Full-time          Other

Are you available: For Part-Time Positions?    Yes          No

For Non-Permanent Positions?           Yes      No

Current series and band: _____

**List the Positions for which you believe you qualify for and are available.**
(qualification determinations will be made by the OHC based on the qualification requirements of individual positions)

| Title | Series | Acceptable Bands |
|---|---|---|
|  |  | Highest |
|  |  | Lowest |
| A. |  |  |
| B. |  |  |
| C. |  |  |
| D. |  |  |
| E. |  |  |

Note: There is no restriction on the number of positions that can be listed Registrant's

Signature                                            Date

For Office of Human Resources Use Only:

Registration Received:                    Registrant Added to RPL:

Comments:

(Include specifics on promotion potential of the position from which separated and any other pertinent information)

HR Point of Contact:                                  Telephone:

Tenure Group:

30% Disabled Veteran: _____ 1 – AD Career                    2 – AD Career-

Conditional Veteran:            1– A Career                    2 – A Career-

Conditional

Non-Veteran:        1– B Career                    2 – B Career-Conditional