# EXHIBIT G

Marcella Miller

Health and Social Services, Department of

1901 N Dupont Hwy

Fl 1

New Castle

DE, 19720


RE: Grant Termination


Dear AmeriCorps Award Recipient:

Effective immediately, the AmeriCorps award subrecipient(s) included in the attached spreadsheet is/are being terminated per 2 CFR 200.340(a)(4) because it has been determined that the award no longer effectuates agency priorities. You must immediately cease all award activities. This is a final agency action and is not administratively appealable.

The provisions at 2 CFR 200.343 – Effects of Suspension and Termination apply. This process ensures the equitable settlement of costs, proper disposition of government property, and mitigation of negative impacts on stakeholders. AmeriCorps staff will initiate an amendment to change the end date of the period of performance effective immediately.

Please immediately notify subrecipients and/or community partners, if applicable, and initiate your internal termination and closeout procedures.

Please review Closeout Instructions for Grantees to close out this Federal award within 120 days.  Please note, there are some close-out actions that indicate that you must submit information to your portfolio manager. Instead of submitting to those individuals, you must instead submit to the following regional mailboxes:

- MidAtlantic@americorps.gov (DC, DE, MD, NJ, PA, PR, VA, VI, WV)
- Midwest@americorps.gov (IL, IN, KY, MI, OH)
- Mountain@americorps.gov (AZ, CO, ID, MT, NM, UT, WY)
- NorthCentral@americorps.gov (IA, MN, WI, ND, SD, NE, KS, MO)
- Northeast@americorps.gov (CT, MA, ME, NH, NY, RI, VT)
- SouthCentral@americorps.gov (AR, LA, MS, OK, TX)
- Southeast@americorps.gov (AL, FL, GA, NC, SC, TN)
- West@americorps.gov (AK, AS, CA, CNMI, GU, HI, NV, OR, WA)

Costs after termination are allowable if:

(a) The costs result from financial obligations which were properly incurred before the effective date of termination, and

(b) costs are for necessary and reasonable termination and closeout activities.

Please follow the program specific instructions below, based on the type of award that is being terminated.

*AmeriCorps State and National*

State commissions and prime grantees should immediately notify subgrantees, operating sites, and members and follow grant close-out procedures. All member activities should cease immediately.  Members should be exited for compelling personal circumstances (CPC). The program should document that the member was exited for compelling personal circumstances due to the agency's termination of the grant and program closure. If possible, the program should try to have the member transferred to another program. If this is not possible, the program should note in the CPC documentation that member reassignment was not an option.


Jennifer Bastress Tahmasebi

Interim Agency Head

| Grant Number | Application ID | Organization | Corporate Program Code | Project | Organization State | Federal Funding |
|---|---|---|---|---|---|---|
| 23AFBDE0010003 | 24AC266343 | Spur Impact Association | STATE | Spur Impact Association | DE | $40,720 |
| 23AFBDE0010005 | 24AC274793 | Leading Youth Through Empowerment Inc | STATE | Leading Youth Through Empowerment Americorps | DE | $130,941 |
| 23AFBDE0010004 | 24AC266377 | Family Promise of Northern New Castle County, Inc. | STATE | Family Promise of Northern New Castle County, Inc. | DE | $40,721 |
| 23FXBDE0010007 | 24ES266465 | TEENSHARP A NJ NONPROFIT CORP | EAS | TeenSHARP | DE | $49,140 |
| 23FXBDE0010008 | 24ES273229 | We Prosper Family Organization Inc. | EAS | We Prosper | DE | $132,300 |
| 23FXBDE0010005 | 24ES266393 | LITERACY DELAWARE, INC. | EAS | Literacy Volunteers Serving Adults northern Delaware, Inc II | DE | $129,330 |
| 23FXBDE0010002 | 24ES273235 | WEST END NEIGHBORHOOD HOUSE INC | EAS | West End Neighborhood House AmeriCorps | DE | $120,879 |
| 23FXBDE0010004 | 24ES274729 | Children's Beach House, Inc. | EAS | Children's Beach House, Inc. III | DE | $283,500 |
| 23FXBDE0010001 | 24ES274972 | Reading ASSIST Institute | EAS | Reading Assist - Project Accelerate | DE | $305,370 |