UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, *et al.*,<br><br>*Defendants*. | Case No. 1:25-cv-01363-DLB |

NOTICE OF APPEARANCE

Please take notice that Pierce J. Anon, Trial Attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel for Defendants.

Dated: May 6, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director, Federal Programs Branch

/s/   *Pierce J. Anon*
PIERCE J. ANON (N.Y. Bar # 6184303)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 305-7573
Email:  Pierce.Anon@usdoj.gov

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2025, I electronically filed the foregoing Notice of Appearance using the Court's CM/ECF system, causing a notice of filing to be served upon all counsel of record.

Dated: May 6, 2025                   /s/  *Pierce J. Anon*
                                     PIERCE J. ANON (N.Y. Bar # 6184303)
                                     Trial Attorney
                                     U.S. Department of Justice
                                     Civil Division, Federal Programs Branch
                                     1100 L Street, NW
                                     Washington, DC 20005
                                     Phone: (202) 305-7573
                                     Email:  Pierce.Anon@usdoj.gov

                                     *Attorney for Defendants*