IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND; STATE OF DELAWARE; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ARIZONA; STATE OF CONNECTICUT; DISTRICT OF COLUMBIA, STATE OF HAWAI'I; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR *ex rel.* Andy Beshear, in his official capacity as Governor of the COMMONWEALTH OF KENTUCKY; STATE OF MAINE; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; JOSH SHAPIRO, in his official capacity as Governor of the COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN;  Plaintiffs,  v.  CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, operating as AmeriCorps; and JENNIFER BASTRESS TAHMASEBI, in her official capacity as Interim Head of the Corporation for National and Community Service;  Defendants. | Civ. No. 25-cv-01363 (DLB) |

**PLAINTIFF STATES' MOTION FOR A
5 U.S.C. § 705 STAY AND PRELIMINARY INJUNCTION**

For reasons explained in greater detail in the accompanying memorandum of law, Plaintiff States move for an order entering a stay under section 705 of the Administrative Procedure Act (APA), 5 U.S.C. § 705, and a preliminary injunction against all Defendants,

1

1. Vacating Defendants' acts, omissions, or both, directing, providing for, intended to accomplish, or effectuating the dismantling of AmeriCorps, specifically:

   a. Vacating, with respect to all NCCC members assigned to placements in Plaintiff States, Defendants' acts undertaken on or around April 15, 2025, to release all NCCC members from the AmeriCorps program effective April 30, 2025;

   b. Vacating, throughout the United States, Defendants' acts undertaken on or around April 15, 2025, to place approximately 85% of AmeriCorps staff on administrative leave;

   c. Vacating, throughout the United States, Defendants' acts undertaken on or around April 24, 2025, to institute a reduction in force for AmeriCorps staff;

   d. Vacating, with respect to programs located in Plaintiff States, Defendants' acts undertaken on or around April 25, 2025, to terminate approximately 1,031 AmeriCorps programs and associated funding;

2. Enjoining, pending further order of the Court, Defendants, their agents, and anyone acting at Defendants' direction, from reissuing, adopting, implementing, giving effect to, or reinstating under a different name or means any of the foregoing acts; and

3. Requiring Defendants to file, within one week of entry of this order, a Status Report documenting the actions that they have taken to comply with the Court's order.

Dated:  May 6, 2025                                             Respectfully submitted,

**ANTHONY G. BROWN**                                **KATHLEEN JENNINGS**
ATTORNEY GENERAL OF MARYLAND            ATTORNEY GENERAL OF DELAWARE

By: /s/ Keith M. Jamieson                                  By: /s/ Ian R. Liston

2

Keith M. Jamieson (D. Md. Bar. No. 31543)
Virginia Williamson (D. Md. Bar. No. 31472)
   *Assistant Attorneys General*
Federal Accountability Unit
Office of the Attorney General
200 Saint Paul Place
Baltimore, Maryland  21202
(410) 576-6960
kjamieson@oag.state.md.us

*Counsel for the State of Maryland*

**ROB BONTA**
ATTORNEY GENERAL OF CALIFORNIA

By: */s/ Ezra Kautz*
Ezra Kautz*
   *Deputy Attorney General*
Joel Marrero*
William H. Downer*
   *Supervising Deputy Attorneys General*
Brian Bilford*
   *Deputy Attorney General*
Michael L. Newman*
   *Senior Assistant Attorney General*
California Department of Justice
1300 I Street
Sacramento, CA  95814
(916) 210-6346
Joel.Marrero@doj.ca.gov
William.Downer@doj.ca.gov
Ezra.Kautz@doj.ca.gov
Brian.Bilford@doj.ca.gov
Michael.Newman@doj.ca.gov

*Counsel for the State of California*

**KRISTIN K. MAYES**
ATTORNEY GENERAL OF ARIZONA

By  */s/ Joshua A. Katz*
Joshua A. Katz*
   *Assistant Attorney General*
Office of the Arizona Attorney General

Ian R. Liston*
   *Director of Impact Litigation*
Vanessa L. Kassab*
   *Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 683-8899
Ian.Liston@delaware.gov

*Counsel for the State of Delaware*

**PHILIP J. WEISER**
ATTORNEY GENERAL OF COLORADO

By: */s/ Kyle M. Holter*
David Moskowitz*
   *Deputy Solicitor General*
Sarah H. Weiss*
   *Senior Assistant Attorney General*
Kyle M. Holter*
Sam Wolter*
   *Assistant Attorneys General*
Colorado Office of the Attorney General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
david.moskowitz@coag.gov
sarah.weiss@coag.gov
kyle.holter@coag.gov
samuel.wolter@coag.gov

*Counsel for the State of Colorado*

**WILLIAM TONG**
ATTORNEY GENERAL OF CONNECTICUT

By: */s/ Andrew Ammirati*
Andrew Ammirati*
   *Assistant Attorney General*
Connecticut Office of the Attorney General

