**TABLE OF DECLARATIONS**

| Ex. # | State | Declarant | Entity |
|---|---|---|---|
| 1 | Arizona | Emily Litchfield | State Service Commission—Governor's Office of Youth, Faith, and Family |
| 2 | California | Eliza Munger | Grizzly Corps |
| 3 | California | Barbara Ferrer | Los Angeles County Department of Public Health |
| 4 | California | Ia Moua | State Service Commission—California Volunteers |
| 5 | Colorado | John Kelly | State Service Commission—Office of the Lieutenant Governor |
| 6 | Connecticut | Jacqueline M. Lucier | State Service Commission—Office of Higher Education |
| 7 | Delaware | Marcella Miller | Delaware Department of Health and Social Service |
| 8 | Delaware | Alta Porterfield | Delaware Department of State, Division of Libraries |
| 9 | Delaware | John Sullivan | State Service Commission—Governor's Commission on Community and Volunteer Service |
| 10 | Delaware | Paul Calistro | West End Neighborhood House |
| 11 | Hawaiʻi | Brian Hallett | Hawaiʻi State Department of Education |
| 12 | Hawaiʻi | Leah J. Laramee | Hawaiʻi Department of Land and Natural Resources |
| 13 | Illinois | Cory Blissett | State Service Commission—Illinois Department of Human Services |
| 14 | Kentucky | Wesley Bullock | Kentucky Environmental Education Council |
| 15 | Kentucky | Joe Bringardner | State Service Commission—Kentucky Cabinet for Health and Family Services |
| 16 | Massachusetts | Kelly Matthew | Framingham State University |
| 17 | Massachusetts | Elizabeth McGuinness | State Service Commission—Massachusetts Service Alliance |
| 18 | Maryland | Elizabeth Lorenz | State Service Commission—Maryland Department of Service and Civic Innovation |

| 19 | Maryland | Lisa Clark | Frostburg State University |
|---|---|---|---|
| 20 | Maryland | Alexander Pope | Salisbury University |
| 21 | Maryland | Rachel Temby | Maryland Department of Natural Resources |
| 22 | Maine | Luke Shorty | State Service Commission—Maine Commission for Community Service |
| 23 | Maine | Kim Lengert | Maine Department of Agriculture, Conservation and Forestry |
| 24 | Michigan | John Cory Connolly | Michigan Department of Environment, Great Lakes, and Energy |
| 25 | Michigan | Kimberly Trent | State Service Commission—Michigan Department of Labor and Economic Opportunity |
| 26 | Minnesota | Anna Hotz | Minnesota Pollution Control Agency |
| 27 | North Carolina | Briles Johnson | State Service Commission—Office of the Governor |
| 28 | New Jersey | Rowena Madden | State Service Commission—Governor's Office of Volunteerism |
| 29 | New Jersey | Victor Poretti | New Jersey Department of Environmental Protection |
| 30 | New Mexico | Sarita Nair | State Service Commission—New Mexico Department of Workforce Solutions |
| 31 | New York | Jamie Frank Blake | State University of New York |
| 32 | New York | Linda J. Cohen | State Service Commission—New York State Commission on National and Community Service |
| 33 | Oregon | Carie Bauer | State Service Commission—Oregon Higher Education Coordinating Commission |
| 34 | Pennsylvania | Jill Latuch | Pennsylvania Mountain Service Corps |
| 35 | Pennsylvania | Amelia Anderson | State Service Commission—Pennsylvania Department of Labor and Industry |
| 36 | Rhode Island | Brian Darrow | State Service Commission—Rhode Island Department of Elementary and Secondary Education |
| 37 | Vermont | Philip Kolling | State Service Commission—Vermont Agency of Human Services |
| 38 | Vermont | Gustave Seelig | Vermont Housing and Conservation Board |

| 39 | Washington | Trisha D. Almond | State Service Commission—Washington State Office of Financial Management |
| 40 | Washington | Joenne McGerr | Washington State Department of Ecology |
| 41 | Washington | David Patrick | Western Washington University |
| 42 | Wisconsin | Jean Duffy | State Service Commission—Wisconsin Department of Administration |