# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND; STATE OF DELAWARE; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ARIZONA; STATE OF CONNECTICUT; DISTRICT OF COLUMBIA, STATE OF HAWAI'I; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR *ex rel.* Andy Beshear, in his official capacity as Governor of the COMMONWEALTH OF KENTUCKY; STATE OF MAINE; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; JOSH SHAPIRO, in his official capacity as Governor of the COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN;<br><br>        Plaintiffs,<br><br>  v.<br><br>CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, operating as AmeriCorps; and JENNIFER BASTRESS TAHMASEBI, in her official capacity as Interim Head of the Corporation for National and Community Service;<br><br>        Defendants. | Civ. No. 25-cv-01363 (DLB) |

## **DECLARATION OF EMILY LITCHFIELD**

Pursuant to 28 U.S.C. § 1746, I, Emily Litchfield, hereby declare as follows:

1. I am a resident of the State of Arizona. I am over the age of 18 and have personal knowledge of all the facts stated herein, including as based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by the Governor's Office of Youth, Faith, and Family ("GOYFF") as the AmeriCorps Director.

3. The GOYFF is responsible for administering state and federal grant programs and engaging stakeholders across all sectors of Arizona to improve services and service delivery to Arizonans.

4. As the AmeriCorps Director, I am responsible for the administration and oversight of AmeriCorps grants that Arizona receives, including submitting grant applications, training and technical assistance for subgrantees, and communication with the federal agency.

### Background

5. Building and encouraging community service is an integral part of the State's well-being. Former Arizona Governor Fife Simington therefore established the Governor's Commission on Service & Volunteerism ("Commission"), housed within the Governor's Office of Youth, Faith and Family ("GOYFF") and in accordance with 45 CFR Part 2550. *See* Executive Order 94-1 (establishing the Commission); Executive Order 2025-3 (continuing the Commission). The Commission administers the State's national service resources.

6. The Commission, in conjunction with GOYFF, is responsible for:

    a. Developing a comprehensive state service plan;

      b. Assembling applications for funding and approved national service positions; and

      c. Administering national and community service programs in the State as mandated under the National and Community Service Act of 1990, as amended by the Serve America Act of 2009.

7. AmeriCorps plays a crucial role in community development. Last year, the Commission administered federal grants that funded over 1,500 AmeriCorps members in Arizona to meet local needs and strengthen neighborhoods. *See* AmeriCorps, National Service in Arizona, https://americorps.gov/national-service-report/az (last accessed Apr. 22, 2025). AmeriCorps directly administered funding for an additional 3,280 members and volunteers serving in Arizona, with a total investment of $18.3 million in federal funding. These members work across Arizona at more than 500 locations—supporting schools, food banks, public health departments, courts, and other essential community institutions. Their efforts not only fortify community resilience but also generate over $4.7 million in additional local resources through public-private partnerships.

8. In addition to providing services, members themselves benefit from the work they do through career opportunities. For instance, every participant in last year's Arizona Teacher Residency program is now employed in an Arizona school district. This benefits the State as well by providing a trained and experienced workforce.

9. Until April 26, 2025, the Commission received and managed seven Prime Grants ("Primes") from AmeriCorps, awarded and disbursed subgrants from the Primes, monitored subgrantees for performance and compliance with grant requirements, provided training and technical assistance for subgrantees, and functioned as a liaison between AmeriCorps and

subgrantees. As described below, paragraphs 21-36, this process has been disrupted by the termination of certain grants.

10. The Commission manages Primes received through two separate grant processes involving AmeriCorps Corporation funds. First is competitive funding, of which the Commission managed three Primes. For competitive funding, the Commission issues Requests for Proposals (RFP) that are based on federal Notices of Funding Opportunity (NOFOs) issued by AmeriCorps. Grant applicants submit application materials in response to the RFP, and AmeriCorps exercises its discretion in approving grant applications. Second, the Commission managed four formula Primes. For formula funding, the Commission receives Congressionally appropriated money from AmeriCorps. For two formula Primes, the Commission selects the subgrantees in accordance with State procurement laws. The remaining two formula Primes are administrative and support the GOYFF, including its payroll.

