EXHIBIT 8

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

STATE OF MARYLAND; STATE OF
DELAWARE; STATE OF CALIFORNIA; STATE
OF COLORADO; STATE OF ARIZONA; STATE
OF CONNECTICUT; DISTRICT OF COLUMBIA,
STATE OF HAWAI'I; STATE OF ILLINOIS;
OFFICE OF THE GOVERNOR *ex rel.* Andy
Beshear, in his official capacity as Governor of the
COMMONWEALTH OF KENTUCKY; STATE OF
MAINE; COMMONWEALTH OF
MASSACHUSETTS; PEOPLE OF THE STATE OF
MICHIGAN; STATE OF MINNESOTA; STATE OF
NEVADA; STATE OF NEW JERSEY; STATE OF
NEW MEXICO; STATE OF NEW YORK; STATE
OF NORTH CAROLINA; STATE OF OREGON;
JOSH SHAPIRO, in his official capacity as
Governor of the COMMONWEALTH OF
PENNSYLVANIA; STATE OF RHODE ISLAND;
STATE OF VERMONT; STATE OF
WASHINGTON; STATE OF WISCONSIN;

      Plaintiffs,

   v.

CORPORATION FOR NATIONAL AND
COMMUNITY SERVICE, operating as
AmeriCorps; and JENNIFER BASTRESS
TAHMASEBI, in her official capacity as Interim
Head of the Corporation for National and
Community Service;

      Defendants.

C.A. No. 1:25-cv-01363-DLB

1

## DECLARATION OF ALTA PORTERFIELD

1.      Pursuant to 28 U.S.C. § 1746, I, Alta Porterfield, hereby declare as follows:

2.      I am a resident of Delaware. I am over the age of 18 and have personal knowledge of all the facts stated herein, including as based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

3.      In 2015, I became the Delaware Libraries AmeriCorps authorized representative for the Delaware Department of State, Division of Libraries.

### AmeriCorps Support for Volunteer Programs in the Delaware Department of State, Division of Libraries.

4.      The Delaware Division of Libraries (DDL) is committed to evolving libraries to meet the diverse needs of our communities. Our eight full-time AmeriCorps VISTAs and a part-time supervisor play a crucial role in this mission by bringing innovative solutions, strategic partnerships, and dedicated volunteers to enhance library services across the state.

5.      The AmeriCorps VISTAs receive extensive onboarding with AmeriCorps and Delaware Libraries, and are selected because of their passion and subject matter expertise. Their qualifications include MBA, MS in Applied Urban Science and Informatics, Master of Public Policy (MPP), Master of Education (MEd), and health care compliance master certificates from institutions such as George Washington, Carnegie Mellon, UC Berkeley, NYU, University of Virginia, Southern Methodist University, and more.

6.      AmeriCorps VISTAs are instrumental in developing and strengthening programming through grants, partnerships, and volunteer coordination:

- •     Literacy Initiatives: Coordinating and developing literacy services across the lifespan with the Delaware Literacy Alliance to address Delaware's low literacy rates.

2

- Health Programs: Supporting health programming, telehealth services, and resource fairs, ensuring access to essential health services.

- Digital Literacy and Emerging Technologies: Working on various grants to staff libraries with digital navigators to provide comprehensive computer programming, helping Delawareans upskill and meet their immediate needs for social services and employment applications.

**Impacts of Efforts to Dismantle AmeriCorps**

7.  We have VISTAs who work with data collection and reports. They are also developing data tool systems to work on the Institutional Review Board (IRB) for the Federal Digital Capacity Grant awarded to Delaware Libraries ($1.9 million) from our state's DTI office, which is in the final stages of being finalized for payment. This award is a game changer for communities, as the money is strictly for digital navigators to help teach computer classes and assist patrons with their digital needs. VISTAs work on long-term projects and need time to hand off their roles to other individuals without jeopardizing the grants. We have seven grants that the VISTAs are currently working on.

8.  We have always had a particularly good relationship with all the regional and national AmeriCorps staff until they were put on administrative leave and not allowed to communicate.

9.  The Delaware Division of Libraries relies on AmeriCorps staff to ensure we are given all the information, training and resources to be successful.

10.  Since April 17th, Michele Scotti, our Portfolio Manager, Mid-Atlantic Region for AmeriCorps has not been in communication with us.

11. Our office is especially concerned about the drastic dismantling of AmeriCorps staff and funding, due to the critical timeline for AmeriCorps grants in the next two months.

