# EXHIBIT 9

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND; STATE OF DELAWARE; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ARIZONA; STATE OF CONNECTICUT; DISTRICT OF COLUMBIA, STATE OF HAWAIʻI; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR *ex rel.* Andy Beshear, in his official capacity as Governor of the COMMONWEALTH OF KENTUCKY; STATE OF MAINE; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; JOSH SHAPIRO, in his official capacity as Governor of the COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN; | Civ. No. 25-cv-01363 (DLB) |

Plaintiffs,

v.

CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, operating as AmeriCorps; and JENNIFER BASTRESS TAHMASEBI, in her official capacity as Interim Head of the Corporation for National and Community Service;

Defendants.

## DECLARATION OF JOHN SULLIVAN

Pursuant to 28 U.S.C. § 1746, I, John Sullivan, hereby declare as follows:

1.      I am a resident of the State of Delaware I am over the age of 18 and have personal

knowledge of all the facts stated herein, including as based on my experience and information

1

provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am currently employed by the Delaware Department of Health and Social Services (DHSS), Division of Social Services (DSS), State Office of Volunteerism (SOV) as Senior Social Service Administrator and the Executive Director of the Governor's Commission on Community and Volunteer Service.

3.      State Office of Volunteerism is responsible for managing the Funds received from AmeriCorps the Federal Agency.

4.      As State Office of Volunteerism/Senior Social Services Administrator, I am the Executive Director of the Governor's Commission on Community and Volunteer Service and have accountability for oversight of the Federal Grants received from AmeriCorps the Federal Agency.

5.      The Governor's Commission on Community and Volunteer Service (The Commission, known alternatively as Volunteer Delaware or AmeriCorps Delaware) was established to enrich lives and strengthen communities in Delaware through advocacy for service and volunteerism and remains dedicated to its advisory role to the Administrator of the State Office of Volunteerism in overseeing volunteer services throughout the state.

6.      **Advisory Role:** The Commission serves as an advisory body to the Senior Administrator of the State Office of Volunteerism and is charged with considering matters related to volunteer services in Delaware, as well as any matters referred by the Governor, the Secretary of the Department of Health and Social Services, or the Director of the Division of Social Services Centers. Additionally, it performs duties mandated under the National and Community Service Act of 1990.

7.    **Program Contributions:** AmeriCorps and AmeriCorps Seniors play a crucial role in community development. Last year, over 1,300 Americans united to meet local needs in Delaware and strengthen neighborhoods with AmeriCorps investing more than $6.6 million in federal funding. These service members work across Delaware at more than 200 locations—supporting schools, food banks, homeless shelters, veterans' facilities, and other essential community institutions. Their efforts not only fortify community resilience but also generate over $2.5 million in additional local resources through public-private partnerships.

8.    **Grant Receipts and Reviews:** AmeriCorps Delaware receives and manages Prime Grants from AmeriCorps, awards and disburses subgrants from the Primes, monitors subgrantees for performance and compliance with grant requirements, provides training and technical assistance for subgrantees, and functions as liaison between AmeriCorps and subgrantees. AmeriCorps Delaware manages two separate types of grants involving AmeriCorps Corporation discretionary funds and nondiscretionary funds. First is competitive funding.  In this process AmeriCorps Delaware issues Requests for Proposals (RFP) that are based on federal Notices of Funding Opportunity (NOFO) issued by AmeriCorps. Grant applicants submit application materials in response to the RFP, and AmeriCorps exercises its discretion in approving grant applications.   Second is formula funding. In this process AmeriCorps Delaware receives Congressionally appropriated money from AmeriCorps, and AmeriCorps Delaware selects the subgrantees for this money.  AmeriCorps Delaware issues RFPs, but these are not based on federal NOFOs.  The grants AmeriCorps Delaware awards reflect of policy objectives unique to Delaware and the commission's independent discretionary authority.

9.    Currently, AmeriCorps Delaware manages grants for 10 subgrantees.  Nine of these subgrantees,  including the Children's Beach House, West End Neighborhood House, Leading

Youth Through Empowerment, Literacy Delaware, Reading Assist Institute, TeenSHARP, Family Promise, Spur Impact, and We Prosper Family Organization, receive formula grants according to the priorities of AmeriCorps Delaware and its review of applications submitted in connection through the RFP process. One subgrantee, SummerCollab, receives a competitive grant; although AmeriCorps selects the organizations receiving competitive grants, once they receive an award, AmeriCorps Delaware manages the grant. Subgrantees use the funds they receive from AmeriCorps Delaware to run programs to benefit Delawareans. The money is used to recruit, manage, pay, and train AmeriCorps members and handle program operations and costs, monitor and support host sites to ensure compliant and effective service. Many subgrantees then post AmeriCorps members at partner organizations called host sites. The host sites typically provide service sites for members and supervise regular service, and verify hours and performance measures.

