# EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND; STATE OF DELAWARE; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ARIZONA; STATE OF CONNECTICUT; DISTRICT OF COLUMBIA, STATE OF HAWAI'I; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR *ex rel.* Andy Beshear, in his official capacity as Governor of the COMMONWEALTH OF KENTUCKY; STATE OF MAINE; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; JOSH SHAPIRO, in his official capacity as Governor of the COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN;<br><br>      Plaintiffs,<br><br>  v.<br><br>CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, operating as AmeriCorps; and JENNIFER BASTRESS TAHMASEBI, in her official capacity as Interim Head of the Corporation for National and Community Service;<br><br>      Defendants. | Civ. No. 25-cv-01363 (DLB) |

**DECLARATION OF CORY BLISSETT**

Pursuant to 28 U.S.C. § 1746, I, Cory Blissett, hereby declare as follows:

1

1. I am a resident of the State of Illinois and I am over the age of 18. I am familiar with the information in the statements set forth below either through personal knowledge, in consultation with DHS staff, or from information that has been provided to and reviewed by me. If called as a witness, I could and would competently testify to the matters set forth below.

2. I am currently employed as the Bureau Chief of the Bureau of Volunteerism and Community Service, which is part of the Illinois Department of Human Services and Serve Illinois Commission on Volunteerism and Community Service ("Serve Illinois"). I have held this position for two years and four months. As Bureau Chief, my role and responsibilities include directing the administration of Serve Illinois. This includes AmeriCorps programs, traditional volunteerism, the Serve Illinois Commission, and coordination with National Service Programs. I oversee all grant awards, payments, and reporting for all Serve Illinois grantees and establish policies and procedures for Serve Illinois based on federal regulations and state requirements. I have extensive knowledge of the program through years of leadership, training, and collaboration with other Commissions across the country.

I. **Background on Serve Illinois and its Relationship to AmeriCorps**

3. Serve Illinois is administered by the Illinois Department of Human Services. The purpose and mission of Serve Illinois is to promote, partner, and support community service in public and private programs, while stimulating new volunteerism/community service initiatives to meet the needs of Illinois residents. Within the Illinois Department of Human Services, we serve as a resource advocate for community service agencies, volunteers and programs which utilize State and private volunteers.

4. Serve Illinois has two different programs. The first is the AmeriCorps program that oversees AmeriCorps service members that receive a living allowance and their completion of

2

member service hours. The second is the volunteer program which oversees non-paid volunteers and their volunteer hours across the state. Serve Illinois oversees all aspects of program administration and training for the Illinois AmeriCorps State and National Programs, which provide trained, dedicated individuals to help non-profit organizations and other governmental agencies accomplish their missions and make more effective use of members and volunteers.

5. **Grant Funding.** Each year, the AmeriCorps Federal Agency releases a Competitive Traditional and Fixed Notice of Funding Opportunity (NOFO). Serve Illinois then develops a NOFO which mirrors the federal guidance and regulations, and also includes any federal or state requirements. Once Serve Illinois publishes the NOFO in the Grant Accountability and Transparency Act (GATA) and on the IDHS website, applicants must follow the NOFO instructions and apply to Serve Illinois by the application due date. Serve Illinois administers its own merit-based review and submits any qualified applicants in e-Grants to the AmeriCorps Federal Agency for funding consideration. If Serve Illinois' application is accepted, Serve Illinois then awards and disburses subgrants, monitors subgrantees for performance and compliance with grant requirements, provides training and technical assistance for subgrantees, and functions as liaison between AmeriCorps and subgrantees.

