# EXHIBIT 14

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND; STATE OF DELAWARE; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ARIZONA; STATE OF CONNECTICUT; DISTRICT OF COLUMBIA, STATE OF HAWAI'I; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR *ex rel.* Andy Beshear, in his official capacity as Governor of the COMMONWEALTH OF KENTUCKY; STATE OF MAINE; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; JOSH SHAPIRO, in his official capacity as Governor of the COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN;<br><br>          Plaintiffs,<br><br>  v.<br><br>CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, operating as AmeriCorps; and JENNIFER BASTRESS TAHMASEBI, in her official capacity as Interim Head of the Corporation for National and Community Service;<br><br>          Defendants. | Civ. No. 25-cv-01363 (DLB) |

## DECLARATION OF WESLEY BULLOCK

Pursuant to 28 U.S.C. § 1746, I, Wesley Bullock, hereby declare as follows:

1. I am a resident of the State of Kentucky. I am over the age of 18 and have personal knowledge of all the facts stated herein, including as based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by the Kentucky Environmental Education Council as Executive Director.

3. The Kentucky Environmental Education Council, an agency within Kentucky's Education and Labor Cabinet, is responsible for promoting learning and skills for a sustainable and economically healthy environment.

4. As Executive Director of the Kentucky Environmental Education Council (KEEC), I oversee the administration and operation of the Environmental Education Leadership Corps (EELCorps).

5. EELCorps was established in 2017 to coordinate AmeriCorps members in support of non-profits and government agencies that provide environmental literacy and environmental education programs across Kentucky.

6. EELCorps members provide critical capacity to KEEC to reach Kentucky learners by utilizing specialized environmental education training to provide environmental education instruction at service site partners with the goal of increasing environmental literacy in Kentucky. EELCorps members are a cost-effective and professionally trained cadre of environmental educators who complete invaluable service and often enter the environmental education field in Kentucky after their service term ends.

7. In the 2024–25 service year, for example, EELCorps members provided environmental education programs, lessons, and activities to nearly 20,000 Kentucky learners, and improved environmental literacy and connection for nearly 92% of those reached and surveyed. During that time, EELCorps members created and implemented more than 400 new lessons, programs, or activities for their learners.

8. Over seven years of EELCorps programming, 146 members have served the populations of 41 site partner organizations. These members have reached more than 103,000 individuals who have participated in environmental education lessons, programs, or activities lasting 20 minutes or more.

9. As a part of their service, all EELCorps members receive specialized environmental education training, with full-time members participating in the Professional Environmental Educator Certification (PEEC) course. In total, 28 EELCorps members have been trained as certified professional environmental educators through the PEEC course. They are fully equipped to enter the field of environmental education and enhance KEEC's ability to reach more Kentuckians with quality environmental education programs.

10. EELCorps has been supported by AmeriCorps for the past eight years. Since 2017, EELCorps has received over $3.7 million in formula AmeriCorps grants and has enlisted 146 AmeriCorps members in service to the State of Kentucky.

11. The details of EELCorps' funding since 2017 are as follows:

| Year | # of AmeriCorps Members | AmeriCorps Funds | State Matching Funds | ARPA Funds | Total Program Cost |
|---|---|---|---|---|---|
| 2017 | 0 (planning grant) | $61,360 | $26,020 | $0 | $87,380 |

| 2018 | 21 | $241,523 | $131,764 | $0 | $373,287 |
|---|---|---|---|---|---|
| 2019 | 20 | $296,532 | $138,250 | $0 | $434,782 |
| 2020 | 21 | $240,450 | $121,500 | $0 | $361,950 |
| 2021 | 24 | $263,411 | $122,250 | $55,789 | $441,450 |
| 2022 | 31 | $559,972 | $200,506 | $40,000 | $800,478 |
| 2023 | 13 | $415,320 | $213,961 | $0 | $629,281 |
| 2024 | 16 | $357,250 | $218,995 | $0 | $576,245 |
|  |  |  |  |  |  |
| Total | 146 | $2,435,818 | $1,173,246 | $95,789 | $3,704,853 |

12.  On the evening of Friday, April 25, I learned from a Washington Post report that "Elon Musk's U.S. DOGE Service ha[d] ordered AmeriCorps to terminate close to $400 million in grants—roughly 41 percent of the national service agency's total grant funding."[1]

13.  On Saturday, April 26, I learned that Serve Kentucky, Kentucky's state service commission, had informed EELCorps program staff that EELCorps was on a list of grants to be terminated by AmeriCorps.

14.  As of April 25, 2025, for the current grant year ending August 31, 2025, EELCorps had yet to draw down over $144,709 in federal funds.

15.  Prior to April 25, AmeriCorps supported 16 EELCorps members who served full-time or part-time at non-profits and government agencies across Kentucky. Those service members received:

    a. A bi-weekly living allowance;

---

[1] Tobi Raji, *DOGE orders major cut to AmeriCorps funding, imperiling agency's work*, Wash. Post, Apr. 25, 2025, https://www.washingtonpost.com/nation/2025/04/25/americorps-grant-cuts-doge/.

4

      b. Health care benefits (if eligible);

      c. Child care assistance (if eligible);

      d. An AmeriCorps Education Award, which could be used toward school tuition, most federally approved student loans, or future education costs for up to seven years; and

      e. The Member Assistance Program, which provides 24/7 telephonic access to master's level mental health counselors.

16. Because EELCorps has appeared on the list of terminated grants, EELCorps members have contacted EELCorps program staff repeatedly expressing concern about losing their member benefits without notice.

17. KEEC has not directed EELCorps members to discontinue service, so they continue to be paid. Without federal reimbursement for these payments, KEEC will have to absorb the cost from agency funds, impacting the functioning of other agency programs.

18. KEEC would not have the resources to pay for member benefits for any sustained period absent AmeriCorps funding.

19. EELCorps has received AmeriCorps funding for eight years (including a planning grant in the first year), and KEEC intended to apply for a grant to continue to operate the program for the coming grant year beginning September 1, 2025. However, potential site partners and potential members for the upcoming year are aware of the reports of lost AmeriCorps funding and have expressed hesitation in committing to the program, so KEEC is unable to prepare for the upcoming grant year as it has for the last eight years.

20. Without clarity as to why the current grant was terminated or when grants for next year will be awarded, KEEC does not know how much money will need to be replaced and cannot readily identify substitute funds that might allow us to continue to operate EELCorps.

21. The EELCorps program was created to address a shortage of professionally trained environmental educators in Kentucky. The training that EELCorps members complete and the subsequent scale of environmental education that EELCorps members provide to Kentuckians through their AmeriCorps service and beyond cannot be provided outside of the EELCorps program by KEEC. The termination of this AmeriCorps program will result in a significant detriment to Kentucky's ability to address environmental problems through education.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct. Executed on May 5, 2025, at Frankfort, Kentucky.

_____
Wesley Bullock