EXHIBIT 18

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND; STATE OF DELAWARE; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ARIZONA; STATE OF CONNECTICUT; DISTRICT OF COLUMBIA, STATE OF HAWAI'I; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR *ex rel.* Andy Beshear, in his official capacity as Governor of the COMMONWEALTH OF KENTUCKY; STATE OF MAINE; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; JOSH SHAPIRO, in his official capacity as Governor of the COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN; <br><br>          Plaintiffs, <br><br>     v. <br><br> CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, operating as AmeriCorps; and JENNIFER BASTRESS TAHMASEBI, in her official capacity as Interim Head of the Corporation for National and Community Service; <br><br>          Defendants. | Civ. No. 25-cv-01363 (DLB) |

## DECLARATION OF ELIZABETH LORENZ

Pursuant to 28 U.S.C. § 1746, I, Elizabeth Lorenz, hereby declare as follows:

1.       I am a resident of the State of Maryland ("State"). I am over the age of 18 and have

personal knowledge of all the facts stated herein, except for those matters stated upon information

1

and belief; as to those matters, I believe them to be true. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am currently employed by the Maryland Department of Service and Civic Innovation ("DSCI") as Executive Director of the Governor's Office on Service and Volunteerism ("GOSV").

3.      The Maryland State Service Commission ("Commission") includes GOSV and the Governor's Commission on Service and Volunteerism. The Commission was created in 1994 to review and approve all AmeriCorps State funding in Maryland and to serve as a body of ambassadors for service and volunteerism in local communities. GOSV, as the administrator of the Commission, applies for grants to the Corporation for National and Community Service, the federal agency that manages AmeriCorps.  GOSV and the Commission have substantial discretion over how to disburse Formula and pass-through funding as long as the awards are consistent with AmeriCorps laws and regulations and state law.  The grants that GOSV administers reflect the Commission's judgment about critical areas of need in the State.

4.      Currently, GOSV administers twenty-two (22) AmeriCorps grants that address the State's needs in the areas of economic opportunity, education, capacity building, and environmental stewardship and two (2) administrative grants.

5.      As GOSV's Executive Director, I oversee the operations and funding for the Commission.

6.      AmeriCorps provides GOSV with the following sources of funding:

> a.  AmeriCorps State and National grants.  AmeriCorps awards grants to organizations to engage individuals in sustained service to address local, regional, and national challenges.  Most of the State AmeriCorps funding

for these grants goes to GOSV, which in turn awards grants to organizations to respond to local needs. State AmeriCorps' dollars include both competitive grant dollars that are based on grant awards selected by AmeriCorps in a national competition and formula dollars that are automatically allocated to each state based on its population.

b.   State Commission Operations Support grants (Commission Support Grants ("CSG") and Commission Investment Fund ("CIF"). These grants are awarded to support GOSV's operations. Some of the activities funded by these support and investment fund grants include: (i) developing strategies or approaches for outreach to community and faith-based organizations and intermediaries interested in operating an AmeriCorps program; (ii) planning annual events and technical assistance activities; (iii) monitoring and providing compliance oversight for AmeriCorps subgrantees that receive funding through GOSV; and (iv) developing a three-year comprehensive national and community service strategy for Maryland.

c.   AmeriCorps State Planning grants. These grants allow Maryland based non profit organizations, government agencies, educational institutions, faith-based organizations, and community-based organizations to lay the groundwork, conduct in-depth research, and engage stakeholders in preparation for the submission of an AmeriCorps Operational grant application.

    d.  AmeriCorps VISTA Support grants.  These grants provide funding for direct expenses, including administrative staff, to support a VISTA program.

7.  AmeriCorps also provides the following programs and services:

    a.  The AmeriCorps VISTA program places individuals with nonprofit organizations, public agencies, and tribal governments to expand, reach, and deepen impact in making sustainable change that alleviates the impact of poverty.  Through capacity-building initiatives including fundraising, volunteer recruitment, program development, and more, VISTA members gain experience and leadership skills that put them on track for a life of service in the public, private, or nonprofit sector. Five (5) VISTA members currently placed with DSCI provide critical capacity to support DSCI's mission.  Living stipends for all VISTA members are paid directly by AmeriCorps.

    b.  AmeriCorps directly provides numerous support and benefit programs to AmeriCorps members such as the AmeriCorps Childcare Benefit Program and the facilitation of healthcare benefits.

