# EXHIBIT 25

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STATE OF MARYLAND; et al.,

    Plaintiffs,

v.

DONALD TRUMP, in his official capacity as President of the United States; et al.,

    Defendants.

C.A. No. 1:25-cv-01363-DLB

## DECLARATION OF KIMBERLY TRENT

I, KIMBERLY TRENT, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct:

1. I am the Deputy Director for Prosperity for the Michigan Department of Labor and Economic Opportunity, a position I have held since 2020. As the Deputy Director, I am responsible for overseeing the Michigan Community Service Commission, which is responsible for the execution of grant-making and capacity building for AmeriCorps, volunteerism, mentoring, and disaster response and recovery.

2. As Deputy Director, I have knowledge of the matters set forth below based on my personal knowledge or based on review of information and records gathered by staff.

### Michigan Community Service Commission

3. The Michigan Community Service Commission (MCSC) was established in 1991 through the Michigan Executive Office of the Governor as a strategy to empower volunteers to strengthen communities. Housed in the Michigan Department of Labor and Economic Opportunity, the MCSC has 25 Governor-appointed Commissioners to lead its work. As the

1

state's lead agency for volunteerism, the MCSC is Michigan's administrative agent for AmeriCorps and is responsible for managing funds received from AmeriCorps.

4. The MCSC supports four main initiatives to fulfill its mission: Michigan's AmeriCorps, volunteerism, Mentor Michigan, and disaster services. The MCSC develops a coordinated state plan to promote an ethic of civic responsibility to encourage all Michigan citizens, especially youth, to make a substantial commitment to service. The MCSC works to leverage and catalyze innovation and the volunteer power of Michiganders to strengthen their communities, grow civic engagement, and build a stronger Michigan.

5. In service year 2023-2024, the MCSC, relying on AmeriCorps funding, engaged 1,052 service members in 618,631 hours of service. According to the Independent Sector's 2023 valuation of a volunteer hour in Michigan at $31.59, the economic impact of the MCSC's AmeriCorps members in 2023-24 equated to $19,542,553. Also in that year, AmeriCorps service members improved 362 acres of Michigan parks and public lands, helped 17,794 individuals receive health services, provided 63,520 youth with academic support, provided crime reduction services to 11 precincts in Detroit, Michigan, and provided 76 organizations with capacity building services.

6. Since 1994, more than 39,000 Michigan residents have served approximately 58 million service hours through AmeriCorps. These AmeriCorps members have served over a million youth through tutoring, mentoring and academic support, provided over a million individuals with services in disaster preparedness, health care access, economic mobility, and environmental stewardship, distributed over a million pounds of food, and improved thousands of acres of public land along with thousands of miles of riverways and trails.

7. AmeriCorps has supported MCSC for the past three decades. Since 2018, the MCSC has received over $87 million in competitive and formula AmeriCorps grants and has enlisted nearly 9,000 AmeriCorps members in service to the State of Michigan.

8. The details of MCSC's funding for its AmeriCorps program since 2018 include:

| Year | # of AmeriCorps Members | AmeriCorps Funds | State Matching Funds | Total Program Cost |
|---|---|---|---|---|
| 2018 | 1,200 | $9,612,136 | $10,417,671 | $20,029,807 |
| 2017 | 1,216 | $10,471,869 | $10,933,902 | $21,405,771 |
| 2020 | 1,191 | $10,165,018 | $10,914,902 | $21,069,278 |
| 2021 | 1,079 | $9,475,493 | $10,687,660 | $20,163,153 |
| 2022 | 1,148 | $13,734,853 | $10,406,910 | $24,141,763 |
| 2023 | 1,159 | $15,474,820 | $11,187,411 | $26,662,231 |
| 2024 | 1,806 | $18,551,686 | $13,177,943 | $31,279,629 |
| Total | 8,799 | $87,485,875 | $77,715,757 | $165,201,632 |

9. MCSC's 2024-25 AmeriCorps State portfolio includes 32 programs and 3 planning grants across 24 organizations:

| Grantee Organization | Program | Focus Area | Objectives |
|---|---|---|---|
| Albion College | Albion College AmeriCorps | Capacity Building | Provide capacity building services to nonprofits and education services to students. |
| Cherry Health | Cherry Health AmeriCorps | Healthy Futures | Increase access to health care through health education, outreach, and enrollment in Medicaid and Marketplace. |
| Cherry Health | Planning Grant | Healthy Futures | Develop a plan to expand the scope of services related to career development, capacity building, and direct service. |
| Child & Family Services of NW MI | YouthWork Conservation Corps | Environmental Stewardship | Provide environmental stewardship and disaster response services and improve public trails and rivers. |

