EXHIBIT 33

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| STATE OF MARYLAND; STATE OF DELAWARE; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ARIZONA; STATE OF CONNECTICUT; DISTRICT OF COLUMBIA; STATE OF HAWAIʻI; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR *ex rel.* Andy Beshear, in his official capacity as Governor of the COMMONWEALTH OF KENTUCKY; STATE OF MAINE; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; JOSH SHAPIRO, in his official capacity as Governor of the COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN; | Civ. No. 25-cv-01363 (DLB) |
| Plaintiffs, | |
| v. | |
| CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, operating as AmeriCorps; and JENNIFER BASTRESS TAHMASEBI, in her official capacity as Interim Head of the Corporation for National and Community Service; | |
| Defendants. | |

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

## DECLARATION OF CARIE BAUER

Pursuant to 28 U.S.C. § 1746, I, Carie Bauer, hereby declare as follows:

1.      I am a resident of the State of Oregon.  I am over the age of 18 and have personal knowledge of all the facts stated herein, including as based on my experience and information provided to me.  If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am currently employed by the Oregon Higher Education Coordinating Commission (HECC) as the Director of OregonServes: State Service Commission (hereinafter "OregonServes").

3.      OregonServes is responsible for the administration of AmeriCorps State grants, administration of the state service commission board, and development and implementation of the state's service plan.  OregonServes also administers the state's vision for expansion and support of national service, volunteerism, and civic engagement activities and is responsible for deploying national service and volunteer emergency response resources during a disaster, providing training and technical assistance to organizations managing AmeriCorps programs, developing policy and resources to support service, and reporting on the state of service to the state legislature.

4.      OregonServes receives an annual allocation of federal funds from AmeriCorps, which are then granted, through a competitive grantmaking process conducted by OregonServes, to eligible entities in the state so they can run AmeriCorps programs and hire AmeriCorps members to provide direct services in their community.  OregonServes' activities are supported by two operations grants from AmeriCorps, the Commission Support Grant (CSG) and the Commission Investment Fund (CIF).  The operations grants provide some of the funding for OregonServes to conduct training and technical assistance, fiscal and grant management, monitoring and compliance, state service plan development, outreach and recruitment, commission board administration, and other required state service commission activities.

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

5.      The federal grant funds disbursed by OregonServes are used to pay for AmeriCorps positions across the state.  Currently, OregonServes manages grants for nine program grant subgrantees and six planning grant grantees.  Subgrantees use the funds they receive from OregonServes to run programs that benefit Oregonians.  The money is used to recruit, train, supervise, and pay AmeriCorps members and to handle program operations costs, and monitor and support host sites, ensuring compliant and effective service.  There are approximately 150 AmeriCorps State members in Oregon currently.  These members build and repair trails, provide mentoring and tutoring to K-12 and college students, recruit and manage community volunteers, increase the capacity of local governments, schools, and organizations in rural communities, develop community emergency preparedness and response plans, and receive skill-building and certifications to successfully pursue continued education or enter the Oregon workforce.

6.      AmeriCorps State Grantees for 2024-2025 include the following:

- College Possible Oregon: Serving students statewide, College Possible engages 34 AmeriCorps members as peer coaches supporting low-income students from high school through college graduation.  2024-25 Grant Awarded: $900,000

- Confluence Environmental Center: Serving Clackamas, Multnomah, and Washington counties, 18 AmeriCorps members support environmental stewardship through education, conservation projects, and workforce skill development.  2024-25 Grant Awarded: $442,800

- United Community Action Network (UCAN): Serving Coos, Curry, Douglas, Jackson, and Josephine counties, 11 AmeriCorps members help individuals meet basic needs and build pathways out of poverty through support in housing, food access, and energy efficiency projects.  2024-25 Grant Awarded: $404,998

