# EXHIBIT 34

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND; STATE OF DELAWARE; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ARIZONA; STATE OF CONNECTICUT; DISTRICT OF COLUMBIA, STATE OF HAWAI'I; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR *ex rel.* Andy Beshear, in his official capacity as Governor of the COMMONWEALTH OF KENTUCKY; STATE OF MAINE; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; JOSH SHAPIRO, in his official capacity as Governor of the COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN;<br><br>   Plaintiffs,<br><br> v.<br><br>CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, operating as AmeriCorps; and JENNIFER BASTRESS TAHMASEBI, in her official capacity as Interim Head of the Corporation for National and Community Service;<br><br>   Defendants. | Civ. No. 25-cv-01363 (DLB) |

Page **1** of **6**

**Declaration of Jill Latuch**
**Pennsylvania Mountain Service Corps**
**Program Director**

## DECLARATION OF JILL LATUCH, PROGRAM DIRECTOR, PENNSYLVANIA MOUNTAIN SERVICE CORPS

Pursuant to 28 U.S.C. § 1746, I, Jill Latuch, declare as follows:

1. I am a resident of the Commonwealth of Pennsylvania. I am over the age of 18 and have personal knowledge of all the facts stated herein, including as based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

2. I began my career as an AmeriCorps Member for Pennsylvania Mountain Service Corps (PMSC). I served as a Regional Coordinator for PMSC for seven years and have been in my current role as Program Director for three years. I am employed by Appalachia Intermediate Unit 8.

3. Appalachia Intermediate Unit 8 is the administering agency for PMSC. Intermediate units operate as regional educational service agencies providing programs to Pennsylvania's public school districts and over 2,400 non-public and private schools. In addition, intermediate units serve as liaison agents between the school districts and the Pennsylvania Department of Education.

4. Pennsylvania Mountain Service Corps AmeriCorps program was created in 1994 and partners with nonprofit and governmental organizations across 15 Pennsylvania counties in Southwest/Southcentral Pennsylvania covering over 10,000 square miles. It is one of the largest full time AmeriCorps programs in Pennsylvania, with over 50 participating nonprofit sponsors and approximately 100 full-time and part-time positions.

5. PMSC addresses three AmeriCorps priority areas: education, environment, and community wellness. Over the years, nearly half a million hours of community volunteer service have been generated through PMSC.

6. Currently, PMSC has approximately 77 total current Members, serving in schools, community wellness, and environmental stewardship across more than 50 community sites. Additional Members were scheduled to begin on May 23 and serve throughout the summer.

7. On April 27, 2025 Pennsylvania Mountain Service Corps received an email from PennSERVE, the state service commission for Pennsylvania, stating that "PennSERVE received notice from AmeriCorps on the evening of Friday, April 25, stating that AmeriCorps was terminating the funding for several programs in Pennsylvania. Your program was in this notice." A true and correct copy of this email is attached as Exhibit 1 (PA Mountain Service Corps).

8. As of April 27, 2025, the estimated remaining value of federal funds for the terminated grant for PMSC was approximately $439,906.80.

9. Prior to the grant award termination on April 27, 2025, AmeriCorps or PennSERVE had never provided PMSC with notice, written or otherwise, that our program was in any way unsatisfactory.

10. There is imminent harm to Pennsylvanians and our agency as a result of the sudden actions by AmeriCorps.

11. Several of the services that we provide are limited by a fixed timeline. For

Page 3 of 6

Declaration of Jill Latuch
Pennsylvania Mountain Service Corps
Program Director

example, a majority of our Members serve Pennsylvania children in school settings, until the end of the academic year which ends in early June. Stopping service before the end of the school year will be disruptive to students, teachers, and administrators. Students have bonded and formed relationships and built trust with our Members over the course of the school year; teachers and administrators rely on the services our Members provide.

12. Another example is our environmental Members, who become busier in the spring and summer with nature-based education and outdoor projects. These Members generally serve though early August. Additionally, our cohort grows in the summer season (usually beginning around May 23) and the vast majority of those Members serve outdoors at nature stewardship sites.

