# EXHIBIT 39

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND; STATE OF DELAWARE; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ARIZONA; STATE OF CONNECTICUT; DISTRICT OF COLUMBIA, STATE OF HAWAI'I; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR *ex rel.* Andy Beshear, in his official capacity as Governor of the COMMONWEALTH OF KENTUCKY; STATE OF MAINE; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; JOSH SHAPIRO, in his official capacity as Governor of the COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN;<br><br>        Plaintiffs,<br><br>  v.<br><br>CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, operating as AmeriCorps; and JENNIFER BASTRESS TAHMASEBI, in her official capacity as Interim Head of the Corporation for National and Community Service;<br><br>        Defendants. | Civ. No. 1:25-cv-01363 (DLB) |

1

## **DECLARATION OF TRISHA D. ALMOND**

Pursuant to 28 U.S.C. § 1746, I, Trish Almond, hereby declare as follows:

1. I am a resident of the State of Florida but work full time for the State of Washington as the Executive Director of Serve Washington. I am over the age of 18 and have personal knowledge of all the facts stated herein, including as based on my experience and information provided to me. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed as the Executive Director of Serve Washington ("ServeWA"), within Washington's Office of Financial Management.

3. AmeriCorps operates through national and local nonprofit organizations, public agencies, and faith-based and community groups. More than three-quarters of AmeriCorps grant funding goes to governor-appointed state service commissions, which in turn award grants to nonprofit groups, local school districts and government agencies to respond to local needs. ServeWA is Washington's governor-appointed state service commission. ServeWA is charged with administering federally and state sponsored national service programs, including AmeriCorps.

4. In my role as Executive Director of ServeWA I work to oversee ServeWA's mission of advancing national service, volunteerism and civic engagement to improve lives, expanding opportunities to meet the local critical needs of residents of Washington, and strengthening community capacity while creating healthy and resilient communities. As the Executive Director I supervise our Director of Programs who oversees the work of our Program Officers in their primary duties of program grant compliance. Additionally, I supervise our Grants Officer, who is responsible for conducting fiscal monitoring and reconciliation for grant

management.

5. ServeWA receives and manages Prime and Fixed Grants from AmeriCorps, awards and disburses subgrants from the prime and fixed grants, monitors subgrantees for performance and compliance with grant requirements, provides training and technical assistance for subgrantees, and functions as an intermediary between AmeriCorps and subgrantees.

6. ServeWA manages two separate types of grants. First is competitive funding. In this process ServeWA issues Requests for Grant Applications (RFGA) that are based on federal Notices of Funding Opportunity (NOFO) issued by AmeriCorps. Grant applicants send applications to ServeWA who then review and prioritize state needs through grant review committees and internal ServeWA reviews. ServeWA then sends applications to the federal government for their final determination on who will be funded for each state.

7. Second is formula funding. In this process ServeWA receives allocated funding from AmeriCorps, and ServeWA selects the subgrantees who will be awarded through additional grant review committee selection. ServeWA issues RFGAs that are still based on federal NOFOs and state priorities that are selected and written into our RFGAs. State priorities are developed through our Commission and Serve Washington team.

8. Until April 25, ServeWA managed grants for 22 subgrantees, including the Washington State Department of Veterans' Affairs, the Washington State Department of Employment Security, the Washington State Department of Ecology, Chelan-Douglas County Community Action Council, Girl Scouts of Western Washington, United Way of King County, United Way of Benton and Franklin Counties, College Possible, and Washington Association of Child Advocate Programs, among others.

9. Subgrantees used the funds they receive from ServeWA to run programs to benefit

3

Washingtonians. The money was used to recruit, manage, provide living stipends, and train AmeriCorps members, for subgrantee program operations and costs, and to monitor and support host sites to ensure compliant and effective service.

10. Many subgrantees post AmeriCorps members at partner organizations called host sites. The host sites typically pay a fee to a subgrantee for member placement, provide service sites for members and supervise regular service, and verify hours and performance measures.

11. Through this arrangement, ServeWA funded 1300+ AmeriCorps volunteers throughout Washington at over 800 sites—which also includes the AmeriCorps Vista and Senior Programs. The total number of AmeriCorps members working in the State of Washington is upwards of 5,000 individuals each year.

12. In Washington, AmeriCorps volunteers work at food banks, help communities build climate resilience and prepare for disasters, tutor children in reading, rehabilitate low-income housing, plant trees, mentor at-risk youth, provide services to home-bound seniors, provide services to at risk veterans and those transitioning from the military, and reduce gang involvement in schools and neighborhoods, among many other things.

