IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND; STATE OF DELAWARE; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ARIZONA; STATE OF CONNECTICUT; DISTRICT OF COLUMBIA, STATE OF HAWAI'I; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR *ex rel.* Andy Beshear, in his official capacity as Governor of the COMMONWEALTH OF KENTUCKY; STATE OF MAINE; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; JOSH SHAPIRO, in his official capacity as Governor of the COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN;<br><br>   Plaintiffs,<br><br> v.<br><br>CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, operating as AmeriCorps; and JENNIFER BASTRESS TAHMASEBI, in her official capacity as Interim Head of the Corporation for National and Community Service;<br><br>   Defendants. | Civ. No. 25-cv-01363 (DLB) |

**[PROPOSED] ORDER GRANTING CONSENT MOTION FOR
EXPEDITED BRIEFING AND SCHEDULING A HEARING ON
<u>PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION</u>**

 Upon consideration of Plaintiffs' Consent Motion for Expedited Briefing and Scheduling a Hearing on Plaintiffs' Motion for Preliminary Injunction, the Court hereby GRANTS the motion and ORDERS all parties to submit briefing on the following expedited schedule:

1

- Defendants shall file any response to Plaintiffs' Motion for Preliminary Injunction on or before **Tuesday, May 13, 2025**; and

- Plaintiffs shall file any reply in support of their Motion for Preliminary Injunction on or before **Friday, May 16, 2025**;

It is FURTHER ORDERED that a HEARING on Plaintiffs' Motion for Preliminary Injunction is SET for the _____ day of _____, 2025 at _____ a.m./p.m. in the United States Courthouse, 6500 Cherrywood Lane, Greenbelt, MD 20770.

DATED this day _____, 2025, at _____.

BY THE COURT:

_____
Deborah L. Boardman
United States District Judge