IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

State of Maryland, et al.           *

**Plaintiff,**

                                    *

v.                                  Case No. 1:25-cv-01363-DLB

                                    *

Corporation for National and Community Service, et al.

**Defendant.**                      *

### MOTION FOR ADMISSION PRO HAC VICE

I, Keith M. Jamieson, am a member in good standing of the bar of this Court. I am moving the admission of Joshua A. Katz to appear pro hac vice in this case as counsel for Plaintiff, State of Arizona.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Arizona (Bar No. 039449) - Sept. 2024 | See Attached |
| Missouri (Bar No. 72239) Oct. 2019 | |
| | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or  Virginia Williamson (Bar No. 31472) , is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

Signature

Keith M. Jamieson (Bar No. 31543)

Printed name and bar number

Office of the Attorney General

Office name

200 Saint Paul Place, Baltimore, MD 21202

Address

(410) 576-6960

Telephone number

(410) 576-6404

Fax Number

kjamieson@oag.state.md.us

Email Address

PROPOSED ADMITTEE

Signature

Joshua A. Katz

Printed name

Arizona Attorney General

Office name

2005 N Central Avenue

Address

602-542-3333

Telephone number

602-542-8308

Fax Number

Joshua.Katz@azag.gov

Email Address

Joshua A. Katz
**Federal Court Admissions:**

United States Court of Federal Claims, July 2021, good standing, active.

United States Court of Appeals for the Third Circuit, July 2022, good standing, active.

Supreme Court of the United States, January 2024, good standing, active.

United States Court of Appeals for the Ninth Circuit, April 2024, good standing, active.

United States District Court for the District of Arizona, November 2024, good standing, active.

United States District Court for the District of Columbia, March 2025 (government certification), good standing, active.