IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

State of Maryland, et al.   *

**Plaintiff,**

\*

v.                                                                Case No.  1:25-cv-01363-DLB

\*

Corporation for National and Community Service, et al.

**Defendant.**   *

## MOTION FOR ADMISSION PRO HAC VICE

I, Keith M. Jamieson, am a member in good standing of the bar of this Court.   I am moving the admission of Vanessa L. Kassab to appear pro hac vice in this case as counsel for The State of Delaware.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Delaware Supreme Court, December 15, 2011 | U.S. Court of Appeals, First Circuit, February, 28, 2025 |
| State of New Jersey, November 22, 2010 | U.S. Court of Appeals, District of Columbia, September 15, 2020 |
| Commonwealth of Pennsylvania, November, 15, 2010 | Delaware District Court, March 2, 2012 |
|  | Eastern District of Pennsylvania, August 25, 2020 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court  One  time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or <u>Virginia Williamson (Bar No. 31472)</u>, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | /s/ Vanessa L. Kassab (signed by Keith Jamieson with permission of Vanessa L. Kassab) |
| Signature | Signature |
| Keith M. Jamieson (Bar No. 31543) | Vanessa L. Kassab |
| Printed name and bar number | Printed name |
| Office of the Attorney General | State of Delaware Department of Justice |
| Office name | Office name |
| 200 Saint Paul Place, Baltimore, MD 21202 | 820 N. French Street, Wilmington, DE 19801 |
| Address | Address |
| (410) 576-6960 | (302) 683-8881 |
| Telephone number | Telephone number |
| (410) 576-6404 | (302) 577-6499 |
| Fax Number | Fax Number |
| kjamieson@oag.state.md.us | vanessa.kassab@delaware.gov |
| Email Address | Email Address |

# SUPREME COURT OF THE STATE OF DELAWARE

## CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies **Vanessa L. Kassab** was admitted to practice as an attorney in the Courts of this State on **December 15, 2011,** and is an **active** member of the Bar of the Supreme Court of the State of Delaware in good standing.



IN TESTIMONY WHEREOF,

I have hereunto set my hand and affixed the seal of said Court at Dover this 30th day of April 2025.

Lisa A. Dolph
Clerk of the Supreme Court