IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND; STATE OF DELAWARE; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ARIZONA; STATE OF CONNECTICUT; DISTRICT OF COLUMBIA, STATE OF HAWAI'I; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR *ex rel.* Andy Beshear, in his official capacity as Governor of the COMMONWEALTH OF KENTUCKY; STATE OF MAINE; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; JOSH SHAPIRO, in his official capacity as Governor of the COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN;<br><br>    Plaintiffs,<br><br> v.<br><br>CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, operating as AmeriCorps; and JENNIFER BASTRESS TAHMASEBI, in her official capacity as Interim Head of the Corporation for National and Community Service;<br><br>    Defendants. | Civ. No. 25-cv-01363 (DLB) |

**PLAINTIFF STATES' CONSENT MOTION FOR TELECONFERENCE LINK
AT UPCOMING HEARING**

Pursuant to this Court's Order of May 7, 2025, the parties will attend an in-person hearing on May 19.  Doc. No. 7.  At that hearing, the State of Maryland will speak on behalf of all Plaintiff States.  Several Plaintiff States are located a great distance from the courthouse, however, and their counsel wish to listen to the argument.  Moreover, the subject of the argument is likely to be of interest to the public.

Plaintiff States were instructed by the Clerk's Office to make any request for a teleconference link via motion or letter.  Accordingly, Plaintiff States respectfully request that the Court enable a telephone or video link for viewing the hearing.

The parties have conferred, via counsel, and Defendants consent to the relief requested herein.

|  |  |
|---|---|
| Dated:  May 14, 2025 | Respectfully submitted, |
| **ANTHONY G. BROWN**<br>ATTORNEY GENERAL OF MARYLAND | **KATHLEEN JENNINGS**<br>ATTORNEY GENERAL OF DELAWARE |
| By: */s/ Keith M. Jamieson*<br>Keith M. Jamieson (D. Md. Bar. No. 31543)<br>Virginia Williamson (D. Md. Bar. No. 31472)<br>   *Assistant Attorneys General*<br>Federal Accountability Unit<br>Office of the Attorney General<br>200 Saint Paul Place<br>Baltimore, Maryland  21202<br>(410) 576-6960<br>kjamieson@oag.state.md.us | By: */s/ Ian R. Liston*<br>Ian R. Liston\*<br>   *Director of Impact Litigation*<br>Vanessa L. Kassab\*<br>   *Deputy Attorney General*<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE  19801<br>(302) 683-8899<br>Ian.Liston@delaware.gov |
| *Counsel for the State of Maryland* | *Counsel for the State of Delaware* |
| **ROB BONTA**<br>ATTORNEY GENERAL OF CALIFORNIA | **PHILIP J. WEISER**<br>ATTORNEY GENERAL OF COLORADO |
| By: */s/ Ezra Kautz*<br>Ezra Kautz\* | By: */s/ Kyle M. Holter*<br>David Moskowitz\* |

| | |
|---|---|
| *Deputy Attorney General* | *Deputy Solicitor General* |
| Joel Marrero* | Sarah H. Weiss* |
| William H. Downer* | *Senior Assistant Attorney General* |
|   *Supervising Deputy Attorneys General* | Kyle M. Holter* |
| Brian Bilford* | Sam Wolter* |
|   *Deputy Attorney General* |   *Assistant Attorneys General* |
| Michael L. Newman* | Colorado Office of the Attorney General |
|   *Senior Assistant Attorney General* | 1300 Broadway, #10 |
| California Department of Justice | Denver, CO 80203 |
| 1300 I Street | (720) 508-6000 |
| Sacramento, CA 95814 | david.moskowitz@coag.gov |
| (916) 210-6346 | sarah.weiss@coag.gov |
| Joel.Marrero@doj.ca.gov | kyle.holter@coag.gov |
| William.Downer@doj.ca.gov | samuel.wolter@coag.gov |
| Ezra.Kautz@doj.ca.gov | |
| Brian.Bilford@doj.ca.gov | *Counsel for the State of Colorado* |
| Michael.Newman@doj.ca.gov | |

