IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| STATE OF MARYLAND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, *operating as* AMERICORPS, *et al.*, <br><br> Defendants. | No. 1:25-cv-01363-DLB |

## STATUS REPORT REGARDING COMPLIANCE

Defendants respectfully submit this status report regarding the Court's preliminary injunction, entered on June 5, 2025.  *See* ECF No. 149 ("Order").

This Court entered a preliminary injunction on the morning of June 5, 2025.  The Court's Order directed, among other things, that "[b]y June 6, 2025, at 5:00 p.m., the defendants shall PROVIDE written notice of this Order to the recipients of the terminated awards in the plaintiff states, the impacted VISTA project sponsors in the plaintiff states, the impacted AmeriCorps members and VISTA members in the plaintiff states, and the removed NCCC members."  Order at 3.  The Order also directed that "[b]y June 10, 2025, at 5:00 p.m., the defendants shall FILE a status report documenting the actions they have taken to comply with this Order."  *Id*.

Defendants respectfully provide the following update:

1. **Notice of Preliminary Injunction Compliance Status**

Consistent with the Court's directive, AmeriCorps timely disseminated notices of the Order to (1) recipients of terminated awards in plaintiff states, (2) impacted VISTA project sponsors in plaintiff states, (3) impacted AmeriCorps members and VISTA members in plaintiff states, and (4) the removed NCCC members.

A copy of the Notices sent by Defendant agency is attached hereto.  *See* Exhibit A (NCCC Member Notices); *see also* Exhibit B (VISTA Member Notices); *see also* Exhibit C (National

1

Direct with AmeriCorps State and National Grantee, AmeriCorps VISTA Grantee, and Volunteer Initiative Grantee Notices); *see also* Exhibit D (AmeriCorps State and National Grantee Notices); *see also* Exhibit E (AmeriCorps Senior Grantee Notices); *see also* Exhibit F (Office of Research and Evaluation Grantee Notices).

2.      **Grant Reinstatement Compliance Status**

On Friday, June 6, AmeriCorps communicated to recipients of terminated grants and VISTA project sponsors in plaintiff states to stop any closeout activities that may have been initiated, resume incurring costs on applicable grants, and to notify stakeholders of the notice of grant reinstatement. *See* Exhibit C–F.

As to AmeriCorps State and National Grants, state commissions and prime grantees were also instructed to immediately notify subgrantees, operating sites, and members of the grant reinstatements and that member activities may resume as soon as possible. *Id*. Members who have been exited for compelling personal circumstances may seek reinstatement, and members who have transferred to another program may seek transfer back to their original program. *Id*.

As to AmeriCorps VISTA, AmeriCorps Seniors, the Office of Research and Evaluation, and Volunteer Generation Fund and Days of Service grant reinstatements, the Defendant agency instructed those affected groups to notify their stakeholders of the stop order on any closeout activities, and to resume incurring costs on applicable grants. *Id*.

With respect to new funding , AmeriCorps communicated and confirmed to undersigned counsel that recipients of terminated grants can immediately start drawing down funds from their grants in the grant management system (eGrants).

3.      **VISTA Member Reinstatement Compliance Status**

In accordance with the Court's order to return AmeriCorps VISTA members to service AmeriCorps is in the process of identifying which members are willing and able to return to service and determining which VISTA project sponsors are willing and able to restart their projects. *See* Exhibit B ("If you have exited AmeriCorps service and would like to return to service, please email VISTACase@americorps.gov with the following [identifying] information immediately, but no

later than 5:00 PM EST on Wednesday, June 11, 2025.").

AmeriCorps is contacting each affected VISTA sponsor in plaintiff states to determine whether the sponsor would like to: (1) no longer partner with AmeriCorps for our VISTA project, because the organization no longer has the capacity to oversee member activities, and instead proceed with the project closeout process; (2) fully reinstate their AmeriCorps VISTA project, as it was operating as of April 25, 2025; or (3) reinstate their AmeriCorps VISTA project with some changes based on organizational or site changes.  If the organization indicates that it would like to fully reinstate its AmeriCorps VISTA project, the organization will be offered two alternate dates to reinstate members: Monday, June 23, 2025, and Monday, July 7, 2025.  If the organization indicates that it would like to reinstate its VISTA project with changes, AmeriCorps will ask it to provide a brief explanation of the changes needed to the project (e.g., any changes with service site locations, supervision, organization support), and will also offer the organization the two alternate dates (listed above) to reinstate members.  AmeriCorps is therefore aiming to have all willing and able VISTA members returned to service by July 7, 2025.

