IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, *operating as* AMERICORPS, *et al*., <br><br> Defendants. | No. 1:25-cv-01363-DLB |

## STATUS REPORT

Defendants respectfully submit this status report in accordance with the Joint Status Report entered on June 20, 2025. *See* ECF No. 152 ("Joint Status Report"). In the Joint Status Report, Defendants agreed to provide guidance to Plaintiffs' Service Commissions regarding how to reactivate their AmeriCorps programs and to:

> File a status report on the Court's electronic docket no later than 11:59 Eastern Time on July 3, 2025, that details Defendants' efforts to ensure full implementation of the injunction in accordance with such guidance.

ECF No. 154 ("Guidance"). Defendants provide the following update:

**I.   Restoration of Affected AmeriCorps Programs in Plaintiff Status to Status Quo**

The Court's Order, ECF No. 149 ("Order"), requires Defendants to:

> RESTORE the affected AmeriCorps programs in the plaintiff states to the status quo prior to the April 25, 2025 grant terminations by REINSTATING the grants in the plaintiff states that were terminated and by RETURNING to service the AmeriCorps and VISTA members who were serving on those programs as of the date of the grant terminations (if they are willing and able to return).

*See id.* at ¶ 1.b. The affected AmeriCorps programs in the Plaintiff States include both AmeriCorps State and National ("ASN") programs and VISTA programs.

1

### a. Grants in Plaintiff States

As previously stated, all grants have been restored. *See* Compliance Status Report, ECF No. 150. On Friday, June 6, AmeriCorps communicated to recipients of terminated grants and VISTA project sponsors in plaintiff states to stop any closeout activities that may have been initiated, resume incurring costs on applicable grants, and to notify stakeholders of the notice of grant reinstatement. *See* Exhibit C–F to ECF No. 150.

As to AmeriCorps State and National Grants, state commissions and prime grantees were also instructed to immediately notify subgrantees, operating sites, and members of the grant reinstatements and that member activities may resume as soon as possible. *Id*. Members who have been exited for compelling personal circumstances may seek reinstatement, and members who have transferred to another program may seek transfer back to their original program. *Id*.

As to AmeriCorps VISTA, AmeriCorps Seniors, the Office of Research and Evaluation, and Volunteer Generation Fund and Days of Service grant reinstatements, the Defendant agency instructed those affected groups to notify their stakeholders of the stop order on any closeout activities, and to resume incurring costs on applicable grants. *Id*.

With respect to new funding requests under previously terminated grants, AmeriCorps communicated and confirmed to undersigned counsel that recipients of terminated grants can immediately start drawing down funds from their grants in the grant management system (eGrants).

### b. ASN Programs

Pursuant to the Joint Status Report and the Order, on June 26, 2025 AmeriCorps sent to Plaintiff State Service Commissions and National Direct Grantees of the agency written guidance and FAQs to assist them in the restoration of affected ASN programs and ASN subgrantees to the status quo that existed prior to the April 25, 2025 grant terminations, and to return to service those AmeriCorps ASN members who were serving with those programs on April 25, 2025 who are willing and able to return. AmeriCorps posted this guidance on its website at:

2

https://www.americorps.gov/sites/default/files/document/202506/ASN_NCCC_MemberReinstatement_FAQ.pdf, and also urged State Service Commissions to share the information with their subgrantees. Members who were released and return to service are to receive their full benefits, including living allowances, childcare benefits, and Education Awards as if their service was unbroken.

    c. **VISTA Programs**

AmeriCorps VISTA members affected by the April 2025 grant and project terminations are currently in Administrative Hold status and still receiving living allowances, healthcare and childcare benefits, and other member entitlements. The time these members have spent on Administrative Hold will likewise be counted toward their Education Award. VISTA members and project sponsors have been notified of AmeriCorps' intent to return members to service and must indicate whether they are willing and able to return to service and reactivate VISTA projects by either June 23 or July 7 (whichever date the project sponsor chooses).

Members assigned to sponsors who indicated their ability to reactivate projects on June 23 have been returned to service. On July 2, members assigned to project sponsors who will not reactivate until July 7 were notified of their return date, with instructions to request additional time if needed. On July 3, members assigned to sponsors that indicated that they no longer wished to participate in VISTA or were unresponsive to communications were informed that their Administrative Hold status would be extended until July 31 to provide an opportunity to seek a new assignment. If those members are unable to secure a suitable reassignment by July 31, they will be exited from the program. Members who indicated that they are unwilling or unable to return to VISTA service were notified that they would be exited from the program, effective July 7.

