# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND; *et al.*,<br><br>     Plaintiffs,<br><br>     v.<br><br>CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, *operating as* AmeriCorps, *et al.*,<br><br>     Defendants. | Civ. No. 25-cv-01363 (DLB) |

## (PROPOSED) ORDER GRANTING DEFENDANTS' REQUEST TO MODIFY THE SCOPE OF THE PRELIMINARY INJUNCTION

Upon consideration of the Motion to Modify the Scope of the Preliminary Injunction filed by Defendants Corporation for National and Community Service ("AmeriCorps") and Jennifer Bastress Tahmasebi, it is hereby ORDERED that the Motion is GRANTED.

DATED this day _____, 2025, at _____.

BY THE COURT:

_____
Deborah L. Boardman
United States District Judge