IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND; STATE OF DELAWARE; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ARIZONA; STATE OF CONNECTICUT; DISTRICT OF COLUMBIA, STATE OF HAWAI'I; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR *ex rel.* Andy Beshear, in his official capacity as Governor of the COMMONWEALTH OF KENTUCKY; STATE OF MAINE; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; JOSH SHAPIRO, in his official capacity as Governor of the COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN;<br><br>Plaintiffs,<br><br>v.<br><br>CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, operating as AmeriCorps; and JENNIFER BASTRESS TAHMASEBI, in her official capacity as Interim Head of the Corporation for National and Community Service;<br><br>Defendants. | Civ. No. 25-cv-01363 (DLB) |

**(PROPOSED) ORDER FOR STATUS REPORT AND CONFERENCE**

Upon consideration of the Motion for Status Report or Conference filed by Plaintiffs State of Maryland; State of Delaware; State of California; State of Colorado; State of Arizona; State of Connecticut; District of Columbia; State of Hawai'i; State of Illinois; Office of the

1

Governor *ex rel.* Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky; State of Maine; Commonwealth of Massachusetts; People of the State of Michigan; State of Minnesota; State of Nevada; State of New Jersey; State of New Mexico; State of New York; State of North Carolina; State of Oregon; Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania; State of Rhode Island; State of Vermont; State of Washington; State of Wisconsin (the "Motion"), the parties' briefs, the exhibits to those submissions, and the entire record in this case, it is hereby ORDERED that the Motion is GRANTED and an Order is ENTERED as follows:

1. No later than July 15, 2025, Defendants SHALL FILE on the Court's electronic docket a Status Report that addresses whether they, their agents, and/or those acting in concert with them—most notably, the Office of Management and Budget (OMB)—have withheld or conditioned Fiscal Year (FY) 2025 funding for certain AmeriCorps programs. Specifically, the Status Report SHALL ANSWER the following questions:

    a. Has OMB communicated to Defendants that it will withhold or not release FY 2025 funding for AmeriCorps programs?

        i. If yes, explain which funding OMB has stated it will withhold, and any explanation OMB has provided as to why it is withholding such funding.

        ii. If no, explain why AmeriCorps grants have been designated as "funded pending release of FY25 appropriated dollars."

    b. Has OMB released FY 2025 funding for AmeriCorps Commission Investment Fund grants?

        i. If not, identify the programs for which funding has not been released.

    c. Has OMB released FY 2025 funding for AmeriCorps Foster Grandparent and Senior Companion programs?

        i. If not, identify the programs for which funding has not been released.

    d. Has OMB released FY 2025 funding for AmeriCorps State and National competitive grant programs approved by Defendants for the upcoming service year?

        i. If not, identify the programs for which funding has not been released.

    e. Will States' AmeriCorps formula grants have the same or similar condition attached as certain competitive grants, i.e. that they will be "funded pending release of FY 25 appropriated dollars"?

    f. Describe the efforts Defendants have taken to communicate with state commissions regarding the above issues.

2. The parties SHALL ATTEND a status conference at _____ on July \_\_, 2025, at the United States Courthouse, 6500 Cherrywood Lane Greenbelt, MD 20770, to address the matters described in Defendants' status report.

DATED this day _____, 2025, at _____.

                                                       BY THE COURT:

                                                       Deborah L. Boardman
                                                       United States District Judge