# ATTACHMENT A

**2025 AmeriCorps State and National Funding Status Chart**

**\* Funding may be up to the amounts listed below.**

| Application ID | Application Type | Legal Applicant | Program Name | Program Location State | Requested Funding | Requested MSY | Requested Slots | Funding Approved Up To | MSY Approved Up To | Slots Approved Up To | Funding Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 25AC271062 | N | CASA INC | New Americans Citizenship Project of MD | MD | $618,946 | 24.76 | 33 | $0 | 0 | 0 | Not Funded |
| 25AC271061 | N | Salisbury University | ShoreCorps | MD | $1,002,199 | 67.62 | 255 | $0 | 0 | 0 | Not Funded |
| 25AC270198 | C | The Maryland Institute | Community Art Collaborative | MD | $374,913 | 15 | 15 | $374,913 | 15 | 15 | Funded |
| 25AC269895 | R | Civic Works, Inc. | Civic Works Service Corps | MD | $504,500 | 20.18 | 59 | $0 | 0 | 0 | Not Funded |
| 25AC269786 | N | STATE OF MARYLAND DEPARTMENT OF NATURAL RESOURCES | Maryland Conservation Corps- MCC | MD | $1,049,996 | 42 | 42 | $0 | 0 | 0 | Not Funded |
| 25AC269679 | R | STATE OF MD | ASTAR Frostburg State University | MD | $688,114 | 29.23 | 80 | $688,114 | 29.23 | 80 | Funded pending release of FY 2025 appropriated dollars |
| 25ES269711 | C | University of Maryland Baltimore County | The Choice Program at UMBC | MD | $12,688 | 15.86 | 22 | $12,688 | 15.86 | 22 | Funded |
| 25AC270460 | N | Reading & Math, Inc. | Maryland Reading Corps | MD | $1,000,000 | 40 | 60 | $1,000,000 | 40 | 60 | Funded pending release of FY 2025 appropriated dollars |