# EXHIBIT J

**2025 AmeriCorps State and National Funding Status Chart**

* Funding may be up to the amounts listed below.

| Application ID | Application Type | Legal Applicant | Program Name | Program Location State | Requested Funding | Requested MSY | Requested Slots | Funding Approved Up To | MSY Approved Up To | Slots Approved Up To | Funding Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 25AC271062 | N | CASA INC | New Americans Citizenship Project of MD | MD | $618,946 | 24.76 | 33 | $0 | 0 | 0 | Not Funded |
| 25AC271061 | N | Salisbury University | ShoreCorps | MD | $1,002,199 | 67.62 | 255 | $0 | 0 | 0 | Not Funded |
| 25AC270198 | C | The Maryland Institute | Community Art Collaborative | MD | $374,913 | 15 | 15 | $374,913 | 15 | 15 | Funded |
| 25AC269895 | R | Civic Works, Inc. | Civic Works Service Corps | MD | $504,500 | 20.18 | 59 | $0 | 0 | 0 | Not Funded |
| 25AC269786 | N | STATE OF MARYLAND DEPARTMENT OF NATURAL RESOURCES | Maryland Conservation Corps- MCC | MD | $1,049,996 | 42 | 42 | $0 | 0 | 0 | Not Funded |
| 25AC269679 | R | STATE OF MD | ASTAR Frostburg State University | MD | $688,114 | 29.23 | 80 | $688,114 | 29.23 | 80 | Funded pending release of FY 2025 appropriated dollars |
| 25ES269711 | C | University of Maryland Baltimore County | The Choice Program at UMBC | MD | $12,688 | 15.86 | 22 | $12,688 | 15.86 | 22 | Funded |
| 25AC270460 | N | Reading & Math, Inc. | Maryland Reading Corps | MD | $1,000,000 | 40 | 60 | $1,000,000 | 40 | 60 | Funded pending release of FY 2025 appropriated dollars |

**2025 AmeriCorps State and National Funding Status Chart**

*\* Funding may be up to the amounts listed below.*

| Application ID | Application Type | Legal Applicant | Program Name | Program Location State | Requested Funding | Requested MSY | Requested Slots | Funding Approved Up To | MSY Approved Up To | Slots Approved Up To | Funding Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 25ES271237 | N | The Summer Learning Collaborative Inc | SummerCollab LitCorps | DE | $218,250 | 8.73 | 41 | $0 | 0 | 0 | Not Funded |
| 25ES270339 | N | Children's Beach House, Inc. | Children's Beach House, Inc. | DE | $387,500 | 15.5 | 20 | $0 | 0 | 0 | Not Funded |

**2025 AmeriCorps State and National Funding Status Chart**

* Funding may be up to the amounts listed below.

