IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STATE OF MARYLAND, et al.,

    *Plaintiffs*,

v.

CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, *operating as* AMERICORPS, et al.,

    *Defendants*.

No. 1:25-cv-01363-DLB

**ORDER GRANTING PLAINTIFF STATES' CONSENT MOTION TO EXCEED PAGE LIMIT AND TO SET BRIEFING SCHEDULE**

Upon consideration of Plaintiff States' Consent Motion to Exceed Page Limit and Set Briefing Schedule, and the record in this case, it is hereby ORDERED that the Motion is GRANTED and the Court ORDERS that the parties shall file their forthcoming briefs with specified page limits as follows:

1. August 7, 2025 - Plaintiffs file Motion for Preliminary Injunction, 40 pages
2. August 28, 2025 - Defendants file Response, 40 pages
3. September 4, 2025 - Plaintiffs file Reply, 20 pages

DATED: August 5, 2025                                           .

                                                  BY THE COURT:

                                                Deborah L. Boardman
                                                United States District Judge