IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND; STATE OF DELAWARE; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ARIZONA; STATE OF CONNECTICUT; DISTRICT OF COLUMBIA, STATE OF HAWAI'I; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR *ex rel.* Andy Beshear, in his official capacity as Governor of the COMMONWEALTH OF KENTUCKY; STATE OF MAINE; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; JOSH SHAPIRO, in his official capacity as Governor of the COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN;<br><br>        Plaintiffs,<br><br>    v.<br><br>CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, operating as AmeriCorps; and JENNIFER BASTRESS TAHMASEBI, in her official capacity as Interim Head of the Corporation for National and Community Service; OFFICE OF MANAGEMENT AND BUDGET; and RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget;<br><br>        Defendants. | Civ. No. 25-cv-01363 (DLB) |

**<u>(PROPOSED) ORDER ENTERING PRELIMINARY INJUNCTION</u>**

1

Upon consideration of the Motion for Preliminary Injunction filed by Plaintiffs State of Maryland; State of Delaware; State of California; State of Colorado; State of Arizona; State of Connecticut; District of Columbia; State of Hawaiʻi; State of Illinois; Office of the Governor *ex rel.* Andy Beshear, in his official capacity as Governor of the Commonwealth of Kentucky; State of Maine; Commonwealth of Massachusetts; People of the State of Michigan; State of Minnesota; State of Nevada; State of New Jersey; State of New Mexico; State of New York; State of North Carolina; State of Oregon; Josh Shapiro, in his official capacity as Governor of the Commonwealth of Pennsylvania; State of Rhode Island; State of Vermont; State of Washington; State of Wisconsin (the "Motion"), the memorandum in opposition to the Motion filed by Defendants Corporation for National and Community Service ("AmeriCorps"), Jennifer Bastress Tahmasebi (together with AmeriCorps, "AmeriCorps Defendants"), Office of Management and Budget ("OMB"), and Russell Vought (together with OMB, "OMB Defendants"), the parties' briefs regarding a Preliminary Injunction, the exhibits to those submissions, and the entire record in this case, including the hearing held before this Court, and for reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that the Motion is GRANTED and a Preliminary Injunction Order is ENTERED as follows:

1. Defendants, their agents, and anyone acting at Defendants' direction, are ENJOINED from effectuating and enforcing in the Plaintiff States the withholding of FY 2025 appropriated funds from AmeriCorps programs. Specifically:

    a. OMB Defendants shall RELEASE FY 2025 appropriations in the amount necessary to fund AmeriCorps competitive grants "Funded pending release of FY 2025 appropriated dollars" for programs located within the Plaintiff States.

    b. OMB Defendants shall RELEASE FY 2025 appropriations in the amount necessary to fund AmeriCorps Foster Grandparent Programs and Senior Companion Programs located within the Plaintiff States.

    c. OMB Defendants shall RELEASE FY 2025 appropriations in the amount necessary to fund Commission Investment Fund grants for Plaintiff States' Commissions on National and Community Service.

2. Defendants shall RESTORE the AmeriCorps programs in the Plaintiff States to the status quo prior to the withholding of FY 2025 appropriated funds.

3. OMB Defendants are ENJOINED from acting in concert or participation with AmeriCorps Defendants to violate the notice-and-comment requirement in the Further Consolidated Appropriations Act, 2024, Pub. L. No. 118-47, § 401, 138 Stat. 460, 695, incorporated by reference in the Full-Year Continuing Appropriations and Extensions Act, 2025, Pub. L. No. 119-4, § 1101(a), 139 Stat. 9, 10–11, before making any significant changes in service delivery that harm the Plaintiff States, including significant changes like the withholding of FY 2025 appropriated funds from AmeriCorps programs.

4. Within one week of entry of this order, Defendants SHALL FILE on the Court's electronic docket a Status Report documenting the actions that they have taken to comply with this Order.

5. This Order does not preclude the defendants or their officers, agents, servants, employees, or attorneys from suspending or terminating individual AmeriCorps grants for failure to abide by the terms and conditions of individual grants or the statutory requirements for grantees.

      6.   This preliminary injunction shall REMAIN in effect until further order of the Court.

DATED this day _____, 2025, at _____.

                                                      BY THE COURT:

                                                      Deborah L. Boardman  
                                                      United States District Judge