# EXHIBIT 19

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND; STATE OF DELAWARE; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ARIZONA; STATE OF CONNECTICUT; DISTRICT OF COLUMBIA, STATE OF HAWAI'I; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR *ex rel.* Andy Beshear, in his official capacity as Governor of the COMMONWEALTH OF KENTUCKY; STATE OF MAINE; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; JOSH SHAPIRO, in his official capacity as Governor of the COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN;<br><br>      Plaintiffs,<br><br>   v.<br><br>CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, operating as AmeriCorps; and JENNIFER BASTRESS TAHMASEBI, in her official capacity as Interim Head of the Corporation for National and Community Service; OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget;<br><br>      Defendants. | C.A. No. 1:25-cv-01363-DLB |

1

## **DECLARATION OF BETH TAILLEUR**

Pursuant to 28 U.S.C. § 1746, I, BETH TAILLEUR, hereby declare as follows:

1. I am a resident of the State of New York. I am over the age of 18 and have personal knowledge of all the facts stated herein. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am currently employed by the New York State Commission on National and Community Service (hereafter "the Commission") as its Director of Programs.

3. The Commission manages many of New York's AmeriCorps programs. As the Director of Programs, I am responsible for the overall management of policy, supervision of staff, developing partnerships both within and without NYS government, and grant programs at the Commission.

### **Notice of Preliminary Injunction**

4. On June 5, 2025, the Commission received notice of this Court's decision on Plaintiffs' motion for a preliminary injunction.

5. On June 6, 2025, at 4:32 p.m., the Commission received an unsigned email from AmeriCorpsAwardAction@americorps.gov titled "Notices of Preliminary Injunction in *Maryland, et al. v. Corporation for National and Community Service*," that stated, among other things: "that AmeriCorps may not effectuate or enforce the April 25, 2025, termination of grants, requirement that AmeriCorps members' activities cease, and the exiting of AmeriCorps members for compelling personal circumstances. The order further states that AmeriCorps reinstate the grants in plaintiff states that were terminated and return to service the AmeriCorps members who were serving on those programs as of the date of grant termination (if they are willing and able to return)." On June 26, 2025, at 4:54 p.m., the Commission received FAQs to assist State Service

2

Commissions (and their subgrantees) and National Direct grantees in restoring programs in "plaintiff states" to the status quo prior to April 25, 2025.

6.     It is my understanding that these communications were sent by AmeriCorps as a result of this Court's preliminary injunction order (Order).

**Formula Grants & Competitive Funding Updates**

7.     Since that time, AmeriCorps appears to have resumed some, but not all, of its funding decisions. Based on my experience, those decisions have differed in several notable ways from prior years.

8.     **Formula Allocation:** On May 22, 2025, at 9:16 a.m., the Commission received its notification of Formula Allocation of $8,913,452. The Commission uses its Formula Allocation to conduct a state-level competition wherein the Commission awards grants based on determinations made by the voting members of the Commission. Though delayed, this amount was consistent with the amount the Commission expected to receive.

9.     As pertinent to the Commission's timeline, the notification included the following language: "Commissions may submit their complete formula applications (cost reimbursement, and fixed), including the FY 2025 Formula Prime Unexpended Worksheet, by Friday, June 13 at 5:00 p.m. ET or Friday, July 11 at 5:00 p.m. ET. Unexpended worksheets must be emailed to your Portfolio Manager. Only commissions that are unable to submit their applications by July 11 will be able to request deadline extensions. No extension past July 25 will be allowed." This is the process where state service commissions like the Commission inform AmeriCorps of the decisions of our Commission members.

10.    **Competitive Funding Decisions:** On June 16, 2025, at 5:01 p.m., the Commission received a Competitive Funding Decisions notification folder. That announcement provides

3

AmeriCorps' official funding decisions for their annual national competition. In total, the Commission submitted seventeen applications for AmeriCorps competitive funding, requesting a combined total of approximately $19.7 million. Of these, two, totaling approximately $4.8 million, were approved for funding. Two other applications, for a total of approximately $5.1 million, were ostensibly also funded, but with a caveat that funding was contingent "pending release of FY 2025 appropriated dollars." One additional application is listed on New York's eGrants portal as "funded" but this application sought $0 for operational funds in FY2025; that program is eligible for education awards from the Trust.

    a.    Both of the "funded" competitive applications were continuation grants, meaning they were entering either year 2 or 3 of their 3-year grant cycle. In other words, these grants fell within the Court's Order regarding grants that were purportedly terminated on April 25, 2025.

    b.    One recompete program—that is, a program that was reapplying for a new three-year cycle after having received a competitive AmeriCorps grant in the past five years—was "funded pending release of FY 2025 appropriated dollars." This was the Student Conservation Association, Inc., requesting $1,425,000.

    c.    One new program—that is, a program that had not applied, or had not recently applied, for a competitive AmeriCorps grant—was also "funded pending release of FY 2025 appropriated dollars." This was the Research Foundation for the State University of New York, requesting $3,703,670.

    d.    The other twelve New/Recompete applications were "Not Funded."

