# EXHIBIT 23

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND; STATE OF DELAWARE; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF ARIZONA; STATE OF CONNECTICUT; DISTRICT OF COLUMBIA, STATE OF HAWAI'I; STATE OF ILLINOIS; OFFICE OF THE GOVERNOR *ex rel.* Andy Beshear, in his official capacity as Governor of the COMMONWEALTH OF KENTUCKY; STATE OF MAINE; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OREGON; JOSH SHAPIRO, in his official capacity as Governor of the COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN; <br><br> Plaintiffs, <br><br> v. <br><br> CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, operating as AmeriCorps; and JENNIFER BASTRESS TAHMASEBI, in her official capacity as Interim Head of the Corporation for National and Community Service; OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in his official capacity as Director of the Office of Management and Budget; <br><br> Defendants. | C.A. No. 1:25-cv-01363-DLB |

1

## DECLARATION OF BRIAN DARROW

Pursuant to 28 U.S.C. § 1746, I, Brian Darrow, hereby declare as follows:

1.      I am a resident of the State of Rhode Island. I am over the age of 18 and have personal knowledge of all the facts stated herein, including as based on my experience and information known to me. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am currently employed by the Rhode Island Department of Elementary and Secondary Education ("RIDE") as the Chief of Innovation, Improvement, and Data and Technology Services. For the past seven years, I have served as the Commissioner of Education's designee and Chair of the Rhode Island Commission for National and Community Service, d/b/a ServeRI.

### Notice of Preliminary Injunction

3.      On June 5, 2025, I received notice from the Office of the Attorney General for the State of Rhode Island of this Court's decision on Plaintiffs' motion for a preliminary injunction.

4.      On June 6, 2025 at 4:36 p.m., ServeRI received an unsigned email from AmeriCorpsAwardAction@americorps.gov titled "Notices of Preliminary Injunction in *Maryland, et al. v. Corporation for National and Community Service,*" that stated, among other things: "that AmeriCorps may not effectuate or enforce the April 25, 2025 termination of grants, requirement that AmeriCorps members' activities cease, and the exiting of AmeriCorps members for compelling personal circumstances. The order further states that AmeriCorps reinstate the grants in plaintiff states that were terminated and return to service the AmeriCorps members who were serving on those programs as of the date of grant termination (if they are willing and able to return)." On June 26, 2025 at 4:57 p.m. I received FAQs to assist State Service Commissions (and

2

their subgrantees) and National Direct grantees in restoring programs in "plaintiff states" to the status quo prior to April 25, 2025.

5.      It is my understanding that these communications were sent by AmeriCorps as a result of this Court's preliminary injunction order (Order).

**Formula Grants & Competitive Funding Updates**

6.      Since that time, AmeriCorps appears to have resumed some, but not all, of its funding decisions. Based on my experience, those decisions have differed in several notable ways from prior years.

7.      **Formula Allocation:** On May 22, 2025, I received ServeRI's notification of Formula Allocation of $901,667. ServeRI uses its Formula Allocation to conduct a state-level competition wherein ServeRI awards grants based on determinations made by the Governor-appointed state commission board. Though delayed, this amount was consistent with our expectation.

8.      As pertinent to ServeRI's timeline, the notification included the following language: "Commissions may submit their complete formula applications (cost reimbursement, and fixed), including the FY 2025 Formula Prime Unexpended Worksheet, by Friday, June 13 at 5:00 p.m. ET or Friday, July 11 at 5:00 p.m. ET. Unexpended worksheets must be emailed to your Portfolio Manager. Only commissions that are unable to submit their applications by July 11 will be able to request deadline extensions. No extension past July 25 will be allowed." This is the process where state service commissions like ServeRI inform AmeriCorps of the decisions of our Governor-appointed commission board.

