# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **STATE OF MARYLAND,** *et al.*, | * |
| Plaintiffs, | * |
| v. | *   Civ. No. DLB-25-1363 |
| **CORPORATION FOR NATIONAL AND COMMUNITY SERVICE,** *operating as AmeriCorps*, *et al.*, | * |
| | * |
| Defendants. | * |

## ORDER GRANTING DEFENDANTS' REQUEST TO STAY THE BRIEFING SCHEDULE

Upon consideration of the Defendants' Consent Motion to Stay the Briefing Schedule, ECF 180, it is hereby ORDERED that the motion is GRANTED. The deadlines for the pending preliminary injunction motion, including the defendants' August 28, 2025 obligation to file their opposition, are STAYED pending a further order from the Court, and the parties must file a joint status report on or before September 3, 2025.

DATED this day August 29, 2025.

BY THE COURT:

Deborah L. Boardman
United States District Judge