IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND; *et al.*,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, *operating as* AmeriCorps, *et al.*,<br><br>　　　Defendants. | Civ. No. 25-cv-01363 (DLB) |

## ORDER GRANTING THE PARTIES' JOINT STATUS REPORT REQUESTS

Upon consideration of the Parties' Joint Status Report requests for (a) the Defendants to file a status report on September 24, 2025, addressing the status of AmeriCorps' obligation of the remaining FY 2025 funds, (b) the Court to stay the Parties' preliminary injunction briefing schedule until further order of this Court, and (c) to extend the briefing schedule for Defendants to file their Answer or Motion to Dismiss on October 10, 2025, for Plaintiffs to file their Opposition on November 7, 2025, and for Defendants to file their Reply on December 5, 2025, it is hereby ORDERED that the requests are GRANTED.

A status call is scheduled for September 29, 2025 at 10 a.m.

DATED this day  September 4 , 2025, at  4:25 p.m.            .

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Deborah L. Boardman
　　　　　　　　　　　　　　　　　　　United States District Judge