IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, *operating as* AMERICORPS, *et al.*, <br><br> Defendants. | No. 1:25-cv-01363-DLB |

**STATUS REPORT**

Defendants respectfully submit this status report in accordance with the Joint Status Report entered on September 3, 2025. *See* ECF No. 182 ("Joint Status Report"). In the Joint Status Report, Defendants agreed to "file a further status report on September 24, 2025, addressing the status of AmeriCorps' obligation of the remaining FY 2025 funds." Joint Status Report at 2. Defendants provide the following update:

**I.    AmeriCorps' Obligation of the Remaining FY 2025 Funds**

   **a.  Commission Investment Funds ("CIF"):**

All CIF ($9,999,965) have been awarded. AmeriCorps has issued grantees their Notices of Grant Award.

   **b.  Foster Grandparent Program ("FGP") and Senior Companion Program ("SCP") Renewal Awards:**

All FY 2025 FGP and SCP renewal awards have been issued. The AmeriCorps Seniors awards total $70,127,850. AmeriCorps has issued grantees their Notices of Grant Award.

   **c.  Volunteers in Service to America ("VISTA"):**

1

AmeriCorps approved up to $12,658,336[1] for VISTA awards. To date, $8,073,416 (63.8%) has been awarded. The remaining awards are moving through review, applicant consultation, and final award phase and are on track to be made by September 30, 2025.

### d. Days of Service ("DOS"):

All DOS applications have been reviewed and the funding packages are moving through agency clearance for final certification. A total of $6,148,000 will be awarded. The remaining awards are on track to be made by September 30, 2025.

### e. AmeriCorps State and National ("ASN"):

All ASN new and recompete awards, totaling $75,700,102, have been made. AmeriCorps has issued grantees their Notices of Grant Award.

Dated: September 24, 2025                   Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Pierce J. Anon*
PIERCE J. ANON (N.Y. Bar No. 6184303)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005

---

[1] This projection is revised from $10,151,290. The $10,151,290 projection included two separate processes. One process, making multi-year program grants, is complete. This amounts to $5,700,000. The projection for the second process, making support grant augmentations, was revised upward, as we refined our calculations. VISTA approved up to $6,958,336, making the combined total $12,658,336, compared to the earlier figure of $10,151,290. $2,373,416 of these dollars have been awarded. That figure, plus the other $5,700,000, results in the $8,073,416 that has been awarded.

Tel.: (202) 305-7573  
Email: Pierce.Anon@usdoj.gov  
*Attorneys for Defendants*