IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, *operating as* AMERICORPS, *et al*.,<br><br>　　　　　Defendants. | No. 1:25-cv-01363-DLB |

## JOINT STATUS REPORT

Pursuant to this Court's Order, ECF No. 187, the Parties submit the following Joint Status Report:

1. Defendants represent that, as of September 30, 2025, all of the remaining FY 2025 funds identified in Defendants' September 24, 2025 filing, ECF No. 184, have been awarded by AmeriCorps.

2. In light of Defendants' representation above, Plaintiffs hereby withdraw their Second Motion for a Preliminary Injunction, ECF No. 174.

3. As directed by the Court, the Parties will meet and confer and file a second joint status report by Friday, October 10, 2025 discussing what issues remain for litigation and how the Parties propose to proceed.

4. In order to provide flexibility in planning for potential next steps in this litigation, the Parties respectfully request that this Court hold Defendants' deadline for filing their Motion to Dismiss in abeyance pending the October 10, 2025 joint status report.

Dated: September 30, 2025　　　　　　　　　Respectfully submitted,


**ANTHONY G. BROWN**　　　　　　　　　　BRETT A. SHUMATE

| | |
|---|---|
| ATTORNEY GENERAL OF MARYLAND | Assistant Attorney General<br>Civil Division |
| By: /s/ Keith M. Jamieson<br>Keith M. Jamieson (D. Md. Bar. No. 31543)<br>Virginia Williamson (D. Md. Bar. No. 31472)<br>  *Assistant Attorneys General*<br>Office of the Attorney General<br>200 Saint Paul Place<br>Baltimore, Maryland  21202<br>(410) 576-6960<br>kjamieson@oag.state.md.us | ERIC J. HAMILTON<br>Deputy Assistant Attorney General<br>Civil Division, Federal Programs Branch<br><br>JOSEPH E. BORSON<br>Assistant Branch Director<br>Civil Division, Federal Programs Branch |

*Counsel for Plaintiff State of Maryland*

/s/ Pierce J. Anon
PIERCE J. ANON
(N.Y. Bar No. 6184303)
*Trial Attorney*
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel.: (202) 305-7573
Email: Pierce.Anon@usdoj.gov

*Counsel for Defendants*

**KATHLEEN JENNINGS**
ATTORNEY GENERAL OF DELAWARE

By: /s/ Ian R. Liston
Ian R. Liston*
  *Director of Impact Litigation*
Vanessa L. Kassab*
  *Deputy Attorney General*
Delaware Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 683-8899
Ian.Liston@delaware.gov

*Counsel for Plaintiff State of Delaware*

**ROB BONTA**
ATTORNEY GENERAL OF CALIFORNIA

By: /s/ Ezra Kautz
Ezra Kautz*
  *Deputy Attorney General*
Joel Marrero*
William H. Downer*
  *Supervising Deputy Attorneys General*
Brian Bilford*
  *Deputy Attorney General*

Michael L. Newman*
   *Senior Assistant Attorney General*
California Department of Justice
1300 I Street
Sacramento, CA  95814
(916) 210-6346
Joel.Marrero@doj.ca.gov
William.Downer@doj.ca.gov
Ezra.Kautz@doj.ca.gov
Brian.Bilford@doj.ca.gov
Michael.Newman@doj.ca.gov

*Counsel for Plaintiff State of California*


**PHILIP J. WEISER**
ATTORNEY GENERAL OF COLORADO

By: */s/ Kyle M. Holter*
David Moskowitz*
   *Deputy Solicitor General*
Sarah H. Weiss*
   *Senior Assistant Attorney General*
Kyle M. Holter*
Sam Wolter*
   *Assistant Attorneys General*
Colorado Office of the Attorney General
1300 Broadway, #10
Denver, CO 80203
(720) 508-6000
david.moskowitz@coag.gov
sarah.weiss@coag.gov
kyle.holter@coag.gov
samuel.wolter@coag.gov

*Counsel for Plaintiff State of Colorado*


**KRISTIN K. MAYES**
ATTORNEY GENERAL OF ARIZONA

By  */s/ Joshua A. Katz*
Joshua A. Katz*

*Assistant Attorney General*
Office of the Arizona Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004
(602) 542-3333
Joshua.Katz@azag.gov

*Counsel for Plaintiff State of Arizona*

**WILLIAM TONG**
ATTORNEY GENERAL OF CONNECTICUT

By: */s/ Andrew Ammirati*
Andrew Ammirati*
  *Assistant Attorney General*
Connecticut Office of the Attorney General
165 Capitol Ave
Hartford, CT 06106
(860) 808-5090
Andrew.Ammirati@ct.gov

