IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND; *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, *operating as* AmeriCorps, *et al.*,<br><br>　　　　Defendants. | Civ. No. 25-cv-01363 (DLB) |

## (PROPOSED) ORDER GRANTING DEFENDANTS' REQUEST TO STAY THE JOINT STATUS REPORT AND OTHER PENDING DEADLINES

Upon consideration of the Motion to Stay the Joint Status Report and Other Pending Deadlines filed by Defendants Corporation for National and Community Service ("AmeriCorps") and Jennifer Bastress Tahmasebi, it is hereby ORDERED that the Motion is GRANTED.

DATED this day _____, 2025, at _____.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Deborah L. Boardman
　　　　　　　　　　　　　　　　　　United States District Judge