IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STATE OF MARYLAND; *et al.*,

    Plaintiffs,

v.

CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, *operating as* AmeriCorps, *et al.*,

    Defendants.

Civ. No. 25-cv-01363 (DLB)

## ORDER GRANTING DEFENDANTS' REQUEST TO STAY THE JOINT STATUS REPORT AND OTHER PENDING DEADLINES

Upon consideration of the Motion to Stay the Joint Status Report and Other Pending Deadlines filed by Defendants Corporation for National and Community Service ("AmeriCorps") and Jennifer Bastress Tahmasebi, ECF 190, it is hereby ORDERED that the Motion is GRANTED.

Date: October 1, 2025

_____
Deborah L. Boardman
United States District Judge