**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| STATE OF MARYLAND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, *operating as* AMERICORPS, *et al.*,<br><br>Defendants. | No. 1:25-cv-01363-DLB |

## <u>ORDER EXTENDING LITIGATION DEADLINES</u>

Upon consideration of the Parties' Joint Motion to Stay Litigation Deadlines, ECF 201, it is hereby ORDERED that the request is GRANTED.

a. Defendants shall produce the administrative record by **March 27, 2026.**

b. Plaintiff States shall file a dispositive motion by **April 24, 2026.**

c. Defendants shall file a cross–dispositive motion accompanied by a single memorandum (both opposing Plaintiff States' motion and in support of their own cross-motion) by **May 22, 2026.**

d. Plaintiff States shall file a combined response to Defendants' dispositive motion and reply in support of their own dispositive motion by **June 12, 2026.**

e. Defendants shall file a reply in support of their own dispositive motion by **July 3, 2026.**

1

In addition, on or before **March 25, 2026**, the parties will file a joint status report, updating the Court as to the parties' proposed next steps in this case, including any potential proposed adjustments to the schedule.

DATED this day 11th day of March, 2026.                                    .

BY THE COURT:

_____

Deborah L. Boardman
United States District Judge