**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

STATE OF MARYLAND, *et al.*,

      Plaintiffs,

   v.

CORPORATION FOR NATIONAL AND
COMMUNITY SERVICE, operating as
AmeriCorps, *et al.*,

      Defendants.

Civ. No. 25-cv-01363 (DLB)

## <u>AMENDED SCHEDULING ORDER</u>

Upon consideration of the Parties' Joint Status Report and Motion to Stay Litigation Deadlines, it is hereby ORDERED that the request is GRANTED.

a. Defendants shall produce the administrative record by **June 25, 2026**.

b. Plaintiff States shall file a dispositive motion by **July 23, 2026**.

c. Defendants shall file a cross–dispositive motion accompanied by a single memorandum (both opposing Plaintiff States' motion and in support of their own cross-motion) by **August 20, 2026**.

d. Plaintiff States shall file a combined response to Defendants' dispositive motion and reply in support of their own dispositive motion by **September 10, 2026**.

e. Defendants shall file a reply in support of their own dispositive motion by **October 1, 2026**.

1

In addition, on or before **June 23, 2026**, the parties will file a joint status report, updating the Court as to the parties' proposed next steps in this case, including any potential proposed adjustments to the schedule.

DATED this day May 8, 2026.

BY THE COURT:

_____

Deborah L. Boardman
United States District Judge