**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF MARYLAND, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CORPORATION FOR NATIONAL AND COMMUNITY SERVICE, operating as AmeriCorps, *et al.*,<br><br>Defendants. | Civ. No. 25-cv-01363 (DLB) |

**ORDER**

Upon consideration of the Parties' Joint Motion to Stay, it is hereby ORDERED that the request is GRANTED.

a. All litigation deadlines are stayed pending further Order of the Court.

b. To the extent Plaintiffs do not otherwise dismiss this action, Plaintiffs shall file a Status Report on **February 1, 2027**.

DATED: September 11, 2026

BY THE COURT:

Deborah L. Boardman
United States District Judge