2005 N. Central Ave.
Phoenix, Arizona 85004
(602) 542-3333
Joshua.Katz@azag.gov

*Counsel for the State of Arizona*

**BRIAN L. SCHWALB**
ATTORNEY GENERAL FOR THE DISTRICT OF
 COLUMBIA

By: */s/ Andrew C. Mendrala*
Andrew C. Mendrala*
 *Assistant Attorney General*
Public Advocacy Division
Office of the Attorney General for the District
 of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 724-9726
Andrew.mendrala@dc.gov

*Counsel for the District of Columbia*

**KWAME RAOUL**
ATTORNEY GENERAL OF ILLINOIS

By: */s/ Abigail R. Durkin*
Abigail R. Durkin*
 *Assistant Attorney General II, Special*
 *Litigation Bureau*
Cara Hendrickson*
 *Assistant Chief Deputy Attorney General*
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, IL 60603
Tel. (312) 814-3000
Abigail.Durkin@ilag.gov
Cara.Hendrickson@ilag.gov

*Counsel for the State of Illinois*

165 Capitol Ave
Hartford, CT 06106
(860) 808-5090
Andrew.Ammirati@ct.gov

*Counsel for the State of Connecticut*

**ANNE E. LOPEZ**
ATTORNEY GENERAL OF HAWAIʻI

By: */s/ Kalikoʻonālani D. Fernandes*
David D. Day*
 *Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes*
 *Solicitor General*
Hawaiʻi Department of the Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

**OFFICE OF THE GOVERNOR** *ex rel.*
**ANDY BESHEAR**
IN HIS OFFICIAL CAPACITY AS GOVERNOR OF
THE COMMONWEALTH OF KENTUCKY

By: */s/ S. Travis Mayo*
S. Travis Mayo*
 *General Counsel*
Taylor Payne*
 *Chief Deputy General Counsel*
Laura C. Tipton*
 *Deputy General Counsel*
Office of the Governor
700 Capitol Avenue, Suite 106
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
taylor.payne@ky.gov
laurac.tipton@ky.gov

4

*Counsel for the Office of the Governor*

| | |
|---|---|
| **AARON M. FREY** <br> ATTORNEY GENERAL OF MAINE <br><br> By: */s/ Sarah A. Forster* <br> Sarah A. Forster* <br>   *Assistant Attorney General* <br> Office of the Attorney General <br> 6 State House Station <br> Augusta, ME  04333-0006 <br> Tel.:  (207) 626-8800 <br> Fax:  (207) 287-3145 <br> Sarah.Forster@maine.gov <br><br> *Counsel for the State of Maine* | **ANDREA JOY CAMPBELL** <br> ATTORNEY GENERAL OF MASSACHUSETTS <br><br> By: */s/ Katherine Dirks* <br> Katherine Dirks* <br>   *Chief State Trial Counsel* <br> Jonathan Green* <br>   *Division Chief* <br> Veronica Zhang* <br>   *Assistant Attorney General* <br>   *Non-Profit Organizations / Public Charities* <br> Massachusetts Office of the Attorney General <br> 1 Ashburton Pl. Boston, MA 02108 <br> (617) 963-2277 <br> katherine.dirks@mass.gov <br><br> *Counsel for the Commonwealth of Massachusetts* |
| **DANA NESSEL** <br> ATTORNEY GENERAL OF MICHIGAN <br><br> By: */s/ Neil Giovanatti* <br> Neil Giovanatti* <br> Alexus Ringstad* <br>   *Assistant Attorneys General* <br> Michigan Department of Attorney General <br> 525 W. Ottawa <br> Lansing, MI 48909 <br> (517) 335-7603 <br> GiovanattiN@michigan.gov <br> RingstadA@michigan.gov <br><br> *Counsel for the People of the State of Michigan* | **KEITH ELLISON** <br> ATTORNEY GENERAL OF MINNESOTA <br><br> By: */s/ Liz Kramer* <br> Liz Kramer* <br>   *Solicitor General* <br> Minnesota Attorney General's Office <br> 445 Minnesota Street, Suite 1400 <br> St. Paul, Minnesota, 55101 <br> (651) 757-1010 <br> Liz.Kramer@ag.state.mn.us <br><br> *Counsel for the State of Minnesota* |
| **AARON D. FORD** <br> ATTORNEY GENERAL OF NEVADA <br><br> By: */s/ Heidi Parry Stern* <br> Heidi Parry Stern* | **MATTHEW J. PLATKIN** <br> ATTORNEY GENERAL OF NEW JERSEY <br><br> */s/ Jessica L. Palmer* <br> Jessica L. Palmer* |

5

*Solicitor General*
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
HStern@ag.nv.gov