11. Until April 26, 2025, the Commission managed the federal funding for 26 subgrantees, including American Conservation Experience, Area Agency on Aging Region One, Arizona Corporation Commission, Arizona Serve of Prescott College (2 projects), Arizona State University Edson College of Nursing BE SAGE Program, Arizona State University Lodestar Center for Philanthropy and Nonprofit Innovation, Arizona Teacher Residency, The Be Kind People Project, Conservation Legacy - Arizona Conservation Corps, Earn to Learn, Family Scholar House, Hushabye Nursery, Maggie's Place, Maricopa County Superior Court, Northern Arizona University ("NAU") Center for Service and Volunteerism (3 grant projects), Pima Prevention Partnership, Project Reset, Teach for America Phoenix, University of Arizona Center for the Recruitment and Retention of Math Teachers, University of Arizona Cooperative Extension, Vista

College Prep, West Valley Health Equity, and Arizona Supreme Court. As described below, paragraph 24, some of these federally-funded programs have now been terminated.

12. Our subgrantees use the funds received from AmeriCorps to run programs that benefit Arizonans. The money is used to recruit, manage, pay, and train AmeriCorps members, handle program operations and costs, monitor and support host sites to ensure compliant and effective service, and more. Many subgrantees then post AmeriCorps service members at partner organizations ("host sites"), which supervise regular service and verify hours and performance measures.

13. AmeriCorps members earn the Segal AmeriCorps Education Award upon successfully completing their service, which has historically supported the educational pursuits of thousands of Arizonans. Since 1994, over 28,000 Arizona residents have contributed nearly 30 million hours of service and earned education awards totaling more than $78.5 million, with Arizona-based higher education institutions receiving over $31.7 million to enhance Arizona's educational landscape. Without preliminary relief, these institutions will suffer monetary harm that cannot later be recovered, because those students will have gone elsewhere or been awarded lowered tuition rates.

14. The following table summarizes the performance of various AmeriCorps funding programs for Fiscal Year 2024–the most current dataset we have–which underscores the scale and impact of these community service efforts:

4

| Program | Projects | Service Locations | Completed Participants | Education Awards | Federal Funding |
|---|---|---|---|---|---|
| AmeriCorps Indian Tribes | 1 | 1 | 44 | $229035 | $792,319 |
| AmeriCorps National | 20 | 50 | 373 | $1,041,687 | $1,312,709 |
| AmeriCorps NCCC | 12 | 12 | 102 | $0 | $0 |
| AmeriCorps State | 34 | 277 | 1482 | $3,690,190 | $10,522,725 |
| AmeriCorps VISTA | 12 | 43 | 64 | $454,280 | $1,621,066 |
| AmeriCorps Seniors Foster Grandparents | 2 | 62 | 1760 | N/A | $1,305,909 |
| AmeriCorps Seniors RSVP | 3 | 54 | 721 | N/A | $318,043 |
| AmeriCorps Seniors Senior Companion | 2 | 30 | 126 | N/A | $946,315 |
| AmeriCorps Seniors Senior Demonstration Program | 3 | 4 | 129 | — | $453,346 |
| Research Grants | 2 | | | | $416,187 |
| State Commission Operations Support | 1 | — | — | — | $615,596 |

## Reduction in AmeriCorps Staffing

15. On April 16, 2025, I learned from an email from federal agency staff Jaime Brancato, Deputy Regional Director for Programming, AmeriCorps NCCC - Southwest Region that all members of AmeriCorps' National Civilian Community Corps (NCCC) program had been placed on administrative hold status effective immediately, and would be eligible for a "compelling personal circumstance" program exit on April 30. The stated reason was: "In alignment with the Trump-Vance administration priorities and Executive Order 14222 'Implementing the President's Department of Government Efficiency Cost Efficiency Initiative,' AmeriCorps NCCC is working within new operational parameters that impact the program's ability to sustain program operations."