12. Delaware Dept. of State- Delaware Libraries' continuation award was awarded on February 18, 2025 Project Start and End Dates: 03/26/2025 ~ 03/25/2026. See Exhibit 1. Our original submission on February 12 was revised immediately to comply with the Executive orders which included reassigning a VISTA to another focus area. We then received a Memorandum of Agreement that our cycle would run 4/4/25-4/4/26. See Exhibit 2.

13. Our program was able to accept a VISTA transfer from MD since her project was not continuing. This transfer was made after our new project year had started. She has, however, since been administrative leave along with other VISTA members.

14. The AmeriCorps State and National grant alone involves thousands of sub-applications designed by different non-profit organizations and packaged into the various state applications or submitted directly to the national office. AmeriCorps needs to review and score each sub-application while also performing financial and legal checks on the host organizations. Throughout this process, AmeriCorps staff work interactively with states and direct applicants to clarify issues and resolve application problems. I cannot imagine how this process can be completed accurately or on time after the elimination of 85% of the experienced staff assigned to the task.

15. Delaware Department of State for the Division of Libraries (the "Delaware AmeriCorps Libraries Grant") has been working with CNCS and AmeriCorps for over ten years with our grant awards cycle begin and end in March without a match for formula except for the coordinator position.

16. On Friday, April 25th, 2025, I received an e-mail at 6:14pm from Jennifer Bastress Tahmasebi, AmeriCorps's Interim Agency Head. These terminations included the AmeriCorps grant to the Delaware Division of State for the Department of Libraries (the "Delaware AmeriCorps Libraries Grant"). We have been told to ensure that the closeout procedures are completed within 120 days. Exhibit 3.

17. In other words, as I understand it, as of Friday, April 25th, AmeriCorps will no longer pay any costs incurred relating to the actual services for which we were awarded approved grants. The notice states that we are allowed no exceptions or appeals.

18. On May 2, I received another email from AmeriCorps Vista, which is attached as Exhibit 4, indicated that as of April 28, 2025, all VISTA members serving under our VISTA grant had been placed under Administrative Hold status with pay.

19. The abrupt dismantling of AmeriCorps VISTA services has profound implications for Delaware's libraries and communities. Our VISTAs, who are instrumental in data collection, report development, and the creation of data tool systems for the Institutional Review Board (IRB) for the Federal Digital Capacity Grant, are facing significant disruptions. This $1.9 million grant from our state's DTI office, in its final stages of payment, is a game changer for communities, strictly funding digital navigators to teach computer classes and assist patrons with their digital needs. VISTAs work on long-term projects and need time to hand off their roles to other individuals without jeopardizing the grants. The members had been working on seven grants.

20. AmeriCorps VISTA opportunities attract individuals passionate about making a tangible difference in communities. For instance, four of our eight AmeriCorps VISTAs relocated from various states (CA, CO, TX and NY) to serve at the Delaware Dept. of State- Delaware Division of Libraries, motivated by the opportunity to contribute meaningfully to community

development and public service. However, with their service abruptly ended and placed on administrative leave, these individuals face the dilemma of whether to return to their home states and break their leases, resulting in losing security deposits and incurring substantial fees, including several months of rent for apartments they are leaving behind. This is currently happening to one of our VISTAs. See Exhibit 5. This situation underscores the dedication and sacrifices made by AmeriCorps VISTAs in their commitment to service, highlighting the financial and personal challenges they are now enduring.

21.    In addition to Delaware Libraries, other DE Literacy Alliance partners, including Literacy Delaware and Reading Assist, also lost their AmeriCorps members, resulting in the loss of literacy services throughout the state. The disruption of AmeriCorps VISTA services jeopardizes critical literacy, health, and digital literacy programs, undermining the progress made in addressing low literacy rates, providing essential health services, and enhancing digital skills. The Federal Digital Capacity Grant, a transformative opportunity for Delaware Libraries, is at risk, potentially depriving communities of vital digital navigation support. The collective impact of these changes underscores the urgent need to reinstate and support AmeriCorps VISTA programs to ensure the continued growth and development of Delaware's libraries and the communities they serve.

22.    **Burdens on the Division or State based on the termination**: VISTA members were working on seven grants and multiple projects. The VISTAs received a notice on Monday, April 28, 2025, at 6:08pm that they were on administrative leave. Under the conditions caused by the staff reductions at AmeriCorps, lack of communication with AmeriCorps, and the termination of the AmeriCorps programs and grants, it will not be possible to determine which Division of Libraries programs that AmeriCorps members previously supported we are able to continue to provide. The VISTA members are very worried about even communicating with us. I have attached this email as Exhibit 6.