10.     The State of Delaware's Department of Health and Social Services (DHSS) sponsors and funds the Delaware Foster Grandparent Program under an AmeriCorps Seniors grant. This program funds and organizes over 50 volunteers in Delaware who help children gain skills and confidence to succeed in school, tutor students in literacy or math, and support improvement in social and emotional skills.

11.     AmeriCorps VISTA connects members to various organizations to fight poverty. Through fundraising, volunteer recruitment, program development, and more, Members gain skills that put them on track for a life of service in the public, private, or nonprofit sectors.

12.     AmeriCorps Delaware currently enlists 17 AmeriCorps VISTA members under the State Office of Volunteerism. These members serve under the following organizations:  Habitat for Humanity Sussex County; West End Neighborhood House; Combined Campaign for Justice;

4

Boys & Girls Club; Southern Delaware Therapeutic Riding; State Office of Volunteerism. These VISTAs also extend support to over 30 additional organizations through a strategic, collaborative model designed to maximize service delivery across the state.

13.    AmeriCorps National Civilian Community Corps (AmeriCorps NCCC) is a full-time, team-based, residential program for 18–26-year-olds who travel where needed most. Members build homes for families in need or accelerate our nation's capacity to respond to a crisis. AmeriCorps Delaware team works with local nonprofit, faith-based, and community organizations to assist them with completing necessary documentation to apply for an NCCC team which would be deployed from the Southern and Mid-Atlantic Region NCCC campuses.

14.    **Educational and Long-Term Benefits:** In addition to immediate community support, AmeriCorps members earn the Segal AmeriCorps Education Award upon successfully completing their service, which has historically supported the educational pursuits of thousands of Delawareans. Since 1994, over 3,900 residents have contributed nearly 5.7 million hours of service and earned awards totaling more than $14.9 million, with higher education institutions receiving over $5.9 million to enhance Delaware's educational landscape.

15.    **FY24 Performance Snapshot** The following table summarizes the performance of various AmeriCorps programs in Delaware in FY24, which underscores the scale and impact of these community service efforts:

| Program | Projects | Service Locations | Completed Participants | Education Awards | Federal Funding |
|---|---|---|---|---|---|
| AmeriCorps National | 6 | 77 | 147 | $755,340 | $2,019,606 |
| AmeriCorps NCCC | 1 | 1 | 10 | $0 | $0 |
| AmeriCorps State | 7 | 35 | 91 | $245,564 | $837,187 |
| AmeriCorps VISTA | 4 | 6 | 29 | $206,455 | $738,986 |
| AmeriCorps Seniors Foster Grandparents | 1 | 81 | 216 | N/A | $753,531 |

| Program | Projects | Service Locations | Completed Participants | Education Awards | Federal Funding |
|---|---|---|---|---|---|
| AmeriCorps Seniors RSVP | 3 | 15 | 770 | N/A | $56,117 |
| AmeriCorps Seniors Senior Companion | 1 | 5 | 59 | N/A | $402,513 |
| AmeriCorps State Planning Grant | 2 | — | — | — | $103,140 |
| State Commission Operations Support | 1 | — | — | — | $507,086 |

16.    **Anticipated Impact for FY25 Due to Loss of Federal Agency Staff.** Based on my experience working with AmeriCorps since October 2021, the reduction—up to 85%—of the AmeriCorps Agency staff will have profound and deleterious effects, including:

17.    **Delayed Grant Reviews:** This drastic reduction in staffing will directly impair AmeriCorps' capacity to review and process grant applications in a timely manner. For example, in March 21, 2025, AmeriCorps Delaware submitted a grant application for AmeriCorps Seniors for the Foster Grandparent Program, and on April 16, 2025, we submitted grant applications for the Commission Support Grant and the Commission Investment Fund. In a normal year, approximately two-to-three weeks after submission of an application, AmeriCorps would follow up with questions, and provide an opportunity to respond to those questions over the next few weeks. Decisions on the grant awards would happen starting on July 1. This year, AmeriCorps has not communicated with Delaware regarding any of these applications. Given the rigorous processes required to ensure compliance and quality, delays in grant reviews will cascade, affecting subsequent funding decisions: AmeriCorps will be unable to fulfill its obligation to issue timely or accurate decisions on these grant applications given its current staffing levels.