6. In addition to the Competitive Traditional and Fixed NOFO, the AmeriCorps Federal Agency also publishes Formula Traditional and Formula Fixed guidance each year. AmeriCorps does not publish a Formula Traditional or Fixed NOFO. It is up to Serve Illinois to develop the NOFO with all requirements listed, then list the allocated dollar amount provided by AmeriCorps. Serve Illinois may not issue awards exceeding the allocated dollar amount. After the Formula Traditional and Fixed NOFO closes, Serve Illinois administers a merit-based review and submits any qualified applicants in e-Grants. AmeriCorps then reviews and approves the

applicants. Serve Illinois must then work with the program to develop their budget in the Community Service Agreement (CSA) tracking system, issue them a Notice of State Award, and prepare for the program year.

7.    Serve Illinois is currently in Program Year 2024, which began on August 1, 2024 and ends on July 31, 2025. Members may be enrolled at any time during the 12-month program year provided they can accomplish their hours. Each full-time member is required to accomplish 1700 hours each program year.

8.    Prior to the April 25, 2025, cancellations described below, Serve Illinois managed grants for 33 subgrantees, which in turn staffed over 33 programs for various non-profits throughout the entire State of Illinois.

9.    In Program Year 2024, prior to the April 25 cancellations, there were 714 AmeriCorps members working on grants managed by Serve Illinois, serving 33 programs, some of which are described below. Of those 714 members, 67 were serving in areas seeking to expand economic opportunity; 394 were serving in education; 115 were serving in areas designed to improve healthy futures; 59 were working in areas designed to aid in environmental stewardship; and 79 were serving veterans and military families.

10.   In the Chicagoland area, these programs included:

   a. the Association House of Chicago, where members provide public health services to underserved children, adults, and families in areas of high economic hardship;

   b. the Boys and Girls Clubs of Chicago, where members serve as youth development specialists and improve the science, math, and reading abilities of youth;

   c. Chicago Debates, where members provide youth with an after-school program that supports their academic, career, and leadership success;

4

d. Girl Scouts of Greater Chicago and Northwest Indiana, where members provide mental health, physical health, and financial literary educational support to underserved communities in the city of Chicago;

e. Greater Chicago Food Depository, where members aid in supporting an organization working to end hunger in Chicago;

f. Illinois Bar Foundation, where members help individuals without lawyers navigate the criminal justice system;

g. NeighborScapes, where members focus on environment stewardship, revitalizing public spaces, and educating the community about environmental stability in Harvey, IL;

h. Public Allies, where members utilize targeted approaches to ensure the continued availability of safety net services in areas such as housing, hunger, health, and education, making organizations more effective in their ability to deliver, expand, and adapt programs to meet the needs of those who require assistance across thirty (30) nonprofit organizations in the greater Chicagoland region in Cook County, Illinois;

i. Relay Graduate School of Education, where members who are aspiring educators receive high quality teacher training. These 162 members serving in this role provide direct classroom teaching services to over youth; impacting students' educational and life outcomes in historically underserved communities;

j. Sinai Health System, where members conduct research and evaluation activities such as data collection and analysis; provide health education and community outreach; and provide system navigation, referrals, and linkage to care at Sinai and their entities including Sinai Community Institute and Holy Cross Hospital;

k. The Gardeneers, where members sustain school garden programs, travel to partner schools weekly, and lead hand-on lessons on nutrition, community, and nature;

l. Chicago HOPES For Kids, where members provide support to students and families experiencing homelessness through, among other things, academic support;

m. Comprehensive Care Program at the University of Chicago, where members aid patients in accessing resources for unmet social needs; and

5

    n. Youth and Opportunity United, where members deliver high quality afterschool and summer learning programs, including tutoring and enrichment activities, in nine elementary, middle, or junior high schools.