    c.  AmeriCorps members receive a living stipend, access to healthcare insurance, and an educational award ($7,395 for full-time service for one term of service and awarded proportional to the member's period of service in limited circumstances).  AmeriCorps members are not deemed employees of the grantee and cannot receive unemployment insurance if their service period is terminated early.    In addition to programs managed

4

by GOSV, there are numerous grants that are provided directly by AmeriCorps to benefit organizations in the State, including the AmeriCorps Seniors Foster Grandparent Program, AmeriCorps Senior Senior Companion Program, and AmeriCorps Seniors RSVP. The AmeriCorps Seniors Foster Grandparent Program provides grants to organizations to engage low-income individuals aged 55 or older in providing one-on-one mentoring and academic support to children with special or exceptional needs. The AmeriCorps Seniors Senior Companion Program provides grants to organizations to engage low-income individuals aged 55 or older in providing supportive, individualized services to help homebound seniors and other adults maintain their dignity and independence. AmeriCorps Seniors RSVP provides grants to organizations to engage individuals aged 55 or older in tutoring and mentoring youth.

8.    In the past, GOSV has received the following sources of funding from AmeriCorps:

a.    In 2023, the Commission received federal funding from AmeriCorps as follows: $7.1 million in AmeriCorps State grants; $1.1 million in AmeriCorps State Planning Grants; $390,577 in State Commission Operations Support Grant; and $531,457 in State Commission Investment Fund. The 2023 AmeriCorps State and Planning funds supported the following twenty-two (22) programs across the State: (1) Civic Works Service Corps (Civic Works, Inc.); (2) Maryland Refugee Corps (International Rescue Committee, Inc.); (3) Maryland Reading Corps (The Literacy Lab); (4) Teach for America Maryland (Teach for America, Inc.);

(5) Community Art Collaborative (The Maryland Art Institute); (6) City Teaching Alliance - Baltimore (Urban Teacher Center, Inc.); (7) The Choice Program at UMBC (University of Maryland Baltimore County); (8) Volunteer Maryland (State of Maryland Executive Office); (9) Road Map AmeriCorps (Latin American Youth Center, Inc.); (10) ASTAR Frostburg State University; (11) New Americans Citizenship Project of MD; (12) Equity Now, Inc.; (13) Salisbury University; (14) Project CHANGE (George B. Thomas, Sr. Learning Academy, Inc.); (15) Maryland Conservation Corps - MCC (MD Department of Natural Resources); (16) HabiCorps (Habitat for the Humanity of the Chesapeake, Inc.); (17) Chesapeake Conservation and Climate Corps Planning Grant (Chesapeake Bay Trust); (18) Break a Difference, Inc. Planning Grant; (19) Civic Works, Inc. Planning Grant; (20) Digital Navigators Planning Grant (Digital Harbor Foundation); (21) Green Infrastructure and Jobs Planning Grant (CASA de Maryland, Inc.); and (22) Partners In Care Maryland, Inc. Planning Grant. In total, these programs supported at least 224 service locations and 977 participants.

b.  In 2024, the Commission received federal funding from AmeriCorps as follows: $4.2 million in AmeriCorps State grants; $1.1 million in AmeriCorps State Planning Grants; $389,181 in State Commission Operations Support Grant; and $530,759 in State Commission Investment Fund. The 2024 AmeriCorps State and Planning funds supported the following twenty-five (25) programs across the State: (1) Civic Works

Service Corps (Civic Works, Inc.); (2) Maryland Refugee Corps (International Rescue Committee, Inc.); (3) Maryland Reading Corps (The Literacy Lab, program ended in August 2024); (4) Teach for America Maryland (Teach for America, Inc.); (5) Community Art Collaborative (The Maryland Art Institute); (6) City Teaching Alliance - Baltimore (Urban Teacher Center, Inc.); (7) The Choice Program at UMBC (University of Maryland Baltimore County); (8) Volunteer Maryland (State of Maryland Executive Office - program ended in 8/24); (9) Road Map AmeriCorps (Latin American Youth Center, Inc.); (10) ASTAR Frostburg State University; (11) New Americans Opportunity Project of MD (CASA de Maryland.); (12) Equity Now, Inc.; (13) Salisbury University; (14) Project CHANGE (George B. Thomas, Sr. Learning Academy, Inc.); (15) Maryland Conservation Corps - MCC (MD Department of Natural Resources); (16) HabiCorps (Habitat for the Humanity of the Chesapeake, Inc.); (17) Improve Your Tomorrow, Inc.; (18) Digital Harbor Foundation - Digital Navigators; (19) Break a Difference, Inc.; (20) Climate Justice Education and Green Vocational Training (CASA de Maryland); (21) Howard EcoWorks, Inc. (Planning); (22) Ampact, Inc. (Planning); (23) Partners In Care, Inc. (program ended in February 2025);    (24) Youth Educational Services, Inc. (Planning); and (25) DSCI's VISTA program.  In total, these programs supported at least 174 service locations and 672 participants.  Further, funding partially or fully supported over 80 program staff members for these grantees.