3

| | | | |
|---|---|---|---|
| City of Ann Arbor | Ann Arbor Climate Corps | Environmental Stewardship | Facilitate decarbonization programs, reduce climate pollution, and improve public lands. |
| City Year | City Year Detroit | Education | Provide academic support and mentoring to students in public schools in Detroit. |
| City Year | City Year Detroit Supplemental | Education | Provide academic support and mentoring to students in public schools in Detroit. |
| Community Economic Development Association of MI | AmeriCorps Intermediary Program | Economic Opportunity | Provide capacity building support to nonprofits. |
| Community Economic Development Association of MI | CEDAM's AmeriCorps | Economic Opportunity | Expand free tax assistance and provide wraparound financial literacy services. |
| Communities First | Communities First Inc. AmeriCorps | Economic Opportunity | Address financial insecurity for low-to-moderate income families. |
| Crim Fitness Foundation | Crim Sports Corps | Healthy Futures | Deliver out-of-school sports programming for youth in Flint. |
| Department of Environment, Great Lakes & Energy | MI Healthy Climate Corps | Environmental Stewardship | Implement climate action projects with community-serving nonprofits. |
| Department of Environment, Great Lakes & Energy | Planning Grant | Environmental Stewardship | Develop a plan to build capacity for renewable energy and research workforce development opportunities. |
| Eastern Michigan University | Returning Citizens AmeriCorps Program | Economic Opportunity | Serve formerly incarcerated individuals to access and persist in education. |
| Family Scholar House | HealthCorps MI | Healthy Futures | Provide capacity building to hospitals and healthcare nonprofits. |
| Hannan Foundation | My Neighborhood Connections | Healthy Futures | Support seniors aging in place. |
| Hope Network | MEC Math Corps & MEC Scholars AmeriCorps | Education | Deliver interventions to improve academic performance in literacy and math. |

4

| Hope Network | MI Education Corps | Education | Deliver interventions to improve school readiness and academic performance in literacy. |
|---|---|---|---|
| Ingham County Health Department | Healthy Home Restore Corps | Healthy Futures | Increase healthy home knowledge for Lansing residents. |
| Ingham County Health Department | Ingham County Public Health Program | Healthy Futures | Provide healthcare access and public health workforce development services. |
| MI Coalition Against Homelessness | MCAH AmeriCorps | Economic Opportunity | Provide housing services to individuals at risk of homelessness. |
| MI College Access Network | AdviseMI | Education | Provide college access services to low-income students and first-generation college-going students. |
| MI College Access Network | College Completion Corps | Education | Support low-income and first-generation college students to persist and complete college. |
| MI College Access Network | Planning Grant | Education | Develop a plan to create post-service pathways for AmeriCorps members into college and career. |
| Michigan State University | MSU 4-H HealthCorps | Healthy Futures | Provide youth with educational programming to increase positive coping skills and healthy practices. |
| National Lead for America | American Connection Corps | Economic Opportunity | Bridge the digital divide and increase digital job readiness. |
| Peckham, Inc. | Economic Opportunity Corps | Economic Opportunity | Provide financial literacy, employability skills, and tax preparation services to people with disabilities, refugees, and low-income individuals. |
| Special Olympics Michigan | Special Olympics Michigan AmeriCorps | Healthy Futures | Facilitate inclusive physical activity programming for children and adults. |
| Teach for America | Teach for America Detroit | Education | Increase academic achievement in Detroit and Lansing. |
| United Way of Genesee County | Flint Climate Corps | Environmental Stewardship | Blight remediation, community engagement in climate resiliency, and improving public land. |
| United Way of Genesee County | Flint Urban Safety & Health Corps | Healthy Futures | Connect Flint residents to water crisis recovery resources and provide blight remediation. |
| Urban Neighborhood Initiatives | Detroit AmeriCorps Youth Success Program | Education | Provide academic interventions and social engagement activities to reduce chronic absenteeism in Detroit schools. |