- Metropolitan Family Services (MFS): Serving Multnomah and Clackamas counties, 12 AmeriCorps members serve in projects advancing economic opportunity and education through programs such as CASH Oregon, Hunger Relief, access to electric vehicle rebates and grants, and after-school programming.  2024-25 Grant Awarded: $499,500

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

- Coalition for Racial and Educational Justice (CoREJ): Serving communities statewide, 12 AmeriCorps members support education initiatives for low-income, first-generation, and BIPOC students through mentoring and student success activities.  2024-25 Grant Awarded: $746,392

- Partnerships for Student Achievement (PSA): Serving Forest Grove School District in Washington and Yamhill counties, 9 AmeriCorps members improve academic outcomes through tutoring, mentoring, and volunteer coordination in local high schools.  2024-25 Grant Awarded: $432,000

- Ethos Rural Outreach Program: Serving rural communities in Eastern Oregon, AmeriCorps members bring music education to K-12 students in areas where school arts budgets have been reduced.  2024-25 Grant Awarded: $221,430

- Resource Assistance for Rural Environments (RARE): this University of Oregon program serves communities statewide; 34 AmeriCorps members assist with planning and implementation of projects that strengthen rural Oregon in areas like sustainability, food systems, and economic development.  2024-25 Grant Awarded: $796,250

- Salvation Army – Grants Pass Corps: Serving Jackson and Josephine counties, 13 AmeriCorps members provide critical support to people experiencing or at risk of homelessness, helping them access housing, education, and employment resources.  2024-25 Grant Awarded: $269,999.

  7. OregonServes serves as the national service hub for all AmeriCorps programs operating in Oregon, including those administered, supervised, and funded directly by the federal agency, including AmeriCorps VISTA, AmeriCorps National Direct, AmeriCorps NCCC, and the AmeriCorps Seniors volunteer program.  In this role, OregonServes invites members from these programs to participate in statewide training and technical assistance opportunities, consults with program staff in the development of the state service plan, policy discussions, and legislative reporting, and includes representation from these program types on the OregonServes

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Commission Board.  Last year, approximately 1,829 members and volunteers served across Oregon through these programs.

8.    In the 2023–24 program year, AmeriCorps invested $44,788,901 in federal funding across all branches and grant types in Oregon.  A total of 1,995 members and volunteers served at more than 477 sites throughout the state, helping to meet critical community needs.

9.    OregonServes' program and grant management activities are supported by portfolio managers from the AmeriCorps Office of Regional Operations: West Region.  These federal AmeriCorps staff provide guidance on rules and regulations, answer program and fiscal compliance questions, approve grant administration requests and amendments made by OregonServes grant management staff, and serve as a required ex-officio member of the Commission board.  On Tuesday, April 15, 2025, I learned that AmeriCorps NCCC was conducting a mass demobilization of all NCCC members, including those currently serving in Oregon, and that a majority of AmeriCorps NCCC staff were put on administrative leave.  On Wednesday, April 16, 2025, I learned that the federal government was putting a majority of the remaining AmeriCorps staff on administrative leave, effective immediately.  My understanding is that the agency has gone from over 600 active employees to approximately 100 active employees.

10.    **Impacts of significant reduction in force in Oregon.**  The dismantling of AmeriCorps will impact OregonServes and communities across the state who benefit from and rely on the service of AmeriCorps members and volunteers in Oregon. With respect to the AmeriCorps State programs and grants administered directly by OregonServes, this will have major impacts on our 2025-26 grant applications, which are currently pending.  With few or no staff to oversee the current and forthcoming grant application and management processes, I anticipate serious and disruptive delays to the following:

- Approving submitted competitive grant applications
- Reviewing and approving formula grant applications due to be submitted to AmeriCorps on June 13, 2025

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

- Approving pending amendments for funding that will impede planning grant funding

- Approving a no-cost extension request on current CSG and CIF grants that would allow for OregonServes to continue commission activities under those awards, which are utilized for staff salary, training and technical assistance delivery, contracts, commission board activities, travel costs, monitoring activities, and other operational processes. State Commissions may request up to an 18-month no-cost extension, if more time is needed to complete approved and new activities, and to spend down the awarded funds. OregonServes requested an 18-month no-cost extension on April 16, 2025, and has not received a response from the AmeriCorps West Region Senior Portfolio Manager to whom the request was emailed, per instructions. On April 24, 2025, the request was forwarded to the main email for the AmeriCorps West Region Office; no response has been received.