13. In terms of administrative costs, my staff and I have been consumed with the problems created by this termination. Normally, we would be spending this time on advertising our grant applications for the 2025-26 program year, preparing documents for the new program year, recruiting host sites, and preparing for our Life After AmeriCorps training/celebration to be held for all members on June 3 at Flight 93 National Memorial (we have served onsite there every year since the tragedy happened). This is also the time where we work to bring on new (summer Members) that were scheduled to begin on May 23rd. Instead, we have been entirely focused on managing the uncertainty and urgent questions that have arisen from this unforeseen situation.

14. PMSC would have commented to AmeriCorps had it received notice of a potential termination. To the best of my knowledge, we have never been found to be out of

**Declaration of Jill Latuch**
**Pennsylvania Mountain Service Corps**
**Program Director**

compliance. Rather, since PMSC's inception, there have been hundreds of students tutored in math and reading, thousands of seniors and families provided with services that would have otherwise gone undone, hundreds of after school and educational activities presented to at-risk youth, hundreds of miles of water tested and cleaned up, thousands of volunteer hours generated, and a unique collaborative effort of community organizations formed, all in compliance with AmeriCorps' stated guidelines.

15. This type of abrupt halt was never contemplated, as we relied on AmeriCorps to honor its commitments to us. PMSC celebrated 30 years as an AmeriCorps program this year and have never experienced anything like the current situation in our program's history.

16. These unanticipated developments have adversely impacted our reputation and materially impaired our ability to engage in effective future planning. For example, historically, we have often had Members ask to return to serve for multiple years or terms. We have also received many requests for our host site application from community partners with regard to the 2025-26 year. We are unable to answer any of these inquiries at this time, as there are too many unknowns about the future of our longstanding program.

**Declaration of Jill Latuch**
**Pennsylvania Mountain Service Corps**
**Program Director**

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

Executed on May 5, 2025, at Somerset, Pennsylvania.

_____
Jill Latuch, Program Director
PA Mountain Service Corps
Appalachia Intermediate Unit 8

# EXHIBIT 1

## DECLARATION OF J. LATUCH, PROGRAM DIRECTOR, PENNSYLVANIA MOUNTAIN SERVICE CORPS (PA)

**Declaration of Jill Latuch**
**Pennsylvania Mountain Service Corps**
**Program Director**

 Outlook

## Important Update Regarding AmeriCorps Grant Status

**From** Anderson, Amy <███████@pa.gov>
**Date** Sun 4/27/2025 12:59 PM
**Cc** Pratt, Christopher <██████@pa.gov>; Pitts, Julia <██████@pa.gov>; Cornelius, Tina <██████@pa.gov>; Shah, Komal <██████@pa.gov>; Mishra, Priyambada <██████@pa.gov>; Dan Wofford <██████@comcast.net>; <██████@comcast.net>; Morris, Amber M. <██████@pa.gov>

> **[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Dear AmeriCorps Program Director,

As you may be aware, PennSERVE received notice from AmeriCorps on the evening of Friday, April 25, stating that AmeriCorps was terminating the funding for several programs in Pennsylvania. Your program was in this notice.

Please know that PennSERVE is actively reviewing the situation, consulting with legal counsel, and carefully evaluating all available options to ensure that we take the most thoughtful and strategic course of action on behalf of our programs and members.

We would also like to offer a meeting for Program Directors on Monday to discuss this situation, provide updates, and answer any initial questions you may have. Teams meeting invite to follow.

At this time, we ask for your patience as we work through the implications of this action. We will provide further guidance as soon as possible.

Thank you for your partnership, your commitment to service, and your understanding during this uncertain time. We remain fully committed to supporting you and your members throughout this process.

Standing with you in service and strength,
Amy

**Amy Anderson** | Acting Executive Director / Assistant Director

Labor & Industry | PennSERVE

651 Boas Street, Room 1306 | Harrisburg, PA 17121

Phone: 717.772.5431

www.dli.pa.gov/pennserve