13. One program where the loss of members hits home for me personally is Vet Corps. As a retired military service individual who served their country for 31 years, I worked closely with the Vet Corps team and have seen first-hand the impact they can have in saving a veteran's life. It is not only about assisting individuals with transition from the military and helping them navigate a new system is higher education; it is about making relationships in a new world with individuals who understand you, and understand what you have gone through. The loss of Vet Corps in a state that has a significant population of military personnel is a particularly hard blow and may well contribute to the loss of yet another veteran.

14.  In addition to immediate community support, AmeriCorps members earn the Segal AmeriCorps Education Award upon successfully completing their service, which has historically supported the educational pursuits of thousands of Washingtonians. Since 1994, over 48,000 residents have contributed nearly 76 million hours of service and earned awards totaling more than 191.9 million.

15. The following table summarizes the performance of various AmeriCorps programs in FY24, which underscores the scale and impact of these community service efforts:

| Program | Projects | Service Locations | Completed Participants | Education Awards | Federal Funding |
|---|---|---|---|---|---|
| AmeriCorps National | 63 | 196 | 567 | $1,610,015 | $4,621,880 |
| AmeriCorps NCCC | 9 | 9 | 74 | $0 | $0 |
| AmeriCorps State | 23 | 383 | 1170 | $6,271,503 | $16,702,559 |
| AmeriCorps VISTA | 15 | 33 | 47 | $333,565 | $1,184,318 |
| AmeriCorps Seniors Foster Grandparents | 1 | 4 | 38 | N/A | $345,387 |
| AmeriCorps Seniors RSVP | 10 | 180 | 2941 | N/A | $914,156 |
| AmeriCorps Seniors Senior Companion | 4 | 18 | 246 | N/A | $1,806,400 |
| AmeriCorps Seniors Senior Demonstration Program | 2 | 2 | 246 | --- | $62,167 |
| Martin Luther King Day | 1 | | | | $200,000 |
| State Commission Operations Support | 1 | | | | $462,730 |
| AmeriCorps State Planning Grant | 5 | --- | --- | --- | $344,672 |
| Total Program Funding | | | | | $26,841,707 |
| Total AmeriCorps Funding Including Education Awards | | | | | $35,056,790 |

5

| Program | Projects | Service Locations | Completed Participants | Education Awards | Federal Funding |
|---|---|---|---|---|---|
| Total Local Project Support (Non-AmeriCorps Resources) | | | | | $6,559,386 |
| Total AmeriCorps Funding + Total Local Project Support | | | | | $41,616,176 |

16. However, on April 25, 2025, I received an email from AmeriCorps' interim director Jennifer Bastress Tahmasebi terminating *all but one* AmeriCorps State and National program in Washington, "[e]ffective immediately." Although the email purported to cancel certain enumerated grants included in a spreadsheet, the spreadsheet included each of 24 separate grants that funded 21 AmeriCorps programs in Washington as well as Serve Washington's formula grant funding, totaling $21,192,083. According to the email, these programs were all being terminated because they "no longer effectuate[] agency priorities" and the grantees "must immediately cease all award activities." The email, with the attached spreadsheet, are attached hereto as Exhibit 1.

17. These terminations gut AmeriCorps State and National programs in Washington and fundamentally undermine ServeWA's mission.

18. At this time, we are gathering information from our subgrantees on funds that may have already been obligated for the current program year. As of the signature of this declaration we know there is up to $27,000 in funds that are already obligated and assume there may be more. Based on our current calculations that don't include all invoices from when programs were put into pause status, we have approximately $12,868,311.00 in remaining grant funds. We do expect this dollar amount to go down slightly as subgrantees invoice for April and for program staff to conduct grant closeout activities. As of 4/30/2025 we are still able to drawdown funds.

19. At this time, we have put all of our programs on a pause as we navigate next

6

steps – which appears to be total shut down from our AmeriCorps funding sources. Based on only having one program remaining we will not be able to transfer members to alternate programs. Our AmeriCorps members will lose their living stipends, and our program staff at the subgrantee level will no longer get funds from AmeriCorps to support their wages. Additionally, there are implications to our staff at ServeWA as well, which will include potential reduction in force notifications over the next 30-120 days unless grant funding is resumed or we are funded for program year 2025 – which remains unknown at this time. As our subgrantees prepare to conduct close out procedures they are simultaneously looking at ways to support their members (if able) and ways to be able to continue their missions. Currently there is an incredible amount of uncertainty and fear as to how this will look for each of our 21 programs and ServeWA who have had grants terminated.