*Counsel for the State of California*

| | |
|---|---|
| **KRISTIN K. MAYES** | **WILLIAM TONG** |
| ATTORNEY GENERAL OF ARIZONA | ATTORNEY GENERAL OF CONNECTICUT |
| By */s/ Joshua A. Katz* | By: */s/ Andrew Ammirati* |
| Joshua A. Katz* | Andrew Ammirati* |
|   *Assistant Attorney General* |   *Assistant Attorney General* |
| Office of the Arizona Attorney General | Connecticut Office of the Attorney General |
| 2005 N. Central Ave. | 165 Capitol Ave |
| Phoenix, Arizona 85004 | Hartford, CT 06106 |
| (602) 542-3333 | (860) 808-5090 |
| Joshua.Katz@azag.gov | Andrew.Ammirati@ct.gov |
| *Counsel for the State of Arizona* | *Counsel for the State of Connecticut* |
| **BRIAN L. SCHWALB** | **ANNE E. LOPEZ** |
| ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA | ATTORNEY GENERAL OF HAWAIʻI |
| | By: */s/ Kalikoʻonālani D. Fernandes* |
| By: */s/ Andrew C. Mendrala* | David D. Day* |
| Andrew C. Mendrala* |   *Special Assistant to the Attorney General* |
|   *Assistant Attorney General* | Kalikoʻonālani D. Fernandes* |
| Public Advocacy Division |   *Solicitor General* |
| Office of the Attorney General for the District of Columbia | Hawaiʻi Department of the Attorney General |
| | 425 Queen Street |

400 Sixth Street, NW  
Washington, D.C. 20001  
(202) 724-9726  
Andrew.mendrala@dc.gov

*Counsel for the District of Columbia*

**KWAME RAOUL**  
ATTORNEY GENERAL OF ILLINOIS

By: */s/ Abigail R. Durkin*  
Abigail R. Durkin*  
  *Assistant Attorney General II, Special*  
  *Litigation Bureau*  
Cara Hendrickson*  
  *Assistant Chief Deputy Attorney General*  
Office of the Illinois Attorney General  
115 South LaSalle Street  
Chicago, IL 60603  
Tel. (312) 814-3000  
Abigail.Durkin@ilag.gov  
Cara.Hendrickson@ilag.gov

*Counsel for the State of Illinois*

**AARON M. FREY**  
ATTORNEY GENERAL OF MAINE

By: */s/ Sarah A. Forster*  
Sarah A. Forster*  
  *Assistant Attorney General*  
Office of the Attorney General  
6 State House Station  
Augusta, ME  04333-0006  
Tel.:  (207) 626-8800  
Fax:  (207) 287-3145  
Sarah.Forster@maine.gov

*Counsel for the State of Maine*

Honolulu, HI 96813  
(808) 586-1360  
david.d.day@hawaii.gov  
kaliko.d.fernandes@hawaii.gov

*Counsel for the State of Hawaiʻi*

**OFFICE OF THE GOVERNOR** *ex rel.*  
**ANDY BESHEAR**  
IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE COMMONWEALTH OF KENTUCKY

By:  */s/ S. Travis Mayo*  
S. Travis Mayo*  
  *General Counsel*  
Taylor Payne*  
  *Chief Deputy General Counsel*  
Laura C. Tipton*  
  *Deputy General Counsel*  
Office of the Governor  
700 Capitol Avenue, Suite 106  
Frankfort, KY 40601  
(502) 564-2611  
travis.mayo@ky.gov  
taylor.payne@ky.gov  
laurac.tipton@ky.gov

*Counsel for the Office of the Governor*

**ANDREA JOY CAMPBELL**  
ATTORNEY GENERAL OF MASSACHUSETTS

By: */s/ Katherine Dirks*  
Katherine Dirks*  
  *Chief State Trial Counsel*  
Jonathan Green*  
  *Division Chief*  
Veronica Zhang*  
  *Assistant Attorney General*  
  *Non-Profit Organizations / Public Charities*  
Massachusetts Office of the Attorney General  
1 Ashburton Pl. Boston, MA 02108  
(617) 963-2277

katherine.dirks@mass.gov

*Counsel for the Commonwealth of Massachusetts*

**DANA NESSEL**
ATTORNEY GENERAL OF MICHIGAN

By: */s/ Neil Giovanatti*
Neil Giovanatti*
Alexus Ringstad*
   *Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
RingstadA@michigan.gov

*Counsel for the People of the State of Michigan*

**KEITH ELLISON**
ATTORNEY GENERAL OF MINNESOTA

By: */s/ Liz Kramer*
Liz Kramer*
   *Solicitor General*
Minnesota Attorney General's Office
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 757-1010
Liz.Kramer@ag.state.mn.us

*Counsel for the State of Minnesota*

**AARON D. FORD**
ATTORNEY GENERAL OF NEVADA

By: */s/ Heidi Parry Stern*
Heidi Parry Stern*
   *Solicitor General*
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
HStern@ag.nv.gov