4.    **NCCC Member Reinstatement Compliance Status**

Last, in accordance with the Court's order to return NCCC members to service (if they are willing and able to return) and restoring NCCC members to the status quo before the April 15, 2025 placement on administrative hold, AmeriCorps is examining approaches based on which of the following categories each member falls into: (1) Southern Region Traditional and FEMA Corps members who were scheduled to graduate May 15, 2025; (2) Southwest Traditional members scheduled to graduate July 17, 2025; (3) Pacific Region Traditional members scheduled to graduate July 30, 2025; (4) North Central Traditional members scheduled to graduate November 19, 2025; and (5) FEMA Corps members scheduled to graduate November 20, 2025.  AmeriCorps has initiated coordination with FEMA regarding their operational capacity and willingness to support AmeriCorps in meeting the Court's Order, given the AmeriCorps NCCC FEMA Corps program is an interagency partnership between the two federal agencies.  Finally, AmeriCorps is examining how it can restore NCCC members to the April 15, 2025, status quo while ensuring the

health and safety of members in service, develop meaningful service assignments with community partners and host organizations, and secure appropriate housing for NCCC members on service projects, with reduced staff at the NCCC campuses and headquarters.

Defendants will continue to take necessary steps to restore the status quo as required by this Court's order. *See* Order at ¶¶ (b), (d). To that end, counsel for Defendants have—and will continue to—respond to inquiries from counsel for Plaintiffs about the reinstatement process.

Dated:  June 10, 2025                              Respectfully submitted,

                                                  YAAKOV M. ROTH
                                                  Acting Assistant Attorney General

                                                  ERIC J. HAMILTON
                                                  Deputy Assistant Attorney General
                                                  Civil Division, Federal Programs Branch

                                                  JOSEPH E. BORSON
                                                  Assistant Branch Director
                                                  Federal Programs Branch

                                                  */s/ Sarmad Khojasteh*
                                                  SARMAD KHOJASTEH
                                                  *Senior Counsel*
                                                  U.S. Department of Justice
                                                  Civil Division
                                                  950 Pennsylvania Avenue, NW
                                                  Washington, DC 20530
                                                  Tel.: (202) 353-0261
                                                  Email: Sarmad.Khojasteh@usdoj.gov

                                                  */s/ Pierce J. Anon*
                                                  PIERCE J. ANON (N.Y. Bar No. 6184303)
                                                  *Trial Attorney*
                                                  U.S. Department of Justice
                                                  Civil Division, Federal Programs Branch
                                                  1100 L Street, N.W.
                                                  Washington, DC 20005
                                                  Tel.: (202) 305-7573
                                                  Email: Pierce.Anon@usdoj.gov

                                                  *Attorneys for Defendants*

# EXHIBIT A

 Outlook



**From:** _ANCCC <ANCCC@americorps.gov>
**Sent:** Friday, June 6, 2025 12:28 PM
**Subject:** RE: Notice of Preliminary Injunction in Maryland, et. al. v. Corporation for National and Community Service

**TO:  Demobilized NCCC Members**

The Corporation for National and Community Service ("AmeriCorps") hereby notifies you that the U.S. District Court of Maryland has issued a preliminary injunction ("order") affecting the April 15, 2025 demobilization of NCCC members from service. The order states that AmeriCorps **must restore NCCC members** to the status quo before the April 15, 2025, communication that AmeriCorps was sending all NCCC members to their homes of record and placing them on administrative hold through April 30, 2025 pending their exit from the NCCC program.

This District Court order also states that AmeriCorps **must return the impacted NCCC members to service** (if they are willing and able to return).

The full text of the order is available here: gov.uscourts.mdd.581470.149.0_1.pdf

As a first step to comply with the District Court order, AmeriCorps is informing you of this development.

As our next step, AmeriCorps NCCC will begin assessing how to meet the requirements of the order. We will reach out to you with more information as it becomes available.