## II.     Restoration of NCCC Members to the Status Quo

The Court's Order requires Defendants to:

> RESTORE the NCCC members to the status quo before the April 15, 2025 communication that AmeriCorps was sending all NCCC members to their homes of record and placing them on administrative hold through April 30, 2025 pending their exit from the NCCC program by RETURNING the impacted NCCC members to service (if they are willing and able to return).

*See* Order at ¶ 1.d.  By way of background, NCCC members participate in a term of nine to eleven months in which they are required to complete a service term of 1700 hours.  The end and start dates of each service term are based on which program members are participating in (Traditional Corps, FEMA Corps, or Forest Corps), and at which NCCC campus they are based out of.  Each NCCC campus has its own schedule dictating trainings, project deployment dates, and a scheduled end of service date—graduation day.  Graduation day brings their service term to a close and allows NCCC to focus efforts on the next incoming class.

### a.     November Graduates

On June 13, 2025, NCCC reached out to demobilized members who were scheduled to graduate in November 2025 to determine whether they were willing and able to return to service.  Members were asked to complete a survey and indicate their willingness and ability to return to service by June 20, 2025.  On June 30, 2025, members who indicated they were willing and able to return to service received follow up emails providing additional details about their reinstatement.

### i.     FEMA Corps

FEMA Corps members who responded to the June 13 survey as being able and willing to return to service, received additional details regarding their reinstatement, including a timeline for their anticipated arrival date at the Southern Campus in Vicksburg, MS.  The planned return to service date is July 22 for team leaders and July 28 for corps members.  Members were informed

4

that they would be credited service hours for the purpose of receiving their education award and living allowance payments for time missed during the demobilization. Members who were not willing and able to return to service will be exited from the program with an effective date of June 20, 2025.

### ii. Traditional Corps

Traditional Corps members who responded to the June 13 survey as being able and willing to return to service received additional details regarding their reinstatement, including a timeline for their anticipated arrival date at the North Central Campus in Vinton, IA. Responses to the June 13 survey revealed that while members were willing and able to return to service, some were interested in the new Fall Traditional class starting in August and others had enrolled in an ASN program.

Members in the demobilized class that expressed interest in beginning a new service term in addition to being reinstated to their original service term were notified that they need to select between being reinstated in their original term of service or placement in a new term of service in the Pacific Campus. The benefits of both options and other logistical information were explained to members, including the crediting of hours for the time since the demobilization for the purpose of their Education Award and living allowance payments. Members have until July 7 to indicate which option they wish to pursue.

Members in the demobilized class that expressed interested in being reinstated but during the period of demobilization opted to enroll in an ASN program were advised that AmeriCorps does not allow concurrent enrollment in multiple programs. As such, these members were advised that they need to choose to be reinstated into their original term of service or finish out their term of service with ASN. Members were informed of the scheduled reinstatement dates and were

provided with information about credited hours for the purpose of their Education Award and living allowance payments. Members were advised that if they choose to remain in with their current ASN service term, they will be exited from the NCCC program. Members have until July 7 to indicate which option they wish to pursue. Members who were not willing and able to return to service will be exited from the program effective June 20, 2025.

### b. Members Scheduled to Graduate in May 2025

On July 2, 2025, NCCC reached out to the NCCC May class to communicate the plan restoring them to the status quo prior to the April 15 demobilization. Because members of the May class were due to graduate on May 15 and the projects they were intended to serve on were discontinued when members were demobilized, NCCC is crediting members the service hours they would have earned had they not been demobilized. As such, these members will be paid the living allowance they would have earned until May 15, and they will receive a full Education Award. Additionally, members will be provided payment for the daily food allowance they would have received had they remained in service until May 15.

### c. Members Graduating in July 2025

NCCC is currently in the process of finalizing the mechanics behind returning the July classes to the status quo. The program is preparing communications for the July cohorts to update them on how they will be returned to the status quo, taking into consideration that their previous projects were discontinued and NCCC's current operational capacity.

Dated: July 3, 2025                                Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Civil Division, Federal Programs Branch

SARMAD KHOJASTEH
*Senior Counsel*
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Tel.: (202) 353-0261
Email: Sarmad.Khojasteh@usdoj.gov

PIERCE J. ANON
(N.Y. Bar No. 6184303)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel.: (202) 305-7573
Email: Pierce.Anon@usdoj.gov

*Attorneys for Defendants*

7