| Application ID | Application Type | Legal Applicant | Program Name | Program Location State | Requested Funding | Requested MSY | Requested Slots | Funding Approved Up To | MSY Approved Up To | Slots Approved Up To | Funding Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 25AC271495 | C | San Francisco Unified School District | SFUSD SCHOOL HEALTH PROGRAMS DEPARTMENT | CA | $667,149 | 26.79 | 44 | $667,149 | 26.79 | 44 | Funded |
| 25AC271453 | C | Napa County Office of Education | CalSERVES Expanded Learning (EXL) | CA | $708,158 | 30.8 | 38 | $708,158 | 30.8 | 38 | Funded |
| 25AC271440 | C | Prevent Child Abuse - California | Prevent Abuse Through Home Visitation (PATH) | CA | $649,999 | 26 | 32 | $649,999 | 26 | 32 | Funded |
| 25AC271423 | C | City of Ontario | Ontario Promise Corps | CA | $368,000 | 16 | 16 | $368,000 | 16 | 16 | Funded |
| 25AC270128 | R | community Partners | Changeist | CA | $750,000 | 30 | 30 | $0 | 0 | 0 | Not Funded |
| 25AC270122 | N | United Way of Monterey County | Monterey County Preschool Service Corps | CA | $500,000 | 20 | 23 | $500,000 | 20 | 23 | Funded pending release of FY 2025 appropriated dollars |
| 25AC270120 | N | LA WORKS | AmeriCorps Public Health | CA | $649,156 | 26 | 36 | $0 | 0 | 0 | Not Funded |
| 25AC270098 | R | Improve Your Tomorrow | IYT College Academy Planning Grant | CA | $4,697,853 | 187.92 | 190 | $0 | 0 | 0 | Not Funded |
| 25AC270062 | N | Sierra Nevada Alliance | Sierra Nevada AmeriCorps Partnership | CA | $650,000 | 26 | 26 | $0 | 0 | 0 | Not Funded |
| 25AC270035 | N | Safe Passages | Community Mental Health AmeriCorps | CA | $499,985 | 20 | 30 | $0 | 0 | 0 | Not Funded |
| 25AC270034 | R | Safe Passages | Elev8 Youth Program | CA | $708,309 | 28.38 | 48 | $0 | 0 | 0 | Not Funded |
| 25AC270020 | N | Safe Passages | Public Health AmeriCorps | CA | $499,985 | 20 | 26 | $0 | 0 | 0 | Not Funded |
| 25AC269911 | R | BAY AREA COMMUNITY RESOURCES, INC. | Sustainability Service Corps | CA | $1,125,000 | 45 | 45 | $0 | 0 | 0 | Not Funded |
| 25AC269901 | R | Child Abuse Prevention Council of Sacramento | CA Foster Youth Inititative | CA | $940,000 | 37.6 | 60 | $0 | 0 | 0 | Not Funded |
| 25AC269900 | R | Our City Forest | Our City Forest Program AmeriCorps | CA | $649,181 | 26 | 26 | $0 | 0 | 0 | Not Funded |
| 25AC269853 | N | Napa County Office of Education | CalSERVES VIP | CA | $1,699,999 | 68 | 68 | $0 | 0 | 0 | Not Funded |
| 25AC269821 | R | Youth Action Project, Incorporated | YOUTH ACTION PROJECT, INCORPORATED | CA | $525,000 | 21 | 36 | $0 | 0 | 0 | Not Funded |
| 25AC269800 | N | Regents of the University of California, The | GrizzlyCorps - Rural Climate Solutions | CA | $1,125,000 | 45 | 45 | $0 | 0 | 0 | Not Funded |
| 25AC269788 | R | Shasta County Child Abuse Prevention Coordinating Council | North State Rural AmeriCorps Hope Project | CA | $549,999 | 22 | 22 | $0 | 0 | 0 | Not Funded |
| 25AC269775 | R | JUDICIAL COUNCIL OF CALIFORNIA | California JusticeCorps | CA | $2,307,987 | 92.37 | 280 | $0 | 0 | 0 | Not Funded |
| 25AC269773 | N | Imperial County Office of Education | Borderlands | CA | $1,100,000 | 44 | 44 | $0 | 0 | 0 | Not Funded |
| 25AC269710 | N | Envisioneers Inc | Envisioneers Inc ELT | CA | $547,352 | 22 | 22 | $0 | 0 | 0 | Not Funded |
| 25AC269700 | R | San Diego County Office of Education | San Diego County Superintendent of Schools | CA | $875,000 | 35 | 35 | $875,000 | 35 | 35 | Funded pending release of FY 2025 appropriated dollars |
| 25AC269681 | R | Giants Community Fund | Giants Community Fund | CA | $670,306 | 27.57 | 130 | $0 | 0 | 0 | Not Funded |
| 25AC269591 | R | Breakthrough Silicon Valley | Breakthrough Silicon Valley | CA | $514,499 | 20.58 | 60 | $0 | 0 | 0 | Not Funded |
| 25AC269546 | N | Porterville Unified School District | Building Community, Changing Lives | CA | $1,487,500 | 59.5 | 85 | $0 | 0 | 0 | Not Funded |
| 25AC269498 | R | Child Abuse Prevention Council of Sacramento | Birth and Beyond | CA | $1,125,000 | 45 | 45 | $0 | 0 | 0 | Not Funded |
| 25AC269454 | R | LifeLong Medical Care | LifeLong AmeriCorps Health Fellows | CA | $500,000 | 20 | 20 | $500,000 | 20 | 20 | Funded pending release of FY 2025 appropriated dollars |
| 25AC269451 | N | GRID Alternatives | GRID Alternatives California SolarCorps | CA | $915,755 | 37 | 37 | $0 | 0 | 0 | Not Funded |
| 25AC269374 | R | Strategic Energy Innovations | CCEO | CA | $800,000 | 32 | 32 | $0 | 0 | 0 | Not Funded |
| 25ES269907 | R | Impact Justice | California Justice Leaders - Fixed Amount | CA | $827,500 | 33.1 | 63 | $827,500 | 33.1 | 63 | Funded pending release of FY 2025 appropriated dollars |
| 25ES269843 | R | Interval House | Interval House - Housing Opportunity & Access Program | CA | $500,000 | 20 | 20 | $0 | 0 | 0 | Not Funded |
| 25ES269289 | N | Public Health Institute | CivicSpark California | CA | $2,750,000 | 110 | 110 | $0 | 0 | 0 | Not Funded |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 25AC270148 | N | American National Red Cross, The | CA AmeriCorps Disaster Team - American National Red Cross | CA | $500,000 | 20 | 20 | $0 | 0 | 0 Not Funded |
| 25AC269316 | R | Jumpstart for Young Children, Inc. | Jumpstart California | CA | $2,434,162 | 105.76 | 496 | $2,434,162 | 105.76 | 496 Funded pending release of FY 2025 appropriated dollars |
| 25ES269474 | R | CITY YEAR, INC. | City Year Sacramento II | CA | $1,400,000 | 56 | 56 | $0 | 0 | 0 Not Funded |
| 25ES269674 | N | NOTRE DAME MISSION VOLUNTEER CORPORATION | Notre Dame Mission Volunteers, Inc. | CA | $993,987 | 40 | 44 | $0 | 0 | 0 Not Funded |
| 25AC269523 | R | Reading & Math, Inc. | California Reading and Math Corps | CA | $4,800,500 | 192.02 | 316 | $4,800,500 | 192.02 | 316 Funded pending release of FY 2025 appropriated dollars |
| 25AC269954 | R | Up2Us, Inc | Up2Us Sports AmeriCorps Coach Program, California | CA | $558,500 | 22.34 | 80 | $0 | 0 | 0 Not Funded |

**2025 AmeriCorps State and National Funding Status Chart**

* Funding may be up to the amounts listed below.