11. A copy of the funding decisions for competitive grants for fiscal year 2025 (FY2025) that the Commission received on June 16, 2025, is attached as **Attachment A** to this declaration.

12. Based on my over 30 years of experience working for the Commission, this year's competitive grant decision also differed from previous years' funding announcements in the following ways:

   a. <u>No New/Recompete Competitive Grants Were Fully Funded</u>: In contrast to this year—when only continuation applications were "Funded"—in prior years, at least one or more new/compete competitive grants consistently were awarded:

| Year | # of Applicants | # of funded Competitive programs | $ Amount Requested | $ Amount Approved | New Applicant Funding Success |
|------|----------------|----------------------------------|--------------------|-------------------|-------------------------------|
| 2025 | 17 | 5* | $19,684,308 | $9,997,532* | 10 New, 1 funded** |
| 2024 | 9 | 8 | $10,186,837 | $8,436,837 | 2 new, 1 funded |
| 2023 | 9 | 9 | $4,381,954 | $4,381,954 | 1 new, 1 funded |
| 2022 | 13 | 11 | $12,134,852 | $9,895,540*** | 4 new, 2 funded |
| 2021 | 12 | 10 | $8,079,435 | $7,545,436 | 6 new, 4 funded |

   *This amount includes two applicants denoted "funded pending release of FY 2025 appropriated dollars" and one program funded at $0.*
   **This includes one new applicant denoted "funded pending release of FY 2025 appropriated dollars."*
   ***This amount does not include American Rescue Plan Act funding.*

   b. <u>Caveat Language</u>: The "Funding Status" language caveating the two successful New/Recompete applicants as "Funded pending release of FY2025 appropriated dollars" has not been used in the past. Additionally, there has been no communication or guidance on the implications of such language or the timeline for release of the funds.

13. **Impact of Changes to This Year's Competitive Funding Process on the Commission's Formula Funding Process:** The apparent differences to AmeriCorps' competitive

5

funding process has impacted the Commission's formula funding process in several ways. This is because, for those applicants who are not chosen to be funded in the AmeriCorps' national competitive grant process, the Commission then reconsiders their applications in the state-level formula funding competition.

   a. <u>Delays in Timing</u>: As noted in this lawsuit's Complaint, the original 2025 AmeriCorps' Competitive Notice of Funding Opportunity was sent out by AmeriCorps on August 6, 2024, and stated that "Successful applicants will be notified by mid-April 2025." Instead, however, AmeriCorps purported to terminate a number of grants on April 25, 2025. As a result of these events, the Competitive funding decisions were not announced until June 16, 2025.

      i. This delay has consequently pushed back the Commission's state-level competition over formula funds. Originally, the Commission's formula funding application was due to AmeriCorps on June 13, 2025. However, without the national competitive funding decision, it was impossible for the Commission to meet that deadline, because the competitive results inform the commissioners' decision on how to allocate its formula funds.

      ii. As a result, the Commission's formula funding submission was delayed (with AmeriCorps' permission) to July 25, 2025. This left the Commission with only a few weeks to complete the process of evaluating formula fund applications. Disruption in service delivery is expected, because the Commission likely will not have fully awarded formula applications on normal schedule. Because many of these programs conduct training activities in the summer for fall service delivery, the programs, too, are anticipated to be delayed.

iii.   In my experience, the Commission has generally received its formula Notice of Grant Award in August. This enables us to notify relevant programs of the award and for those programs to plan for an orderly service year.

iv.   To date, the Commission has not received AmeriCorps' formula Notice of Grant Award.

v.   The current status in the AmeriCorps online system simply states that the formula grants are "Awaiting PO Certification." The Commission also does not know, at this time, whether any of the formula grants will be similarly conditioned "pending release of FY2025 appropriated dollars."

vi.   I understand that when counsel for plaintiffs communicated our concerns regarding the time of our formula funds application, in light of the uncertainty around whether certain competitive grants would be funded at all, counsel for defendants stated "AmeriCorps recommends that Commissions make decisions as to which subgrantees to include in their requests for formula funds with the information it has available at this time."