9.      **Competitive Funding Decisions:** On June 16, 2025, I received a Competitive Funding Decisions notification folder. That announcement provides AmeriCorps' official funding

3

decisions for their annual national competition. In total, ServeRI submitted two applications for AmeriCorps competitive funding, requesting a combined total of $674,999. Of these, one application, totaling $300,000, was approved for funding to TerraCorps, Inc. One application, for a total of $374,999, was ostensibly also funded to The Woonsocket Neighborhood Development Corporation, but with a caveat that funding was contingent "pending release of FY 2025 appropriated dollars."

> a. The one "funded" competitive application was a continuation grant, meaning it is entering year 3 of its 3-year grant cycle. In other words, the grant fell within the Court's Order regarding grants that were purportedly terminated on April 25, 2025.

> b. The one Recompete program—that is, a program that was reapplying for a new three-year cycle after having received a competitive AmeriCorps grant in the past five years—was "funded pending release of FY 2025 appropriated dollars."

> c. A copy of the funding decisions for competitive grants for fiscal year 2025 (FY2025) that ServeRI received on June 16, 2025, is attached as **Attachment A** to this declaration.

10.    Based on my seven years' of experience as Chair of ServeRI, this year's competitive grant decision also differed from previous years' funding announcements in the following ways:

> a. Caveat Language: The "Funding Status" language caveating the one successful Recompete applicant as "Funded pending release of FY2025 appropriated dollars" has not been used in the past. Additionally, there has been no communication or guidance on the implications of such language or the timeline for release of the funds.

> b. Evaluation Requirements: Competitive grant applicants submit Evaluation Plans and Evaluation Reports as part of their three-year grant cycle. Rhode Island applicants have

4

received no communication as to whether their prior evaluation activities met AmeriCorps agency approval nor if their Evaluation Plan is accepted. The result is that our grant recipient does not know whether to begin evaluation activities as required by federal regulations.

11.    **Impact of Changes to This Year's Competitive Funding Process on ServeRI's Formula Funding Process:** The apparent differences to AmeriCorps' competitive funding process has impacted ServeRI's formula funding process in several ways. This is because, for those applicants who are not chosen to be funded in the AmeriCorps' national competitive grant process, commissions like ServeRI then re-consider their applications in the state-level formula funding competition.

   a. Delays in Timing: As noted in this lawsuit's Complaint, the original 2025 AmeriCorps' Competitive Notice of Funding Opportunity was sent out by AmeriCorps on August 6, 2024, and stated that "Successful applicants will be notified by mid-April 2025." Instead, however, AmeriCorps purported to terminate a number of grants on April 25, 2025. As a result of these events, the Competitive funding decisions were not announced until June 16, 2025.

       i.    This delay has consequently pushed back ServeRI's state-level competition over formula funds. Originally, ServeRI's formula funding application was due to AmeriCorps on June 13, 2025. However, without the national competitive funding decision, it was impossible for ServeRI to meet that deadline, because the competitive results inform the commissioners' decision on how to allocate its formula funds.

ii.  As a result, Rhode Island formula funding submission was delayed (with AmeriCorps' permission) to July 11, 2025. ServeRI's AmeriCorps state grants typically start August 1st, but due to the delay, the AmeriCorps agency will not award the funds prior to September 1, 2025. Because many of these programs train in the summer for fall service delivery, the programs are also anticipated to be delayed. This will be more harmful to education focused programs, as the AmeriCorps members will not be in service by the first day of school as is typical for Rhode Island.

iii.  In my experience, ServeRI has generally received our formula Notice of Grant Award around July 20th. This enables us to notify relevant programs of the award and for those programs to plan for an orderly service year.

iv.  To date, ServeRI has not received AmeriCorps' formula Notice of Grant Award.

v.  The current status in the AmeriCorps online system simply states that the formula grants are "Awaiting PO Certification." ServeRI also does not know, at this time, whether any of the formula grants will be similarly conditioned "pending release of FY2025 appropriated dollars."

vi.  I understand that when counsel for plaintiffs communicated our concerns regarding the time of our formula funds application, in light of the uncertainty around whether certain competitive grants would be funded at all, counsel for defendants stated "AmeriCorps recommends that Commissions make decisions as to which subgrantees to include in their requests for formula funds with the information it has available at this time."