*Counsel for Plaintiff State of Connecticut*

**BRIAN L. SCHWALB**
ATTORNEY GENERAL FOR THE DISTRICT OF
  COLUMBIA

By: */s/ Andrew C. Mendrala*
Andrew C. Mendrala*
  *Assistant Attorney General*
Public Advocacy Division
Office of the Attorney General for the District
  of Columbia
400 Sixth Street, NW
Washington, D.C. 20001
(202) 724-9726
Andrew.mendrala@dc.gov

*Counsel for Plaintiff District of Columbia*

**ANNE E. LOPEZ**

ATTORNEY GENERAL OF HAWAIʻI

By: */s/ Kalikoʻonālani D. Fernandes*
David D. Day*
　*Special Assistant to the Attorney General*
Kalikoʻonālani D. Fernandes*
　*Solicitor General*
Hawaiʻi Department of the Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1360
david.d.day@hawaii.gov
kaliko.d.fernandes@hawaii.gov

*Counsel for Plaintiff State of Hawaiʻi*


**KWAME RAOUL**
ATTORNEY GENERAL OF ILLINOIS

By: */s/ Abigail R. Durkin*
Abigail R. Durkin*
　*Assistant Attorney General II, Special*
　*Litigation Bureau*
Cara Hendrickson*
　*Assistant Chief Deputy Attorney General*
Office of the Illinois Attorney General
115 South LaSalle Street
Chicago, IL 60603
Tel. (312) 814-3000
Abigail.Durkin@ilag.gov
Cara.Hendrickson@ilag.gov

*Counsel for Plaintiff State of Illinois*


**OFFICE OF THE GOVERNOR** *ex rel.*
**ANDY BESHEAR**
IN HIS OFFICIAL CAPACITY AS GOVERNOR OF
THE COMMONWEALTH OF KENTUCKY

By:  */s/ S. Travis Mayo*
S. Travis Mayo*

 *General Counsel*
Taylor Payne*
 *Chief Deputy General Counsel*
Laura C. Tipton*
 *Deputy General Counsel*
Office of the Governor
700 Capitol Avenue, Suite 106
Frankfort, KY 40601
(502) 564-2611
travis.mayo@ky.gov
taylor.payne@ky.gov
laurac.tipton@ky.gov

*Counsel for Plaintiff Office of the Governor*


**AARON M. FREY**
ATTORNEY GENERAL OF MAINE

By: */s/ Sarah A. Forster*
Sarah A. Forster*
 *Assistant Attorney General*
Office of the Attorney General
6 State House Station
Augusta, ME  04333-0006
Tel.:  (207) 626-8800
Fax:  (207) 287-3145
Sarah.Forster@maine.gov

*Counsel for Plaintiff State of Maine*


**ANDREA JOY CAMPBELL**
ATTORNEY GENERAL OF MASSACHUSETTS

By: */s/ Katherine Dirks*
Katherine Dirks*
 *Chief State Trial Counsel*
Jonathan Green*
 *Division Chief*
Veronica Zhang*
 *Assistant Attorney General*
 *Non-Profit Organizations / Public Charities*
Massachusetts Office of the Attorney General

6

1 Ashburton Pl. Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov

*Counsel for Plaintiff Commonwealth of Massachusetts*


**DANA NESSEL**
ATTORNEY GENERAL OF MICHIGAN

By: */s/ Neil Giovanatti*
Neil Giovanatti*
Alexus Ringstad*
  *Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
RingstadA@michigan.gov

*Counsel for Plaintiff People of the State of Michigan*


**KEITH ELLISON**
ATTORNEY GENERAL OF MINNESOTA

By: */s/ Liz Kramer*
Liz Kramer*
  *Solicitor General*
Minnesota Attorney General's Office
445 Minnesota Street, Suite 1400
St. Paul, Minnesota, 55101
(651) 757-1010
Liz.Kramer@ag.state.mn.us

*Counsel for Plaintiff State of Minnesota*


**AARON D. FORD**
ATTORNEY GENERAL OF NEVADA

By: */s/ Heidi Parry Stern*
Heidi Parry Stern*
  *Solicitor General*
Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
HStern@ag.nv.gov