*Counsel for the State of Nevada*


**RAÚL TORREZ**
ATTORNEY GENERAL OF NEW MEXICO

By: */s/ James W. Grayson*
James W. Grayson*
   *Chief Deputy Attorney General*
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM  87504-1508
(505) 490-4060
jgrayson@nmdoj.gov

*Counsel for the State of New Mexico*


**JEFF JACKSON**
ATTORNEY GENERAL OF NORTH CAROLINA

**LAURA HOWARD**
CHIEF DEPUTY ATTORNEY GENERAL

By /s/ Daniel P. Mosteller
Daniel P. Mosteller*
  *Associate Deputy Attorney General*
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
(919) 716-6026
dmosteller@ncdoj.gov

*Counsel for the State of North Carolina*

Lauren E. Van Driesen*
   *Deputy Attorneys General*
Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-4607
Jessica.Palmer@law.njoag.gov

*Counsel for the State of New Jersey*


**LETITIA JAMES**
ATTORNEY GENERAL OF NEW YORK

By: */s/ Jessica Ranucci*
Jessica Ranucci*
   *Special Counsel, Federal Initiatives*
Rabia Muqaddam*
   *Special Counsel for Federal Initiatives*
Office of the Attorney General
28 Liberty St.
New York, NY 10005
(929) 638-0447
Jessica.ranucci@ag.ny.gov
rabia.muqaddam@ag.ny.gov

*Counsel for the State of New York*


**DAN RAYFIELD**
ATTORNEY GENERAL OF OREGON

By: /s *Sadie Forzley*
Sadie Forzley*
   *Senior Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880
sadie.forzley@doj.oregon.gov

*Counsel for the State of Oregon*

6

| | |
|---|---|
| **JOSH SHAPIRO**<br>IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE COMMONWEALTH OF PENNSYLVANIA<br><br>By: */s/ Kenneth L. Joel*<br>Kenneth L. Joel\*<br>　*Deputy General Counsel*<br>Benjamin Holt\*<br>　*Chief Counsel*<br>　*Pennsylvania Department of Labor*<br>Melissa Murphy\*<br>　*Senior Counsel*<br>　*Pennsylvania Department of Labor*<br>Governor's Office of General Counsel<br>30 N. 3rd St., Suite 200<br>Harrisburg, PA  17101<br>(717) 649-8669<br>kennjoel@pa.gov<br><br>*Counsel for Governor Josh Shapiro* | **PETER F. NERONHA**<br>ATTORNEY GENERAL OF RHODE ISLAND<br><br>By: */s/ Kyla Duffy*<br>Kyla Duffy\*<br>　*Special Assistant Attorney General*<br>Rhode Island Attorney General's Office<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400, Ext. 2809<br>kduffy@riag.ri.gov<br><br>*Counsel for the State of Rhode Island* |
| **CHARITY R. CLARK**<br>ATTORNEY GENERAL OF VERMONT<br><br>By: */s/ Jonathan T. Rose*<br>Jonathan T. Rose\*<br>　*Solicitor General*<br>Office of the Vermont Attorney General<br>109 State Street<br>Montpelier, VT  05609<br>(802) 828-3171<br>Jonathan.rose@vermont.gov<br><br>*Counsel for the State of Vermont* | **NICHOLAS W. BROWN**<br>ATTORNEY GENERAL OF WASHINGTON<br><br>By: */s/ Abby Kahl*<br>Abigail Kahl\*<br>Andrew R.W. Hughes\*<br>　*Assistant Attorneys General*<br>Office of the Attorney General<br>2425 Bristol Court SW<br>Second Floor<br>PO Box 40117<br>Olympia, WA 98504<br>360-534-4864<br>Abigail.Kahl@atg.wa.gov<br>Andrew.Hughes@atg.wa.gov<br><br>*Counsel for the State of Washington* |
| **JOSHUA L. KAUL**<br>ATTORNEY GENERAL OF WISCONSIN | |

By: */s/ Charlotte Gibson*
Charlotte Gibson*
 *Assistant Attorney General*
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI  53707
(608) 957-5218 (phone)
(608) 294-2907 (fax)

*Counsel for the State of Wisconsin*

*\* Motion for admission pro hac vice forthcoming*

## CERTIFICATE OF SERVICE

I certify that on May 6, 2025, I electronically filed the foregoing document and its attachments via CM/ECF and thereby served all parties who have appeared through counsel on the Court's electronic docket.

For Plaintiff States whose counsel's motions for admission pro hac vice are forthcoming, I served the foregoing document and its attachments via email to those counsel.

                                              Respectfully submitted,

                                              */s/ Keith M. Jamieson*
                                              Keith M. Jamieson (D. Md. Bar. No. 31543)
                                                 *Assistant Attorney General*
                                              Federal Accountability Unit
                                              Office of the Attorney General
                                              200 Saint Paul Place
                                              Baltimore, Maryland  21202
                                              (410) 576-6960
                                              kjamieson@oag.state.md.us