16. Later that afternoon, I learned from an article in the Washington Post that upwards of 90 percent of AmeriCorps staff were also placed on administrative leave. *See* Tobi Raji,

*AmeriCorps staff members placed on leave after DOGE visit*, The Washington Post, April 16, 2025, https://www.washingtonpost.com/nation/2025/04/16/americorps-cuts-doge-trump/.

17. The affected federal staff includes those responsible for awarding funds for state-operated programs like those supported by GOYFF, and those responsible for administering funds for AmeriCorps National, VISTA, and Seniors grants here in Arizona.

**Delays**

18. The Commission submitted applications on behalf of the State for the Fiscal Year 2025 AmeriCorps National Competitive solicitation by the January 23, 2025, deadline. The Notice of Funding Opportunity (NOFO) associated with those applications stated that "successful applicants will be notified mid-April 2025." *See* AmeriCorps.gov, Notice of Funding Opportunity, https://www.americorps.gov/sites/default/files/document/2025_ASNCompetitveNOFO_August1 9.508_0.pdf (last accessed Apr. 22, 2025). The Commission requested approximately $4.28 million in continuation funding and $3.37 million for new/recompete programs. As of the date of this Declaration, no notifications have been received. The FY2024 AmeriCorps Competitive funds will expire on July 31, 2025.

19. In addition, the Commission submitted applications for the Commission Support Grant (CSG) and Commission Investment Fund (CIF) on April 15, 2025, prior to the agency-imposed deadline of April 16, 2025. The current status of these applications is "scheduled for review."

20. The Commission is actively working with subgrantees to complete continuation applications for Fiscal Year 2025 funds. These applications are due by June 13, 2025. Awards are typically announced in late summer, with the new program year beginning August 1, 2025. Because of the delays described in paragraphs 18-19, above, we are concerned that review of these

applications will be delayed. Even if they are reviewed, we are concerned that AmeriCorps no longer has the staff capacity to administer awards.

## Termination Notice

21. On April 25, 2025, the Commission received a notice of termination (the "Notice"), effective immediately, for several of its awards. The Notice purported to be a final agency action with no administrative appeals process. As of this Declaration, as a result, we have filed no administrative appeal, and have treated this as a final action, as stated.

22. The Notice cited 2 C.F.R. 200.343—Effects of Suspension and Termination, and instructed the Commission to close out the awards within 120 days.

23. As of April 28, 2025, there were $6,249,958.00 of awarded contracts to sub-recipients that were impacted by the termination notice. Of that total amount, $4,066,947.46 was remaining as an outstanding obligation.

24. The list of impacted awards is attached as Exhibit 1, which also displays the money that was remaining on those grants as of the most recent request for reimbursement, meaning the remaining balance likely includes expenses incurred but not yet billed.

25. In response, on April 26, 2025, the Commission issued a Stop Work Order impacting 374 AmeriCorps members who are enrolled and actively serving on the terminated projects.

26. The members were told not to report to service beginning Monday, April 28, 2025.

27. Beyond the two emails regarding the NCCC reduction in force and the program terminations, I have received no other communication from AmeriCorps. AmeriCorps has not sent GOYFF any guidance or instructions regarding whom to contact for questions or issues, nor has

AmeriCorps advised how GOYFF should manage or what process to use regarding the terminated grants.

28. I have received outreach from subgrantees whose grants have been terminated. One subrecipient, for example, has asked how GOYFF will administer its terminated grant. The subrecipient asked because, absent any communication from AmeriCorps, the policies and procedures are not uniform across the states. Issues like this are causing unnecessary confusion and panic, and are a drain on limited resources.

29. I had no advance notice of these terminations, and was not provided any opportunity to comment. Had I been given notice and such an opportunity, I would have taken it.