Therefore, effective April 28, 2025, you have been removed from the DELAWARE DEPARTMENT OF STATE AmeriCorps vista project and placed in Administrative Hold (AH) status for a period up to 30 days. While you are in AH, you will continue to receive your regular living allowances, but you are not to report back to your AmeriCorps VISTA project or participate in any project-related activities. All provisions of the *AmeriCorps VISTA Member Handbook* regarding your activities and conduct remain in effect through this period.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on May 5th, 2025, at Camden, Delaware

Alta Porterfield
Statewide Social Innovator for the
Department of State, Division of Libraries

7

# EXHIBIT 1

- **home**
- **my account**
- **help**
- **logout**

# 4/30/2025, 6:06 PM, EDT



eGrants

**Welcome Alta**

**View Continuation**

Applicant Info
Application Info
Narratives
Sites
Documents
Performance Measures
Budget Section 1
Budget Section 2
Review
Authorize and Submit

**Project Application Info**

Project Application ID:
25VS272117
Grant #: 15VSADE002

NOFA: FY 2025 AmeriCorps
VISTA Continuations

Type: Continuation
Status: Awarded
Submitted: 02/18/2025 09:46,
EST

**Legal Applicant Info**

**View Continuation Project Application**

 back

next

## NOFA Information

- **NOFA:** FY 2025 AmeriCorps VISTA Continuations
- **Project Application ID #:** 25VS272117
- **Grant ID #: 15VSADE002**
- **Due Date: 07/15/2025**
- **Summary: The FY 2025 VISTA Continuation Projects NOFO is for existing projects with new start dates between October 2024 and September 2025. Please contact your Portfolio Manager or vista@americorps.gov for confirmation if uncertain which NOFO to apply against.**

## View/Print your application

Please click on any of the following links to view/print a report.

- **Application View Revision Log**
- **Application for Federal Assistance: view/print report**
- **Budget: view/print report**
- **Budget Narrative: view/print report**
- **Memorandum of Agreement: view/print report**
- **Program Summary Chart: view/print report**

**Applicant Info: view**

DELAWARE DEPARTMENT OF
STATE
121 Martin Luther King Jr Blvd N
Dover, DE 19901

- **Applicant/User:** Alta Porterfield
- **Authorized Representative:** Porterfield, Alta
- **Applying Type:** Continuation
- **Applying:** Directly to CNCS

**Application Info: view**

- **Areas affected by the project:**
  State of Delaware - New Castle, Kent and Sussex Counties
- **Project Start and End Dates:** 03/26/2025 ~ 03/25/2026
- **Subject to Review by State Executive Order 12372 Process:** No
- **Delinquent on any federal debt?** No

**Narratives: view**

- Executive Summary: entered
- Summary of Accomplishments: entered
- Need: entered
- Strengthening Communities: entered
- Recruitment and Development: entered
- VISTA Assignment: entered
- Project Management: entered
- Organizational Capability: entered
- Other: entered
- Intermediary Justification: entered

**Documents: view**

Articles of Incorporation - Not Applicable
Auditor's Statement Page - Sent
Board of Directors - Not Applicable
Negotiated Indirect Cost Agreement - Not Applicable
Organizational Chart - Sent
Supervisor's Job Description - Sent
Supervisor's Resume - Sent
Tax-Exempt Status Form - Already on File at CNCS
Two Letters of Support - Already on File at CNCS

**Budget Section 1 Subtotal: view**

| Total Amount | CNCS Share | Grantee Share | Member Support |
|---|---|---|---|
| $30,000 | $15,000 | $15,000 | $0 |
| | 100% | 100% | 0% |

**Budget Section 2 Subtotal: view**

| Total Amount | CNCS Share | Grantee Share | Member Support |
|---|---|---|---|
| $185,458 | $0 | $0 | $185,458 |
| | 0% | 0% | 100% |

**Budget Total:**

| Total Amount | CNCS Share | Grantee Share | Member Support |
|---|---|---|---|
| $215,458 | $15,000 | $15,000 | $185,458 |
| | 0% | 0% | 100% |

- 508 Approved |
- Contact Help Desk
- |Privacy

Release version: 7.27

# EXHIBIT 2

For Official Use Only

# Notice of Grant Award

Corporation for National and Community Service
250 E Street SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## VISTA State