18.    **Program Award Disruptions:** Timely and accurate grant review is integral to awarding funds and ensuring programs have the necessary resources to launch. Any delays or

6

mistakes in this process will shift the start dates or approvals of federally funded programs, jeopardizing the execution of projects slated for a September 1, 2025 commencement.

19.    **Community and Member Impact:** AmeriCorps programs are vital lifelines for communities across Delaware. Terminating these programs would not only disrupt services to schools, food banks, shelters, and other critical community outlets, but it would also adversely affect the AmeriCorps members and seniors who rely on timely engagement and support. The ripple effect of these delays will undermine community resilience and erode the trust and benefits built over years of service collaboration.

20.    Late in the evening on Friday, April 25, 2025, I received a letter from Jennifer Bastress Tahmasebi, acting Head of AmeriCorps, which notified me of the termination of the AmeriCorps Vista Program in Delaware. The notice also directed AmeriCorps Delaware that, "If you have members active on your award/agreement, all members will be removed from your project effective immediately. Further communication will go directly to impacted members and sponsors." A true and correct copy of this letter is attached as Exhibit 1.

21.    Given the substantial grant value of **$509,103**, DHSS and/or the State is not prepared to secure an equivalent replacement for the funds AmeriCorps has cut to the VISTA program. Furthermore, we lack alternative resources to substitute for the specialized services provided by our VISTA members, although the Commission's core activities remain intact. Some VISTA members were assigned under the SOV framework. This strategic move was implemented to afford greater flexibility, allowing them to provide support at sites where a dedicated VISTA member is assigned.

22.    The termination of AmeriCorps VISTA funding in Delaware presents a serious threat to the capacity and sustainability of the state's nonprofit sector. Without this federal support,

7

replicating the same aggregate of training, expertise, and specialized skills provided through the VISTA program would require a significant investment of time and resources from Delaware—resources many small nonprofits simply do not have. The loss of these trained professionals will not only displace dedicated individuals but also destabilize vital community services and initiatives that rely heavily on their contributions.

23.    The lack of funding and resources to deliver the same aggregate of training, expertise, and specialized skills provided through the VISTA program would require a significant investment of time and resources from the state of Delaware. AmeriCorps VISTA members have consistently demonstrated a strong commitment to service, with the majority serving under our commission for two to three years. Throughout their tenure, they undergo structured and ongoing training designed to maximize their effectiveness in supporting nonprofit organizations statewide. Each member completes 2.5 days of one-on-one training with a Team Leader or Program Manager to establish a solid foundation of skills. They also attend two to three full-day team training sessions annually to further enhance their capabilities. Monthly team meetings encourage collaboration and knowledge-sharing, enabling members to provide deeper support to nonprofits. Exhibit 2. In addition, they work within collaborative teams that include retired attorneys, nonprofit leaders, and newly graduated professionals, receiving mentorship essential to sustaining long-term nonprofit operations. Without the infrastructure and support of the VISTA program, replicating this level of preparedness and impact would be challenging and cost-prohibitive.

24.    AmeriCorps VISTA members provide nonprofit organizations with high-level professional skills that would otherwise be inaccessible due to financial constraints. These members often include retirees and professionals with extensive backgrounds who serve for

8

modest stipends out of a commitment to public service, including the following VISATA members, whom I have met personally:

- A retired child welfare attorney and former college professor relocated from New Jersey to Delaware to serve as a VISTA. Her expertise—typically unattainable for local nonprofits without costly consulting fees—has been critical to organizational growth. Without VISTA, replacing her capabilities is virtually impossible.

- Members of the public relations team offer specialized services such as video production, graphic design, and marketing strategy—skills usually available only through expensive private firms. These individuals not only use personal equipment to support their work but also mentor younger professionals, fostering the next generation of nonprofit leaders.

The elimination of VISTA stipends and support removes the financial infrastructure that makes this talent accessible, leaving small nonprofits without the means to fill these gaps.

25.    The end of VISTA funding also has immediate personal and economic consequences for those serving. Many members rely on stipends to maintain housing and remain in Delaware while serving communities in need.