11. In upstate Illinois, these programs included:

    a. Academy for Urban School Leadership, where members participate in a one-year teaching training program and who, at the completion of the program, become fully licensed to teach in Illinois and are placed in a full-time teaching position in Chicago Public Schools;

    b. Boys and Girls Clubs of Dundee Township, where members conduct evidence-based academic support programs, focusing on arts, education, health and wellness, among other topics;

    c. Boys and Girls of Elgin, where members administer out-of-school programming to improve school readiness in Aurora, Elgin, Hanover Park, Schaumburg, South Elgin and Streamwood, Illinois.

    d. Boys and Girls Clubs of Livingston County, where members are responsible for improving academic engagement and social-emotional skill development for 350 youth;

    e. Gateway to the Great Outdoors, where members partner with low-income public schools to provide extensive environmental, outdoor, and STEAM education;

    f. Kankakee State's Attorney's Office, where members aid youth at risk of academic failure, seeking to reduce truancy rates and increase educational scores;

    g. Literacy Volunteers of Illinois, where members participate in adult literacy programs at community-based nonprofits and local government agencies, seeking to increase the literacy and employability skills of economically-disadvantaged adults;

    h. Severson Dells Nature Center, where members serve doing environment education and habitat restoration in northern Illinois; and

    i. Up2Us Sports, where members provides athletic services to under-resourced urban communities.

12. In downstate Illinois, these programs included:

a. City of Peoria, where members serve the Peoria community by maintaining green infrastructure, and have planted thousands of trees;

b. City of Springfield, where members work with various partner agencies to mentor youth, encourage them to stay in school, and prepare youth for their future role in the workforce, provide technology to low-income community members, and support and grow programs at eight (8) different service locations;

c. Herrin House of Hope, where members support hunger relief efforts for low-income residents in rural Williamson County, IL. Members provide work readiness training that fosters lifelong learning skills and encourage economic self-sufficiency.

d. Immigration Project Inc., where members help support the primary needs of recent arrivals by connecting them to housing, food, and shelter resources while also supporting the preparation of applications for immigration relief through workshops and individual representation under the supervision of legal representatives in Springfield, Champaign, and Normal, Illinois.

e. Lessie Bates Davis Neighborhood House, where members focus on improving economic opportunity for youth, and coordinate services for homeless veterans;

f. Rend Lake College, where members serve 5 counties as tutors and members in 19 different school sites; and

g. Southwestern Illinois Community College, where members serve as tutors, volunteer coordinators, mentors, and summer camp counselors, seeking to, among other things, increase the academic success of elementary-aged children through tutoring.

h. Western Illinois University, where members build community capacity and lead the implementation of local development projects, such as: downtown revitalization, business retention and expansion, health education and outreach, youth leadership development, reduction of food insecurity, and disaster preparedness, in multiple rural communities in Illinois.

13. In Program Year 2024, Serve Illinois received $28,992,935 in federal funding through grants Serve Illinois applied for from the AmeriCorps Federal Agency. This funding goes towards paying AmeriCorps members a living allowance for their service year. In Program Year 2024, a full time AmeriCorps member can receive a maximum living allowance of $37,400 for

their program year and a minimum of $18,700. An AmeriCorps member is considered full time if they complete a minimum of 1700 hours in their program year. Programs are not required to provide a living allowance to less than full time members, but they may do so following a maximum and minimum living allowance scale provided by AmeriCorps. Further, all full-time members must receive health insurance. Additionally, upon successful completion of their service, members may earn a Segal AmeriCorps Education Award that they can use to pay for higher education expenses or apply to qualified student loans.

14. This funding also goes toward the general operations of the program, Serve Illinois personnel, the Governor's Volunteer Service Awards, Illinois Conference of Volunteerism and Administration, National Service Summit, and several training opportunities for members including Skill Success, On3Learn training, and the Member Assistance Program. The program model also requires awardees to leverage matching dollars in a tiered model with state funds. For example, a grantee operating under Serve Illinois for 1-3 years must match at 24 percent. A program operating for 4-6 years must match at 26 percent. A program operating for 7-9 years must match at 28 percent. A program operating for 10 or more years must match at 30 percent.