7

9.      On or about April 16, 2025, GOSV became aware through several organizations and news channels that a significant percentage of AmeriCorps staff had been placed on administrative leave.  Since April 17, 2025, GOSV has sent emails to AmeriCorps agency staff to address ongoing grant issues and only received one direct response on April 28, 2025, from the Office of Audit and Debt Resolution.  Many AmeriCorps resources are no longer available, such as telephone support and hotlines for technical assistance and a designated point of contact for Maryland's grant portfolio.

10.     On or about 6 p.m. on Friday April 25, 2025, GOSV received two emails ("Termination Notices") from AmeriCorps, stating that, effective immediately, the AmeriCorps award or subrecipient(s) included in an attached spreadsheet were being terminated "per 2 CFR 200.340(a)(4) because it has been determined that the award no longer effectuates agency priorities.  You must immediately cease all award activities.  This is a final agency action and is not administratively appealable."  As a State Commission, GOSV was directed "to immediately notify subgrantees, operating sites, and members and follow grant close-out procedures.  All member activities must cease immediately."  For the VISTA Members, the notice directed as follows: "If you have members active on your award/agreement, all members will be removed from your project effective immediately.  Further communication will go directly to impacted members and sponsors."

       a.  The termination notices related to sixteen (16) programs (out of 22 current programs) as follows:  eleven (11) Formula grants subrecipients (including Maryland Conservation Corps. under the Maryland Department of Natural Resources), four (4) Competitive grants subrecipients (including ASTAR Frostburg State University); DSCI's VISTA Program (including the VISTA

support grant); and a placeholder grant for unexpended Formula funds from prior years (collectively "Affected Grants").

b.  GOSV did not receive any communication from AmeriCorps announcing any change in agency priorities or any indication that the agency was going to send notices terminating most of the State's Formula grants.

c.  GOSV contacted representatives of the Affected Grants late Friday night (April 25) to alert them about the notices as the termination notices directed GOSV to contact all affected subrecipients.  As the termination notices included language that they were effective immediately, program staff attempted to contact members over the weekend and cancel already scheduled service projects.  The termination notices, which were sent on the last day of National Volunteer Week, caused significant confusion and chaos over the weekend, uprooting the lives of members and key community services for Maryland.

d.  Termination of the programs funded by the Affected Grants has a significant impact on the State.  These grants supported at least 200 AmeriCorps members and 60 staff positions in the State.  Services that will no longer be available include K-12 support services (e.g., homework support, after-school tutoring programs, mentoring, art-based learning activities), community support services (e.g., mentoring, energy efficiency retrofits, public land and waterway improvements, rehabilitation of homes, financial literacy, tax preparation services), and capacity building services for DSCI. Some of these programs have been in existence for over 20 years.

11. The lack of communication from and staffing at the AmeriCorps agency has placed the future of all of Maryland AmeriCorps programs in jeopardy. GOSV and grantees rely on numerous actions that must be completed by AmeriCorps agency staff.  In my experience, GOSV typically communicates     with AmeriCorps agency staff at least on a monthly basis, and weekly for time-sensitive topics, such as member enrollment issues, National Service Criminal History Check (NSCHC) questions, no-cost extensions, and upcoming grantmaking schedules. Since GOSV received the Termination Notices, we have been unable to have direct communications with the AmeriCorps regional staff to address urgent questions and obtain agency updates. In fact, the Mid-Atlantic All Grantee Call that was scheduled for April 30, 2025, to share important updates was not cancelled but it did not occur.  The State and the AmeriCorps Programs in Maryland will suffer irreparable harm, including the suspension of programming, if AmeriCorps agency staff is not available to perform the functions on which the State and State Programs depend. Imminent injuries to the State and State Programs if AmeriCorps does not resume its duties include:

    a. Drawdown Approval Delays:  The budget supporting GOSV significantly relies on the grant administration funds for reimbursement of staffing, training, technical assistance, compliance monitoring, timesheet, and file management expenses in accordance with applicable federal statute and regulations.  The remaining available funds for reimbursement this year for the CSG and CIF grants total over $800,000.  With respect to grantees receiving AmeriCorps funding through GOSV (Maryland AmeriCorps Competitive, Formula, and Planning Grants), there are millions in outstanding reimbursable funds for the grant year ending in August 2025.

Significant delays in the reimbursement of program expenses would have a similar effect as termination of all of the grants as most programs would have to stop operations as they would be unable to fund members and staff salaries. AmeriCorps members would lose their living stipend and would only get a percentage of their educational award.

b. Grant Review and Approval:

    i. AmeriCorps Competitive Grants: Potential grantees can apply for grants directly through AmeriCorps. In 2025, applications for this Program from Maryland grantees totaled $7.2 million. In my experience in prior years, to ensure that programs have sufficient time to enroll members, enter into contractual arrangements, and seek approval by the State Commission, AmeriCorps has issued grant decisions by mid-April. This allows grantees that are not selected through AmeriCorps's Competitive process to apply for Maryland AmeriCorps Formula Grants. Because of the difference in applications, applicants that are not selected in the Competitive process will need to amend their applications before submission to GOSV. GOSV relies on AmeriCorps's grant-decision timeline to determine its Formula review and approval timeline and to advise potential grantees from the Competitive process. The Commission must review and approve the Formula grants with sufficient time in order for GOSV to prepare the Formula application for submission no later than July (the last submission deadline that has been

communicated to GOSV).  Although GOSV had planned to submit its Formula application on June 13, 2025 (the first deadline as set forth in AmeriCorps March 7, 2025 FY25 Formula Guidance for State Commissions memorandum), this submission date is no longer feasible due to the lack of communication regarding the FY 25 Competitive grant award process and AmeriCorps' failure to publish the FY25 Formula allocation amounts.   Grantees must receive final approval for a start date of August 15, 2025, as the current grant term for continuing programs ends on August 14, 2025.

ii.  Formula Grants: In March 2025, AmeriCorps provided GOSV with guidance regarding the 2025 funding for Formula grants.  The guidance stated that AmeriCorps will allocate the statutory minimum of one-half of one percent (0.5 percent) of the total allocation to each state and then use a population-based formula to allocate any remaining unallocated funds to states eligible to receive more than the minimum.  In 2024, GOSV was awarded $3.4 million in Formula grants pursuant to AmeriCorps' calculation.  To allocate the 2025 Formula funds, GOSV will review applications by potential grantees (including those that were not selected as part of the Competitive process if they wish to be considered for Formula funding).  As described in the prior paragraph, GOSV has been forced to delay its review process, and it is extremely likely that programs will not be able to start in August 2025.

iii. State Commission Operations Support grants: On April 16, 2025, GOSV submitted applications for CSG and CIF in the amount of $599,153 for the period starting in July 2025.  Grants must be approved by AmeriCorps no later than June 30, 2025, for a start date of July 1, 2025 (the current grants' expiration date). The last communication indicated that they would notify us by June 20, 2025.

iv. Delays and Chilling Effect on Recruitment.  If AmeriCorps fails to review and approve GOSV's administration grants by June 30, 2025, GOSV will not be able to financially support AmeriCorps programs in the long-term.  Further, if AmeriCorps fails to review and approve the grants by the end of July, State grantees will be unable to continue programs beyond August 2025.  Due to the current reductions in AmeriCorps staff, unexpected termination notices, and uncertainty about future funding, AmeriCorps grant applicants are unable to realistically plan for future operations and will have significant difficulties to secure philanthropic assistance for the minimum match requirements (from 24% to 30%).  This uncertainty is magnified as fifteen (15) programs that received the unexpected termination notices have pending Competitive or Formula applications with AmeriCorps or GOSV.  Programs also need to advertise for members positions in May to ensure sufficient staffing and member enrollment to begin in August.  AmeriCorps