5

| Wayne State University | AmeriCorps Community Training for Overdose Rescue | Healthy Futures | Educate citizens about the risks of opioid misuse and train them in overdose rescue strategies. |
| Wayne State University | AmeriCorps Ready | Environmental Stewardship | Provide environmental hazards interventions and implement green infrastructure. |
| Wayne State University | AmeriCorps Urban Safety | Safer Communities | Address public safety and reduce property crimes in Detroit through block clubs, resident engagement, and blight reduction. |

10. In addition, the MCSC's VISTA program engages up to 50 VISTA members each year at multiple community sites providing capacity building services with the aim of alleviating poverty in Michigan communities. Service sites include various nonprofits providing a multitude of services throughout the State.

11. The MCSC also receives AmeriCorps grants that support commission operations, training, and staffing, including four staff members within the MCSC. These grants include the Commission Support Grant, the Commission Investment Fund, and the Basic Innovative Programs grant. In FY24, the MCSC had $3,677,388 available in commission grants. As of April 25, 2025, the MCSC had yet to draw down $1,566,191 in these federal funds.

## Impacts of the Dismantling of AmeriCorps

12. On April 16, 2025, the MCSC learned that all members of AmeriCorps' National Civilian Community Corps (NCCC) program had been placed on administrative leave effective immediately and would be released from service for a "compelling personal circumstance" on April 30, 2025. The stated reason was: "In alignment with the Trump-Vance administration priorities and Executive Order 14222 'Implementing the President's Department of Government Efficiency Cost Efficiency Initiative,' AmeriCorps NCCC is working within new operational parameters that impact the program's ability to sustain program operations." This placed all NCCC teams serving in Michigan on administrative leave.

13. As the lead agency for volunteerism and donations management in times of disaster, the MCSC relies on NCCC AmeriCorps teams to be deployed to communities to manage and support residents. In a typical year, Michigan has 10-15 NCCC teams made up of 10-12 members serving throughout Michigan on projects such as tax preparation for low-income individuals and improving public lands. In 2024, 12 NCCC teams served communities like Flint, Detroit, West Michigan, and Northern Michigan. The MCSC had plans to deploy an additional NCCC team in April to some of the Michigan communities hit hardest by the March 2025 ice storm in Northern Michigan but had to abandon this plan as a result of the demobilization of NCCC members across the country.

14. On April 16, 2025, the MCSC also learned that upwards of 85 percent of AmeriCorps staff were also placed on administrative leave with only a small crew left in each department. The affected staff include those responsible for administering funds for state-operated programs, such as MCSC.

15. On April 25, 2025, the MCSC learned that AmeriCorps terminated approximately $400M in grants, roughly 41% of the agency's grant funding. AmeriCorps notified MCSC that it was terminating all FY24 AmeriCorps State programs in Michigan because they "no longer effectuate[] agency priorities." (Exhibit 1: AmeriCorps Grant Termination Notice.) AmeriCorps directed MCSC to initiate termination and closeout procedures and cease all member activities immediately. This will result in the loss of over $15 million in funds yet to be drawn by these programs and will impact 674 currently serving members who will lose access to the remainder of their living stipend and other benefits they may be using such as health care coverage.

16. Additionally, AmeriCorps notified the MCSC on April 25, 2025 that its VISTA grant was terminated effective immediately. This terminates 19 VISTA members' service and their access to the remainder of their living stipend and other benefits. These VISTA members

serve to alleviate poverty by helping local organizations expand capacity to make change. Some members are currently serving Northern Michigan by providing disaster relief services due to the March 2025 ice storm and were instructed to abandon these efforts due to the grant terminations.

17. Further, AmeriCorps notified MCSC on April 25, 2025 that it terminated Michigan's Basic Innovative Programs grant effective immediately. MCSC used this grant to support Days of Service activities and disaster response and recovery.

18. As of April 25, 2025, 693 AmeriCorps State and VISTA members, 259 of which serve in a full-time capacity, were actively serving in Michigan. The MCSC also expected to enroll over 200 additional members before the end of this program year. In addition, 111 members already completed their service for the 2024-25 service year. Full time members receive(d) health care and childcare assistance, if eligible, but all members receive(d) the following:

   a. A living stipend; and

   b. An AmeriCorps Education Award, which may be used toward school tuition, most federally approved student loans, or future education costs for up to seven years.