- Because of the lack of staff to respond to requests, OregonServes has also not been able to submit and acquire a needed amendment to the 2024 CSG and CIF grants budgets, in order to utilize the funds for new and emerging needs and expected increased costs of already approved items. If OregonServes does not receive the no-cost extension for the 2024 grants, we will not be able to complete several important projects, including the development of the Civic Health Index and State Service Plan. $50,000 designated for the contracted work would not be able to be utilized by the end of the expenditure period, and additional funds needed would not be able to be secured without an approved amendment. These funds are not available in our 2025-26 operations budget.

- Reviewing and approving 2025-26 OregonServes operations grants, due and submitted on April 16, 2025. For instance, the positions of the federal portfolio managers who are responsible for reviewing and processing our applications have all been frozen and it is unclear, who, if anyone, will be responsible for this work. Besides receiving an automated email that the applications have been received, there has been no

Page 6 -    Declaration of Carie Bauer

communication from AmeriCorps on the status of the applications. The status of the applications is listed in eGrants as "scheduled for review." Oregon Serves cannot move forward with issuing Requests for Proposals for 2025-26 or begin planning for upcoming deadlines due to the above-described disruptions to AmeriCorps operations. Procurement and planning for FY 2025 is essentially frozen.

11.    **Termination of AmeriCorps State grants.** On Friday, April 25, 2025, I received an email from Jennifer Bastress Tahmasebi, Interim Agency Head of AmeriCorps, informing me that AmeriCorps is terminating OregonServes' entire current portfolio of grantees (listed above at paragraph 6), effective immediately. The given rationale for the grant termination is "because it has been determined that the award no longer effectuates agency priorities." The email orders OregonServes to "immediately cease all award activities" and to "immediately notify subrecipients and/or community partners, if applicable, and initiate your internal termination and closeout procedures." A true and correct copy of the email is attached as **Exhibit 1** to this declaration. A spreadsheet listing the terminated grants was attached to the email. A true and correct copy of that spreadsheet is attached as **Exhibit 2**.

12.    **Impacts of termination of AmeriCorps State grants on Oregon.** As of this writing, OregonServes has not directed grantees to exit members or to close or alter their current program activities. However, several grantees have chosen to end program activities. Once grantees immediately halt all program activities and exit members, that will have the effect of shutting down the programs and permanently halting members' service terms. Once this occurs, it will be difficult, if not impossible, to restore the status quo and resume programs because members must be active to receive their living stipend and benefits. Members must also be active to be transferred from terminated programs to non-terminated programs. Further, re-enrollment would require new costly and time-consuming national service criminal history checks to be completed, that would likely not be able to be completed prior to the end of the program year.

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

13.     OregonServes administers its annual AmeriCorps State grant awards by issuing

Notices of Award and executing grant agreements with subgrantees, who then submit monthly

Requests for Reimbursement (RFRs).  These RFRs initiate drawdowns through the federal