20. In addition to these direct cuts, I am aware that the Administration is imminently reducing AmeriCorps Agency staff by up to 90%.

21. Even if AmeriCorps grant funding were restored, this reduction of agency staff is anticipated to have additional profound and deleterious effects, including:

22. **Delayed Grant Reviews:** A drastic reduction in staffing will directly impair AmeriCorps' capacity to review and process grant applications in a timely manner. Given the rigorous processes required to ensure compliance and quality, delays in grant reviews will likely cascade, affecting subsequent funding decisions.

23. **Program Award Disruptions:** Timely grant review is integral to awarding funds and ensuring programs have the necessary resources to launch. Any delays in this process could shift the start dates of federally funded programs, jeopardizing the execution of projects slated for an on or before September 1, 2025, commencement.

24. **Community and Member Impact:** AmeriCorps programs are vital lifelines for communities across Washington. Postponing the start of these programs would not only disrupt services to schools, food banks, shelters, and other critical community outlets, but it would also adversely affect the AmeriCorps members and seniors who rely on timely engagement and support. The ripple effect of these delays could undermine community resilience and erode the trust and benefits built over years of service collaboration.

25. Reduction in AmeriCorps Federal Agency staffing presents a serious threat to the operational integrity and timely execution of FY25 funding initiatives. The potential delays in grant reviews and program awards could have a devastating impact on Washington's communities and the individuals dedicated to service. The Commission stands ready to work collaboratively with federal and state partners to mitigate these risks and safeguard the continued success and outreach of the AmeriCorps program.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

Executed this 5 day of May 2025, in Bradenton, Florida.

*Trisha D. Almond*
Trisha D. Almond
Executive Director
Serve Washington

# Exhibit 1

| | |
|---|---|
| **From:** | AmeriCorpsAwardAction |
| **To:** | Almond, Trish (OFM) |
| **Cc:** | AmeriCorpsAwardAction |
| **Subject:** | Termination Notice of AmeriCorps Award |
| **Date:** | Friday, April 25, 2025 4:02:58 PM |
| **Attachments:** | WA_Commission.xlsx |

---

**External Email**

---

Trish Almond
WASHINGTON STATE OFFICE OF FINANCIAL MANAGEMENT
302 Sid Snyder Ave SW
Olympia
WA, 98501
RE: Grant Termination
Dear AmeriCorps Award Recipient:

Effective immediately, the AmeriCorps award subrecipient(s) included in the attached spreadsheet is/are being terminated per 2 CFR 200.340(a)(4) because it has been determined that the award no longer effectuates agency priorities. You must immediately cease all award activities. This is a final agency action and is not administratively appealable.

The provisions at 2 CFR 200.343 – Effects of Suspension and Termination apply. This process ensures the equitable settlement of costs, proper disposition of government property, and mitigation of negative impacts on stakeholders. AmeriCorps staff will initiate an amendment to change the end date of the period of performance effective immediately.

Please immediately notify subrecipients and/or community partners, if applicable, and initiate your internal termination and closeout procedures.

Please review Closeout Instructions for Grantees to close out this Federal award within 120 days. Please note, there are some close-out actions that indicate that you must submit information to your portfolio manager. Instead of submitting to those individuals, you must instead submit to the following regional mailboxes:

- MidAtlantic@americorps.gov (DC, DE, MD, NJ, PA, PR, VA, VI, WV)
- Midwest@americorps.gov (IL, IN, KY, MI, OH)
- Mountain@americorps.gov (AZ, CO, ID, MT, NM, UT, WY)
- NorthCentral@americorps.gov (IA, MN, WI, ND, SD, NE, KS, MO)
- Northeast@americorps.gov (CT, MA, ME, NH, NY, RI, VT)
- SouthCentral@americorps.gov (AR, LA, MS, OK, TX)
- Southeast@americorps.gov (AL, FL, GA, NC, SC, TN)
- West@americorps.gov (AK, AS, CA, CNMI, GU, HI, NV, OR, WA)

Costs after termination are allowable if:

> (a) The costs result from financial obligations which were properly incurred before the effective date of termination, and
>
> (b) costs are for necessary and reasonable termination and closeout activities.

Please follow the program specific instructions below, based on the type of award that is being terminated.