*Counsel for the State of Nevada*

**MATTHEW J. PLATKIN**
ATTORNEY GENERAL OF NEW JERSEY

*/s/ Jessica L. Palmer*
Jessica L. Palmer**
Lauren E. Van Driesen**
   *Deputy Attorneys General*
Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-4607
Jessica.Palmer@law.njoag.gov

*Counsel for the State of New Jersey*

**RAÚL TORREZ**
ATTORNEY GENERAL OF NEW MEXICO

By: */s/ James W. Grayson*
James W. Grayson*
   *Chief Deputy Attorney General*

**LETITIA JAMES**
ATTORNEY GENERAL OF NEW YORK

By: */s/ Jessica Ranucci*
Jessica Ranucci*

5

New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
jgrayson@nmdoj.gov

*Counsel for the State of New Mexico*

**JEFF JACKSON**
ATTORNEY GENERAL OF NORTH CAROLINA

**LAURA HOWARD**
CHIEF DEPUTY ATTORNEY GENERAL

By /s/ Daniel P. Mosteller
Daniel P. Mosteller*
  *Associate Deputy Attorney General*
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
(919) 716-6026
dmosteller@ncdoj.gov

*Counsel for the State of North Carolina*

**JOSH SHAPIRO**
IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE COMMONWEALTH OF PENNSYLVANIA

By: /s/ Kenneth L. Joel
Kenneth L. Joel*
  *Deputy General Counsel*
Benjamin Holt*
  *Chief Counsel*
  *Pennsylvania Department of Labor*
Melissa Murphy*
  *Senior Counsel*
  *Pennsylvania Department of Labor*
Governor's Office of General Counsel

  *Special Counsel, Federal Initiatives*
Rabia Muqaddam*
  *Special Counsel for Federal Initiatives*
Office of the Attorney General
28 Liberty St.
New York, NY 10005
(929) 638-0447
Jessica.ranucci@ag.ny.gov
rabia.muqaddam@ag.ny.gov

*Counsel for the State of New York*

**DAN RAYFIELD**
ATTORNEY GENERAL OF OREGON

By: /s Sadie Forzley
Sadie Forzley*
  *Senior Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880
sadie.forzley@doj.oregon.gov

*Counsel for the State of Oregon*

**PETER F. NERONHA**
ATTORNEY GENERAL OF RHODE ISLAND

By: /s/ Kyla Duffy
Kyla Duffy*
  *Special Assistant Attorney General*
Rhode Island Attorney General's Office
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2809
kduffy@riag.ri.gov

*Counsel for the State of Rhode Island*

6

30 N. 3rd St., Suite 200
Harrisburg, PA 17101
(717) 649-8669
kennjoel@pa.gov

*Counsel for Governor Josh Shapiro*

**CHARITY R. CLARK**
ATTORNEY GENERAL OF VERMONT

By: */s/ Jonathan T. Rose*
Jonathan T. Rose*
    *Solicitor General*
Office of the Vermont Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3171
Jonathan.rose@vermont.gov

*Counsel for the State of Vermont*

**NICHOLAS W. BROWN**
ATTORNEY GENERAL OF WASHINGTON

By: */s/ Abby Kahl*
Abigail Kahl*
Andrew R.W. Hughes*
    *Assistant Attorneys General*
Office of the Attorney General
2425 Bristol Court SW
Second Floor
PO Box 40117
Olympia, WA 98504
360-534-4864
Abigail.Kahl@atg.wa.gov
Andrew.Hughes@atg.wa.gov

*Counsel for the State of Washington*

**JOSHUA L. KAUL**
ATTORNEY GENERAL OF WISCONSIN

By: */s/ Charlotte Gibson*
Charlotte Gibson*
    *Assistant Attorney General*
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707
(608) 957-5218 (phone)
(608) 294-2907 (fax)

*Counsel for the State of Wisconsin*

*\* Pro hac vice*
*\*\* Pro hac vice application forthcoming*

## CERTIFICATE OF SERVICE

I certify that on May 14, 2025, I filed the foregoing document via CM/ECF and thereby served all parties who have appeared through counsel on the Court's electronic docket.

For Plaintiff States whose counsel's motions for admission pro hac vice are forthcoming, I served the foregoing document via email to those counsel.

        Respectfully submitted,

        */s/ Keith M. Jamieson*
        Keith M. Jamieson (D. Md. Bar. No. 31543)
         *Assistant Attorney General*
        Federal Accountability Unit
        Office of the Attorney General
        200 Saint Paul Place
        Baltimore, Maryland  21202
        (410) 576-6960
        kjamieson@oag.state.md.us