*AmeriCorps NCCC*

# EXHIBIT B

 Outlook



**From:** VISTACase <VISTACase@americorps.gov>
**Sent:** Friday, June 6, 2025 3:19:59 PM
**Subject:** Notice Opportunity To Return To Service

The Corporation for National and Community Service ("AmeriCorps") hereby notifies you that the U.S. District Court of Maryland has issued a preliminary injunction ("order") affecting VISTA projects that were terminated April 25, 2025, in certain states. The order states that AmeriCorps must return to service VISTA members that were serving on the terminated programs as of April 25, 2025 (if they are willing and able to return). The order applies only to grants in the States of Arizona, California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Kentucky, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, North Carolina, Oregon, Pennsylvania, Rhode Island, Vermont, Washington, Wisconsin, and the District of Columbia. The full text of the order is available here: gov.uscourts.mdd.581470.149.0_1.pdf

We are actively working with your project sponsor to resolve any open administrative issues and to ensure they have appropriate supervisory capacity to facilitate your return to service.

If you have exited AmeriCorps service and would like to return to service, please email VISTACase@americorps.gov with the following information immediately, but no later than 5:00 PM EST on Wednesday, June 11, 2025:

  1. **Email subject line:** I wish to return to active AmeriCorps VISTA service

  2. **In the body of the email:** I, *Full Name and NSPID*, early exited from AmeriCorps VISTA on *mm/dd/yyyy* due to project closure. I wish to return to active AmeriCorps VISTA service. I understand that my return to service will be facilitated as soon as possible.

If you have requested a transfer to a different VISTA project and would like to return to the project on which you were serving as of April 25, 2025, please email VISTACase@americorps.gov with the following information immediately, but no later than 5:00 PM EST on Wednesday, June 11, 2025:

  1. **Email subject line:** I wish to rescind my request for a transfer

2. **In the body of the email:** I, *Full Name and NSPID*, wish to rescind my request for a transfer and remain an active AmeriCorps VISTA member at enter your AmeriCorps Sponsor for the remainder of my service term. I understand that my return to service will be facilitated as soon as possible.

We will follow up with you directly once AmeriCorps has confirmation that your project sponsor has the required supervisory capacity to support your service and when you are able to resume your service, or provide you with next steps.

AmeriCorps VISTA



# EXHIBIT C

**Appel, Elizabeth**

| | |
|---|---|
| **From:** | AmeriCorpsAwardAction |
| **Sent:** | Friday, June 6, 2025 2:27 PM |
| **Cc:** | AmeriCorpsAwardAction |
| **Subject:** | Notice of Preliminary Injunction in Maryland, et. al. v. Corporation for National and Community Service (CA) |
| **Bcc:** | ████████████████████████████████████████████████████ |

TO: Recipients of Terminated Grants and VISTA Project Sponsors in Plaintiff States
RE: Notice of Reinstatement and Opportunity to Return to Service

The Corporation for National and Community Service ("AmeriCorps") hereby notifies you that the U.S. District Court of Maryland has issued a preliminary injunction ("order") affecting grants in certain states that were terminated on April 25, 2025 and VISTA projects and members that were serving on those projects as of April 25, 2025. The order applies only to grants in the States of Arizona, California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Kentucky, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, North Carolina, Oregon, Pennsylvania, Rhode Island, Vermont, Washington, Wisconsin, and the District of Columbia.
The order states that AmeriCorps may not effectuate or enforce the April 25, 2025, termination of grants, removal of Volunteers in Service to America ("VISTA") members from projects, the requirement that AmeriCorps members' activities cease, and the exiting of AmeriCorps members for compelling personal circumstances. The order further states that AmeriCorps reinstate the grants in plaintiff states that were terminated and return to service the AmeriCorps and VISTA members who were serving on those programs as of the date of grant termination (if they are willing and able to return). The full text of the order is available here: gov.uscourts.mdd.581470.149.0_1.pdf

Please immediately stop any closeout activities you may have initiated. You may resume incurring costs on applicable grants.  Additional direction for each grant type is provided here:

*AmeriCorps State and National*
State commissions and prime grantees should immediately notify subgrantees,
operating sites, and members of the grant reinstatement. Member activities may resume as soon as possible. Members who have been exited for compelling personal circumstances (CPC) may seek reinstatement. Members who have transferred to another program may seek transfer back to their original program. When notifying members, please include the following language, along with any additional directions you wish to provide:

The U.S. District Court of Maryland has issued a preliminary injunction ("order") affecting members that were serving on projects that were terminated April 25, 2025, in certain states. The order states that AmeriCorps may not effectuate or enforce the April 25, 2025 termination of grants, requirement that AmeriCorps members' activities cease, and the exiting of AmeriCorps members for compelling personal circumstances. The order further states that AmeriCorps reinstate the grants in plaintiff states that were terminated and return to service the AmeriCorps members who were serving on those programs as of the date of grant termination (if they are willing and able to return). The full text of the order is available here: gov.uscourts.mdd.581470.149.0_1.pdf

*AmeriCorps Seniors*
You are encouraged to notify volunteers, volunteer stations, and the Advisory Council.

*AmeriCorps VISTA*

AmeriCorps VISTA Member activities may resume as soon as possible for all projects with an active Memorandum of Agreement, provided your organization is able to ensure appropriate supervision. AmeriCorps will provide guidance on how all project sponsors will be able to verify that they have the appropriate supervision needed.

We will directly notify impacted AmeriCorps VISTA members of the opportunity to elect to return to service.

If your Memorandum of Agreement has expired, we will work with you to issue a new one as quickly as possible. You will receive additional communications, under separate cover, with more information.

*Volunteer Generation Fund and Days of Service*
Notification of the reinstatement should be sent to all subrecipients and community partners.

*Research and Evaluation*
Notification of the reinstatement should be sent to all subrecipients and community partners.



# EXHIBIT D

**Appel, Elizabeth**

| | |
|---|---|
| **From:** | AmeriCorpsAwardAction |
| **Sent:** | Friday, June 6, 2025 3:52 PM |
| **Cc:** | AmeriCorpsAwardAction |
| **Subject:** | Notice of Preliminary Injunction in Maryland, et. al. v. Corporation for National and Community Service |
| **Bcc:** |  |

**Notices of Preliminary Injunction in**
***Maryland, et al. v. Corporation for National and Community Service***

"By June 6, 2025, at 5:00 p.m., the defendants shall PROVIDE written notice of this Order to the recipients of the terminated awards in the plaintiff states, the impacted VISTA project sponsors in the plaintiff states, the impacted AmeriCorps members and VISTA members in the plaintiff states, and the removed NCCC members."

NOTICE 1
TO: Recipients of Terminated Grants and VISTA Project Sponsors in Plaintiff States
RE: Notice of Reinstatement and Opportunity to Return to Service

The Corporation for National and Community Service ("AmeriCorps") hereby notifies you that the U.S. District Court of Maryland has issued a preliminary injunction ("order") affecting grants in certain states that were terminated on April 25, 2025 and VISTA projects and members that were serving on those projects as of April 25, 2025. The order applies only to grants in the States of Arizona, California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Kentucky, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, North Carolina, Oregon, Pennsylvania, Rhode Island, Vermont, Washington, Wisconsin, and the District of Columbia.

The order states that AmeriCorps may not effectuate or enforce the April 25, 2025, termination of grants, removal of Volunteers in Service to America ("VISTA") members from projects, the requirement that AmeriCorps members' activities cease, and the exiting of AmeriCorps members for compelling personal circumstances. The order further states that AmeriCorps reinstate the grants in plaintiff states that were terminated and return to service the AmeriCorps and VISTA members who were serving on those programs as of the date of grant termination (if they are willing and able to return). The full text of the order is available here: gov.uscourts.mdd.581470.149.0_1.pdf

Please immediately stop any closeout activities you may have initiated. You may resume incurring costs on applicable grants. Additional direction for each grant type is provided here:

AmeriCorps State and National
State commissions and prime grantees should immediately notify subgrantees, operating sites, and members of the grant reinstatement. Member activities may resume as soon as possible. Members who have been exited for compelling personal circumstances (CPC) may seek reinstatement. Members who have transferred to another program may seek transfer back to their original program. When notifying members, please include the following language, along with any additional directions you wish to provide:

The U.S. District Court of Maryland has issued a preliminary injunction ("order") affecting members that were serving on projects that were terminated April 25, 2025, in certain states. The order states that AmeriCorps may not effectuate or enforce the April 25, 2025 termination of grants, requirement that AmeriCorps members' activities cease, and the exiting of AmeriCorps members for compelling personal circumstances. The order further states that AmeriCorps reinstate the grants in plaintiff states that were terminated and return to service the AmeriCorps members who were serving on those programs as of the date of grant termination (if they are willing and able to return). The full text of the order is available here: gov.uscourts.mdd.581470.149.0_1.pdf