| Application ID | Application Type | Legal Applicant | Program Name | Program Location State | Requested Funding | Requested MSY | Requested Slots | Funding Approved Up To | MSY Approved Up To | Slots Approved Up To | Funding Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 25ES270388 | N | Public Health Institute | CivicSpark Colorado Program | CO | $500,000 | 20 | 20 | $0 | 0 | 0 | Not Funded |
| 25AC270974 | N | United Way of Southwest Colorado Inc | Team UP AmeriCorps | CO | $299,999 | 12 | 16 | $0 | 0 | 0 | Not Funded |
| 25AC270311 | N | Bright Futures | Bright Futures | CO | $174,999 | 7 | 7 | $0 | 0 | 0 | Not Funded |
| 25AC270094 | N | Metro Volunteers | Competitive Application | CO | $222,625 | 9.1 | 30 | $0 | 0 | 0 | Not Funded |
| 25AC270087 | N | Trailhead Institute | Competitive Application | CO | $595,000 | 23.8 | 34 | $0 | 0 | 0 | Not Funded |
| 25AC269960 | N | Mountain Roots Food Project | Mountain Roots Healthy Futures | CO | $599,998 | 24 | 24 | $0 | 0 | 0 | Not Funded |
| 25AC269841 | N | Colorado Youth for a Change | Corps for a Change | CO | $699,999 | 28 | 40 | $0 | 0 | 0 | Not Funded |
| 25AC269835 | R | LA PUENTE HOME INC | Rural Alliance for Dignity | CO | $1,025,000 | 41 | 60 | $0 | 0 | 0 | Not Funded |
| 25AC269797 | C | Colorado Youth for a Change | Colorado Reading Corps - Cost Reimbursement | CO | $2,624,055 | 105 | 150 | $2,624,055 | 105 | 150 | Funded |
| 25AC269796 | R | Colorado Youth for a Change | Colorado Math Corps | CO | $699,926 | 28 | 40 | $0 | 0 | 0 | Not Funded |
| 25AC269562 | N | Parent Possible | Colorado HIPPY Corps | CO | $373,329 | 15 | 30 | $0 | 0 | 0 | Not Funded |
| 25ES270250 | C | Colorado Youth Corps Association | Youth Corps for Colorado | CO | $3,997,750 | 159.91 | 474 | $3,997,750 | 159.91 | 474 | Funded |
| 25ES270238 | C | Colorado Alliance for Environmental Education | eeCORPS | CO | $456,420 | 18.3 | 21 | $456,420 | 18.3 | 21 | Funded |
| 25ES268874 | R | Colorado Youth Corps Association | Colorado Community Corps | CO | $2,910,106 | 161.98 | 471 | $0 | 0 | 0 | Not Funded |
| 25ES269049 | R | CITY YEAR, INC. | City Year Denver FPG | CO | $1,800,000 | 72 | 72 | $1,800,000 | 72 | 72 | Funded pending release of FY 2025 appropriated dollars |
| 25AC270160 | N | ArtistYear | ArtistYear CO | CO | $1,150,000 | 46 | 58 | $0 | 0 | 0 | Not Funded |

**2025 AmeriCorps State and National Funding Status Chart**

*\* Funding may be up to the amounts listed below.*

| Application ID | Application Type | Legal Applicant | Program Name | Program Location State | Requested Funding | Requested MSY | Requested Slots | Funding Approved Up To | MSY Approved Up To | Slots Approved Up To | Funding Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 25AC271322 | R | West Valley Health Equity | West Valley Health Equity | AZ | $370,000 | 15 | 15 | $0 | 0 | 0 | Not Funded |
| 25AC271119 | N | Arizona State University | Enhancing Youth Connectedness through Relational Health Inte | AZ | $600,000 | 24 | 48 | $0 | 0 | 0 | Not Funded |
| 25AC271057 | N | Teen Pathways Alliance | Teen Pathways Alliance | AZ | $371,207 | 15 | 15 | $0 | 0 | 0 | Not Funded |
| 25AC271047 | C | Arizona Corporation Commission | Protecting Vulnerable Adults From Investment Fraud | AZ | $34,761 | 1.5 | 3 | $34,761 | 1.5 | 3 | Funded |
| 25AC271013 | C | Hushabye Nursery | Hushabye Nursery | AZ | $349,976 | 14 | 25 | $349,976 | 14 | 25 | Funded |
| 25AC270962 | N | Prescott College Inc | AZ Serve: Public Health Corps + PHA to ASN Conversion | AZ | $503,000 | 20.12 | 46 | $0 | 0 | 0 | Not Funded |
| 25AC270843 | C | NORTHERN ARIZONA UNIVERSITY | AmeriCorps NAU Student Retention Project | AZ | $639,500 | 25.58 | 99 | $639,500 | 25.58 | 99 | Funded |
| 25AC270841 | C | NORTHERN ARIZONA UNIVERSITY | Arizona Teacher Residency | AZ | $700,000 | 28 | 40 | $700,000 | 28 | 40 | Funded |
| 25AC270632 | R | LIVE THE SOLUTION | Live the Solution DBA Earn to Learn | AZ | $466,702 | 18.67 | 49 | $0 | 0 | 0 | Not Funded |
| 25AC270481 | C | Judiciary Courts of the State of Arizona | Arizona Supreme Court, Administrative Office of the Courts | AZ | $214,102 | 8.57 | 38 | $214,102 | 8.57 | 38 | Funded |
| 25AC270416 | N | Boys and Girls Clubs of the Colorado River | Pathways to Success: Empowering Youth Through Mentorship | AZ | $187,500 | 7.5 | 15 | $0 | 0 | 0 | Not Funded |
| 25AC270252 | C | Maggie's Place Inc | Maggie's Place IV | AZ | $524,997 | 21 | 22 | $524,997 | 21 | 22 | Funded |
| 25AC270187 | N | NORTHERN ARIZONA UNIVERSITY | Health Workforce Leaders + PHA to ASN Conversion | AZ | $874,735 | 34.99 | 129 | $0 | 0 | 0 | Not Funded |
| 25ES270073 | C | University of Arizona | Arizona Board of Regents, University of Arizona VIII | AZ | $438,500 | 17.54 | 72 | $438,500 | 17.54 | 72 | Funded |
| 25ES270473 | C | Conservation Legacy | Arizona Conservation Corps AmeriCorps Program | AZ | $1,387,360 | 61.55 | 163 | $1,387,360 | 61.55 | 163 | Funded |