b. <u>Impact of Reduced and Uncertain Competitive Grants on the Commission's Formula Funding Decisions & Impacts to "Funded Pending Release" Organizations</u>: The Commission's competitive process, when considering what programs would be awarded formula funds, has been further complicated because it was also evaluating an unprecedentedly higher number of applicants that went unfunded in the national competitive grant process.

　　i.   To put numbers to this problem, the Commission was faced with the task of reconciling over $14.7 million in unfunded requests within a formula allocation of

7

only $8,913,452. The significant funding disparity places additional pressure on the Commission in conducting a thorough and equitable assessment of these applicants, including the development of criteria for prioritization and determining the appropriate programmatic reductions.

ii. In addition, the Student Conservation Association (SCA)—which was purportedly funded by a competitive grant but is facing uncertainty about whether those funds will actually be "released"—opted to apply for a reduced formula award which may, or may not, be similarly caveated. SCA continues to wait in limbo for release of appropriated funds from OMB, funds that, to my understanding, AmeriCorps has deemed worthy of awarding to its program.

iii. The Research Foundation of the State University of New York (SUNY) was also "funded pending release of FY 2025 appropriated dollars." The Commission hopes to partially fund this program with formula funding, but its formula funding level will need to be reduced if the competitive funds are not released.

iv. The Commission was forced to reduce funding levels for other formula applicants to set aside funds for the two competitive applicants that are in a pending status.

**Status of Commission Investment Fund Grants**

14. A similar scenario has occurred with respect to the Commission Investment Fund. For context, each State Commission is eligible to apply for and administer two types of grants directly: a Commission Support Grant (CSG) and a Commission Investment Fund (CIF) grant. The Commission Support Grant (CSG) provides essential funding to help State Service Commissions like the Commission manage and oversee AmeriCorps programs, including staffing, compliance, monitoring, and grant administration. The Commission Investment Fund supports

AmeriCorps' overall approach to help the Commission implement their duties as required by the National and Community Service Act of 1990, as amended. CIF is used to support commission staffing and staff development in priority performance areas, training events, and collaborative activities.

15. The Commission timely submitted its application to AmeriCorps for CSG and CIF funding by April 16, 2025.

16. On June 18, 2025, the Commission received its CSG grant.

17. On June 3, 2025, the Commission received a no-cost extension of its current CIF grant through December 30, 2026. While this no-cost extension covers certain expenses, like staff salaries, it does not cover the full range of services funded by CIF grants, such as trainings for staff and programs.

18. To date, however, the Commission has not received its 2025 CIF grant.

19. The Commission has received no communication from AmeriCorps regarding the status of its 2025 CIF grant. According to previous guidance provided by AmeriCorps, CIF award notifications were expected to be "awarded no later than June 20, 2025," with a performance period beginning July 1, 2025.

20. On June 24, 2025, the Commission received an email from Rachel Bruns, the Chief Engagement Officer at America's Service Commissions (ASC), a nonprofit association representing all state service commissions across the country. Ms. Bruns indicated that Dr. Mary Hyde, the AmeriCorps Acting Chief Programs Officer and Director of Research and Evaluation, had confirmed to ASC that "FY25 Commission Investment Fund (CIF) is being held pending release of FY25 appropriated funds." The email is attached as **Attachment B** to this declaration.

21. On July 3, 2025, the Commission received an email from Ms. Bruns, indicating that in response to a State commission's inquiry, AmeriCorps responded that, "The agency requested the unallocated funds used for the Commission Investment Funds on May 21st. OMB declined to release those funds. The agency has no further information about the timeline for release." This email is attached as **Attachment C** to this declaration.

22. The CIF award notification is thus several months late, and the beginning of the performance period (July 1st) has passed.

23. If FY25 CIF funding is not awarded, the Commission will lose critical resources that support training, technical assistance, and capacity-building efforts for AmeriCorps programs statewide. This would significantly limit our ability to provide high-quality support to subgrantees, deliver statewide member training events, and implement performance and compliance improvement initiatives. It would also directly impact Commission staff by reducing funding available for personnel who lead these essential functions, increasing workload burdens on remaining staff, and limiting the Commission's ability to maintain responsive and effective support for programs. Without CIF, the overall effectiveness and sustainability of national service in New York would be at risk. This risk is increased with the Reduction in Force of AmeriCorps staff, who also provide training and technical assistance resources.

## Status of AmeriCorps Seniors Programs

24. It is my understanding that AmeriCorps Seniors programs have faced similar delays, and there has been no communication if this includes programs in New York.