b. Impact of Uncertain Competitive Grants on ServeRI's Formula Funding Decisions & Impacts to "Funded Pending Release" Organizations: ServeRI's competitive process, for considering what programs would be awarded formula funds, has been further complicated because it was also evaluating applicants that went unfunded in the national competitive grant process.

    i.    Whereas ServeRI had met in March to vote on award selections in a public meeting, following state laws, ServeRI had to recall the Governor-appointed board to meet a second time in June to reevaluate applications and approve Formula grant awards with modified funding amounts.

    ii.    Due to the delays in grant awards and prior experience of the attempted grant terminations, three Rhode Island organizations declined new Formula grant awards after they were selected for an award by ServeRI in the original March meeting.

    iii.    In addition, for a grantee like The Woonsocket Neighborhood Development Corporation—which was purportedly funded by a competitive grant—but is facing uncertainty about whether those funds will actually be "released" — ServeRI has been fielding questions about whether The Woonsocket Neighborhood Development Corporation should accept its competitive award or instead try for formula funding which may, or may not, be similarly caveated. ServeRI has prepared to provide Formula funding, but ServeRI is able to do so only for one year, not the three years typical for a Competitive award. The Woonsocket Neighborhood Development Corporation continues to wait in limbo for release of appropriated funds from OMB, funds that, to my understanding, AmeriCorps has deemed worthy of awarding to its programs. The waiting means that the organization has not begun

7

to recruit new AmeriCorps members and services delivered to the community will be further delayed.

**<u>Status of Commission Investment Fund Grants</u>**

12. A similar scenario has occurred with respect to the Commission Investment Fund. For context, each State Commission is eligible to apply for and administer two types of grants directly: a Commission Support Grant (CSG) and a Commission Investment Fund (CIF) grant. The Commission Support Grant (CSG) provides essential funding to help State Service Commissions like ServeRI manage and oversee AmeriCorps programs, including staffing, compliance, monitoring, and grant administration. The Commission Investment Fund (CIF) supports AmeriCorps' overall approach to help the Commission implement their duties as required by the National and Community Service Act of 1990, as amended. CIF is used to support commission staffing and staff development in priority performance areas, training events, and collaborative activities.

13. ServeRI submitted its application in advance of the due date to AmeriCorps for CSG and CIF funding on April 14, 2025.

14. On June 18, 2025, ServeRI received its CSG grant.

15. To date, however, ServeRI has not received its CIF grant.

16. ServeRI has received no communication from AmeriCorps regarding the status of its CIF grant. According to previous guidance provided by AmeriCorps, CIF award notifications were expected to be "awarded no later than June 20, 2025," with a performance period beginning July 1, 2025.

17. On June 24, 2025, I was informed by Rachel Bruns of an email exchange with Mary Hyde. Rachel Bruns is the Chief Engagement Officer at America's Service Commissions (ASC),

8

a nonprofit association representing all state service commissions across the country. Mary Hyde is the Director of Research and Evaluation at AmeriCorps and Acting Chief Programs Officer. Ms. Bruns reportedly inquired for additional guidance from AmeriCorps regarding its position on the new/recompete competitive grants and the CIF grants. In response, Dr. Hyde reportedly confirmed that "FY25 Commission Investment Fund (CIF) is being held pending release of FY25 appropriated funds." Having learned this from the association, ServeRI did not directly attempt further contact with the AmeriCorps agency on the matter. With the reduction in staffing, ServeRI has no named individual to whom to direct questions.

18.     The CIF award notification is thus over a month late, and the beginning of the performance period has passed.

19.     If FY25 CIF funding is not awarded, ServeRI will lose critical resources that support training, technical assistance, and capacity-building efforts for AmeriCorps programs statewide. This would significantly limit our ability to provide high-quality support to subgrantees, deliver statewide member training events, and implement performance and compliance improvement initiatives. One specific event that ServeRI will not accomplish is Rhode Island's signature volunteer event on the Martin Luther King, Jr. holiday that prepares 20,000 meals for food pantries each year. It would also directly impact ServeRI staff by eliminating funding available for one position responsible for these essential functions, reducing the small commission from two to one remaining staff to manage all commission responsibilities, and limiting ServeRI's ability to maintain responsive and effective support for programs. Without CIF, the performance and program impact on Rhode Island communities from national service would be severely at risk. This risk is increased with the Reduction in Force of AmeriCorps staff, who are no longer available to provide training and technical assistance resources.