*Counsel for Plaintiff State of Nevada*


**MATTHEW J. PLATKIN**
ATTORNEY GENERAL OF NEW JERSEY

*/s/ Jessica L. Palmer*
Jessica L. Palmer**
Lauren E. Van Driesen**
  *Deputy Attorneys General*
Office of the Attorney General
124 Halsey Street, 5th Floor
Newark, NJ 07101
(609) 696-4607
Jessica.Palmer@law.njoag.gov

*Counsel for Plaintiff State of New Jersey*


**RAÚL TORREZ**
ATTORNEY GENERAL OF NEW MEXICO

By: */s/ James W. Grayson*
James W. Grayson*
  *Chief Deputy Attorney General*
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM  87504-1508
(505) 490-4060
jgrayson@nmdoj.gov

*Counsel for Plaintiff State of New Mexico*

**LETITIA JAMES**
ATTORNEY GENERAL OF NEW YORK

By: /s/ Jessica Ranucci
Jessica Ranucci*
  Special Counsel, Federal Initiatives
Rabia Muqaddam*
  Special Counsel for Federal Initiatives
Office of the Attorney General
28 Liberty St.
New York, NY 10005
(929) 638-0447
Jessica.ranucci@ag.ny.gov
rabia.muqaddam@ag.ny.gov

*Counsel for Plaintiff State of New York*


**JEFF JACKSON**
ATTORNEY GENERAL OF NORTH CAROLINA

**LAURA HOWARD**
CHIEF DEPUTY ATTORNEY GENERAL

By /s/ Daniel P. Mosteller
Daniel P. Mosteller*
  Associate Deputy Attorney General
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602
(919) 716-6026
dmosteller@ncdoj.gov

*Counsel for Plaintiff State of North Carolina*


**DAN RAYFIELD**
ATTORNEY GENERAL OF OREGON

By: /s Sadie Forzley
Sadie Forzley*
  Senior Assistant Attorney General
Oregon Department of Justice

100 SW Market Street
Portland, OR 97201
(971) 673-1880
sadie.forzley@doj.oregon.gov

*Counsel for Plaintiff State of Oregon*

**JOSH SHAPIRO**
IN HIS OFFICIAL CAPACITY AS GOVERNOR OF
THE COMMONWEALTH OF PENNSYLVANIA

By: */s/ Kenneth L. Joel*
Kenneth L. Joel*
  *Deputy General Counsel*
Benjamin Holt*
  *Chief Counsel*
  *Pennsylvania Department of Labor*
Melissa Murphy*
  *Senior Counsel*
  *Pennsylvania Department of Labor*
Governor's Office of General Counsel
30 N. 3rd St., Suite 200
Harrisburg, PA  17101
(717) 649-8669
kennjoel@pa.gov

*Counsel Plaintiff Governor Josh Shapiro*

**PETER F. NERONHA**
ATTORNEY GENERAL OF RHODE ISLAND

By: */s/ Kyla Duffy*
Kyla Duffy*
  *Special Assistant Attorney General*
Rhode Island Attorney General's Office
150 South Main Street
Providence, RI 02903
(401) 274-4400, Ext. 2809
kduffy@riag.ri.gov

*Counsel for Plaintiff State of Rhode Island*

10

**CHARITY R. CLARK**
ATTORNEY GENERAL OF VERMONT

By: */s/ Jonathan T. Rose*
Jonathan T. Rose*
  *Solicitor General*
Office of the Vermont Attorney General
109 State Street
Montpelier, VT  05609
(802) 828-3171
Jonathan.rose@vermont.gov

*Counsel for Plaintiff State of Vermont*


**NICHOLAS W. BROWN**
ATTORNEY GENERAL OF WASHINGTON

By: */s/ Abby Kahl*
Abigail Kahl*
Andrew R.W. Hughes*
  *Assistant Attorneys General*
Office of the Attorney General
2425 Bristol Court SW
Second Floor
PO Box 40117
Olympia, WA 98504
360-534-4864
Abigail.Kahl@atg.wa.gov
Andrew.Hughes@atg.wa.gov

*Counsel for Plaintiff State of Washington*


**JOSHUA L. KAUL**
ATTORNEY GENERAL OF WISCONSIN

By: */s/ Charlotte Gibson*
Charlotte Gibson*
  *Assistant Attorney General*
Wisconsin Department of Justice

11

P.O. Box 7857
Madison, WI  53707
(608) 957-5218 (phone)
(608) 294-2907 (fax)

*Counsel for Plaintiff State of Wisconsin*

\* *Pro hac vice*