### Harm to Arizona from Terminated Grants

30. Approximately 80% of the budgets of the terminated programs are used for member support costs. Many members rely on the living allowance funded through AmeriCorps grants to survive, making the loss of the allowances potentially catastrophic for these members. Moreover, two terminated programs, American Conservation Experience and West Valley Health Equity, provide housing for members while in service, meaning that 40 members will lose their housing and living allowance without immediate preliminary relief. The programs do not have sufficient funding to fully or, in some cases, even partially backfill their members' payments without AmeriCorps funds.

31. Arizona has been, and will continue to be without preliminary relief, harmed because it may need to provide services for which the State has depended on federal funding and AmeriCorps members. For example, AmeriCorps members in the Arizona Teacher Residency program teach students with individualized education plans ("IEPs") in Title I schools. Students with IEPs remain in classrooms even if AmeriCorps members do not. Without AmeriCorps'

funding and members, Title I students with IEPs will suffer and fall behind, or the State will need to find resources (which do not currently exist) to fund new staff and provide new programming for this student population.

32. In addition, the following work (as examples only, paragraphs 33-35) will cease immediately in Arizona:

33. At the Maricopa Superior Court libraries, 34 members provide one-to-one assistance. Through the third quarter of 2025, these members have already helped 17,500 pro se litigants file complaints, including orders of protection, expungement requests, and child custody paperwork. Without immediate relief, those litigants will have to navigate the court system alone, including how to identify and complete proper legal forms and where, whether, or when to appear before judges.

34. At the American Conservation Experience, 32 members remove invasive species and thin forests to mitigate wildfire risk. This work has protected almost 650 acres of public land. This program provides the help necessary to complete the work of other agencies, such as the Bureau of Land Management, the United States Forest Service, and the Office of Wildland Fire. This work will cease, which creates a large impact because many federal projects may now be under-resourced and therefore impossible to complete. Each day that this work is not done imposes damage to those agencies and our forests that cannot be repaired later. Invasive species and forest fires cause damages that are far easier to prevent than to fix.

35. At NAU, 55 members provide public health services, and have served almost 2,400 people. These members, primarily NAU students in related programs, serve with public health clinics and nonprofits in rural communities to provide outreach and education, resources and referrals, and vital sign checks for those with chronic health conditions. The program provides

paid internship opportunities for students to serve at organizations that otherwise do not have the funding to pay interns. This work will cease. The work cannot simply be restarted later, as those students will have found other opportunities. And the patients these programs serve are injured by each day without those services in a way that money cannot restore.

36. Even if funding is eventually restored, these programs will have taken a reputational hit. I fear greater difficulty recruiting members and subgrantees in the future as the program will have been shown to be unreliable. The longer these programs go unfunded, the greater this effect will be, necessitating immediate relief now.

## Delayed Funding Harms Arizona

37. Even if AmeriCorps reinstates the terminated grants, funding delays will cause profound harm to Arizona. Without sufficient numbers of AmeriCorps staff present to award and administer the federal funds that flow to Arizona, our office will be directly impacted. There are likely seven GOYFF staff members who support AmeriCorps. If the funds aren't received by July 11, 2025, we will no longer have the resources to fund these positions.

38. AmeriCorps grants are also used to pay for 120 staff members in the offices of 26 subgrantees. If the funds aren't received by August 1, 2025, our subgrantees will no longer have the resources to fund these positions.

39. The delays that result from the dramatic reductions in AmeriCorps staff will have potentially irreversible impacts on our programming. Typically, once AmeriCorps has granted an award, the Commission must then work with subgrantees to finalize contracts, and the subgrantees then recruit AmeriCorps members and perform background checks. According to the terms of the grants, most programs must start by August 1 or September 1. If there is a delay from AmeriCorps, and therefore a delay in the Commission's ability to finalize contracts, the subgrantees may lose

their opportunity to recruit AmeriCorps members who will likely have accepted other employment opportunities.