## Grantee

DELAWARE DEPARTMENT OF STATE

121 Martin Luther King Jr Blvd N  Dover DE 19901-3638

EIN: 516000279

UEI: FENYF8PUGPY8

## Award Information

| | | | |
|---|---|---|---|
| Agreement No.: | **15VSADE002** | Performance Period: | **04/06/2025 - 04/04/2026** |
| Amendment No.: | **0** | Budget Period: | **04/06/2025 - 04/04/2026** |
| CFDA No.: | **94.013** | Grant Year: | **10** |

## Purpose

The purpose of this award is to assist the Project Sponsor in carrying out an anti-poverty AmeriCorps VISTA project as authorized under Title I, Part A of the Domestic Volunteer Service Act of 1973, as amended (Pub. L. 93–113).

## Funding Information

| Year 10 | Previously Awarded This Year | This Award/ Amendment | Total Current Year |
|---|---|---|---|
| Total Obligated by CNCS | $15,000 | $0 | $15,000 |
| Grantee's Unobligated Balance (Carryover) | $0 | $0 | $0 |
| Total Available | $15,000 | $0 | $15,000 |

**Cumulative Funding for Project Period**

| | |
|---|---|
| Total Awarded in Previous Amendments | $45,000 |
| Total CNCS Funds Awarded to Date | **$45,000** |

## Funding Source and Amount

Not applicable to this award.

## Award Description

This award approves the Fiscal Year 2025 VISTA Support grant as described in the approved project application narrative and budget.

Terms of Acceptance: By accepting funds under this grant, recipient agrees to comply with General Terms and Conditions found at https://americorps.gov/sites/default/files/document/FY2025-General-Terms-and-Conditions.pdf and the Program Terms and Conditions found at https://americorps.gov/sites/default/files/document/FY2025-VISTA-Support-Grant-Terms-and-Conditions.pdf or https://americorps.gov/sites/default/files/document/FY2025-VISTA-Program-Grant-Terms-and-Conditions.pdf. Recipient also agrees to comply with assurances and certifications made in the grant application, supporting documents, and with applicable federal statutes, regulations and guidelines. Recipient agrees to administer the project in accordance with the approved application and supporting documents.

Corporation for National and Community Service:

For Official Use Only

# Notice of Grant Award

250 E Street, SW, Suite 300
Washington, DC 20525-0001
(202) 606-5000

## VISTA State

## Grantee

DELAWARE DEPARTMENT OF STATE

121 Martin Luther King Jr Blvd N  Dover DE 19901-3638

EIN: 516000279

UEI: FENYF8PUGPY8

## Award Information

| | | | |
|---|---|---|---|
| Agreement No.: | **15VSADE002** | Performance Period: | **04/06/2025 - 04/04/2026** |
| Amendment No.: | **0** | Budget Period: | **04/06/2025 - 04/04/2026** |
| CFDA No.: | | Grant Year: | **10** |

*Stacy L Bishop*                03/18/2025

_____

Signature                          Award Date

DELAWARE DEPARTMENT OF STATE
_____
Legal Applicant

Stacy Bishop
_____
Senior Grants Officer

Alta Porterfield
_____
Project Director

Michelle Scotti
_____
Grants Officer

Alta Porterfield
_____
Certifying Official/Executive Officer

Michelle Scotti
_____
Program Officer

EXHIBIT 3

From: AmeriCorpsAwardAction <AmeriCorpsAwardAction@americorps.gov>
Sent: Friday, April 25, 2025 6:14 PM
To: Alta Porterfield <Alta.Porterfield@lib.de.us>
Cc: AmeriCorpsAwardAction <AmeriCorpsAwardAction@americorps.gov>
Subject: Termination Notice of AmeriCorps Award

Alta Porterfield

DELAWARE DEPARTMENT OF STATE

121 Martin Luther King Jr Blvd N

Dover

DE, 19901

RE:

15VSADE002

25VS272117

Dear AmeriCorps Award Recipient:

Effective immediately, the above-referenced AmeriCorps award is being terminated per 2 CFR 200.340(a)(4) because it has been determined that your award no longer effectuates agency priorities. You must immediately cease all award activities. This is a final agency action and is not administratively appealable.

The provisions at 2 CFR 200.343 – Effects of Suspension and Termination apply. This process ensures the equitable settlement of costs, proper disposition of government property, and mitigation of negative impacts on stakeholders. AmeriCorps staff will initiate an amendment to change the end date of the period of performance effective immediately.

Please immediately notify subrecipients and/or community partners, if applicable, and initiate your internal termination and closeout procedures.