- One senior professional, formerly with the Public Defender's Office, may be forced to sell her home and move in with family due to the loss of her living allowance.

- Another member, who supports board development and capacity-building, is at risk of losing her housing altogether without the stipend that supports her rent.

These personal displacements translate into a direct loss of institutional knowledge and skilled labor across the state. The long-term impact of terminating AmeriCorps VISTA funding will be felt deeply across Delaware's nonprofit landscape. Recruitment pipelines will stall, institutional

expertise will be lost, and the state's ability to deliver essential community services will be diminished. Small nonprofits, which already operate with limited resources, cannot afford to replace the knowledge and capacity that VISTA members provide. Without immediate intervention or alternative investment, Delaware risks a lasting setback in its efforts to address poverty, support underserved communities, and sustain a vibrant civic sector. Exhibit 2.

26.    I am also in possession of letter sent by Ms. Bastress Tahmasebi to Marcella Miller, a Social Services Administrator, Program Director of AmeriCorps Delaware, late in the evening on Friday, April 25, (Exhibit 3), which notified AmeriCorps Delaware that the federal grants for nine of AmeriCorps Delaware's ten subgrantees had been terminated: Children's Beach House, West End Neighborhood House, Leading Youth Through Empowerment, Literacy Delaware, Reading Assist Institute, TeenSHARP, Family Promise, Spur Impact, and We Prosper Family Organization.   Each of these nine subgrantees had received a formula grant, rather than a competitive grant.

27.    In addition to terminating the grants for these programs, which in the aggregate total $1,232,901, the notice directed AmeriCorps Delaware that "[i]f you have members active on your award/agreement, all members will be removed from your project effective immediately. Further communication will go directly to impacted members and sponsors."

28.    AmeriCorps Delaware currently does not possess the financial resources necessary to offset the impact of the terminated grants. Traditionally, our partner organizations provide essential matching funds required to operate an AmeriCorps program, and we do not extend direct financial support to awarded sub-grantees. Without this critical funding, AmeriCorps Delaware will be unable to supply our subgrantees with the essential volunteer support needed to maintain full operations.

29.    The recent AmeriCorps staffing cuts and program terminations have significantly disrupted the Commission's mission and my day-to-day responsibilities. Normally, this time of year is dedicated to reviewing and awarding grant funds to approved nonprofits, ensuring that essential programs receive the financial resources needed to serve communities. This includes managing AmeriCorps Formula grants (Cost Reimbursement/Fixed Cost) and Competitive grants awarded through the AmeriCorps federal agency.

30.    Our team works closely with nonprofit partners, guiding them through the grant application process via the eGrants Federal Management platform, ensuring compliance, and helping them prepare strong proposals. We also meet with project directors to provide support, clarify AmeriCorps requirements, and oversee fiscal operations. Our fiscal consultant typically conducts calls with programs to review financial guidelines and answer questions, ensuring transparency and accountability in managing federal funds.

31.    Additionally, recruitment plays a crucial role in our work, and we assist sub-grantees with strategies to attract AmeriCorps members, including support initiatives led by the Commission. This year, a major operational shift occurred with the Commission Support Grant (CSG) and Commission Investment Fund (CIF)—instead of running on a calendar-year cycle (January to December), they were scheduled to begin July 1st. We submitted the grant applications in April 16, 2025, and while they are currently under review, staffing reductions at AmeriCorps, coupled with the termination of 2024 grants and programs, cast severe doubt over whether they will be awarded on-time, or, at all.

32.    Ordinarily, we would be working with our AmeriCorps Portfolio Manager to clarify any issues and support sub-grantees through the federal funding process. However, the abrupt termination of Formula grants has halted our ability to fulfill this crucial responsibility. The

11

FY25/26 Formula grant allocation has yet to be communicated, meaning the Commission cannot perform its duty of reviewing and approving organizations for federal funding. This disruption has left many in limbo, preventing nonprofits from finalizing their funding strategies and causing significant uncertainty about the future of AmeriCorps Delaware.

33.    Given the circumstances, much of my time is now spent communicating with legal counsel and state leadership, providing detailed documentation to illustrate the impact of these cuts and grant terminations. My daily workload consists of back-to-back emails, phone calls, and in-person meetings to assess legal risks, draft responses to affected programs, and formulate strategies for navigating this crisis. Even though we lack clear answers, keeping all stakeholders informed has become an essential priority, requiring constant coordination and updates. Despite these challenges, we remain committed to finding solutions, advocating for our programs, and ensuring transparency throughout this process. While the situation remains fluid, our focus is on protecting the integrity of service in Delaware and supporting the nonprofits and AmeriCorps members who make these programs possible.