**II.    Recent Facts Impacting Serve Illinois**

15. On April 17, Serve Illinois attempted to reach our AmeriCorps Portfolio Manager via telephone and email and received no response. On April 18, Serve Illinois learned that this Portfolio Manager, as well as that individual's direct supervisors, were placed on administrative leave. Serve Illinois was in the midst of submitting budget requests and amendments in e-Grants, which has since come to an immediate halt.  Further, on April 21, Serve Illinois learned that AmeriCorps' staff was going to be reduced by approximately 85%.

16. On April 25, 2025, at 5:43 p.m., Serve Illinois received an email from Jennifer Bastress Tahmasebi, Interim Agency Head of AmeriCorps, that included the subject line: "RE: Grant Termination." Exhibit 1, April 25 Email. The communication stated, *inter alia*, "Effective immediately, the AmeriCorps award subrecipient(s) included in the attached spreadsheet is/are being terminated per 2 CFR 200.340(a)(4) because it has been determined that the award no longer effectuates agency priorities. You must immediately cease all award activities. This is a final agency action and is not administratively appealable." The communication further stated that "State commissions and prime grantees should immediately notify subgrantees, operating sites, and members and follow grant close-out procedures. All member activities should cease immediately."

17. The April 25 email included an attached excel spreadsheet titled "IL_Commission." *See* Exhibit 1; Exhibit 2, IL_Commission Spreadsheet. This attachment identified the grants managed by Serve Illinois and awarded to subgrantees that were terminated "effective immediately." These 26 grants impacted 28 programs, all of which were cancelled. These grants included:

      a) Academy for Urban School Leadership

      b) Association House of Chicago

      c) BELIEVE IN STUDENTS INC

      d) BLACK EDUCATIONAL ADVOCACY COALITION

      e) Boys & Girls Club of Elgin

      f) Boys & Girls Club of Livingston County

      g) BOYS & GIRLS CLUBS OF CHICAGO INC

      h) BOYS AND GIRLS CLUB OF DUNDEE TOWNSHIP INC

  i) Chicago Debate Commission

  j) CHICAGO HEIGHTENING OPPORTUNITY & POTENTIAL FOR EDUCATIONAL SUCCESS

  k) City of Peoria

  l) Gardeneers

  m) Gateway to the Great Outdoors

  n) GIRL SCOUTS OF GREATER CHICAGO AND NORTHWEST INDIANA, INC.

  o) Greater Chicago Food Depository

  p) IL Bar Foundation

  q) Lessie Bates Davis Neighborhood House, Inc.

  r) Public Allies Inc

  s) Relay Graduate School of Education

  t) Rend Lake College

  u) Severson Dells Education Foundation

  v) Sinai Health System

  w) Southwestern Illinois College Community College District No 522

  x) SPRINGFIELD, CITY OF

  y) University of Chicago

  z) Youth & Opportunity United, Inc.

18. These grants had 632 active members providing services to the residents of Illinois.

19. There was no other communication from AmeriCorps regarding any change in agency priorities or any indication that the agency was going to send termination notices for most of the State's Formula grants.

20. Serve Illinois has contacted representatives of the grants identified above in Paragraph 17 to alert them about the termination notices. This termination notice caused significant confusion and chaos, and it has uprooted the lives of members and key community services throughout Illinois.

21. Additionally, had Serve Illinois been given notice and an opportunity to comment on proposed grant terminations, we would have taken that opportunity. We were not given notice and were told explicitly that this was "a final agency action and is not administratively appealable."

**III. Irreparable Harms Have Been Caused by These Actions.**

22. The impact on communities across Illinois on account of these grant cancellations will be profound and immediate. Communities rely on services provided by AmeriCorps members. Indeed, many of these programs that were abruptly cancelled directly impact the education of Illinois youth. For example, Chicago Heightening Opportunity and Potential for Educational Success (Chicago HOPES) places members in homeless and domestic violence shelters across Chicago to deliver academic, social-emotional, and arts enrichment support to students, along with resources for parents. The program served 400 individuals through afterschool and family programming, helping to address educational gaps. This program was just one of many canceled, without explanation, on April 25.