13

Grantees are required to advertise for Member positions in the AmeriCorps member position portal. After receiving applications, they need to interview and select candidates and complete NSCHC and eVerify checks prior to the service start date. The longer AmeriCorps delays its grant-related decisions, the higher the likelihood that programs will not be able to obtain the required funding and staffing to start in Fall 2025.

v.   The recent news about the termination of NCCC, VISTA, and AmeriCorps members will certainly have a chilling effect for prospective members as AmeriCorps will not be viewed as a reliable source for service opportunities. Successful recruitment of potential members and service sites for the next grant year is in peril. Grantees will suffer if they do not have sufficient members to serve in their programs, and some programs will have to shut down altogether. For example, if programs that support schools are unable to recruit and onboard new AmeriCorps members by July 2025 these programs would likely have to cease operations for at least a full calendar year until the summer of 2026 because most school sites require programs to commit to providing services before the commencement of the academic year.

c.   No-Cost Extensions: AmeriCorps allows state commissions to submit no-cost extensions (NCE), which allows grantees to spend funds beyond the end of the original grant period. Currently, GOSV has two (2) pending

14

requests for no-cost extensions for over $700,000. As indicated by Matt Forrest, AmeriCorps' portfolio manager on March 20, 2025: "there should be no issues in initiating NCEs for those grants." These no-cost extensions would allow GOSV to use these funds up to 18 months after the grant expiration dates (July 2025) to support its operations. The State will lose funding that AmeriCorps has already committed to provide if AmeriCorps staff does not approve this request.

d.  AmeriCorps' Support of Maryland's Economy and the Effect of a Pause or Termination of Grants: As described above, delays in funding and grant awards and the uncertainty as to the future of the agency and funding stream would result in the de-facto termination of all AmeriCorps programs. In 2025, AmeriCorps GOSV grantees supported 22 programs, 646 members, and 81 program staff. These programs provided key services to the State: (i) support for teachers in Maryland schools; (ii) before and after school services for K-12 encouraging school attendance, student support, and college/career readiness; (iii) waterways and trails restoration projects; (iv) mediation services in schools; (v) ensuring safer, healthier, and energy efficient homes; and (vi) adult education, including financial literary, job training and placement for unemployed individuals and legal refugees and immigrants. Since August 2024, over 5,900 children have benefited from our programs; hundreds of miles of trail/rivers have been improved, and over 20,000 individuals have received training by our Members. Further, there are greater implications for the State beyond those programs directly

15

managed by GOSV.   In 2024, 3,796 individuals participated in the AmeriCorps Seniors volunteer programs supporting 217 service locations, including schools and care of homebound seniors.   All of these are services that are necessary and would otherwise have to be provided by state and local governments if AmeriCorps programs were paused and/or terminated. Finally, Members' inability to secure the full educational award would also negatively affect higher educational institutions that benefit from the enrollment and K-12 schools, as Members would be unable to pay for the teaching licensing fees or may not enroll in continuing education at the same rate due to reduced education awards.    Since 1994, more than 34,000 Maryland residents have earned education awards totaling over $126 million and higher education institutions and other organizations in Maryland have received more than $82.2 million in education award payments.

12. It is my understanding based on my role as Executive Director of GOSV that certain AmeriCorps' regulations limit the agency's discretion to terminate awarded grants. AmeriCorps has interfered with and harmed the Commission's discretion to select, support, and monitor its portfolio of grantees.

13. Further, I understand that certain regulations entitle Commissions and grantees to notice and an opportunity to comment prior to implementing this type of action.  I affirm that, if GOSV had been accorded that process, it would have taken advantage of it.

14. The dismantling of AmeriCorps and the sudden termination of awards has also harmed the State through the effects on State pass-through grantees.  For example:

a. Equity Now: This Affected Program provides whole class support, tutoring, social and emotional development support, and after-school programs to increase school engagement and academic performance of students at the Legends Charter School, a Prince George's County, Maryland charter school. The grant funded a total of twenty-three (23) AmeriCorps members. These members have been irreparably impacted. Four (4) members who were scheduled to work in the summer session and would have been entitled to the full Segal AmeriCorps Educational Award, have fifty percent (50%) or less of their required service term hours of 1,700. As the $7,395 educational award is prorated based on the service term, this will have an immediate and significant financial impact. This program supported 700 K-6 students, of which approximately 70 students had a Section 504 Plan (under the Rehabilitation Act of 1973) and/or Individualized Education Program (IEP) (in accordance with federal, state, and local requirements) and more than 10 students had been referred to the Student Intervention Team (SIT) for challenges that impacted their academic performance. Twelve (12) AmeriCorps members provided support to K-2 students as these students navigated behavior and emotional issues when transitioning up to five (5) classrooms per day. Further, all of the 23 members assisted teachers, who were able to concentrate on the academic aspects of their classes, as they would assist students who required additional support.