19. MCSC does not have the resources to offer comparable benefits to service members absent AmeriCorps funding. Thus, the loss of AmeriCorps funds will cause the termination of service members' benefits and prevent some or all of MCSC's 693 current AmeriCorps and VISTA service members from continuing to serve, as well as the loss of the 200 anticipated service members through the end of the program year. The result will be thousands of service hours lost in academic support services, health access services, career pathway development, economic mobility, disaster services, and environmental interventions.

20. The dismantling of AmeriCorps will have a direct, immediate, and adverse impact on the MCSC's ability to provide critical services to Michigan communities and will drastically reduce the volunteer and AmeriCorps services that benefit Michigan's communities each year.

21. In addition to the funding cuts, the drastic reduction in AmeriCorps agency staffing will directly impair AmeriCorps' capacity to review and process grant applications, provide day-to-day compliance advice, and facilitate close out procedures. In Michigan, the MCSC regularly relies on AmeriCorps staff for these grant services. Timely grant review is integral to awarding funds and ensuring programs have the necessary resources to launch. The MCSC has several grant applications pending for fiscal year 2025 and has not received any information on whether these applications will be considered since the termination notices on April 25, 2025.

22. The support MCSC members provide to Michigan's communities is critical and irreplaceable. The loss of a substantial number of the MCSC members due to AmeriCorps' effective closure was immediately felt with the demobilization of NCCC teams in Michigan, including at least one team that could no longer be deployed to assist in Northern Michigan with the disaster recovery efforts needed due to the March 2025 ice storm.

23. Cuts to national service are leaving our communities without the help they need. For example, the Michigan Education Corps currently engages 185 AmeriCorps members who will not be able to provide critical literacy and math interventions to thousands of students in Michigan schools. Likewise, Cherry Health's AmeriCorps members will no longer be allowed to serve thousands of individuals who need help understanding and accessing health care. The AmeriCorps Urban Safety Program will be unable to engage Detroit youth in their summer corps who rely on this opportunity to build skills and determine their career pathways. The Community Economic Development Association of Michigan's AmeriCorps program will have

to stop providing financial literacy and economic mobility services to hundreds of individuals across the state. Similarly, the Flint Urban Safety & Health Corps members will no longer be helping Flint residents gain access to crucial water crisis recovery resources. In the coming days, Michigan schools and nonprofits—organizations that typically do not operate with an abundance of resources and reserves—will have to navigate this potential and sudden loss of people power.

24. Likewise, these terminations will impact the hundreds of Michigan residents currently serving in AmeriCorps for whom national service is a transformative experience. Not only will they lose their source of income and benefits, but will hear the message that their commitment to serving their communities, their state, and their country is not needed or valued.

25. Finally, with AmeriCorps funding in Michigan being eliminated, these terminations will have deep and long-lasting consequences on the service members, the program staff and organizations, and the service recipients. Nationally, the elimination of approximately 85% of AmeriCorps staff and the termination of 41% of AmeriCorps funds, the large majority of which is AmeriCorps State funding that passes through state service commissions, has left the volunteer and service community in a state of deep uncertainty.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 1, 2025

Kimberly Trent
Deputy Director – Prosperity
Michigan Department of Labor and Economic Opportunity

# Exhibit A

 **Outlook**

---

## Termination Notice of AmeriCorps Award

---

**From** AmeriCorpsAwardAction <AmeriCorpsAwardAction@americorps.gov>
**Date** Fri 4/25/2025 6:39 PM
**To** Holmes, Virginia (LEO) <HolmesV@michigan.gov>
**Cc** AmeriCorpsAwardAction <AmeriCorpsAwardAction@americorps.gov>

📎 1 attachment (21 KB)
MI_Commission.xlsx;

---

**CAUTION: This is an External email. Please send suspicious emails to abuse@michigan.gov**

---

Virginia Holmes
MICHIGAN DEPARTMENT OF LABOR AND ECONOMIC OPPORTUNITY
2501 Woodlake Cir
Okemos
MI, 48864

RE: Grant Termination

Dear AmeriCorps Award Recipient:

Effective immediately, the AmeriCorps award subrecipient(s) included in the attached spreadsheet is/are being terminated per 2 CFR 200.340(a)(4) because it has been determined that the award no longer effectuates agency priorities. You must immediately cease all award activities. This is a final agency action and is not administratively appealable.