Payment Management System (PMS) by HECC fiscal staff.  The figures below reflect the total

amount of awarded grants and the remaining unspent funds to date across all subgrants.  In total,

the AmeriCorps' April 25, 2025 grant termination impacts $3,049,282 in already awarded and

allocated funds for OregonServes and its subrecipient programs.  As of April 28, 2025,

| Organization | Project | Original Award | Final Amended Award | Paid to date | Remaining to be paid terminated |
|---|---|---|---|---|---|
| Forest Grove School District | Partnerships for Student Achievement | $432,000 | $270,000 | $111,604.07 | $158,396 |
| University of Oregon | RARE 2022-2025 | $796,250 | $773,500 | $258,100.62 | $515,399 |
| HIGHER EDUCATION COORDINATING COMMISSION | Placeholder OR Planning | $133,008 | | | $0 |
| United Community Action Network | UCAN AmeriCorps | $404,998 | $297,000 | $206,003.86 | $90,996.14 |
| The Salvation Army | The Salvation Army-Grants Pass Corps | $269,999 | $269,999 | $108,463.96 | $161,535 |
| Confluence Environmental Center | Confluence Environmental Center | $442,800 | $442,800 | $373,763.39 | $123,186.10 |
| Metropolitan Family Service, Inc. | Metropolitan Family Service AmeriCorps | $499,500 | $378,000 | $205,394.68 | $172,605.32 |
| Ethos, Inc. | Rural Outreach Program | $221,430 | $53,634 | $27,472.33 | $26,162 |
| Coalition for Racial and Educational Justice | AmeriCorps Connect2Complete | $746,392 | $521,000 | $423,384.51 | $97,615 |
| College Possible | College Possible IV | $900,000 | $850,000 | $576,244.58 | $273,755 |
| Society of St.Vincent De Paul La Pine Oregon Conference | | $75,000 | $75,000 | $38,773.12 | $36,227 |
| Lane Education Service District | | $82,890 | $16,578 | $0.00 | $16,578 |
| United Way of Columbia-Willamette | | $74,220 | $14,844 | $0.00 | $14,844.00 |
| Total obligated | | $5,078,487 | $3,962,355 | $2,329,205 | $1,633,150 |
| Total carry forward | | | | | $1,416,132. |
| Total FF Terminated | | | | | $3,049,282 |

OregonServes is able to access these funds through the PMS portal.  The table below describes

the funds impacted by program:[1]

14.     The grant termination impacts each of the OregonServes grantee programs

because it purports to bring those program activities to an immediate halt.  It impacts the

members that serve through those programs because their service commitment has been

prematurely cut short, with no advance notice.  Affected members are also suddenly left with no

living allowance or health benefits, despite AmeriCorps having committed to provide those

---

[1] The Table also includes three planning grantees not mentioned above (Society of St. Vincent
De Paul La Pine Oregon, Lane Education Service District, United Way of Columbia-Willamette)
who are developing their AmeriCorps programs using placeholder funds already obligated to
OregonServes.

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

benefits until the end of the members' terms, and calls into question whether members will be able to access their full educational awards. The termination also disrupts and adversely impacts the communities that those members and programs serve through the loss of those services, described in detail at paragraph 6 above.

15.    Without immediate relief halting the termination of Oregon's AmeriCorps grants, our programs will be disrupted. All AmeriCorps programs currently funded through OregonServes involve members actively engaged in daily or near-daily activities at a wide variety of host sites. These include elementary, middle, and high schools; colleges; city agencies, nonprofits, and tribal governments across both urban and rural Oregon. Members are serving in roles that require consistent, ongoing presence to support community needs and deliver services aligned with school calendars, academic terms, and other time-bound commitments such as one-on-one tutoring, classroom and after-school support, workforce coaching, homeless services case management, financial education, community development planning, environmental restoration, food bank support.

16.    Given this structure, any sudden disruption or pause in service, especially mid-program year, causes:

- Immediate interruption of daily services to students, families, and community members
- Broken continuity for long-term projects (e.g., tutoring programs, college access, housing case management
- Timeline misalignment with school-year-based programming and deliverables tied to academic calendars
- Delayed or lost outcomes in programs with seasonal or term-based goals (e.g., FAFSA deadlines, summer bridge programs, environmental restoration projects)

In short, program activities are designed to be delivered on a daily basis and are time-sensitive, meaning the impact of interruption is widespread and substantial across all service sites and target populations.