*AmeriCorps State and National*

State commissions and prime grantees should immediately notify subgrantees, operating sites, and members and follow grant close-out procedures. All member activities should cease immediately. Members should be exited for compelling personal circumstances (CPC). The program should document that the member was exited for compelling personal circumstances due to the agency's termination of the grant and program closure. If possible, the program should try to have the member transferred to another program. If this is not possible, the program should note in the CPC documentation that member reassignment was not an option.

Jennifer Bastress Tahmasebi
Interim Agency Head

| Grant Number | Application ID | Organization | Corporate Program Code | Project | Organization State | Federal Funding |
|---|---|---|---|---|---|---|
| 22ACIWA0010001 | 24AC260425 | WASHINGTON STATE DEPARTMENT OF EMPLOYMENT SECURITY | STATE | WA State Employment Security Department | WA | $215,728 |
| 22ESIWA0010006 | 24ES267984 | EarthCorps | EAS | EarthCorps Corps Program | WA | $736,000 |
| 22ESIWA0010005 | 24ES260753 | THE STUDENT CONSERVATION ASSOCIATION, INC. | EAS | SCA Washington AmeriCorps | WA | $260,500 |
| 22ESIWA0010004 | 24ES260414 | WASHINGTON STATE DEPARTMENT OF EMPLOYMENT SECURITY | EAS | Washington Reading Corps-Fixed | WA | $1,742,680 |
| 22ESIWA0010003 | 24ES260670 | United Way of King County | EAS | United Way of King County (UWKC) | WA | $1,428,840 |
| 22ESIWA0010002 | 24ES267990 | STATE OF WASHINGTON | EAS | Washington Conservation Corps | WA | $3,327,012 |
| 22ESIWA0010007 | 24ES260432 | WASHINGTON STATE DEPARTMENT OF EMPLOYMENT SECURITY | EAS | Washington Service Corps | WA | $6,931,800 |
| 22FXIWA0010001 | 24ES264356 | College Success Foundation | EAS | College and Career Coaches Program | WA | $297,000 |
| 22FXIWA0010002 | 24ES266312 | VETERANS AFFAIRS WASHINGTON STATE DEPARTMENT | EAS | Vet Corps Washington | WA | $215,000 |
| 20ACFWA0010003 | 24AC260906 | College Possible | STATE | College Possible - Washington | WA | $624,999 |
| 23ACIWA0010001 | 24AC261019 | Educational Service District 101 | STATE | Spokane Service Team | WA | $366,955 |
| 23AFIWA0010010 | 24AC264056 | Pasco School District 1 | STATE | Serve Tri-Cities | WA | $540,000 |
| 23AFIWA0010011 | 24AC264680 | Tacoma Community Boat Builders | STATE | Imagine Justice Project | WA | $594,000 |
| 23AFIWA0010012 | 24AC264703 | SEA MAR COMMUNITY HEALTH CENTERS | STATE | Sea Mar Community Health Centers | WA | $400,982 |
| 23AFIWA0010013 | 24AC264087 | Port Angeles School District | STATE | Port Angeles School District AmeriCorps | WA | $280,263 |
| 23AFIWA0010014 | 24AC264687 | UNITED WAY OF BENTON AND FRANKLIN COUNTIES | STATE | Attendance Matters AmeriCorps | WA | $324,000 |
| 23AFIWA0010015 | 24AC270882 | Phoenix Conservancy | STATE | Phoenix Conservancy | WA | $219,999 |
| 23AFIWA0010016 | 24AC267732 | Public Health Institute | STATE | CivicSpark Washington Program | WA | $405,000 |
| 23AFIWA0010002 | 24AC264387 | Girl Scouts of Western Washington | STATE | Girl Scouts of Western Washington AmeriCorps Grant | WA | $403,895 |
| 23AFIWA0010008 | 24AC270876 | THE SALVATION ARMY | STATE | THE SALVATION ARMY | WA | $0 |
| 23AFIWA0010009 | 24AC270880 | WASHINGTON STATE OFFICE OF FINANCIAL MANAGEMENT | STATE | Placeholder WA Cost Reimbursement | WA | $974,542 |
| 20AFHWA0010010 | 24AC270878 | CivicWell | STATE | CivicSpark Washington | WA | $0 |
| 20AFHWA0010011 | 24AC264191 | Chelan-Douglas County Community Action Council | STATE | AmeriCorps of Chelan Douglas Community Action Council | WA | $513,000 |
| 20AFHWA0010015 | 24AC264187 | Washington Association of Child Advocate Programs | STATE | Washington Association of Child Advocate Programs | WA | $389,888 |