**AmeriCorps Seniors**
You are encouraged to notify volunteers, volunteer stations, and the Advisory Council.

**AmeriCorps VISTA**
AmeriCorps VISTA Member activities may resume as soon as possible for all projects with an active Memorandum of Agreement, provided your organization is able to ensure appropriate supervision. AmeriCorps will provide guidance on how all project sponsors will be able to verify that they have the appropriate supervision needed.

We will directly notify impacted AmeriCorps VISTA members of the opportunity to elect to return to service.

If your Memorandum of Agreement has expired, we will work with you to issue a new one as quickly as possible. You will receive additional communications, under separate cover, with more information.

**Volunteer Generation Fund and Days of Service**
Notification of the reinstatement should be sent to all subrecipients and community partners.

**Research and Evaluation**
Notification of the reinstatement should be sent to all subrecipients and community partners.

**NOTICE 2**
**TO: Impacted VISTA Members**
**RE: Notice Opportunity to Return to Service**
The Corporation for National and Community Service ("AmeriCorps") hereby notifies you that the U.S. District Court of Maryland has issued a preliminary injunction ("order") affecting VISTA projects that were terminated April 25, 2025, in certain states. The order states that AmeriCorps must return to service VISTA members that were serving on the terminated programs as of April 25, 2025 (if they are willing and able to return). The order applies only to grants in the States of Arizona, California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Kentucky, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, North Carolina, Oregon, Pennsylvania, Rhode Island, Vermont, Washington, Wisconsin, and the District of Columbia. The full text of the order is available here: gov.uscourts.mdd.581470.149.0_1.pdf.

We are actively working with your project sponsor to resolve any open administrative issues and to ensure they have appropriate supervisory capacity to facilitate your return to service.

If you have exited AmeriCorps service and would like to return to service, please email VISTACase@americorps.gov with the following information immediately, but no later than 5:00 PM EST on Wednesday, June 11, 2025:

1. **Email subject line**: I wish to return to active AmeriCorps VISTA service

2. **In the body of the email**: I, *Full Name and NSPID*, early exited from AmeriCorps VISTA on *mm/dd/yyyy* due to project closure. I wish to return to active AmeriCorps VISTA service. I understand that my return to service will be facilitated as soon as possible.

If you have requested a transfer to a different VISTA project and would like to return to the project on which you were serving as of April 25, 2025, please email VISTACase@americorps.gov with the following information immediately, but no later than 5:00 PM EST on Wednesday, June 11, 2025:

1. **Email subject line**: I wish to rescind my request for a transfer

2. **In the body of the email:** I, *Full Name and NSPID*, wish to rescind my request for a transfer and remain an active AmeriCorps VISTA member at *enter your AmeriCorps Sponsor* for the remainder of my service term. I understand that my return to service will be facilitated as soon as possible.

We will follow up with you directly once AmeriCorps has confirmation that your project sponsor has the required supervisory capacity to support your service and when you are able to resume your service, or provide you with next steps.

**NOTICE 3**
**TO: Demobilized NCCC Members**
**RE: Notice of Preliminary Injunction in Maryland, et. al. v. Corporation for National and Community Service**
The Corporation for National and Community Service ("AmeriCorps") hereby notifies you that the U.S. District Court of Maryland has issued a preliminary injunction ("order") affecting the April 15, 2025 demobilization of NCCC members from service. The order states that AmeriCorps **must restore NCCC members** to the status quo before the April 15, 2025, communication that AmeriCorps was sending all NCCC members to their homes of record and placing them on administrative hold through April 30, 2025 pending their exit from the NCCC program. This District Court order also states that AmeriCorps **must return the impacted NCCC members to service** (if they are willing and able to return).
The full text of the order is available here: gov.uscourts.mdd.581470.149.0_1.pdf
As a first step to comply with the District Court order, AmeriCorps is informing you of this development.
As our next step, AmeriCorps NCCC will begin assessing how to meet the requirements of the order. We will reach out to you with more information as it becomes available.