**2025 AmeriCorps State and National Funding Status Chart**

*\* Funding may be up to the amounts listed below.*

| Application ID | Application Type | Legal Applicant | Program Name | Program Location State | Requested Funding | Requested MSY | Requested Slots | Funding Approved Up To | MSY Approved Up To | Slots Approved Up To | Funding Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 25AC269637 | N | National Lead for America Inc | American Connection Corps - Kentucky | KY | $200,000 | 8 | 8 | $0 | 0 | 0 | Not Funded |
| 25AC270915 | N | Kentucky Health Departments Association, Inc. | Kentucky Public Health AmeriCorps + PHA to ASN Conversion | KY | $837,500 | 33.5 | 40 | $0 | 0 | 0 | Not Funded |
| 25AC269548 | N | Family Scholar House, Inc | FSH Kentucky Public Health AmeriCorps +PHA to ASN Conversion | KY | $2,550,902 | 123.23 | 295 | $0 | 0 | 0 | Not Funded |
| 25AC269493 | N | Hindman Settlement School | Hindman Settlement School Math Corps | KY | $750,000 | 30 | 30 | $0 | 0 | 0 | Not Funded |
| 25AC269398 | C | Partners for Rural Impact, Inc | PartnerCorps PRI | KY | $1,112,031 | 48.35 | 66 | $1,112,031 | 48.35 | 66 | Funded |
| 25AC269385 | C | GLOBAL GAME CHANGERS CHILDRENS EDUCATION INITIATIVE INC | Global Game Changers Expanded Learning | KY | $148,417 | 6 | 6 | $148,417 | 6 | 6 | Funded |
| 25AC269382 | N | YOUNG ADULT DEVELOPMENT IN ACTN INC | YouthBuild Urban Conservation Corps | KY | $450,000 | 18 | 28 | $0 | 0 | 0 | Not Funded |
| 25AC269192 | C | Hindman Settlement School | ReadingCorps | KY | $1,112,703 | 45 | 45 | $1,112,703 | 45 | 45 | Funded |
| 25AC268912 | N | JEFFERSON COUNTY BOARD OF EDUCATION | REACH Corps | KY | $237,500 | 9.5 | 19 | $0 | 0 | 0 | Not Funded |
| 25AC268898 | C | NORTHERN KENTUCKY UNIVERSITY RESEARCH FOUNDATION INC | Kentucky College Coaches | KY | $1,950,000 | 78 | 156 | $1,950,000 | 78 | 156 | Funded |
| 25ES270114 | N | Teach Kentucky Inc | Teach Kentucky, Inc. | KY | $100,000 | 100 | 100 | $0 | 0 | 0 | Not Funded |
| 25ES269545 | R | HOMELESS & HOUSING COALITION OF KENTUCKY | Homes for All AmeriCorps | KY | $900,000 | 36 | 37 | $0 | 0 | 0 | Not Funded |
| 25ES269261 | N | Ohio Valley Educational Cooperative | Ohio Valley Educational Cooperative | KY | $990,500 | 39.62 | 83 | $0 | 0 | 0 | Not Funded |
| 25ES269109 | C | UNLAWFUL NARCOTICS INVESTIGATIONS, TREATMENT AND EDUCATION, INC. | Operation UNITE Service Corps | KY | $1,085,000 | 43.4 | 62 | $1,085,000 | 43.4 | 62 | Funded |
| 25ES269016 | R | CHRISTIAN APPALACHIAN PROJECT, INC. | Christian Appalachian Project AmeriCorps | KY | $853,500 | 34.14 | 97 | $0 | 0 | 0 | Not Funded |

**2025 AmeriCorps State and National Funding Status Chart**

* Funding may be up to the amounts listed below.