## Imminent Harms Being Faced

25. The lack of funding related to competitive grants and CIF grants is weakening national service in New York State. The Commission is unable to plan for the upcoming program

year, including its annual Program Development Conference for AmeriCorps program staff, and its annual Member Service Summit, which celebrates national service across the state. In addition, the two programs that are pending competitive funding are well established and provide vital service to New York State. Specifically, the SUNY program was intended to start August 1, 2025, which has now passed.

26. These issues have already created significant uncertainty for New York's national and community service programs, staff, and partners—disrupting planning, recruitment, enrollment, and continuity of services. Due to the loss of expected competitive funds and OMB's seeming failure to release FY25 funds, formula funding requests exceeded the available allocation by over $8 million. The Commission is forced to significantly cut funding for formula programs.

27. Many AmeriCorps New York programs will be forced to push back their recruitment and start dates, which will be specifically impactful on the many education programs that serve in New York schools. Given this delay, programs will, with few exceptions, elect to enroll their members in smaller service terms. To quantify, many programs who have members serve 1,200 hours will enroll members in 900-hour slots. This will have a large impact on service recipients who will in aggregate receive only 75% of initially designed programming. Additionally, children who are served in schools will be without services (such as academic support, attendance support, tutoring, and mental health support) for the beginning of the school year.

28. I have worked to support AmeriCorps programs for over 30 years, and I am unaware of any past instance where OMB has withheld AmeriCorps funding from the agency, and by extension, to the Commission and the grantees, let alone shortly beyond the start of the relevant budget year. Recent events have and will continue to severely undermine the mission of the

Commission on National and Community Service in our State without prompt intervention from the Court.

29. I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

*Signature on following page*

Executed on August 5, 2025, at Rensselaer, New York.

_____
Beth Tailleur
Director of Programs
New York State Commission on National and Community Service

# Attachment A

**2025 AmeriCorps State and National Funding Status Chart**

**\* Funding may be up to the amounts listed below.**

| Application ID | Application Type | Legal Applicant | Program Name | Program Location State | Requested Funding | Requested MSY | Requested Slots | Funding Approved Up To | MSY Approved Up To | Slots Approved Up To | Funding Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 25ES270199 | C | CITY YEAR, INC. | City Year New York FPG | NY | $4,600,000 | 184 | 198 | $4,600,000 | 184 | 198 | Funded |
| 25AC270864 | N | CITY OF ROCHESTER CITY HALL | Flower City Public Health Corps + PHA to ASN Conversion | NY | $605,396 | 27 | 30 | $0 | 0 | 0 | Not Funded |
| 25AC270832 | C | Sunset Park Health Council, Inc. | Sunset Park AmeriCorps | NY | $268,862 | 10.79 | 13 | $268,862 | 10.79 | 13 | Funded |
| 25AC270831 | N | Camphill Ghent | Camphill Ghent | NY | $110,027 | 10.5 | 15 | $0 | 0 | 0 | Not Funded |
| 25AC270801 | N | Rural Health Network of SCNY, Inc., The | Rural Health Network of South Central New York + PHA to ASN | NY | $606,147 | 24.25 | 44 | $0 | 0 | 0 | Not Funded |
| 25AC270656 | R | Cypress Hills Local Development Corp | East Brooklyn Collaborative for Youth Development | NY | $288,023 | 13.71 | 29 | $0 | 0 | 0 | Not Funded |
| 25AC270654 | N | Ronald McDonald House of New York, Inc. | Improving Child Health Through Integrated Systems+PHA to ASN | NY | $250,000 | 10 | 10 | $0 | 0 | 0 | Not Funded |
| 25AC270362 | N | Wayne County Action Program, Inc. | Finger Lakes Living Healthy | NY | $254,497 | 10.18 | 32 | $0 | 0 | 0 | Not Funded |
| 25AC270305 | N | New York City Housing Authority | NYCHA Health Corps | NY | $612,500 | 24.5 | 35 | $0 | 0 | 0 | Not Funded |
| 25AC270273 | N | Community Health Care Association of New York State, Inc. | CHCANYS Public Health AmeriCorps | NY | $1,625,000 | 65 | 65 | $0 | 0 | 0 | Not Funded |
| 25AC270271 | R | THE SERVICE COLLABORATIVE OF WNY INC | ABLE Early Childhood Program | NY | $735,186 | 29.41 | 71 | $0 | 0 | 0 | Not Funded |
| 25AC270127 | N | TEACHMEducation Group Inc | AppleCORE (Community of Rising Educators) | NY | $1,250,000 | 50 | 50 | $0 | 0 | 0 | Not Funded |
| 25ES270908 | N | St. Nicks Alliance Corp. | St. Nicks Alliance Corp. | NY | $550,000 | 22 | 34 | $0 | 0 | 0 | Not Funded |
| 25ES270866 | R | City of New York Office of Mayor | NYC Civic Corps | NY | $2,800,000 | 112 | 160 | $0 | 0 | 0 | Not Funded |
| 25ES270744 | N | THE RESEARCH FOUNDATION FOR THE STATE UNIVERSITY OF NEW YORK | Empire State Corps | NY | $3,703,670 | 148.15 | 700 | $3,703,670 | 148.15 | 700 | Funded pending release of FY 2025 appropriated dollars |
| 25ES270650 | C | Relay Graduate School of Education | AmeriCorps Relay Teaching Program New York (ARTPNY) | NY | $0 | 130 | 130 | $0 | 130 | 130 | Funded |
| 25ES269976 | R | THE STUDENT CONSERVATION ASSOCIATION, INC. | SCA NY AmeriCorps - For Formula Submission | NY | $1,425,000 | 57 | 69 | $1,425,000 | 57 | 69 | Funded pending release of FY 2025 appropriated dollars |