**Status of AmeriCorps Seniors Programs**

20.    I have heard from local organizations and understand that AmeriCorps Seniors programs have faced similar delays. These programs, too, have received notice that their funds are "pending release" of FY2025 dollars. Melissa Dussault, Foster Grandparent Program Director at the West Warwick Senior Center emailed ServeRI's National and Community Service Program Specialist, Adam Donaldson, confirming the delay. A copy of this email is attached as **Attachment B** to this declaration. The West Warwick Senior Center is waiting $322,502 to support 36 Foster Grandparent volunteer years. Kimberly Fernandez, Executive Director for the Federal Hill House, also emailed Adam Donaldson, confirming the delay. A copy of this email is attached as **Attachment C** to this declaration. Federal Hill House is waiting for $439,422 to support 49 Foster Grandparent volunteer years.

**Imminent Harms Being Faced**

21.    The significant uncertainty caused by these issues have resulted in three prior AmeriCorps grant recipients declining continued funding, eliminating 25 year-long service positions approximately and preventing the launch of a new teacher pre-apprenticeship program and the delivery of STEM and nutrition lessons to thousands of Rhode Island students. These organizations were The Equity Institute, Farm Fresh Rhode Island, and Save the Bay. Remaining AmeriCorps State and National programs are unable to start their onboarding and training plans, disrupting the services relied on by communities.

22.    At least 85 older adults will be unable to continue as Foster Grandparent volunteers as of September 1st, preventing the social and health benefits gained through active volunteering and eliminating the support provided to child care and pre-school centers to help vulnerable children thrive.

10

23. ServeRI developed staffing plans and training and technical assistance plans with a corresponding budget that relied on receiving AmeriCorps Agency guidance on anticipated CIF funding. ServeRI will have to potentially eliminate 1.0 FTEs and cancel in-person program staff training and AmeriCorps member career development and civic learning events, further diminishing the impact of AmeriCorps programs in Rhode Island.

24. ServeRI typically organizes a National Day of Service on the Martin Luther King, Jr. Holiday supported by AmeriCorps members that engages over 100 people in preparing 20,000 shelf-stable meals for distribution to food pantries. Due to the hold on CIF funding, ServeRI will be unable to incorporate the meal preparation in its recognition of this holiday and address hunger in Rhode Island.

25. Last spring, ServeRI's AmeriCorps recruitment campaign made 2.9 million impressions online and 120,000 clicks for more information about serving in Rhode Island. ServeRI has ended the media campaign as of June 30, 2025 due to the hold on CIF funding and inability to enter contracts without certain funding.

26. Many Rhode Island AmeriCorps programs have already pushed back their start dates by a month and may be delayed even longer, which will immediately result in AmeriCorps education programs not being in schools when they open September 5, 2025. Due to the delay, programs will, with few exceptions, be required to enroll their members in smaller service terms. To quantify, many programs who have members serve 1,700 hours will enroll members in 900-hour terms of service. This will reduce services delivered to communities in aggregate by 50%. have a large impact on community beneficiaries who will in aggregate receive only 50% of initially designed programming.

11

27.    I have worked to support AmeriCorps programs for seven years, and I am unaware of any past instance where OMB has withheld AmeriCorps funding from the agency, and by extension, to the Commission and the grantees, let alone shortly beyond the start of the relevant budget year. Recent events have and will continue to severely undermine the mission of ServeRl in our State without prompt intervention from the Court.

28.    I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge, the foregoing is true and correct.

*Signature on following page*

Executed on July 31, 2025, at Providence, Rhode Island.