40. As of April 26, 2025, the Commission was administering federal grants for 1,124 AmeriCorps members across the state of Arizona. Because we administer the grants, we know that those federal funds supported at least the following member benefits:

   a. $6.6 million distributed as a bi-weekly living allowance;
   b. Health care benefits (if eligible);
   c. Child care assistance (if eligible);
   d. An AmeriCorps Segal Education Award, which may be used toward school tuition, repayment of federally approved student loans, or future education costs for up to seven years.

41. The State does not have the resources to offer comparable benefits to service members absent AmeriCorps funding. Thus, delays in and/or loss of AmeriCorps funds will lead to termination of service members' benefits and prevent some or all AmeriCorps service members from continuing to serve.

42. The support that AmeriCorps members provide throughout Arizona is critical and irreplaceable. For example, in Fiscal Year 2023, the Commission administered AmeriCorps grants that funded 1,521 members who completed 872,764 hours of service, impacting 186,000 Arizonans, including 82,500 children, and 700 veterans, active-duty military, and their families. Services provided to individuals included tutoring and mentoring, job skills training and job placement, public health education and outreach, access to food from local food banks, support accessing court services, and providing resources to children in foster and kinship care. AmeriCorps members also treated more than 11,000 acres of land, removing invasive species and

thinning forests to mitigate wildfire risk, and protecting local watersheds from pollution and reducing erosion along the banks.

43. To understand the magnitude of what these programs accomplish for Arizona, take just two specific examples:

    a. Area Agency project provides transportation and resource navigation for over 300 homebound seniors, enabling them to live more independently.

    b. The Be Kind People Project ("BKPP") has supported over 6,000 K-8 students with social and emotional education. Data collected by BKPP indicate that schools with AmeriCorps members have higher test scores, fewer referrals for behavior, and a better school climate.

44. AmeriCorps grants are unique in that applicant organizations in Arizona are able to determine community needs because of their on-the-ground-knowledge, and the grants afford those organizations the ability to outline the best solutions to those challenges. Additionally, AmeriCorps members are primarily recruited from those communities, engaging community members in addressing their own needs. This means that the crucial work AmeriCorps does in Arizona is often done by Arizonans who are keenly aware of what the State needs and uniquely qualified to do the necessary work; it also means that normal Arizonans are bearing the brunt of these federal decisions.

45. Arizona does not have the resources to continue this critical work without AmeriCorps awarding those funds and administering those awards in a timely manner. One such program, Wood for Life, is a unique program that provides three state-specific benefits: (1) Forest fire mitigation, (2) Energy distribution to the Navajo Nation and the Hopi Tribe and vulnerable communities, and (3) Building and manufacturing resources for the tribes. *See* AncestralLands.org,

Wood for Life, https://ancestrallands.org/wood-for-life (last accessed Apr. 22, 2025). Specifically, Conservation Legacy, an AmeriCorps subgrantee, partners with the Navajo Nation and the Hopi Tribe, as well the National Forest Foundation and the U.S. Forest Service, and numerous other partners. *See* National Forest Foundation, Northern Arizona Wood for Life Partnership, https://www.nationalforests.org/get-involved/wood-for-life/northern-arizona-wood-for-life-partnership (last accessed Apr. 22, 2025). AmeriCorps members receive education and job training, such as chainsaw training, first aid, and CPR. The members work in crews to cut trees that have been designated for removal. The program then provides that wood to sustainably heat homes and provides posts and beams for traditional building purposes, no-cost firewood, and mulch for soil improvement and moisture retention.

46. As another example, AmeriCorps administers grants for the Seniors programs. One such program in Arizona is the Foster Grandparent Program, which places senior citizen volunteers in Title I schools as tutors. Without sufficient staff at AmeriCorps, this program may not be properly administered. The State does not have the resources to administer this program or continue it if delays cause a pause or termination in funding.