Please review Closeout Instructions for Grantees to close out this Federal award within 120 days.  Please note, there are some close-out actions that indicate that you must submit information

to your portfolio manager. Instead of submitting to those individuals, you must instead submit to the following regional mailboxes:

- MidAtlantic@americorps.gov (DC, DE, MD, NJ, PA, PR, VA, VI, WV)

- Midwest@americorps.gov (IL, IN, KY, MI, OH)

- Mountain@americorps.gov (AZ, CO, ID, MT, NM, UT, WY)

- NorthCentral@americorps.gov (IA, MN, WI, ND, SD, NE, KS, MO)

- Northeast@americorps.gov (CT, MA, ME, NH, NY, RI, VT)

- SouthCentral@americorps.gov (AR, LA, MS, OK, TX)

- Southeast@americorps.gov (AL, FL, GA, NC, SC, TN)

- West@americorps.gov (AK, AS, CA, CNMI, GU, HI, NV, OR, WA)

Costs after termination are allowable if:

(a) The costs result from financial obligations which were properly incurred before the effective date of termination, and

(b) costs are for necessary and reasonable termination and closeout activities.

Please follow the program specific instructions below, based on the type of award that is being terminated.

*AmeriCorps State and National*

State commissions and prime grantees should immediately notify subgrantees, operating sites, and members and follow grant close-out procedures. All member activities should cease immediately. Members should be exited for compelling personal circumstances (CPC). The program should document that the member was exited for compelling personal circumstances due to the agency's termination of the grant and program closure. If possible, the program should try to have the member transferred to another program. If this is not possible, the program should note in the CPC documentation that member reassignment was not an option.

*AmeriCorps Seniors*

You are encouraged to notify volunteers, volunteer stations and the Advisory Council. Please also reference Appendix A.3 in your program handbook for close-out guidance.

*AmeriCorps VISTA*

If you have members active on your award/agreement, all members will be removed from your project effective immediately. Further communication will go directly to impacted members and sponsors.

*Volunteer Generation Fund and Days of Service*

Notification of award termination should be sent to all subrecipients and community partners. Communication to subrecipients should include instruction to immediately cease award activity and the Close Out Instructions for Grantees.

*Research and Evaluation*

Notification of award termination should be sent to all subrecipients and community partners.


Jennifer Bastress Tahmasebi

Interim Agency Head

EXHIBIT 4

From: VISTACase <VISTACase@americorps.gov>
Sent: Friday, May 2, 2025 2:25 PM
To: Alta Porterfield <Alta.Porterfield@lib.de.us>
Cc: VISTACase <VISTACase@americorps.gov>; MidAtlantic <MidAtlantic@americorps.gov>
Subject: Notification of Member Placement in Administrative Hold

You don't often get email from vistacase@americorps.gov. Learn why this is important

May 2, 2025

Alta Porterfield

DELAWARE DEPARTMENT OF STATE

SENT VIA EMAIL ONLY TO: alta.porterfield@lib.de.us

CC: MidAtlantic@americorps.gov

Re: 15VSADE002_Notification of Member Placement in Administrative Hold

Dear Alta Porterfield:

On Friday April 25, 2025, you received notification that grant 15VSADE002, was being terminated per 2 CFR 200.340(a)(4). Effective April 28, 2025, all members serving under this grant have been placed in Administrative Hold status with pay.

- Please forward this email to the site supervisor(s) of these members, if applicable.

- If any of these members have any equipment or material belonging to the VISTA project and/or has any personal items left at the project site, it is the sponsor's responsibility to secure those items.  You may arrange to pick the items up at a neutral location or have them returned via overnight delivery using UPS, Fed Ex, or a similar carrier.  If you use overnight delivery, please send the member a pre-paid label to return the items.

The members have been advised via email that while on Administrative Hold they may not report to the AmeriCorps VISTA project or service site, nor may they work on any project-related activities.   All legal, political, religious, and other restrictions that are explained in the *AmeriCorps VISTA Member Handbook* remain in effect.

If you have any questions, please contact me via email at VISTACase@americorps.gov.

Sincerely,

AmeriCorps VISTA

# EXHIBIT 5

# Notice to Vacate

This letter serves as my/our 60-day notice to vacate in accordance with the terms of my/our lease agreement at Pebble Hill Apartments.