34.    The Commission's duties, as prescribed by the National and Community Service Trust Act of 1993 and outlined in our 2010 By-Laws, include developing a comprehensive State Service Plan for national and community service through an open, inclusive process that may establish state funding priorities; selecting applicants for National Service Program funding and preparing state applications to the Corporation for National Service; building a robust infrastructure in Delaware that supports high-quality national service programs; maintaining and reviewing financial management systems and progress reports to track expenditures; overseeing and monitoring funded programs to ensure they meet legal and grant requirements; and providing technical assistance to local nonprofits and other entities in program planning, funding

applications, and high-quality implementation. Unfortunately, recent actions have directly affected our ability to select applicants for National Service Program funding and to prepare the necessary applications for federal assistance.

35.    We haven't received any communications from AmeriCorps since April 8th. I've reached out to our Portfolio Manager, Senior Portfolio Manager, and the Regional Mid-Atlantic Director, but have not received any responses or clarity on who will be addressing our concerns in their absence.

36.    The recruitment, training, and deployment of volunteers—particularly those serving vulnerable populations—demand extensive resources, such as comprehensive background checks, thorough onboarding procedures, and ongoing support systems. Recruitment for both current and future programs has nearly come to a standstill in the wake of these recent actions. With the fate of the FY25/26 Formula and Competitive Grants now uncertain, organizations that have previously submitted strong applications or served as successful sub-grantees are left without clear guidance for recruitment planning. This challenge is further compounded by conflicting messages in the press and unclear communication from AmeriCorps, leaving many stakeholders unsure of how to proceed.

37.    In the absence of these resources, nonprofit and community-based organizations will experience a significant reduction in their operational capacity, thereby jeopardizing critical programs that serve individuals in need. Consequently, many organizations that rely heavily on AmeriCorps programs to achieve their missions may be forced to scale back their operations or, in the worst-case scenario, face closure. Those results will work against the goals of the Commission and undermine the priorities that its awards' decisions reflect.

38.     The termination of the Literacy Delaware program, which supports the Delaware Division of Libraries (a state agency), will reduce the tailored instruction provided to adult learners with low literacy and limited English proficiency. The program's ability to offer wrap-around navigation support—helping learners access crucial health, financial, workplace, and digital literacy services—will also be compromised, leaving participants without the comprehensive support essential for thriving in 21st-century communities. Additionally, the loss of 11 AmeriCorps members who currently deliver one-on-one and small-group instruction will diminish the program's capacity to help learners meet their goals and improve their literacy skills, ultimately undermining the initiative's impact across NCC, Sussex, and Kent counties.

39.     The termination of the AmeriCorps program at West End Neighborhood House will have profound consequences for its ability to sustain and expand the essential services provided in New Castle County. Currently, 10 AmeriCorps members are at the heart of our efforts to accelerate school readiness and deliver comprehensive mentoring services. They play a critical role in offering academic enrichment, higher education assistance—including guidance on college applications and financial aid—and prevention education designed to steer youth away from high-risk behaviors. Moreover, these members support innovative community initiatives through the Youth Department and Bright Spot Urban Farm, where community farming projects not only teach practical skills but also foster a sense of civic responsibility and environmental stewardship among local residents. Without the necessary funding, we risk losing this vital team, which will severely curtail their capacity to prepare children for future academic success and weaken community engagement. The resulting gap in educational and developmental support would likely have long-term ramifications, undermining efforts to provide stable, supportive environments that help drive social and economic growth in the community.

14

40.    This grant-based funding structure, while efficient under normal circumstances, leaves us vulnerable when there are sudden disruptions. Since the aftermath of the pandemic, our recruitment efforts have only recently begun to show signs of recovery. The recent, abrupt terminations of AmeriCorps staff and programs have a profoundly negative impact on our future recruitment plans. The abrupt termination of these programs—and our current inability to financially compensate for them—has far-reaching implications for community services. AmeriCorps Delaware relies on partner organizations to contribute matching funds and to sustain AmeriCorps programs that directly benefit local communities. With this funding gap, several areas of community service are at risk.