23. Further, the grant for the Academy for Urban School Leadership, which had 93 active members providing direct classroom teaching to more than 12,000 students and which members thereafter are placed in a full-time position in Chicago Public Schools, was also abruptly

cancelled. Additionally, the Relay Graduate School of Education grant was terminated, resulting in the cancellation of 162 members who provide direct classroom teaching services to nearly 4,050 youth. These members are no longer teaching these students, resulting in an immediate gap that must be filed.

24. These terminations will and are substantially disrupting services to schools, health systems and services, food banks, and other critical community outlets that citizens rely on. AmeriCorps members are on the front lines of some of the most pressing challenges facing our country. Last year alone, AmeriCorps members under Serve Illinois completed 729,405 hours of service. These members actively serve communities delivering relief to towns and cities impacted by natural disasters, working in food pantries and shelters for survivors of domestic abuse, helping students succeed in the classroom, providing essential care to our veterans and military families, and more.

25. The impact of a substantial reduction of AmeriCorps Agency staff is already being felt by Serve Illinois where many employees of AmeriCorps Agency staff have been placed on leave. All communications with our federal portfolio manager who monitors and manages all of our federal grants was abruptly cut off. It also impedes our monitoring plans, adhering to compliance, and reporting. Serve Illinois is unable to fulfill its obligations until AmeriCorps fulfills theirs. Without a go-to contact at AmeriCorps, we are left relying on a third-party technical assistance organization, America's Service Commissions, to provide updates from their contacts and navigate the current AmeriCorps climate.

26. The reduction in federal agency staff and the termination of grants has had an immediate impact on my day to day work, as well as my staff's. For example, last year, in April 2024, our AmeriCorps Portfolio Manager informed us of those who were awarded competitive

grants. Now, we currently have no Portfolio Manager and have received no communications concerning any of our Project Year 2025 grant applications. Without a Portfolio Manager, we are left with no guidance concerning any necessary budget amendments in e-Grants by May 14, and having them properly reviewed and processed, which would ordinarily be the focus of our work at this time of year. Instead, we received the April 25 communication terminating certain grants and have been forced to spend our time navigating this termination notice, including communicating the same to the public, the grantees, and the members.

**IV.   Conclusion**

27.   It is my firm declaration that the April 25, 2025, grant cancellations will have and are having an immediate effect. 632 members were told to immediately pause reporting to service. For many of those members, the AmeriCorps living allowance is their sole source of income. Further, many programs who have been with Serve Illinois for many years and are an established source of support and resources in local communities are no longer able to provide the services that so many community members depend on. This includes programs whose members supported after school programs, food banks, conservation, Girl Scouts, Boys and Girls Clubs, and programs that offer teaching or legal services to communities and individuals who experience low poverty levels. It is also my firm declaration that the drastic reduction in AmeriCorps Federal Agency staffing presents a serious threat to the operational integrity and timely execution of FY25 funding initiatives. The delays in grant reviews and program awards will have a devastating impact on Illinois' communities and the individuals dedicated to service.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct. Executed on May 5, 2025, in Springfield, Illinois.

*[signature]*

Cory Blissett
Bureau Chief
Bureau of Volunteerism and Community Service
Illinois Department of Human Services, Serve Illinois Commission on Volunteerism and Community Service

# EXHIBIT 1

| | |
|---|---|
| From: | AmeriCorpsAwardAction |
| To: | |
| Cc: | AmeriCorpsAwardAction |
| Subject: | [External] Termination Notice of AmeriCorps Award |
| Date: | Friday, April 25, 2025 5:43:27 PM |

ILLINOIS DEPARTMENT OF HUMAN SERVICE
100 S Grand Ave E
Springfield
IL, 62704

RE: Grant Termination

Dear AmeriCorps Award Recipient:

Effective immediately, the AmeriCorps award subrecipient(s) included in the attached spreadsheet is/are being terminated per 2 CFR 200.340(a)(4) because it has been determined that the award no longer effectuates agency priorities. You must immediately cease all award activities. This is a final agency action and is not administratively appealable.