b. CASA de Maryland, Inc. - Maryland New Americans Opportunity Project: This Affected Program provided assistance to low-income immigrants and

working-class families to improve their financial literacy, achieve citizenship, and in the case of youth, achieve improved educational outcomes and be on a path towards college- and career-readiness. The grant funded nine (9) AmeriCorps members. These members have been irreparably impacted. For example, one member was able to serve because of AmeriCorps Childcare Benefit Program, whereby AmeriCorps pays all or part of the childcare costs directly to providers for eligible AmeriCorps members. Without this benefit, it is very unlikely that this member will be able to obtain another paid position, especially on a short timeline. One elderly member used his stipend to qualify for rent assistance. Without an income stream, he may not be able to afford housing. One of the programs that was funded with this grant assisted individuals with tax preparation. Since January, this program has assisted over 1,200 individuals to complete and submit their federal and state tax returns. Many of these individuals had English proficiency challenges and required members to provide translation services. In the past, at least 150 individuals required follow-up services beyond the April 15th tax deadline. These individuals will now have to seek these services directly from Maryland's Comptroller's Office for state tax filing issues.

c. Civic Works: Members in this Affected Program make public land improvements, complete energy efficiency retrofits, tutor and mentor students, and assistance with older adults in Baltimore. Due to the termination notices, this grantee is now unable to deploy 4 members to assist

with improvements to elderly homes in Baltimore to install retrofits (e.g., handrails, etc.) and ensure that these individuals are able to remain in their current housing arrangement. The grantee also had to reduce the number of interns in its Summer Experience in Aging program from 20 to 10 interns. This summer program is designed to heighten awareness of the needs of the aging population and how beneficial it can be to work with older adults. Three (3) AmeriCorps members who were scheduled to serve in the summer and would have been entitled to the full Segal AmeriCorps Educational Award, have fifty percent (50%) or less of their required service term hours of 1,700. As the $7,395 educational award is prorated based on the service term because they are exiting due to compelling personal circumstances, this will have an immediate and significant financial impact.

d.  VISTA: One of the Affected Programs is DSCI's VISTA program.  This program sought to enhance workforce development and the State's disaster response capabilities and facilitate resource generation in partnership with DSCI's other service programs by increasing the agency's capacity with 10 VISTA members and funding for a VISTA manager.  In February 2025, DSCI applied for a continuation of the Year 1 grant (that expired in March 2025).  For the second year, the application requested $30,000 in AmeriCorps support funding and $20,000 in carryforward funding for a total annual AmeriCorps support funding of $50,000.  In an email dated April 16, 2025, AmeriCorps indicated that they were able to award an additional $20,000 in support funds.  As of the date of the termination

19

notice, DSCI had five (5) VISTA members providing services to the agency. On April 28, 2025, these members received notification from AmeriCorps that the AmeriCorps VISTA project that they were assigned was terminated. The notice also stated that they had been removed from the project and placed on an "Administrative Hold" for a period of thirty (30) days and not report back to their project or participate in any project-related activities. If these members were unable to find another VISTA program reassignment, their service would be terminated on or after May 20, 2025. It has been extremely traumatic for these members as they are not able to come back to the office to finish their projects and ensure an adequate transition. Further, DSCI will be significantly harmed as it will have to finalize these projects without the members' support. The value of these member services for their remaining term (at least August 2025) is at least $40,000.

e.  National Service Trust Transaction Delays: We have a significant number of members who rely on the National Service Trust to process tuition payments, educational loan payments, and forbearance interest payments when service concludes. As a result of the massive number of members who were recently terminated and due to the reduced number of staff who are processing these transactions, we expect significant delays in executing these transactions. The financial impact of these delays could destroy a member's credit worthiness and place them in need of financial assistance by the State.

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct. Executed on May 5 2025, at Annapolis, Maryland.

Elizabeth Lorenz