The provisions at 2 CFR 200.343 – Effects of Suspension and Termination apply. This process ensures the equitable settlement of costs, proper disposition of government property, and mitigation of negative impacts on stakeholders. AmeriCorps staff will initiate an amendment to change the end date of the period of performance effective immediately.

Please immediately notify subrecipients and/or community partners, if applicable, and initiate your internal termination and closeout procedures.

Please review Closeout Instructions for Grantees to close out this Federal award within 120 days. Please note, there are some close-out actions that indicate that you must submit information to your portfolio manager. Instead of submitting to those individuals, you must instead submit to the following regional mailboxes:

- MidAtlantic@americorps.gov (DC, DE, MD, NJ, PA, PR, VA, VI, WV)
- Midwest@americorps.gov (IL, IN, KY, MI, OH)
- Mountain@americorps.gov (AZ, CO, ID, MT, NM, UT, WY)
- NorthCentral@americorps.gov (IA, MN, WI, ND, SD, NE, KS, MO)
- Northeast@americorps.gov (CT, MA, ME, NH, NY, RI, VT)

- SouthCentral@americorps.gov (AR, LA, MS, OK, TX)
- Southeast@americorps.gov (AL, FL, GA, NC, SC, TN)
- West@americorps.gov (AK, AS, CA, CNMI, GU, HI, NV, OR, WA)

Costs after termination are allowable if:

    (a) The costs result from financial obligations which were properly incurred before the effective date of termination, and

    (b) costs are for necessary and reasonable termination and closeout activities.

Please follow the program specific instructions below, based on the type of award that is being terminated.

*AmeriCorps State and National*

State commissions and prime grantees should immediately notify subgrantees, operating sites, and members and follow grant close-out procedures. All member activities should cease immediately. Members should be exited for compelling personal circumstances (CPC). The program should document that the member was exited for compelling personal circumstances due to the agency's termination of the grant and program closure. If possible, the program should try to have the member transferred to another program. If this is not possible, the program should note in the CPC documentation that member reassignment was not an option.