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

17.    The termination of the funds may also result in program staff losing their income and employment, in a fiscal and legal liability burden to the service sites with whom they have an agreement to place a member to provide services for an expected time period, loss of child care assistance for the member, potential impacts to their student loan forbearance status that is dependent on their member term period, and loss of any credits towards certifications or credentials that they were earning during their member term.

18.    The sudden termination of grants has caused an immediate and substantial impact on OregonServes' daily operations. For instance, in mid-April last year, my activities were focused on strategic plan progress reports, participating in recruitment fairs, planning for the Commission Annual Meeting, consulting on development of multi-sector conservation and climate partnerships, and other high-level strategic tasks. Staff time was devoted to reviewing formula grant applications, evaluating funding scenarios for approval, and preparing for the new program year orientation event. In contrast, this year, I am conducting emergency strategy sessions, coordinating with agency leadership, legal counsel, and the Governor's Office on risk management on cancelled grants, directing and assisting staff on drafting guidance to programs, and developing contingency plans to ensure retention and utilization of private grant funding awarded to OregonServes, dependent on federal program funding.

19.    Since receiving notice of the above-described major changes at AmeriCorps, related to staffing and funding, OregonServes' operations have experienced significant and ongoing disruption. This sequence of events has triggered a period of intense and sustained crisis management. Since April 8, 2025, when I first became aware that AmeriCorps was being evaluated by DOGE, normal day-to-day operations at OregonServes have been significantly impacted. The impacts include:

- Frequent commission network emergency meetings (including weekends) and crisis calls; increased external meetings with partners; increased internal staff meetings and communications; ongoing coordination with state leadership and agency partners to assess impacts on grants, finances, and compliance.

Page 10 -   Declaration of Carie Bauer

- The need to rewrite and create multiple new guidance documents and communications for grantees and members, and other public-facing documents and webpages, in real time.

- Rapid response and analysis to determine impact on programs, current AmeriCorps members, service delivery, including how these actions will impact members' stipends, education awards, health insurance, benefits, and exit status.

- Recruitment efforts for new partners—including those connected to special initiatives funded by private grants—are now at risk.

- The National Governor's Association (NGA) Service-to-Career Pathway Policy Academy private project grant that OregonServes received and is implementing has been affected by the recent disruptions to AmeriCorps funding and federal program priorities. As a result, we have been forced to reconsider our strategy, focus areas, and implementation timeline. The uncertainty surrounding allowable service focus areas and the broader direction of national service has directly impacted our ability to move forward with developing the service model and career pathway framework.

- We have been forced to reconsider or cancel participation in public events and career fair engagements, as the future of programming and funding remains unclear. In addition to the logistical challenges, there is growing hesitation from external partners and the public. Confidence in AmeriCorps as a stable and reliable partner has been significantly shaken, which is impacting recruitment, engagement, and interest in national service opportunities.

- Staff are now devoting substantial time to determining appropriate next steps for planning grantees, as it is unclear how they should move forward at this time. If currently funded programs aligned with statutory focus areas are now considered misaligned with federal administrative priorities, we are left without clear guidance on which focus areas are allowable, making it difficult to responsibly plan, implement, or award future grants. Furthermore, given the operational interruptions facing current

Page 11 -  Declaration of Carie Bauer

grantees, many are unsure whether to reapply for FY25-26 due to unclear funding

conditions.

In summary, the termination of AmeriCorps funding and associated leadership changes have

caused widespread disruption to our operations, planning, external engagement, and service

delivery across the state.

20.     OregonServes, as the state service commission, is legally mandated under federal

and state law to administer AmeriCorps State Formula and other related grant processes in

accordance with established timelines, procedures, and compliance standards.  This includes

conducting a competitive or continuation application process, evaluating proposals, issuing

awards, and ensuring the implementation of programs aligned with the State Service Plan and

AmeriCorps priorities.  However, due to the current situation at AmeriCorps—including the

termination of existing awards, delayed decisions on FY25 funding, and a lack of clarity around

allowable focus areas—we are unsure how to reliably move forward on grantmaking functions.