# EXHIBIT E

**Appel, Elizabeth**

| | |
|---|---|
| **From:** | AmeriCorpsAwardAction |
| **Sent:** | Friday, June 6, 2025 2:34 PM |
| **To:** | AmeriCorpsAwardAction |
| **Subject:** | Notice of Preliminary Injunction in Maryland, et. al. v. Corporation for National and Community Service |
| **Bcc:** |  |

TO:    Recipients of Terminated Grants and VISTA Project Sponsors in Plaintiff States
RE:    Notice of Reinstatement and Opportunity to Return to Service

The Corporation for National and Community Service ("AmeriCorps") hereby notifies you that the U.S. District Court of Maryland has issued a preliminary injunction ("order") affecting grants in certain states that were terminated on April 25, 2025 and VISTA projects and members that were serving on those projects as of April 25, 2025. The order applies only to grants in the States of Arizona, California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Kentucky, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, North Carolina, Oregon, Pennsylvania, Rhode Island, Vermont, Washington, Wisconsin, and the District of Columbia.

The order states that AmeriCorps may not effectuate or enforce the April 25, 2025, termination of grants, removal of Volunteers in Service to America ("VISTA") members from projects, the requirement that AmeriCorps members' activities cease, and the exiting of AmeriCorps members for compelling personal circumstances. The order further states that AmeriCorps reinstate the grants in plaintiff states that were terminated and return to service the AmeriCorps and VISTA members who were serving on those programs as of the date of grant termination (if they are willing and able to return). The full text of the order is available here: gov.uscourts.mdd.581470.149.0_1.pdf

Please immediately stop any closeout activities you may have initiated. You may resume incurring costs on applicable grants.  Additional direction for each grant type is provided here:

      AmeriCorps Seniors
          You are encouraged to notify volunteers, volunteer stations, and the Advisory Council.

      AmeriCorps VISTA
          AmeriCorps VISTA Member activities may resume as soon as possible for all projects with an active Memorandum of Agreement, provided your organization is able to ensure appropriate supervision. AmeriCorps will provide guidance on how all project sponsors will be able to verify that they have the appropriate supervision needed.

          We will directly notify impacted AmeriCorps VISTA members of the opportunity to elect to return to service.

If your Memorandum of Agreement has expired, we will work with you to issue a new one as quickly as possible. You will receive additional communications, under separate cover, with more information.

Volunteer Generation Fund and Days of Service
Notification of the reinstatement should be sent to all subrecipients and community partners.

Research and Evaluation
Notification of the reinstatement should be sent to all subrecipients and community partners.



# EXHIBIT F

| From: | ████████████████ |
|-------|------------------|
| To: | ████████████████████████████ |
| Cc: | AmeriCorpsAwardAction |
| Subject: | Notice of Preliminary Injunction in Maryland, et. al. v. Corporation for National and Community Service |
| Date: | Friday, June 6, 2025 2:21:10 PM |
| Attachments: | image001.png |

**TO: Recipients of Terminated Grants and VISTA Project Sponsors in Plaintiff States**

The Corporation for National and Community Service ("AmeriCorps") hereby notifies you that the U.S. District Court of Maryland has issued a preliminary injunction ("order") affecting grants in certain states that were terminated on April 25, 2025 and VISTA projects and members that were serving on those projects as of April 25, 2025. The order applies only to grants in the States of Arizona, California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Kentucky, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, North Carolina, Oregon, Pennsylvania, Rhode Island, Vermont, Washington, Wisconsin, and the District of Columbia.

The order states that AmeriCorps may **not** effectuate or enforce the April 25, 2025, termination of grants, removal of Volunteers in Service to America ("VISTA") members from projects, the requirement that AmeriCorps members' activities cease, and the exiting of AmeriCorps members for compelling personal circumstances. The order further states that AmeriCorps **reinstate the grants** in plaintiff states that were terminated and **return to service** the AmeriCorps and VISTA members who were serving on those programs as of the date of grant termination (if they are willing and able to return). The full text of the order is available here: gov.uscourts.mdd.581470.149.0_1.pdf

Please immediately stop any closeout activities you may have initiated. You may resume incurring costs on applicable grants. Additional direction for each grant type is provided here:

*Research and Evaluation*
Notification of the reinstatement should be sent to all subrecipients and community partners.