| Application ID | Application Type | Legal Applicant | Program Name | Program Location State | Requested Funding | Requested MSY | Requested Slots | Funding Approved Up To | MSY Approved Up To | Slots Approved Up To | Funding Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 25AC271549 | N | Agents of Hope Training&Information Center | AmeriCorps Program | IL | $149,504 | 6 | 6 | $0 | 0 | 0 | Not Funded |
| 25AC271278 | N | Lessie Bates Davis Neighborhood House, Inc. | Lessie Bates Davis Neighborhood House, Inc. | IL | $1,587,837 | 63.63 | 154 | $0 | 0 | 0 | Not Funded |
| 25AC271263 | C | University of Chicago | AmeriCorps Comprehensive Care, Community, & Culture Program | IL | $449,987 | 18 | 18 | $449,987 | 18 | 18 | Funded |
| 25AC271132 | N | Erie Family Health Center | Erie Family Health Centers | IL | $200,000 | 8 | 8 | $0 | 0 | 0 | Not Funded |
| 25AC271131 | N | BEDS Plus, Inc. | BEDS Plus, Inc. | IL | $200,004 | 8 | 8 | $0 | 0 | 0 | Not Funded |
| 25AC271118 | N | Chicago Debate Commission | Chicago Debate Commission | IL | $110,700 | 4.43 | 15 | $0 | 0 | 0 | Not Funded |
| 25AC271074 | N | Association House of Chicago | Association House of Chicago | IL | $200,000 | 8 | 8 | $0 | 0 | 0 | Not Funded |
| 25AC271012 | C | IL Bar Foundation | Illinois JusticeCorps | IL | $455,137 | 20.67 | 32 | $455,137 | 20.67 | 32 | Funded |
| 25AC270848 | N | Concordia Place | Concordia Place AmeriCorps Program Year 1 | IL | $175,000 | 7 | 10 | $0 | 0 | 0 | Not Funded |
| 25AC270830 | C | Western Illinois University | Peace Corps Fellows/AmeriCorps Program | IL | $137,619 | 6 | 9 | $137,619 | 6 | 9 | Funded |
| 25AC270821 | N | Youth & Opportunity United, Inc. | Y.O.U.th Serve Evanston and Skokie | IL | $277,426 | 9 | 9 | $0 | 0 | 0 | Not Funded |
| 25AC271301 | N | National Lead for America Inc | American Connection Corps - Illinois | IL | $500,000 | 20 | 20 | $0 | 0 | 0 | Not Funded |
| 25AC270917 | C | Up2Us, Inc | Up2Us Sports AmeriCorps Coach Program- Illinois | IL | $300,000 | 12 | 15 | $300,000 | 12 | 15 | Funded |
| 25AC271311 | C | Public Allies Inc | Public Allies Chicago | IL | $800,000 | 32 | 32 | $800,000 | 32 | 32 | Funded |

**2025 AmeriCorps State and National Funding Status Chart**

*\* Funding may be up to the amounts listed below.*

| Application ID | Application Type | Legal Applicant | Program Name | Program Location State | Requested Funding | Requested MSY | Requested Slots | Funding Approved Up To | MSY Approved Up To | Slots Approved Up To | Funding Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 25AC271279 | R | Playworks Education Energized | Playworks New England | MA | $400,000 | 16 | 16 | $0 | 0 | 0 | Not Funded |
| 25AC271481 | C | Central Berkshire Habitat for Humanity, Inc | Central Berkshire Habitat for Humanity | MA | $214,999 | 9.1 | 11 | $214,999 | 9.1 | 11 | Funded |
| 25AC271430 | N | CITIZEN SCHOOLS INC | Citizen Schools Massachusetts | MA | $250,000 | 10 | 10 | $0 | 0 | 0 | Not Funded |
| 25AC271421 | N | BOSTON MEDICAL CENTER CORPORATION | Boston Medical Center AmeriCorps Intermediary Program | MA | $237,770 | 10.29 | 27 | $0 | 0 | 0 | Not Funded |
| 25AC271238 | R | Springfield College | Springfield College AmeriCorps Program | MA | $615,739 | 24.63 | 68 | $615,739 | 24.63 | 68 | Funded pending release of FY 2025 appropriated dollars |
| 25AC271218 | R | Barnstable, County of | AmeriCorps Cape Cod | MA | $499,934 | 20 | 20 | $0 | 0 | 0 | Not Funded |
| 25AC271212 | R | Trustees of Boston University | College Advising Corps - Boston University | MA | $899,875 | 36 | 36 | $899,875 | 36 | 36 | Funded pending release of FY 2025 appropriated dollars |
| 25AC271167 | N | Neighborhealth Corporation | Public Health Corps East Boston+PHA to ASN conversion | MA | $300,000 | 12 | 12 | $0 | 0 | 0 | Not Funded |
| 25AC271157 | R | Trustees of Clark University | Main South Teacher Residency Program | MA | $799,972 | 32 | 32 | $0 | 0 | 0 | Not Funded |
| 25AC271122 | R | Social Capital Inc. | SCI AmeriCorps Program | MA | $450,000 | 18 | 18 | $0 | 0 | 0 | Not Funded |
| 25AC271097 | N | Framingham State University | Framingham Teacher Residency AmeriCorps Program | MA | $500,000 | 20 | 20 | $0 | 0 | 0 | Not Funded |
| 25AC271093 | N | FRANKLIN COUNTY D.I.A.L S.E.L.F INC | DIAL/SELF AmeriCorps Program | MA | $489,682 | 19.59 | 24 | $0 | 0 | 0 | Not Funded |
| 25AC270883 | C | Massachusetts Immigrant and Refugee Advocacy Coalition, INC | NAIP | MA | $644,000 | 27 | 28 | $644,000 | 27 | 28 | Funded |
| 25AC269774 | C | Northeastern University | Massachusetts Promise Fellowship Program | MA | $651,427 | 30 | 30 | $651,427 | 30 | 30 | Funded |
| 25AC269471 | C | CITY YEAR, INC. | City Year Boston | MA | $4,400,000 | 176 | 185 | $4,400,000 | 176 | 185 | Funded |
| 25AC269313 | R | Jumpstart for Young Children, Inc. | Jumpstart Massachusetts | MA | $2,060,408 | 93.7 | 439 | $2,060,408 | 93.7 | 439 | Funded pending release of FY 2025 appropriated dollars |
| 25ES271163 | R | BPE, Inc. | Boston Promise AmeriCorps Program | MA | $900,000 | 36 | 36 | $0 | 0 | 0 | Not Funded |
| 25ES271127 | N | Boston Health Care for the Homeless Program | Boston Healthcare for the Homeless Program+PHAtoASN Conversi | MA | $400,000 | 16 | 16 | $400,000 | 16 | 16 | Funded pending release of FY 2025 appropriated dollars |
| 25ES271087 | R | South Coastal Counties Legal Services, Inc. | AmeriCorps Legal Advocates of Massachusetts | MA | $828,000 | 36 | 36 | $0 | 0 | 0 | Not Funded |
| 25ES271124 | R | TerraCorps, Inc. | TerraCorps MA - Fixed | MA | $1,000,000 | 40 | 40 | $1,000,000 | 40 | 40 | Funded pending release of FY 2025 appropriated dollars |
| 25ES269623 | R | THE STUDENT CONSERVATION ASSOCIATION, INC. | SCA Massachusetts Conservation Corps | MA | $250,000 | 10 | 20 | $0 | 0 | 0 | Not Funded |
| 25ES269432 | C | THE STUDENT CONSERVATION ASSOCIATION, INC. | SCA Historic Preservation in Public Lands | MA | $400,000 | 16 | 16 | $400,000 | 16 | 16 | Funded |