# Attachment B

**From:** Rachel Bruns <rbruns@statecommissions.org>
**Sent:** Tuesday, June 24, 2025 5:33 PM
**Cc:** Kaira Esgate <kesgate@statecommissions.org>; Chad Driscoll <cdriscoll@statecommissions.org>; Allison Zuel <Azuel@statecommissions.org>; Brad Kmoch <BKmoch@statecommissions.org>; Tyler Wilson <twilson@statecommissions.org>
**Subject:** Update on FY25 CIF and Competitive Congressional Notifications

> ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Commission Leaders,

We wanted to let you know that we received an acknowledgment via email from Dr. Mary Hyde, Acting Chief Program Officer at AmeriCorps that FY25 Commission Investment Fund (CIF) is being held pending release of FY25 appropriated funds. This is the first time we have seen this being acknowledged formally or in writing from the agency.

As shared on our ED Learning Call earlier today, if you have not already, please reach out to your supportive congressional delegation ASAP, especially Republicans regarding your competitive new/recompete and CIF funds being held. Attached is the sample email to a Congressional office Kaira shared, which should now be updated to reflect that you received notifications specifically stating selected new/recompete are funded "pending release of FY25 appropriated funds". It is unusual for this language to be part of notifications. Our understanding is the agency used this language to move forward with their process, while communicating they won't be able to issue the grant awards for selected new/recompete until OMB releases the funds.

We have heard from one commission that a member of their Congressional delegation shared they received an email this afternoon from GovernmentRelations@americorps.gov titled FY 2025 AmeriCorps State and National Notification. The message included notice regarding the selected ASN competitive grants for the state, formula, and CSG. CIF was notably absent. We encourage you to leverage this opportunity to let your Congressional offices know that per the application submitted in April, you should have received your FY25 CIF grant last Friday, June 20 and to let them know new/recompetes are being held. I've attached the CIF instructions, which include the June 20 date.

Sincerely,
Rachel

# Attachment C

**From:** Rachel Bruns <rbruns@statecommissions.org>
**Sent:** Thursday, July 3, 2025 4:18 PM
**Cc:** Kaira Esgate <kesgate@statecommissions.org>; Tyler Wilson <twilson@statecommissions.org>; Chad Driscoll <cdriscoll@statecommissions.org>; Allison Zuel <Azuel@statecommissions.org>
**Subject:** Re: Quick update on FY25 CIF

> ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails.

Commission Leaders,

Unfortunately as of now, it is our understanding FY25 CIF, among SCP, FGP, and ASN competitive new/recompetes, continue to be held by OMB. Per a communication from the agency to a commission,

> "The agency requested the unallocated funds used for the Commission Investment Funds on May 21st. OMB declined to release those funds. The agency has no further information about the timeline for release."

It is critical that you continue to engage your congressional delegation regarding these holds. ASC continues to work with key appropriators and authorizers. Some of you have worked with programs or your commissioners or commission chair to send letters to your congressional delegation on this issue. If you need examples of this to model, please let me know.

We have received a question from a few of you about formula and want to clarify that to our knowledge formula grants are not impacted by the "new/recompete" hold – only competitively funded new/recompete grants.

Please don't hesitate to reach out.

Sincerely,
Rachel