Brian Darrow
Chair of the R.I. Commission for National and
Community Service, d/b/a ServeRI, and as Chief for
Innovation, Improvement and Data and Technology
Services, Rhode Island Department of Education

13

# ATTACHMENT A

**2025 AmeriCorps State and National Funding Status Chart**

**\* Funding may be up to the amounts listed below.**

| Application ID | Application Type | Legal Applicant | Program Name | Program Location State | Requested Funding | Requested MSY | Requested Slots | Funding Approved Up To | MSY Approved Up To | Slots Approved Up To | Funding Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 25ES269619 | C | TerraCorps, Inc. | TerraCorps RI - Fixed | RI | $300,000 | 12 | 12 | $300,000 | 12 | 12 | Funded |
| 25AC269952 | R | WOONSOCKET NEIGHBORHOOD DEVELOPMENT CORPORATION, THE | ACCESSING HOME | RI | $374,999 | 15 | 15 | $374,999 | 15 | 15 | Funded pending release of FY 2025 appropriated dollars |

# ATTACHMENT B

## Donaldson, Adam

| | |
|---|---|
| **From:** | Melissa Dussault <m.dussault@wwscri.org> |
| **Sent:** | Wednesday, July 2, 2025 11:24 AM |
| **To:** | Donaldson, Adam; kwetherald@ebcap.org; kvega@bvcap.org; pcipriano@cranstonri.gov; kfernandez@federalhillhouse.org; mcorey@southernrivol.org; jdixon@westbaycap.org; Jenny.Mercado@oha.ri.gov; Manny Murray; rfeyisitan@ebcap.org; cwalker@bvcap.org; scraddock@cranstonri.org; lbush@southernrivol.org; Slopatka@westbaycap.org; rfeyisitan@ebcap.org; jarrod.pimentel@oha.ri.gov; mgrady@rimeals.org; sdefelice@rimeals.org |
| **Subject:** | Re: AmeriCorps Seniors Program Status |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Thank you for reaching out.

Our grant for **FY25 has been approved, pending the release of the appropriated funds**. We are hopeful there is a resolution soon.

Currently, our program has 36 active senior volunteers serving in 21 school locations across Rhode Island. Many of our senior volunteers have shared how heartbreaking it is to think this much needed program could be at risk. Beyond the deep sense of purpose it provides, they rely on their stipend to help offset the ever-rising cost of living.

We will continue to advocate for the continuation of our program. Currently, AmeriCorps has provided us with a no-cost extension until 9/30/2025, but without additional funding we would not be able to continue on much further than that.

Thank you for your continued support.

Best Regards,
Melissa

Melissa Dussault
Foster Grandparent Program Director
West Warwick Senior Center
145 Washington Street
West Warwick, RI 02893
(P) 401-822-4450

*\*\*Please note our email has changed\*\**
Email:  m.dussault@wwscri.org



1

# ATTACHMENT C

## Donaldson, Adam

| | |
|---|---|
| **From:** | Kimberly Fernandez <kfernandez@federalhillhouse.org> |
| **Sent:** | Wednesday, July 2, 2025 5:00 PM |
| **To:** | Mercado, Jenny (OHA) |
| **Cc:** | Donaldson, Adam; M.dussault@wwscri.org; kwetherald@ebcap.org; kvega@bvcap.org; pcipriano@cranstonri.gov; mcorey@southernrivol.org; jdixon@westbaycap.org; m.murray@wwscri.org; rfeyisitan@ebcap.org; cwalker@bvcap.org; scraddock@cranstonri.org; lbush@southernrivol.org; Slopatka@westbaycap.org; Pimentel, Jarrod (OHA); mgrady@rimeals.org; sdefelice@rimeals.org |
| **Subject:** | Re: AmeriCorps Seniors Program Status |

Hi Adam,

Federal Hill House is a Q4 renewal for Foster Grandparents. The grant is "approved" but is pending release of appropriated funds. It doesn't look promising. They granted a no-cost extension but we've used our funds. We also have an active RSVP grant and many of our FGPs want to convert to RSVPs so we are going through that process. I have FAQ's and all the communication (basically CNCS says "we don't know IF the funds will be released, please don't ask us") if helpful. Hope everyone else is in a better place than we are. Best, Kim