47. Overall, the landscape of Arizona, for the land and community, would be unrecognizable without the efforts that can only be resourced by AmeriCorps grants and sufficient numbers of AmeriCorps staff. Terminations and delays impact a broad array of programs, with immediate impacts to public health, homebound seniors, wildland management, education, including for preschoolers, and access to legal resources for pro se litigants, among many others. These impacts will be irreversible without immediate preliminary relief.

## Conclusion

48.     It is my firm declaration that the reduction in AmeriCorps Federal Agency staffing could present a serious threat to the operational integrity and timely execution of Fiscal Year 2025 funding initiatives. The potential delays in grant reviews and program awards and the recent terminations to critical AmeriCorps-funded programming will likely have a devastating impact on Arizona's communities and the individuals dedicated to service. The Commission stands ready to work collaboratively with federal and state partners to mitigate these risks and safeguard the continued success and outreach of the AmeriCorps program.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct. Executed on May 2, 2025, at Phoenix, Arizona.

_____
Emily Litchfield

# EXHIBIT 1

| Grant Number | Application ID | Organization | Corporate Program Code | Project | Organization State | Federal Funding | Balance Remaining |
|---|---|---|---|---|---|---|---|
| 22ACDAZ0010004 | 24AC272783 | NORTHERN ARIZONA UNIVERSITY | STATE | Arizona Teacher Residency | AZ | $700,000 | $300,814 |
| 22ACDAZ0010005 | 24AC272780 | Judiciary Courts of the State of Arizona | STATE | Arizona Supreme Court, Administrative Office of the Courts | AZ | $198,614 | $151,259 |
| 22ACDAZ0020002 | 24AC272774 | Arizona State University | STATE | BE SAGE: COVID-19 Mitigation for Vulnerable Early Childcare | AZ | $269,220 | $229,877 |
| 22ACDAZ0020003 | 24AC272775 | NORTHERN ARIZONA UNIVERSITY | STATE | Northern Arizona University | AZ | $663,071 | $436,895 |
| 22ACDAZ0020004 | 24AC272773 | West Valley Health Equity | STATE | West Valley Health Equity | AZ | $398,856 | $129,019 |
| 24AFDAZ0010006 | 24AC272763 | NORTHERN ARIZONA UNIVERSITY | STATE | Environmental Steward | AZ | $499,750 | $138,762 |
| 24AFDAZ0010005 | 24AC264350 | EXECUTIVE OFFICE OF STATE OF ARIZONA | STATE | Placeholder AZ Cost | AZ | $973,973 | $973,973 |
| 24AFDAZ0010003 | 24AC272765 | Family Scholar House, Inc | STATE | AZ HealthCorps | AZ | $497,948 | $459,702 |
| 24AFDAZ0010002 | 24AC272768 | Vista College Preparatory, Inc. | STATE | Vista College Preparatory, Inc. II | AZ | $494,629 | $371,863 |
| 24AFDAZ0010001 | 24AC272758 | Pima Prevention Partnership | STATE | The Partnership AmeriCorps | AZ | $134,710 | $96,880 |
| 24AFDAZ0010010 | 24AC272760 | MARICOPA, COUNTY OF | STATE | Providing Access to Court Services | AZ | $265,972 | $123,390 |
| 24AFDAZ0010009 | 24AC272761 | Parental Support Services AZ Inc | STATE | Rest Recovery | AZ | $196,144 | $195,239 |
| 24AFDAZ0010008 | 24AC272762 | Area Agency on Aging, Region One, Inc | STATE | Caring Circles | AZ | $307,962 | $164,504 |
| 24AFDAZ0010012 | 24AC272770 | THE BE KIND PEOPLE PROJECT | STATE | Social and emotional education for K-8 learning improvement | AZ | $380,359 | $188,585 |
| 24FXDAZ0010001 | 24ES272752 | American Conservation Experience | EAS | Empowering Environmental Stewards and Leaders | AZ | $268,750 | $71,355 |