**NAME(S):** Steven ▓▓▓

**ADDRESS:** 9▓▓▓▓▓▓▓▓▓▓8 DE 19802

**REASON FOR MOVING:** Sudden loss of job

I/we do hereby give the required minimum 60 days (2 months) advance notice that I will vacate the address listed above. I/We understand that I/we will be responsible for at least 60 days (2 months) of rent from the business day this notice is received by May 1 2025 ___. I/we understand that I/we am/are responsible until the end of my/our lease term. If the term of the lease is not fulfilled, I/we understand that an **early termination fee** may apply. I/We will be completely moved out and will turn in the keys no later than _May 15_ .2025

If the keys are not surrendered by the above date, I/we understand I/we will be charged the current rental rate **plus an additional surcharge of $40 for each** day until keys are. returned.

In addition, if I/we fail to vacate the premises and/or restore possession back to the landlord by the above date, we will be **obligated to pay a fee of $50 per day** until the premises are vacated.

FORWARDING ADDRESS:

| 2▓▓▓▓▓▓▓▓ | Seabrook | | TX | 77586 |
|---|---|---|---|---|
| Street | City | 281▓▓▓▓▓ State | | Zip Code |
| /s Steven ▓▓▓ | | | | |
| Resident Signature | | Phone Number | | |
| | | | | |
| Resident Signature | | Phone Number | | |
| | | | | |
| Resident Signature | | Phone Number | | |

| Office Use Only |
|---|
| Date notice received: _____ Lease expiration date: _____ |
| Pro-rated rent: $_____ Early termination fee: $_____ |
| Pre-move out letter to tenant: _____ Pre-move out inspection date: _____ |
| Comments: _____ |

# EXHIBIT 6

 Gmail

**Surprise Arts** <█████████@gmail.com>

## Your Placement in Administrative Hold and Opportunity to Seek a Reassignment

**VISTACase** <VISTACase@americorps.gov>                                    Mon, Apr 28, 2025 at 6:08 PM
To: "██████████@gmail.com" <██████████@gmail.com>

April 28, 2025

W████ S████
████████████
Columbia, MD 21045

SENT VIA EMAIL ONLY TO: ██████████@gmail.com

Re: 1703802_Your Removal from the AmeriCorps VISTA project sponsored by DELAWARE DEPARTMENT OF STATE_Placement in Administrative Hold_Opportunity to Seek a Reassignment Transfer

Dear W████ S████:

The AmeriCorps VISTA project to which you have been assigned has been terminated.

Therefore, effective April 28, 2025, you have been removed from the DELAWARE DEPARTMENT OF STATE AmeriCorps VISTA project and placed in Administrative Hold (AH) status for a period up to 30 days. While you are in AH, you will continue to receive your regular living allowances, but you are not to report back to your AmeriCorps VISTA project or participate in any project-related activities. All provisions of the *AmeriCorps VISTA Member Handbook* regarding your activities and conduct remain in effect through this period.

After a careful review of the circumstances of the situation, it has been determined to offer you the opportunity to seek a reassignment/transfer with another VISTA project sponsor to complete your service term. If you are interested in continuing your AmeriCorps VISTA service on a different project, you have until May 19, 2025 to locate and secure another assignment. To that end, I refer you to the online My AmeriCorps portal for listings of VISTA positions located at My AmeriCorps Listing Search. When searching for a reassignment/transfer to another AmeriCorps VISTA project

you do NOT apply to a service opportunity listing.  You do communicate directly with the contact person for each service opportunity listing for which you are interested in securing possible reassignment to determine if the vacancy is still open and, if so, to inquire about the possibility of an interview.

You should let potential projects know that you are seeking a transfer to complete your current service term which ends on 10/20/2025.  You can save your application in the My AmeriCorps system as a PDF (refer to the bulleted steps below) to send via email via the contact information on the listing.

- Use Chrome to login to your My AmeriCorps account and open your application in print view, through your Applicant Home link.

- Click the three-dot icon in the top right corner and choose *Print*… in the drop-down menu.

- In the resulting pop-up window, click the down arrow to the right of *Destination* and select *Save As PDF* in the drop-down menu.

  - Click the *Save* button and select a destination on your PC.

  - Click a second *Save* button to complete.

Please remember that before AmeriCorps can approve a transfer to another project, the new project supervisor must speak with you, they must also submit to their AmeriCorps Regional Office, with a copy to VISTACase@americorps.gov, a written request for your transfer.

If you are unable to secure a suitable reassignment May 19, 2025, your AmeriCorps VISTA service will be terminated on or after May 20, 2025.

Please do not hesitate to contact me at VISTACase@americorps.gov if you have any questions.

Sincerely,

AmeriCorps VISTA