41.    Had we been provided notice of the planned terminations and an opportunity to comment, the Commission would have promptly provided a detailed response that not only highlighted our extensive capabilities but also showcased the strategic priorities outlined in our comprehensive FY25 -27 State Service Plan. Our plan emphasizes robust advertising, promotion, and communication efforts—aiming to double our website views from 51,000 to 102,000 and implementing two to three weekly social media posts to promote partner opportunities, events, and promotions—while also developing alternative resources to manage volunteer expenses through corporate support and the Volunteer Generation Fund. We are dedicated to addressing volunteer availability by cultivating strong collaborations between our Corporate Volunteer Network and employers; this includes maintaining monthly highlights of employee and business volunteerism on the Volunteer Delaware website and social media. Moreover, our commitment to excellence is demonstrated through initiatives designed to develop training for volunteer managers—in areas of recruitment, retention, and recognition—by offering multiple training workshops and assisting organizations in obtaining necessary certifications. Additionally, our state-wide strategy focuses

on creating vital connections among corporate entities, volunteer stakeholders, and nonprofit organizations by establishing focus area networks, recruiting new partners, and hosting annual meetings and conferences to share best practices. In parallel, we are working to enhance the AmeriCorps portfolio by adding subgrantees in each of the six focus areas, maintaining planning grants to build a pipeline for AmeriCorps programming, expanding VISTA membership, and hosting a National Civilian Community Corps team annually. Finally, our plan includes initiatives to advance national service by recruiting Delaware employers to offer special hiring consideration for service alumni and expanding the number of schools of National Service in Delaware. With advance notice, we would have highlighted this multifaceted approach to ensure that decision-makers understood how these planned cuts would directly undermine our efforts to support a vibrant, comprehensive network of national and community service initiatives across the state.

42.     Had we received adequate notice, we would have mobilized swiftly to implement a comprehensive contingency plan. With advanced warning, we could have convened emergency planning sessions with our leadership and key stakeholders, including state officials, to assess available resources and explore alternative funding avenues. Proactive discussions with state leadership would have allowed us to identify potential bridging funds, reallocate budgets, and adjust program priorities to safeguard critical services. Unfortunately, the abrupt termination of these programs deprived us of this critical window, forcing us to react under pressure and manage the fallout without the benefit of strategic resource planning and coordination with state leadership.

43.     **Conclusion** It is my firm declaration that the reduction in AmeriCorps Federal Agency staffing and the termination of AmeriCorps programs, including their funding, presents a serious threat to the operational integrity and timely execution of FY25 funding initiatives. The potential delays in grant reviews and program awards could have a devastating impact on

Delaware's communities and the individuals dedicated to service. The Commission stands ready to work collaboratively with federal and state partners to mitigate these risks and safeguard the continued success and outreach of the AmeriCorps program.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on May 5, 2025, at Dover, Delaware.

John Sullivan
Senior Social Service Administrator
Executive Director Governor's Commission
on Community and Volunteer Service

17

EXHIBIT 1

John Sullivan

Health and Social Services, Department of

1901 N Dupont Hwy

Fl 1

New Castle

DE, 19720


RE:

21VSBDE001

25VS274945


Dear AmeriCorps Award Recipient:

Effective immediately, the above-referenced AmeriCorps award is being terminated per 2 CFR 200.340(a)(4) because it has been determined that your award no longer effectuates agency priorities. You must immediately cease all award activities. This is a final agency action and is not administratively appealable.

The provisions at 2 CFR 200.343 – Effects of Suspension and Termination apply. This process ensures the equitable settlement of costs, proper disposition of government property, and mitigation of negative impacts on stakeholders. AmeriCorps staff will initiate an amendment to change the end date of the period of performance effective immediately.

Please immediately notify subrecipients and/or community partners, if applicable, and initiate your internal termination and closeout procedures.

Please review  Closeout Instructions for Grantees to close out this Federal award within 120 days.  Please note, there are some close-out actions that indicate that you must submit information to your portfolio manager. Instead of submitting to those individuals, you must instead submit to the following regional mailboxes:

- MidAtlantic@americorps.gov (DC, DE, MD, NJ, PA, PR, VA, VI, WV)

- Midwest@americorps.gov (IL, IN, KY, MI, OH)

- Mountain@americorps.gov (AZ, CO, ID, MT, NM, UT, WY)

- NorthCentral@americorps.gov (IA, MN, WI, ND, SD, NE, KS, MO)

- Northeast@americorps.gov (CT, MA, ME, NH, NY, RI, VT)

- [SouthCentral@americorps.gov](mailto:SouthCentral@americorps.gov) (AR, LA, MS, OK, TX)

- [Southeast@americorps.gov](mailto:Southeast@americorps.gov) (AL, FL, GA, NC, SC, TN)

- [West@americorps.gov](mailto:West@americorps.gov) (AK, AS, CA, CNMI, GU, HI, NV, OR, WA)

Costs after termination are allowable if:

(a) The costs result from financial obligations which were properly incurred before the effective date of termination, and

(b) costs are for necessary and reasonable termination and closeout activities.