The provisions at 2 CFR 200.343 – Effects of Suspension and Termination apply. This process ensures the equitable settlement of costs, proper disposition of government property, and mitigation of negative impacts on stakeholders. AmeriCorps staff will initiate an amendment to change the end date of the period of performance effective immediately.

Please immediately notify subrecipients and/or community partners, if applicable, and initiate your internal termination and closeout procedures.

Please review Closeout Instructions for Grantees to close out this Federal award within 120 days.  Please note, there are some close-out actions that indicate that you must submit information to your portfolio manager. Instead of submitting to those individuals, you must instead submit to the following regional mailboxes:

- MidAtlantic@americorps.gov (DC, DE, MD, NJ, PA, PR, VA, VI, WV)
- Midwest@americorps.gov (IL, IN, KY, MI, OH)
- Mountain@americorps.gov (AZ, CO, ID, MT, NM, UT, WY)
- NorthCentral@americorps.gov (IA, MN, WI, ND, SD, NE, KS, MO)
- Northeast@americorps.gov (CT, MA, ME, NH, NY, RI, VT)
- SouthCentral@americorps.gov (AR, LA, MS, OK, TX)
- Southeast@americorps.gov (AL, FL, GA, NC, SC, TN)
- West@americorps.gov (AK, AS, CA, CNMI, GU, HI, NV, OR, WA)

Costs after termination are allowable if:

    (a) The costs result from financial obligations which were properly incurred before the effective date of termination, and

    (b) costs are for necessary and reasonable termination and closeout activities.

Please follow the program specific instructions below, based on the type of award that is

being terminated.

*AmeriCorps State and National*

State commissions and prime grantees should immediately notify subgrantees, operating sites, and members and follow grant close-out procedures. All member activities should cease immediately.  Members should be exited for compelling personal circumstances (CPC). The program should document that the member was exited for compelling personal circumstances due to the agency's termination of the grant and program closure. If possible, the program should try to have the member transferred to another program. If this is not possible, the program should note in the CPC documentation that member reassignment was not an option.