Jennifer Bastress Tahmasebi
Interim Agency Head

| Grant Number | Application ID | Organization | Corporate Program Code | Project | Organization State | Federal Funding |
|---|---|---|---|---|---|---|
| 21AFCMI0010031 | 23AC268476 | MICHIGAN DEPARTMENT OF ENVIRONMENT, GREAT LAKES, AND ENERGY | STATE | MI Clean Energy Corps Planning Grant | MI | $240,000 |
| 21AFCMI0010032 | 23AC275642 | Cherry Street Services Inc | STATE | Cherry Health AmeriCorps Planning Grant | MI | $240,000 |
| 22ACCMI0010001 | 24AC261517 | Cherry Street Services Inc | STATE | Cherry Health AmeriCorps (CHAC) | MI | $400,765 |
| 22ACCMI0010002 | 24AC274568 | COUNTY OF INGHAM | STATE | ICHD Public Health AmeriCorps Program | MI | $270,000 |
| 22ESCMI0010001 | 24ES274552 | CITY YEAR, INC. | EAS | City Year Detroit FPG | MI | $2,150,000 |
| 23FKCMI0010001 | 24ES266196 | CITY YEAR, INC. | EAS | City Year Detroit Formula FPG | MI | $800,000 |
| 23FXCMI0010002 | 24ES264953 | TEACH FOR AMERICA INC | EAS | Teach For America- Detroit | MI | $80,000 |
| 21ACCMI0010017 | 24AC261745 | Michigan College Access Network | STATE | College Completion Corps AmeriCorps Program | MI | $545,193 |
| 21ACCMI0010016 | 24AC267715 | HURON PINES RESOURCE CONSERVATION AND DEVELOPMENT COUNCIL INC | STATE | Huron Pines AmeriCorps | MI | $0 |
| 21ACCMI0010015 | 24AC261191 | CITY OF ANN ARBOR | STATE | Ann Arbor Climate Corps | MI | $248,653 |
| 21ACCMI0010014 | 24AC261638 | Albion College | STATE | Albion College AmeriCorps | MI | $234,249 |
| 21ACCMI0010013 | 24AC261789 | CHILD AND FAMILY SERVICES OF NORTHWESTERN MICHIGAN, INC | STATE | YouthWork Conservation Corps | MI | $844,595 |
| 21ACCMI0010012 | 24AC261787 | URBAN NEIGHBORHOOD INITIATIVES INC | STATE | Detroit AmeriCorps Youth Success Program | MI | $282,531 |
| 21ACCMI0010011 | 24AC261600 | United Way of Genesee County | STATE | Flint Urban Safety and Health Corps | MI | $489,542 |
| 24ACCMI0010002 | 24AC269277 | Hope Network West Michigan | STATE | MEC Reading Corps | MI | $1,177,770 |
| 21ACCMI0010007 | 24AC260450 | Peckham Vocational Industries, Inc. | STATE | Economic Opportunity Coaching Program | MI | $229,652 |
| 24ACCMI0010001 | 24AC261783 | Michigan Coalition Against Homelessness | STATE | Michigan Coalition Against Homelessness AmeriCorps Program | MI | $595,599 |
| 21ACCMI0010010 | 24AC261461 | Wayne State University | STATE | AmeriCorps Urban Safety Program | MI | $1,313,475 |
| 24ACCMI0010003 | 24AC261930 | Michigan College Access Network | STATE | Michigan College Access Network - AdviseMI | MI | $1,326,566 |
| 21AFCMI0010029 | 24AC266210 | Michigan State University | STATE | MSU 4-H HealthCorps AmeriCorps | MI | $323,999 |
| 21AFCMI0010030 | 24AC264956 | MICHIGAN DEPARTMENT OF ENVIRONMENT, GREAT LAKES, AND ENERGY | STATE | MI Healthy Climate Corps | MI | $1,187,474 |
| 24AFCMI0010009 | 24AC268050 | Michigan College Access Network | STATE | MCAN AmeriCorps Planning Grant | MI | $240,000 |
| 24AFCMI0010008 | 24AC266015 | United Way of Genesee County | STATE | Flint Climate Corps | MI | $371,725 |
| 24AFCMI0010007 | 24AC266014 | Crim Fitness Foundation | STATE | Crim Sports Corps | MI | $249,393 |
| 24AFCMI0010006 | 24AC266013 | SPECIAL OLYMPICS MICHIGAN INC | STATE | Special Olympics Michigan AmeriCorps | MI | $258,827 |
| 24AFCMI0010005 | 24AC266029 | COUNTY OF INGHAM | STATE | Healthy Home Restore Corps (ICHD AmeriCorps State Program | MI | $269,985 |
| 24AFCMI0010004 | 24AC266289 | National Lead for America Inc | STATE | American Connection Corps - Michigan | MI | $282,000 |
| 24AFCMI0010003 | 24AC265840 | Family Scholar House, Inc | STATE | FSH HealthCorps MI | MI | $741,718 |
| 24AFCMI0010002 | 24AC265574 | MICHIGAN DEPARTMENT OF LABOR AND ECONOMIC OPPORTUNITY | STATE | Placeholder MI Cost Reimbursement | MI | $1,132,530 |
| 24AFCMI0010001 | 24AC264085 | Communities First Inc | STATE | Communities First Inc. AmeriCorps Program | MI | $269,999 |
| 21AFCMI0010025 | 24AC264656 | Hope Network West Michigan | STATE | MEC Math Corps and MEC Scholars AmeriCorps Programs | MI | $199,636 |
| 21AFCMI0010018 | 24AC264570 | Eastern Michigan University | STATE | Returning Citizens AmeriCorps Program | MI | $158,203 |
| 21AFCMI0010017 | 24AC268075 | Community Economic Development | STATE | CEDAM's AmeriCorps | MI | $244,929 |
| 21AFCMI0010016 | 24AC265126 | Wayne State University | STATE | AmeriCorps Community Training for Overdose Rescue | MI | $269,237 |
| 21AFCMI0010015 | 24AC264862 | Wayne State University | STATE | AmeriCorps READY | MI | $273,225 |
| 21AFCMI0010014 | 24AC265215 | Community Economic Development | STATE | AmeriCorps Intermediary Program | MI | $539,063 |
| 21AFCMI0010011 | 24AC265163 | Luella Hannan Memorial Foundation | STATE | Hannan Foundation AmeriCorps Program | MI | $268,964 |