In addition, OregonServes is statutorily obligated to develop and implement the State Service

Plan, which must be informed by partner and community input and statewide engagement. This

process is funded through our FY24 grants (CSG and CIF).  Without approval of a no-cost

extension, we cannot logistically proceed with the required research, focus groups, coordination,

and drafting of the plan.  If AmeriCorps does not provide clear guidance on allowable

programmatic focus areas and approves pending grant actions—including NCEs, and items

related to the 2025 grantmaking process, OregonServes is challenged to meet legal

responsibilities around grantmaking and statewide service planning.

21.     **Termination of AmeriCorps grant to Oregon Health Authority and impacts**

**to Oregon.**  In addition to its termination of OregonServes' grants, AmeriCorps terminated the

grant of another Oregon state agency, the Oregon Health Authority (OHA), on Friday, April 25,

2025.  OHA is a VISTA program grant recipient and therefore is a direct grantee of AmeriCorps,

the federal agency, and received notification of termination directly from AmeriCorps.  A true

and correct copy of the email announcing the termination of OHA's AmeriCorps award is

Page 12 -   Declaration of Carie Bauer

attached as **Exhibit 3**. All funds on that $100,000 grant have been spent. Oregon Health Authority was expecting $100,000 of renewal grant funds to be available on May 5, 2025, but the status of those funds is now uncertain.

22.     The Oregon Health Authority AmeriCorps VISTA Partnership Project focus area is public health and capacity building, with a statewide service area. AmeriCorps members with OHA focus their efforts on building the organizational, administrative, and financial capacity of organizations that improve health services. They develop programs to meet a need, write grants, and recruit and train volunteers. The terminated VISTA members worked on assignments to build sustainable public health programs and systems that ensure health equity, community resiliency, and improved health outcomes. The termination of this program harms Oregon because it brings this program to an abrupt halt.

23.     Some of the critical professional services provided by VISTA members include: supporting statewide public health conference; developing Oregon's Medical Reserve Corps for disaster response; leading community engagement and assessment in OHA's Medicaid Fee for Service program to standardize processes and improve efficiency; coordinating behavioral health outreach before, during, and after disasters by developing and implementing response plans; creating telehealth guidance for OHA's Medicaid Fee for Service Operations which serves 1.4 million Oregonians; coordinating trainings and leadership development opportunities for the OHA AmeriCorps VISTA program; and developing compilations of resources to enhance public health systems across Oregon.

24.     If the award is not renewed as it was expected on May 5, 2025, it eliminates the OHA AmeriCorps VISTA Partnership Project. This includes elimination of funding for seven AmeriCorps VISTA national service members working full-time in OHA and one nonprofit partner organization. While many VISTAs are currently working in OHA, typically the annual

//

//

//

Page 13 -   Declaration of Carie Bauer

OHA VISTA team has included up to 30 VISTAs working at any one time across multiple local public health authorities and nonprofit organizations.

**I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.**

EXECUTED on May 5, 2025.

_____
CARIE BAUER

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

Exh. 1

## Kim Eun Sook

| | |
|---|---|
| **From:** | AmeriCorpsAwardAction <AmeriCorpsAwardAction@americorps.gov> |
| **Sent:** | Friday, April 25, 2025 3:45 PM |
| **To:** | BAUER Carie E * HECC |
| **Cc:** | AmeriCorpsAwardAction |
| **Subject:** | Termination Notice of AmeriCorps Award |
| **Attachments:** | OR_Commission.xlsx |

> You don't often get email from americorpsawardaction@americorps.gov. Learn why this is important

Carie Bauer
HIGHER EDUCATION COORDINATING COMMISSION
3225 25th St SE
Salem
OR, 97302

RE: Grant Termination

Dear AmeriCorps Award Recipient:

Effective immediately, the AmeriCorps award subrecipient(s) included in the attached spreadsheet is/are being terminated per 2 CFR 200.340(a)(4) because it has been determined that the award no longer effectuates agency priorities. You must immediately cease all award activities. This is a final agency action and is not administratively appealable.