**2025 AmeriCorps State and National Funding Status Chart**

* Funding may be up to the amounts listed below.

| Application ID | Application Type | Legal Applicant | Program Name | Program Location State | Requested Funding | Requested MSY | Requested Slots | Funding Approved Up To | MSY Approved Up To | Slots Approved Up To | Funding Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 25AC271326 | N | National Lead for America Inc | American Connection Corps - Michigan | MI | $375,000 | 15 | 15 | $0 | 0 | 0 | Not Funded |
| 25AC269608 | N | Family Scholar House, Inc | FSH HealthCorps MI | MI | $815,669 | 32.67 | 70 | $0 | 0 | 0 | Not Funded |
| 25ES269752 | R | CITY YEAR, INC. | City Year Detroit FPG | MI | $3,125,000 | 125 | 125 | $3,125,000 | 125 | 125 | Funded pending release of FY 2025 appropriated dollars |
| 25AC270242 | C | Michigan College Access Network | Michigan College Access Network - AdviseMI | MI | $1,144,681 | 56 | 56 | $1,144,681 | 56 | 56 | Funded |
| 25AC270143 | N | Luella Hannan Memorial Foundation | Hannan Foundation AmeriCorps Program | MI | $249,946 | 10 | 20 | $0 | 0 | 0 | Not Funded |
| 25AC270138 | N | Eastern Michigan University | Returning Citizens AmeriCorps Program | MI | $146,499 | 5.86 | 19 | $0 | 0 | 0 | Not Funded |
| 25AC270134 | N | Michigan State University | MSU 4-H HealthCorps AmeriCorps | MI | $374,949 | 15 | 15 | $0 | 0 | 0 | Not Funded |
| 25AC270068 | C | Michigan Coalition Against Homelessness | Michigan Coalition Against Homelessness AmeriCorps Program | MI | $305,063 | 14 | 16 | $305,063 | 14 | 16 | Funded |
| 25AC270037 | C | United Way of Genesee County | Flint Urban Safety and Health Corps | MI | $494,827 | 20 | 24 | $494,827 | 20 | 24 | Funded |
| 25AC270024 | C | CHILD AND FAMILY SERVICES OF NORTHWESTERN MICHIGAN, INC | YouthWork Conservation Corps | MI | $844,793 | 33.81 | 115 | $844,793 | 33.81 | 115 | Funded |
| 25AC269984 | N | Michigan State University | MSU College Advising Corps | MI | $1,124,995 | 45 | 45 | $1,124,995 | 45 | 45 | Funded pending release of FY 2025 appropriated dollars |
| 25AC269965 | N | Community Economic Development | AmeriCorps Intermediary Program | MI | $774,790 | 31 | 31 | $0 | 0 | 0 | Not Funded |
| 25AC269950 | N | Hope Network West Michigan | MEC Math Corps and MEC Scholars AmeriCorps Programs | MI | $832,582 | 33.38 | 117 | $0 | 0 | 0 | Not Funded |
| 25AC269947 | N | Wayne State University | AmeriCorps READY | MI | $260,241 | 10.42 | 20 | $0 | 0 | 0 | Not Funded |
| 25AC269937 | N | MICHIGAN DEPARTMENT OF ENVIRONMENT, GREAT LAKES, AND ENERGY | MI Healthy Climate Corps | MI | $1,249,963 | 50 | 50 | $0 | 0 | 0 | Not Funded |
| 25AC269929 | N | Wayne State University | AmeriCorps Community Training for Overdose Rescue | MI | $251,248 | 10.05 | 38 | $0 | 0 | 0 | Not Funded |
| 25AC269860 | N | Cherry Street Services Inc | Cherry Health AmeriCorps (CHAC2) | MI | $499,197 | 20 | 20 | $0 | 0 | 0 | Not Funded |
| 25AC269856 | N | COUNTY OF INGHAM | Ingham County Public Health Corps | MI | $299,566 | 12 | 12 | $0 | 0 | 0 | Not Funded |
| 25AC269811 | C | Michigan College Access Network | College Completion Corps AmeriCorps Program | MI | $574,585 | 26 | 26 | $574,585 | 26 | 26 | Funded |
| 25AC269794 | R | Wayne State University | AmeriCorps Urban Safety Program | MI | $1,307,452 | 52.34 | 109 | $0 | 0 | 0 | Not Funded |
| 25AC269738 | C | Hope Network West Michigan | MEC Reading Corps | MI | $1,921,736 | 76.91 | 128 | $1,921,736 | 76.91 | 128 | Funded |
| 25AC269691 | C | CITY OF ANN ARBOR | Ann Arbor Climate Corps | MI | $249,843 | 10 | 10 | $249,843 | 10 | 10 | Funded |
| 25AC269687 | C | Albion College | Albion College AmeriCorps | MI | $403,496 | 16.14 | 75 | $403,496 | 16.14 | 75 | Funded |
| 25AC269661 | N | Crim Fitness Foundation | Crim Sports Corps | MI | $245,744 | 10 | 12 | $0 | 0 | 0 | Not Funded |
| 25AC269638 | R | Peckham Vocational Industries, Inc. | Economic Opportunity Coaching Program | MI | $200,437 | 8.02 | 13 | $0 | 0 | 0 | Not Funded |
| 25AC269601 | C | URBAN NEIGHBORHOOD INITIATIVES INC | Detroit AmeriCorps Youth Success Program | MI | $288,416 | 12.5 | 25 | $288,416 | 12.5 | 25 | Funded |
| 25AC269754 | N | FoodCorps, Inc | FoodCorps, Inc. | MI | $250,000 | 10 | 10 | $0 | 0 | 0 | Not Funded |