On Wed, Jul 2, 2025 at 1:59 PM Mercado, Jenny (OHA) <Jenny.Mercado@oha.ri.gov> wrote:

> Hello Adam,
>
> Thanks for conctacting us.
>
> The SCP has been awarded this year's grant. Our grant end in 2027 but we apply yearly for a continuation.
>
> We have 47 active senior companions serving all major cities in RI and we are committed to continue providing the same services needed in our community.
>
>
> Hope this helps.
>
> Best,
>
>
> *Jenny Mercado*
>
> **Senior Companion Program Director**
>
> R.I. Office of Healthy Aging (formerly Elderly Affairs)
>
> Louis Pasteur Building, 57 Howard Avenue, Cranston RI 02920
>
> 401.462.0569 (w) 401-208-8525 (C)  jenny.mercado@oha.ri.gov

1





This message and all attachments are confidential or proprietary to OHA, and disclosures, or distribution to anyone other than the intended recipient without the prior written permission of OHA is prohibited. This message and any attachments may contain confidential health information and/or confidential and/or proprietary information that is protected by law. This information is intended only for the use of the individual or entity names above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution is strictly prohibited. If you think you have received this message in error, please notify the sender by replying to the e-mail and delete the message without disclosure. Thank you.

**From:** Donaldson, Adam <Adam.Donaldson@ride.ri.gov>
**Sent:** Wednesday, July 2, 2025 11:13 AM
**To:** M.dussault@wwscri.org; kwetherald@ebcap.org; kvega@bvcap.org; pcipriano@cranstonri.gov; kfernandez@federalhillhouse.org; mcorey@southernrivol.org; jdixon@westbaycap.org; Mercado, Jenny (OHA) <Jenny.Mercado@oha.ri.gov>; m.murray@wwscri.org; rfeyisitan@ebcap.org; cwalker@bvcap.org; scraddock@cranstonri.org; lbush@southernrivol.org; Slopatka@westbaycap.org; rfeyisitan@ebcap.org; Pimentel, Jarrod (OHA) <Jarrod.Pimentel@oha.ri.gov>; mgrady@rimeals.org; sdefelice@rimeals.org
**Subject:** AmeriCorps Seniors Program Status

Writing from ServeRI, the state service commission.

Dear AmeriCorps Seniors RI Programs:

With the many atypical actions by the AmeriCorps agency, ServeRI has been in regular communication with the Congressional Delegation and RI Office of the Attorney General. I would love to know the status of your organization's AmeriCorps Seniors (FGP, RSVP, Companions, and demonstration) programs.

2

I am especially interested to know if you have any delayed grant awards, or notifications of awards that read the award is pending the release of funds by OMB.

AmeriCorps State and National programs in Rhode Island secured a court order to restore programs to status quo after the attempted termination on April 25, 2025. Our state members can receive credit for lost hours based on their original contract and be reinstated if they are willing. Big picture – they are getting their program benefits.

At the same time, our pass-through state awards are held back by OMB. The next program budget period begins September 1, 2025 for AmeriCorps State programs, so ServeRI in cooperation with State Government officials are pursuing all strategies available to secure funding and continue our AmeriCorps programs.

Let ServeRI know how we can assist you. In a typical year there are 135 State Members and *thousands* of your volunteers that comprise the AmeriCorps Rhode Island service community.

In Service,

Adam

Adam Donaldson

*National and Community Service Program Specialist, ServeRI*

Office of College and Career Readiness

Rhode Island Department of Elementary & Secondary Education

255 Westminster Street

Providence, RI 02903

(401) 222-8984

Confidentiality Notice: This e-mail, including all attachments is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact me and destroy all copies of this message.

3

--
**Kimberly Fernandez** (she/her)
Executive Director
**Federal Hill House**
(401) 421-4722 ext. 101
Follow us on: LinkedIn | Facebook | Instagram
federalhillhouse.org
Check out FHH's 2023 Impact Report here

4