Please follow the program specific instructions below, based on the type of award that is being terminated.

*AmeriCorps State and National*

State commissions and prime grantees should immediately notify subgrantees, operating sites, and members and follow grant close-out procedures. All member activities should cease immediately.  Members should be exited for compelling personal circumstances (CPC). The program should document that the member was exited for compelling personal circumstances due to the agency's termination of the grant and program closure. If possible, the program should try to have the member transferred to another program. If this is not possible, the program should note in the CPC documentation that member reassignment was not an option.

*AmeriCorps Seniors*

You are encouraged to notify volunteers, volunteer stations and the Advisory Council. Please also reference Appendix A.3 in your program handbook for close-out guidance.

*AmeriCorps VISTA*

If you have members active on your award/agreement, all members will be removed from your project effective immediately.  Further communication will go directly to impacted members and sponsors.

*Volunteer Generation Fund and Days of Service*

Notification of award termination should be sent to all subrecipients and community partners.  Communication to subrecipients should include instruction to immediately cease award activity and the [Close Out Instructions for Grantees](#).

*Research and Evaluation*

Notification of award termination should be sent to all subrecipients and community partners.


Jennifer Bastress Tahmasebi

Interim Agency Head

EXHIBIT 2

| | |
|---|---|
| **From:** | Cathy Melfi |
| **To:** | Sullivan, John (DHSS) |
| **Cc:** | Nancy Greene; Miller, Marcella (DHSS) |
| **Subject:** | VISTA IMPACT Statements |
| **Date:** | Friday, May 2, 2025 4:07:01 PM |
| **Attachments:** | VISTA IMPACT.docx |

Good Afternoon, John. Attached is the VISTA IMPACT Statements you requested. Thank you.

Best,
Cathy


**Cathy Melfi - Consultant**
**Delaware Health and Social Services**
**State Office Of Volunteerism**
**609.923.5415**

# IMPACT

## VISTA Housing

- A Member serving with a housing organization moved to that neighborhood housing with the nonprofit organization for their term of service.  He was forced to move from the neighborhood he serves because he will be terminated from VISTA service.

- A Member from New York City accepted housing from a nonprofit organization for his term of service.  He was given a special rate due to his service and now must relocate to New York with family due to a reduction in Delaware workforce options.

- A Senior Member with amazing skills from her time as a Child Advocate in a Public Defender's Office will likely have to sell her house and move in with her daughter without the VISTA living allowance to supplement her Social Security benefit.

- A Member with expertise in building and training nonprofit Boards of Directors, uses the VISTA living allowance to pay her ever-increasing rent.

## Recruitment Challenges

- One VISTA Member is a retired child welfare attorney and college professor. Her expertise is essential because small nonprofits cannot afford the knowledge she provides, even on consultant basis when they are predominantly volunteer based.  She spearheads our Fund Development Team and has assisted our partner organizations in securing critical funding. Her skillset is very difficult to replace.

- The Public Relations Team has expertise that is usually available only at high cost from private companies.  These individuals serve with their own equipment for video production to produce public awareness and educational campaigns.  Their value is not only in their expertise, but in their equipment, focus on volunteerism and passion for service.  The team also includes recent college graduates who are being mentored by their professional teammates.

## Training Activities

- All VISTAs in our program receive 1 on 1 training with both the Team Leader and Program Manager as their start dates are on a rolling basis.  This training usually takes 2 1/2 days and includes an initial review of their team assignments.  All VISTAs receive 2 to 3  one day long team trainings each year.  All VISTAs meet monthly in team settings to share most important experiences and data needed to assist nonprofits.

- Delaware VISTAs work in teams to facilitate the increasing numbers of nonprofits requesting assistance.  Our supply exceeds our demand. We have a waiting list. This sharing of information and duties means it is difficult to recruit for individuals with certain skills – for example, we have 2 retired attorneys, 3 retired nonprofit leaders, 2 retired media professional, and 4 recent college graduates who are being mentored and trained on an ongoing basis by the other team members.