Jennifer Bastress Tahmasebi
Interim Agency Head

# EXHIBIT 2

EXHIBIT 2: IL_COMMISSION SPREADSHEET

| Grant Number | Application ID | Organization | Corporate Program Code | Project | Organization State | Federal Funding |
|---|---|---|---|---|---|---|
| 22ACCIL0010001 | 24AC261658 | Association House of Chicago | STATE | Association House of Chicago PHA | IL | $229,500 |
| 22ACCIL0010002 | 24AC262105 | Gardeneers | STATE | Healthy Kids, Healthy Families, Healthy Communities | IL | $673,344 |
| 22ACCIL0010003 | 24AC261561 | Sinai Health System | STATE | Sinai AmeriCorps Initiative | IL | $399,109 |
| 21AFCIL0010002 | 24AC264674 | ILLINOIS DEPARTMENT OF HUMAN SERVICE | STATE | Placeholder FY2022 IL Cost Reimbursement | IL | $1,492,060 |
| 23AFCIL0010027 | 24AC266304 | BLACK EDUCATIONAL ADVOCACY COALITION | STATE | Black Educational Advocacy Coalition | IL | $125,000 |
| 23AFCIL0010026 | 24AC266322 | Campus Compact | STATE | College Renaissance Corps Illinois Planning Grant | IL | $125,000 |
| 23AFCIL0010025 | 24AC265973 | BELIEVE IN STUDENTS INC | STATE | FAST Fund-Planning Grant | IL | $125,000 |
| 23AFCIL0010023 | 24AC266303 | Gateway to the Great Outdoors | STATE | Gateway to the Great Outdoors V | IL | $270,000 |
| 23AFCIL0010021 | 24AC269254 | Lessie Bates Davis Neighborhood House, Inc. | STATE | Lessie Bates Davis Neighborhood House, Inc. | IL | $1,536,122 |
| 23AFCIL0010020 | 24AC265229 | Severson Dells Education Foundation | STATE | Habitat Restoration and Education in north central Illinois | IL | $227,987 |
| 23AFCIL0010019 | 24AC265724 | Boys & Girls Club of Livingston County | STATE | AmeriCorps Project Learn | IL | $306,349 |
| 23AFCIL0010018 | 24AC264923 | Greater Chicago Food Depository | STATE | Greater Chicago Food Depository | IL | $159,582 |
| 23AFCIL0010017 | 24AC265401 | Chicago Debate Commission | STATE | Chicago Debate Commission | IL | $82,078 |
| 23AFCIL0010016 | 24AC265867 | SPRINGFIELD, CITY OF | STATE | Youth Economic Opportunities Initiative | IL | $175,500 |
| 23AFCIL0010015 | 24AC266171 | Boys & Girls Club of Elgin | STATE | Boys & Girls Clubs of North Central Illinois | IL | $202,500 |
| 23AFCIL0010002 | 24AC265212 | Academy for Urban School Leadership | STATE | Academy for Urban School Leadership (AUSL) | IL | $1,642,997 |
| 23AFCIL0010003 | 24AC264907 | Gardeneers | STATE | Gardeneers | IL | $176,308 |
| 23AFCIL0010004 | 24AC265507 | GIRL SCOUTS OF GREATER CHICAGO AND NORTHWEST INDIANA, INC. | STATE | Girl Scouts of Greater Chicago and Northwest Indiana III | IL | $94,326 |
| 23AFCIL0010005 | 24AC265356 | City of Peoria | STATE | PeoriaCorps | IL | $161,998 |
| 23AFCIL0010007 | 24AC265778 | Association House of Chicago | STATE | Association House of Chicago | IL | $101,400 |
| 23AFCIL0010009 | 24AC267708 | Rend Lake College | STATE | Rend Lake College (AmeriCorps in Souther | IL | $374,000 |
| 23AFCIL0010010 | 24AC269253 | Southwestern Illinois College Community College District No 522 | STATE | Belleville AmeriCorps | IL | $443,057 |
| 23AFCIL0010011 | 24AC265729 | CHICAGO HEIGHTENING OPPORTUNITY & POTENTIAL FOR EDUCATIONAL SUCCESS | STATE | Chicago Heightening Opportunity and Potential for Educationa | IL | $222,532 |
| 23AFCIL0010012 | 24AC266170 | Youth & Opportunity United, Inc. | STATE | Y.O.U.th Serve Evanston and Skokie | IL | $243,000 |
| 23AFCIL0010013 | 24AC265866 | BOYS AND GIRLS CLUB OF DUNDEE TOWNSHIP INC | STATE | Americorps Youth Education & Enrichment | IL | $320,924 |
| 23AFCIL0010014 | 24AC265207 | BOYS & GIRLS CLUBS OF CHICAGO INC | STATE | AmeriCorps Academic Success | IL | $175,500 |
| 21ACCIL0020002 | 24AC262508 | Public Allies Inc | STATE | Public Allies Chicago | IL | $761,799 |
| 24ACCIL0010001 | 24AC262099 | University of Chicago | STATE | AmeriCorps Comprehensive Care, Community, & Culture Program | IL | $449,262 |
| 21ACCIL0020003 | 24AC262400 | IL Bar Foundation | STATE | Illinois JusticeCorps | IL | $411,018 |
| 21AFCIL0020001 | 24ES269307 | Relay Graduate School of Education | EAS | AmeriCorps Relay Teaching Program Chicago (ARTPC) | IL | $135,000 |