The provisions at 2 CFR 200.343 – Effects of Suspension and Termination apply. This process ensures the equitable settlement of costs, proper disposition of government property, and mitigation of negative impacts on stakeholders. AmeriCorps staff will initiate an amendment to change the end date of the period of performance effective immediately.

Please immediately notify subrecipients and/or community partners, if applicable, and initiate your internal termination and closeout procedures.

Please review  Closeout Instructions for Grantees to close out this Federal award within 120 days.   Please note, there are some close-out actions that indicate that you must submit information to your portfolio manager. Instead of submitting to those individuals, you must instead submit to the following regional mailboxes:

- MidAtlantic@americorps.gov (DC, DE, MD, NJ, PA, PR, VA, VI, WV)

- Midwest@americorps.gov (IL, IN, KY, MI, OH)

- Mountain@americorps.gov (AZ, CO, ID, MT, NM, UT, WY)

- NorthCentral@americorps.gov (IA, MN, WI, ND, SD, NE, KS, MO)

- Northeast@americorps.gov (CT, MA, ME, NH, NY, RI, VT)

- SouthCentral@americorps.gov (AR, LA, MS, OK, TX)

- Southeast@americorps.gov (AL, FL, GA, NC, SC, TN)

- West@americorps.gov (AK, AS, CA, CNMI, GU, HI, NV, OR, WA)

1

Costs after termination are allowable if:

(a) The costs result from financial obligations which were properly incurred before the effective date of termination, and

(b) costs are for necessary and reasonable termination and closeout activities.

Please follow the program specific instructions below, based on the type of award that is being terminated.

*AmeriCorps State and National*

State commissions and prime grantees should immediately notify subgrantees, operating sites, and members and follow grant close-out procedures. All member activities should cease immediately. Members should be exited for compelling personal circumstances (CPC). The program should document that the member was exited for compelling personal circumstances due to the agency's termination of the grant and program closure. If possible, the program should try to have the member transferred to another program. If this is not possible, the program should note in the CPC documentation that member reassignment was not an option.

Jennifer Bastress Tahmasebi
Interim Agency Head

Decl of Carie Bauer
Exhibit 1
Page 2 of 2

Exh. 2

| Grant Number | Application ID | Organization | Corporate Program Code | Project | Organization State | Federal Funding |
|---|---|---|---|---|---|---|
| 23FOXOR001001 | 24ES266103 | Forest Grove School District | EAS | Partnerships for Student Achievement | OR | $432,000 |
| 20FXHOR0010002 | 24ES265896 | University of Oregon | EAS | RARE 2022-2025 | OR | $796,250 |
| 24AFOR0010001 | 24AC267010 | HIGHER EDUCATION COORDINATING COMMISSION | STATE | Placeholder- OR Planning | OR | $133,008 |
| 24AFOR0010002 | 24AC266065 | United Community Action Network | STATE | UCAN AmeriCorps | OR | $404,998 |
| 24AFOR0010003 | 24AC266099 | The Salvation Army | STATE | The Salvation Army-Grants Pass Corps | OR | $269,999 |
| 21AFOR0010010 | 24AC266005 | Confluence Environmental Center | STATE | Confluence Environmental Center | OR | $442,800 |
| 21AFOR0010003 | 24AC253857 | Metropolitan Family Service, Inc. | STATE | Metropolitan Family Service AmeriCorps | OR | $495,500 |
| 21AFOR0010008 | 24AC265895 | Ethos, Inc. | STATE | Rural Outreach Program | OR | $221,430 |
| 21AFOR0010009 | 24AC265708 | Coalition for Racial and Educational Justice | STATE | AmeriCorps Connect2Complete | OR | $746,392 |
| 24AFOR0010004 | 24AC266419 | College Possible | STATE | College Possible IV | OR | $900,000 |