**2025 AmeriCorps State and National Funding Status Chart**

\* Funding may be up to the amounts listed below.

| Application ID | Application Type | Legal Applicant | Program Name | Program Location State | Requested Funding | Requested MSY | Requested Slots | Funding Approved Up To | MSY Approved Up To | Slots Approved Up To | Funding Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 25AC270100 | N | Improve Your Tomorrow | Improve Your Tomorrow | MN | $475,000 | 19 | 19 | $0 | 0 | 0 | Not Funded |
| 25AC270797 | C | Ecolibrium3 | Ecolibrium3 | MN | $437,495 | 17.5 | 26 | $437,495 | 17.5 | 26 | Funded |
| 25AC270738 | C | Duluth Area Family Y.M.C.A. | True North AmeriCorps- | MN | $577,280 | 35 | 69 | $577,280 | 35 | 69 | Funded |
| 25AC270531 | C | Minnesota Alliance With Youth | Statewide AmeriCorps Promise Fellows | MN | $2,524,262 | 101.08 | 175 | $2,524,262 | 101.08 | 175 | Funded |
| 25AC270055 | R | St. Paul Neighborhood Network | Community Technology Empowerment Project | MN | $690,852 | 28 | 28 | $690,852 | 28 | 28 | Funded pending release of FY 2025 appropriated dollars |
| 25AC269951 | C | Minnesota Pollution Control Agency | Minnesota GreenCorps | MN | $1,162,291 | 58 | 58 | $1,162,291 | 58 | 58 | Funded |
| 25AC269810 | R | College Possible | Admission Possible | MN | $1,812,411 | 72.5 | 80 | $0 | 0 | 0 | Not Funded |
| 25AC269705 | N | Reading & Math, Inc. | Heading Home Corps - ASN | MN | $3,125,000 | 125 | 125 | $0 | 0 | 0 | Not Funded |
| 25AC269448 | C | Reading & Math, Inc. | Recovery Corps | MN | $3,125,000 | 125 | 125 | $3,125,000 | 125 | 125 | Funded |
| 25AC269447 | C | Reading & Math, Inc. | Reading & Math Corps - Metro MN | MN | $15,750,000 | 630 | 970 | $15,750,000 | 630 | 970 | Funded |
| 25AC269446 | C | Reading & Math, Inc. | Reading & Math Corps - Northern MN | MN | $5,850,000 | 234 | 360 | $5,850,000 | 234 | 360 | Funded |
| 25AC269444 | C | Reading & Math, Inc. | Total Learning Classroom | MN | $1,820,000 | 72.8 | 104 | $1,820,000 | 72.8 | 104 | Funded |
| 25AC269443 | R | Reading & Math, Inc. | Reading & Math Corps - Southern MN | MN | $8,750,000 | 350 | 544 | $8,750,000 | 350 | 544 | Funded pending release of FY 2025 appropriated dollars |
| 25AC269278 | R | Breakthrough Twin Cities | Breakthrough Twin Cities | MN | $359,750 | 14.39 | 68 | $0 | 0 | 0 | Not Funded |
| 25ES270808 | C | Twin Cities Habitat for Humanity, Inc. | MN Habitat for Humanity AmeriCorps Program | MN | $612,500 | 24.5 | 37 | $612,500 | 24.5 | 37 | Funded |
| 25ES270052 | R | CONSERVATION CORPS | Conservation Corps MN | MN | $2,752,500 | 110.1 | 149 | $0 | 0 | 0 | Not Funded |
| 25ES270887 | C | TEACH FOR AMERICA INC | Teach For America Twin Cities | MN | $46,000 | 46 | 46 | $0 | 46 | 46 | Funded |

**2025 AmeriCorps State and National Funding Status Chart**

\* Funding may be up to the amounts listed below.