# EXHIBIT 3

Marcella Miller

Health and Social Services, Department of

1901 N Dupont Hwy

Fl 1

New Castle

DE, 19720

RE: Grant Termination

Dear AmeriCorps Award Recipient:

Effective immediately, the AmeriCorps award subrecipient(s) included in the attached spreadsheet is/are being terminated per 2 CFR 200.340(a)(4) because it has been determined that the award no longer effectuates agency priorities. You must immediately cease all award activities. This is a final agency action and is not administratively appealable.

The provisions at 2 CFR 200.343 – Effects of Suspension and Termination apply. This process ensures the equitable settlement of costs, proper disposition of government property, and mitigation of negative impacts on stakeholders. AmeriCorps staff will initiate an amendment to change the end date of the period of performance effective immediately.

Please immediately notify subrecipients and/or community partners, if applicable, and initiate your internal termination and closeout procedures.

Please review Closeout Instructions for Grantees to close out this Federal award within 120 days.   Please note, there are some close-out actions that indicate that you must submit information to your portfolio manager. Instead of submitting to those individuals, you must instead submit to the following regional mailboxes:

- MidAtlantic@americorps.gov (DC, DE, MD, NJ, PA, PR, VA, VI, WV)

- Midwest@americorps.gov (IL, IN, KY, MI, OH)

- Mountain@americorps.gov (AZ, CO, ID, MT, NM, UT, WY)

- NorthCentral@americorps.gov (IA, MN, WI, ND, SD, NE, KS, MO)

- Northeast@americorps.gov (CT, MA, ME, NH, NY, RI, VT)

- SouthCentral@americorps.gov (AR, LA, MS, OK, TX)

- Southeast@americorps.gov (AL, FL, GA, NC, SC, TN)

- West@americorps.gov (AK, AS, CA, CNMI, GU, HI, NV, OR, WA)

Costs after termination are allowable if:

(a) The costs result from financial obligations which were properly incurred before the effective date of termination, and

(b) costs are for necessary and reasonable termination and closeout activities.

Please follow the program specific instructions below, based on the type of award that is being terminated.

*AmeriCorps State and National*

State commissions and prime grantees should immediately notify subgrantees, operating sites, and members and follow grant close-out procedures. All member activities should cease immediately.  Members should be exited for compelling personal circumstances (CPC). The program should document that the member was exited for compelling personal circumstances due to the agency's termination of the grant and program closure. If possible, the program should try to have the member transferred to another program. If this is not possible, the program should note in the CPC documentation that member reassignment was not an option.

Jennifer Bastress Tahmasebi

Interim Agency Head

| Grant Number | Application ID | Organization | Corporate Program Code | Project | Organization State | Federal Funding |
|---|---|---|---|---|---|---|
| 23AFBDE0010003 | 24AC J66343 | Spur Impact Association | STATE | Spur Impact Association | DE | $40,720 |
| 23AFBDE0010005 | 24AC274793 | Leading Youth Through Empowerment Inc | STATE | Leading Youth Through Empowerment AmeriCorps | DE | $130,941 |
| 23AFBDE0010004 | 24AC J66377 | Family Promise of Northern New Castle County, Inc. | STATE | Family Promise of Northern New Castle County, Inc. | DE | $40,721 |
| 23FXBDE0010007 | 24ES266465 | TEENSHARP A NJ NONPROFIT CORP | EAS | Teen SHARP | DE | $49,140 |
| 23FXBDE0010008 | 24ES273229 | We Prosper Family Organization Inc. | EAS | We Prosper | DE | $132,300 |
| 23FXBDE0010005 | 24ES266393 | LITERACY DELAWARE, INC. | EAS | Literacy Volunteers Serving Adults northern Delaware, Inc. II | DE | $129,330 |
| 23FXBDE0010002 | 24ES273235 | WEST END NEIGHBORHOOD HOUSE INC | EAS | West End Neighborhood House AmeriCorps | DE | $120,879 |
| 23FXBDE0010004 | 24ES274729 | Children's Beach House, Inc. | EAS | Children's Beach House, Inc. III | DE | $283,500 |
| 23FXBDE0010001 | 24ES274972 | Reading ASSIST Institute | EAS | Reading Assist - Project Accelerate | DE | $305,370 |