Exh. 3

| | |
|---|---|
| **From:** | AmeriCorpsAwardAction |
| **To:** | Gebbie Eric N |
| **Cc:** | AmeriCorpsAwardAction |
| **Subject:** | Termination Notice of AmeriCorps Award |
| **Date:** | Friday, April 25, 2025 3:45:17 PM |

You don't often get email from americorpsawardaction@americorps.gov. Learn why this is important

**Think twice** before clicking on links or opening attachments. This email came from outside our organization and might not be safe. If you are not expecting an attachment, contact the sender before opening it.

Eric Gebbie
Oregon Health Authority
E-82
500 Summer St NE
Salem
OR, 97301

RE:
22VSIOR001
24VS272633

Dear AmeriCorps Award Recipient:

Effective immediately, the above-referenced AmeriCorps award is being terminated per 2 CFR 200.340(a)(4) because it has been determined that your award no longer effectuates agency priorities. You must immediately cease all award activities. This is a final agency action and is not administratively appealable.

The provisions at 2 CFR 200.343 – Effects of Suspension and Termination apply. This process ensures the equitable settlement of costs, proper disposition of government property, and mitigation of negative impacts on stakeholders. AmeriCorps staff will initiate an amendment to change the end date of the period of performance effective immediately.

Please immediately notify subrecipients and/or community partners, if applicable, and initiate your internal termination and closeout procedures.

Please review  Closeout Instructions for Grantees to close out this Federal award within 120 days.  Please note, there are some close-out actions that indicate that you must submit information to your portfolio manager. Instead of submitting to those individuals, you must instead submit to the following regional mailboxes:

- MidAtlantic@americorps.gov (DC, DE, MD, NJ, PA, PR, VA, VI, WV)
- Midwest@americorps.gov (IL, IN, KY, MI, OH)
- Mountain@americorps.gov (AZ, CO, ID, MT, NM, UT, WY)
- NorthCentral@americorps.gov (IA, MN, WI, ND, SD, NE, KS, MO)
- Northeast@americorps.gov (CT, MA, ME, NH, NY, RI, VT)
- SouthCentral@americorps.gov (AR, LA, MS, OK, TX)

- Southeast@americorps.gov (AL, FL, GA, NC, SC, TN)
- West@americorps.gov (AK, AS, CA, CNMI, GU, HI, NV, OR, WA)

Costs after termination are allowable if:

(a) The costs result from financial obligations which were properly incurred before the effective date of termination, and

(b) costs are for necessary and reasonable termination and closeout activities.

Please follow the program specific instructions below, based on the type of award that is being terminated.

*AmeriCorps State and National*

State commissions and prime grantees should immediately notify subgrantees, operating sites, and members and follow grant close-out procedures. All member activities should cease immediately. Members should be exited for compelling personal circumstances (CPC). The program should document that the member was exited for compelling personal circumstances due to the agency's termination of the grant and program closure. If possible, the program should try to have the member transferred to another program. If this is not possible, the program should note in the CPC documentation that member reassignment was not an option.

*AmeriCorps Seniors*

You are encouraged to notify volunteers, volunteer stations and the Advisory Council. Please also reference Appendix A.3 in your program handbook for close-out guidance.

*AmeriCorps VISTA*

If you have members active on your award/agreement, all members will be removed from your project effective immediately. Further communication will go directly to impacted members and sponsors.

*Volunteer Generation Fund and Days of Service*

Notification of award termination should be sent to all subrecipients and community partners. Communication to subrecipients should include instruction to immediately cease award activity and the Close Out Instructions for Grantees.

*Research and Evaluation*

Notification of award termination should be sent to all subrecipients and community partners.


Jennifer Bastress Tahmasebi
Interim Agency Head