| Application ID | Application Type | Legal Applicant | Program Name | Program Location State | Requested Funding | Requested MSY | Requested Slots | Funding Approved Up To | MSY Approved Up To | Slots Approved Up To | Funding Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 25ES270199 | C | CITY YEAR, INC. | City Year New York FPG | NY | $4,600,000 | 184 | 198 | $4,600,000 | 184 | 198 | Funded |
| 25AC270864 | N | CITY OF ROCHESTER CITY HALL | Flower City Public Health Corps + PHA to ASN Conversion | NY | $605,396 | 27 | 30 | $0 | 0 | 0 | Not Funded |
| 25AC270832 | C | Sunset Park Health Council, Inc. | Sunset Park AmeriCorps | NY | $268,862 | 10.79 | 13 | $268,862 | 10.79 | 13 | Funded |
| 25AC270831 | N | Camphill Ghent | Camphill Ghent | NY | $110,027 | 10.5 | 15 | $0 | 0 | 0 | Not Funded |
| 25AC270801 | N | Rural Health Network of SCNY, Inc., The | Rural Health Network of South Central New York + PHA to ASN | NY | $606,147 | 24.25 | 44 | $0 | 0 | 0 | Not Funded |
| 25AC270656 | R | Cypress Hills Local Development Corp | East Brooklyn Collaborative for Youth Development | NY | $288,023 | 13.71 | 29 | $0 | 0 | 0 | Not Funded |
| 25AC270654 | N | Ronald McDonald House of New York, Inc. | Improving Child Health Through Integrated Systems+ PHA to ASN | NY | $250,000 | 10 | 10 | $0 | 0 | 0 | Not Funded |
| 25AC270362 | N | Wayne County Action Program, Inc. | Finger Lakes Living Healthy | NY | $254,497 | 10.18 | 32 | $0 | 0 | 0 | Not Funded |
| 25AC270305 | N | New York City Housing Authority | NYCHA Health Corps | NY | $612,500 | 24.5 | 35 | $0 | 0 | 0 | Not Funded |
| 25AC270273 | N | Community Health Care Association of New York State, Inc. | CHCANYS Public Health AmeriCorps | NY | $1,625,000 | 65 | 65 | $0 | 0 | 0 | Not Funded |
| 25AC270271 | R | THE SERVICE COLLABORATIVE OF WNY INC | ABLE Early Childhood Program | NY | $735,186 | 29.41 | 71 | $0 | 0 | 0 | Not Funded |
| 25AC270127 | N | TEACHMEducation Group Inc | AppleCORE (Community of Rising Educators) | NY | $1,250,000 | 50 | 50 | $0 | 0 | 0 | Not Funded |
| 25ES270908 | N | St. Nicks Alliance Corp. | St. Nicks Alliance Corp. | NY | $550,000 | 22 | 34 | $0 | 0 | 0 | Not Funded |
| 25ES270866 | R | City of New York Office of Mayor | NYC Civic Corps | NY | $2,800,000 | 112 | 160 | $0 | 0 | 0 | Not Funded |
| 25ES270744 | N | THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK | Empire State Corps | NY | $3,703,670 | 148.15 | 700 | $3,703,670 | 148.15 | 700 | Funded pending release of FY 2025 appropriated dollars |
| 25ES270650 | C | Relay Graduate School of Education | AmeriCorps Relay Teaching Program New York (ARTPNY) | NY | $0 | 130 | 130 | $0 | 130 | 130 | Funded |
| 25ES269976 | R | THE STUDENT CONSERVATION ASSOCIATION, INC. | SCA NY AmeriCorps - For Formula Submission | NY | $1,425,000 | 57 | 69 | $1,425,000 | 57 | 69 | Funded pending release of FY 2025 appropriated dollars |

**2025 AmeriCorps State and National Funding Status Chart**

\* Funding may be up to the amounts listed below.

| Application ID | Application Type | Legal Applicant | Program Name | Program Location State | Requested Funding | Requested MSY | Requested Slots | Funding Approved Up To | MSY Approved Up To | Slots Approved Up To | Funding Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 25ES268534 | R | CITY YEAR, INC. | City Year Seattle | WA | $1,750,000 | 70 | 70 | $1,750,000 | 70 | 70 | Funded pending release of FY 2025 appropriated dollars |
| 25AC269144 | R | College Possible | College Possible - Washington | WA | $620,028 | 25 | 25 | $0 | 0 | 0 | Not Funded |
| 25ES269092 | C | THE STUDENT CONSERVATION ASSOCIATION, INC. | SCA Washington AmeriCorps | WA | $260,500 | 10.42 | 20 | $260,500 | 10.42 | 20 | Funded |
| 25AC269107 | C | Educational Service District 101 | Spokane Service Team | WA | $366,955 | 18.12 | 50 | $366,955 | 18.12 | 50 | Funded |
| 25ES269350 | R | VETERANS AFFAIRS WASHINGTON STATE DEPARTMENT | Vet Corps Washington | WA | $1,152,600 | 50 | 50 | $0 | 0 | 0 | Not Funded |
| 25ES269342 | R | STATE OF WASHINGTON | Washington Conservation Corps | WA | $3,563,135 | 285 | 285 | $0 | 0 | 0 | Not Funded |
| 25ES269284 | C | EarthCorps | EarthCorps Corps Program | WA | $860,000 | 40 | 40 | $860,000 | 40 | 40 | Funded |
| 25ES268791 | R | United Way of King County | United Way of King County (UWKC) | WA | $1,000,000 | 40 | 40 | $0 | 0 | 0 | Not Funded |
| 25ES268747 | C | WASHINGTON STATE DEPARTMENT OF EMPLOYMENT SECURITY | Washington Reading Corps-Fixed | WA | $1,742,680 | 76 | 76 | $1,742,680 | 76 | 76 | Funded |
| 25ES268744 | C | WASHINGTON STATE DEPARTMENT OF EMPLOYMENT SECURITY | Washington Service Corps | WA | $7,269,300 | 450 | 450 | $7,269,300 | 450 | 450 | Funded |